JASON D. GUINASSO, ESQ. (SBN# 8478)
HUTCHISON & STEFFEN, PLLC
500 Damonte Ranch Parkway, Suite 980
Reno, NV 89521
Telephone: (775) 853-8746
Facsimile: (775) 201-9611
jguinasso@hutchlegal.com
*Attorney for Rebekah Charleston*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REBEKAH CHARLESTON;<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA; STEVE SISOLAK, in his capacity as Governor of the State of Nevada, and the LEGISLATURE OF THE STATE OF NEVADA;<br><br>Defendants. | Case No.:<br><br>Dept. No.:<br><br>**APPENDIX TO PLAINTIFF'S COMPLAINT FOR DECLATORY AND INJUNCTIVE RELIEF** |

Plaintiff Rebekah Charleston, by and through her undersigned counsel of record, files this Appendix of Exhibits to her Complaint requesting an order of declaratory and injunctive relief, invalidating Nev. Rev. Stat. 201.354(1) (2017) and Nev. Rev. Stat. 244.345(8) (2017).

DATED this 25th day of February, 2019.     HUTCHISON & STEFFEN, PLLC

                        By:   */s/ Jason D. Guinasso, Esq.*
                        JASON D. GUINASSO, ESQ. (SBN# 8478)
                        *Attorney for Rebekah Charleston*

**List of Exhibits**

| Description | Vol No. | Page Nos. |
|---|---|---|
| Exhibit 1 - Examples of Advertising and Marketing | I | 0001-0102 |
| Exhibit 2 - Harrison Jacobs, The owner of America's most famous brothel explains how he promotes a business that's illegal to advertise, Business Insider (2015) | I | 0103-0106 |
| Exhibit 3 - Amy B. Wang, 'It's my decision': This woman is auctioning off her virginity to help her family, The Washington Post (2016) | I | 0107-0110 |
| Exhibit 4 - Affidavit of Jane Doe Victim 1 | I | 0111-0114 |
| Exhibit 5 - YouTube link of Howard Stern "Get My Grandpa Laid Contest" | I | 0115-0116 |
| Exhibit 6 - Seo-Young Cho, Axel Dreher & Eric Neumayer, *Does Legalized Prostitution Increase Human Trafficking?,* WORLD DEVELOPMENT (2012) | I | 0117-0165 |
| Exhibit 7 - Crysta N. Price, Terry D. Clark, & Julie Faller, Nevada's Online Commercial Sex Market, Human Trafficking Initiative, Creighton University (2017)) | I | 0166-0188 |
| Exhibit 8 - Melissa Farley, Trafficking for Prostitution: Making the Connections American Psychological Association (2007) | I | 0189-0196 |
| Exhibit 9 - U.S. DEPARTMENT OF STATE, TRAFFICKING IN PERSONS REPORT AT PG. 27 (2007) | I | 0197-0198 |
| Exhibit 10 - Melissa Farley, Risks of Prostitution: When the Person Is the Product 3 Journal of the Association for Consumer Research (2017) | I | 0199-0211 |
| Exhibit 11 - Ronald B. Flowers, Prostitution in the Digital Age: Selling Sex From the Suite to the Street? at pgs. 42-46 (Praeger 2011) | I | 0212-0217 |
| Exhibit 12 - Alice Little, A Week as a Legal Sex Working in Mound House, NV on a $267,000 Salary Refinery 29 (2017); TMZ.com, Robert Kraft Courted By Nevada Prostitutes… It's Legal Here!!! (Feb. 23, 2019, 12:40am) | I | 0218-0227b |

| Description | Vol No. | Page Nos. |
|---|---|---|
| Exhibit 13 – Lyon County Sheriff's Office, Internal Audit Report on Brothel Compliance Requirements (2018) | I | 0228-0236 |
| Exhibit 14 - United Nations Office on Drugs and Crime, Human Trafficking Indicators | I | 0237-0239 |
| Exhibit 15 - U.S. Department of State, The Link Between Prostitution and Sex Trafficking (November 24, 2004) | I | 0240-0241 |

# EXHIBIT 1

**Examples of Advertising and Marketing**

**EXHIBIT 1**







