



DONNAS RANCH
VIRGIN
IN HOUSE NOW
CONTACT US
LOCATION
UPCOMING EVENTS
LADIES
GALLERY
LOCATION
Donna's Ranch
679 8TH STREET
WELLS, NV. 89835
DONNASRANCH679@GMAIL.COM
TEL: 775-752-9959
WELLS COLONY
Donna's Ranch 679 8th Street Wells, NV. 89835
Wells
Great Basin Hwy
Dwight D. Eisenhower Hwy
Google
Map data ©2019 Google
500 m
Terms of Use
Report a map error
© 2023 by Donna's Ranch. Proudly created with Wix.com

Moonlite
Bunny Ranch
Est. 1955

+1 (775) 246-9901

HOME TODAY'S LINEUP PORN STARS SEX MENU FORUM STORE SEX CAMS CONTACT

Click here to see which girls are *LIVE ON WEBCAM* right now at MyFreeCams.com! (It is 100% Free!)

Bunny of the Year 2018

Bunny of the Month

Featured Bunny

Bobbi Besos

Alice Little

Featured Bunny

Mercedes

TOP BUNNY BABES

Air Force Amy

Bunny Babes of the Year

Contact Me!

America's #1 Legal Brothel!

As seen on HBO's CATHOUSE

69 Moonlite Rd. Carson City, NV 89706
Hours: Open Today • Open 24 hours
Phone: (775) 246-9901x0

Complimentary
Luxury Car Service

Tiara Tae

Featured Bunny

Contact Me!

# Moonlite Bunny Ranch:

## America's #1 Sex Destination

Dennis Hof's World Famous Moonlite Bunny Ranch is the most popular and most respected sex destination on Earth. At the Bunny Ranch, beautiful women offer unparalleled sexual adventure in a legal, safe, and nonjudgmental environment where men, women, and couples can thoroughly explore their deepest sensual fantasies.

Located near Reno and Lake Tahoe in beautiful Carson City, Nevada, The Bunny Ranch is celebrated internationally for being Nevada's finest legal brothel and the very best place to engage in pay-to-play intimacy in all the world. With dozens of gorgeous women available 24 hours a day, the Bunny Ranch is a one-of-a-kind pleasure palace with a full-service bar, luxurious rooms, numerous VIP suites, and lush sex bungalows.

Since entrepreneur Dennis Hof purchased the Bunny Ranch in 1992, the brothel's popularity has grown at an astounding rate. Hof has single-handedly changed the perception of prostitution in America, proving that legalized, regulated sex-for-money tremendously benefits the customers, sex workers, business owners, and community by providing a safe and healthy way for people to partake in the world's oldest profession. The subject of the long-running HBO series Cathouse, the Bunny Ranch is now a household name and a top Nevada vacation spot for sex tourists and curious travelers alike.

The working girls of the Bunny Ranch are unequalled in their beauty, empathy, professionalism, and sexual prowess. Coveted by men and women, these courtesans are the most sought after sexual partners on the planet, offering literally every sexual activity imaginable, from the addictive 'Girlfriend Experience' to every conceivable sexual fetish. If a sexual desire exists, there's a courtesan at the Bunny Ranch that caters to it.

Visit Our Blog
CLICK HERE

# Legal Prostitution in Nevada

Prostitution has been practiced in Nevada since the mining boom of the 1850's, where brothels sprung up to service the sexual needs of the droves of miners seeking their fortune in the Silver State. While these sex dens were tolerated by local governments, they were far from the legal businesses they are today. Legalization of prostitution didn't actually occur until the early 1970's, when ordinances were passed providing for the licensing of houses of prostitution and sex workers.

As a result of Nevada's groundbreaking legislation, participating in a sexual encounter at the Bunny Ranch is the safest way to have exceedingly satisfying sex with a stranger. All of the breathtaking courtesans working at the brothel are required by law to be tested weekly for sexually transmitted diseases, and they all practice safe sex. There has never been a case of a customer contracting an STD of any kind as a result of an encounter with a Nevada brothel sex worker.

Moreover, a Bunny Ranch encounter is entirely discreet, taking place in a private environment where the deepest, most intimate secrets of clientele remain confidential. There is no chance of getting caught in a police raid and suffering reputation damage or criminal charges, as prostitution at the Bunny Ranch is entirely legal and sanctioned by the County and State of Nevada.

There is no place like the Moonlite Bunny Ranch, America's sexual retreat, where people from all walks of life can give in to their desires and let the planet's most captivating women show them the time of their lives. In the words of Dennis Hof, "it's not just sex, it's an adventure!"

Home Moments Search Twitter Have an account? Log in

Moonlite
BunnyRanch

Tweets 8,190 Following 745 Followers 28.8K Likes 4,003 Follow

## Bunny Ranch

@bunnyranch

Dennis Hof's world famous legal Nevada brothel and the world's #1 sex destination! Subject of HBO's smash hit series 'Cathouse.'

Carson City, Nevada USA

bunnyranch.com

Joined January 2013

Tweets Tweets & replies Media
Pinned Tweet
Bunny Ranch @bunnyranch · 30 Oct 2018
The Bunny Ranch Network
Welcome to The Bunny Ranch Network! This is the main channel for all our Live Broadcasts and Videos. Make sure you tune in Wednesday to Saturday 6pm to 7pm P...
livestream.com
2 4 17
Bunny Ranch Retweeted
BunnyRanch Network @BunnyRanchNetwk · 18m
Its a #snowday here at the @bunnyranch so come play in the snow with us! @EnticeLove is all ready along with all the other ladies, but will you join in?
@MadamSuzette @sagebrushranch @KitKatBrothel @LoveRanchNorth @HBOCathouse
0:11 157 views
8 15
Bunny Ranch @bunnyranch · 2h
Check it!
@MadamSuzette @BunnyRanchNetwk @TheAliceLittle @sagebrushranch @KitKatBrothel @LoveRanchNorth @HBOCathouse @FeedtheWooley @James_Xtreme
This media may contain sensitive material. Learn more View
12 14

2/4/2019 Bunny Ranch (@bunnyranch) | Twitter

Home Moments Search Twitter Have an account? Log in

📚✏️ I love learning new things ❣️ Comment a fact about yourself below 🤓 👇

@bunnyranch
💌 audreynoelle@bunnyranch.com

4 5 33

Bunny Ranch Retweeted

**Audrey Noelle** @BunnyAudreyXO · Feb 1
📣Announcing my revised @bunnyranch 2019 Tour Dates ❣️🌟

🌻 3/7-3/18
🌻 4/11-4/21
🌻 6/6-6/17
💌 audreynoelle@bunnyranch.com

https://twitter.com/bunnyranch?lang=en 2/9

0011



2/4/2019 Bunny Ranch (@bunnyranch) | Twitter

Home Moments Search Twitter Have an account? Log in

Bunny Ranch Retweeted
Jackie Evans @ Moonlite BunnyRanch @JackieE32252925 · Feb 1
Kisses from Minnesota. <3 Can't wait to return to the @bunnyranch in March! XOXOXOXOXO
3 2 25
Bunny Ranch Retweeted
Jackie Evans @ Moonlite BunnyRanch @JackieE32252925 · Feb 1
I wish I had someone to warm me up right now. I guess a cute sweater is the next best thing. <3 #GreetingsFromMinnesota @bunnyranch
10 3 26
Bunny Ranch Retweeted
Lauren Lively @thelaurenlively · Feb 2
Happy birthday @tiara_tae we're gonna have some fun tonight !!! @bunnyranch

https://twitter.com/bunnyranch?lang=en 3/9

0012



Home Moments Search Twitter Have an account? Log in

3 3 31

Bunny Ranch Retweeted

**Audrey Noelle** @BunnyAudreyXO · Feb 2

🍉 Revised 2019 @bunnyranch tour dates 🍉

🍍3/7-3/18
🍍 4/11-4/21
🍍 6/6-6/17
💌 audreynoelle@bunnyranch.com

2 4 36

Bunny Ranch Retweeted

**Remy Martin** @MyRemyMartin · Feb 2

Super Bowl LIII buff.ly/2CSn9z7 Outdate! Don't fumble this opportunity - email RemyMartin@BunnyRanch.com 2 book me for Feb 3rd & play rear guard with me! @bunnyranch @LoveRanchNorth @sagebrushranch @KitKatBrothel @MadamSuzette @DennisHof @BunnyRanchNetwk @RedLightCabaret

This media may contain sensitive material. Learn more View

1 4 6

Bunny Ranch Retweeted

**★Harley Lane★** @HarleyLane_Tx · Feb 2

Happy Birthday to one of my favorite ladies, Miss Tiara! She has an amazing heart & breathtaking smile ♡

Send this Model Bunny an email to create an amazing memory ♡
Tiaratae@bunnyranch.com
@tiara_tae

@bunnyranch
@BunnyRanchMedia @HBOCathouse @BunnyRanchNetwk @MadamSuzette – at Moonlite Bunny Ranch

BunnyRanch Network, Bunny Ranch, ★Harley Lane★ and 6 others

7 7 53

Bunny Ranch Retweeted

**Entice Love** @EnticeLove · Feb 2
THE EROTIC EBONY ENTICEMENT PARTY… bunnyranch.com/forum/index.ph … @bunnyranch

2 1

Bunny Ranch Retweeted

**BunnyRanch Kiteh℠** @bunnyranchkiteh · Feb 2
What do you like about me? Eyes? Ears? Neck? Or everything??

kitehkawasaki@bunnyranch.com

@bunnyranch @BunnyRanchNetwk
#TheOneAndOnly #Licensed #Kawaii #RealJapanese #SafeGFE #Escort #Overnights #Outdates #RenoTahoe #LasVegas

This media may contain sensitive material. Learn more View

23 11 58

Bunny Ranch Retweeted

**Remy Martin** @MyRemyMartin · Feb 2
Will you be my ring leader On February 2nd? @Kristopher_A is celebrating a circus-themed birthday, Email me at RemyMartin@BunnyRanch.com for appts @bunnyranch with deposit @sagebrushranch @KitKatBrothel @MadamSuzette @BunnyRanchNetwk @BunnyRanchMedia @DennisHof @RedLightCabaret

This media may contain sensitive material. Learn more View

2 5

Bunny Ranch Retweeted

**Audrey Noelle** @BunnyAudreyXO · Feb 2
My 2019 @bunnyranch tour dates

Home Moments Search Twitter Have an account? Log in

6/6-6/17
audreynoelle@bunnyranch.com

Email me ASAP to secure your desired date & time

1 7 27

Bunny Ranch Retweeted
BunnyRanch Kiteh℠ @bunnyranchkiteh · Feb 3
Great team, @IloveRyanTaylor and @bunnyjennyjade!
It was fun talking with you two

@bunnyranch @BunnyRanchNetwk

This media may contain sensitive material. Learn more View

2 4 31

Bunny Ranch Retweeted
Audrey Noelle @BunnyAudreyXO · Feb 3
Good morning

@bunnyranch
3/7-3/18
4/11-4/21
6/6-6/17
audreynoelle@bunnyranch.com

4 33

Bunny Ranch Retweeted

**Angelina Monr e Official Backup account** @AngelinamonroeE · Feb 3

Help me to stay longer 4 the next few months .. Looking for some Fun and Quality time ,romance ? Let's get together we are one email away PM @AngelinamonroeE @bunnyranch or Pm on my Twitter

Angelinamonroe@bunnyranch.com

Book me I'm Available until February 11 Th xo 😘

2 5

Bunny Ranch Retweeted

**Tiara Tae** @tiara_tae · Feb 3

. @bunnyranch tiaratae@bunnyranch.com

This media may contain sensitive material. Learn more View

2 4 36

Bunny Ranch Retweeted

**Audrey Noelle** @BunnyAudreyXO · Feb 3

Do you like the black & white version of this photo better than the origjnal? 🤔 I think I do 🤓

@bunnyranch

☔ 3/7-3/18

☔ 4/11-4/21

☔ 6/6-6/17

💌 audreynoelle@bunnyranch.com

#laketahoe #reno #lasvegas #asian #GFE

5
20
Bunny Ranch Retweeted
Angelina Monr e Official Backup account @AngelinamonroeE · Feb 3
@AngelinamonroeE @bunnyranch
thank you
To my followers. Please don't get mad if I post a pic of myself with a political candidate who is Republican or Democrat. I am from Europe and not registered a Democrat or Republican in this country. I am not political. I give everyone the benefit of the doubt to be good to me and I will treat them right. No matter what political affiliation. I love all people if they are good to me and treat me well. Angelina
1
8

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up

**You may also like** · Refresh



HOME    ALL COSMIC KITTENS    PORNSTARS    MESSAGE BOARD    BLOG    LIVE STREAMS    DIRECTIONS    PRIVACY POLICY

Cosmic Kitten of the Month                                Featured Cosmic Kitten



Madam Lena Haze                                            Charlotte Sartre



## Featured Cosmic Kittens

         

Rubi Valentine        Alex Harper           Lydia Black          Brooklyn Moore

        

Holly                 Kourtney Chase        Ophelia Rain         Lisa Grace


Molly Blythe

Candy Kiss

Cashelle Chahandra

Athena Rayne

VIEW ALL COSMIC KITTENS

from Nevada's

Red Light District

WATCH NOW!

from Nevada's

Red Light District

WATCH NOW!

## Welcome To



On an interstellar mission to bring erotic pleasure to the entire universe, the Cosmic Kittens from the planet Venus 69 set out on a fantastic voyage across deep space — but a freak mishap caused their starship to crash land on planet Earth just outside Nevada's mysterious Area 51 Air Force facility. Now, stranded on a strange planet populated by so many repressed men and women fraught with a galaxy's worth of lust, the Cosmic Kittens have vowed to use their extraterrestrial sexual prowess to help horny Earthlings satisfy their insatiable carnal desires. Teaming up with brothel mogul Dennis Hof, the Kittens opened the world famous Alien Cathouse legal bordello — and there's nothing quite like it in the entire Milky Way!

The Alien Cathouse is a Sci-Fi themed legal brothel near Las Vegas in Amargosa Valley near Area 51 in Nye County, where legalized prostitution near Las Vegas is 100% safe and legal.

The Alien Cathouse has a full service cantina and is adjacent to Daddy D's Rocket Diner, a 50's-style restaurant that serves an array of All-American cuisine. Part of "Area 51 Alien Center," which includes the brothel, a gas station, gift shop, and restaurant, Alien Cathouse is one of the most scandalously outrageous tourist attractions in Nevada.

The best kept secret near Las Vegas won't be found in Area 51, but you can find it nearby. It's Dennis Hof's Alien Cathouse — the final frontier of sexual adventure!

The Cathouse is open 24 hours a day, 7 days a week, 365 days a year — and anyone age 21 and over is welcome to visit this one-of-a-kind sex palace.

All of the gorgeous working girls at Alien Cathouse are tested weekly for sexually transmitted diseases and they cater to all types of erotic engagements, from the romantic Girlfriend Experience to all styles of fetishes and sexual deviances, including BDSM.

Just connect with one of the ladies showcased on this website, or call us 24 hours a day at (775) 372-5678, and we'll be happy to set up your discreet and heavenly close encounter...

LIVE THE GOOD LIFE

COSMIC KITTEN

First Name

Last Name

Email

Message

I'm not a robot reCAPTCHA Privacy - Terms

SUBMIT

ADVERTISEMENTS

120 Free Credits For Live Cam Girls: Chat Now | Fuck Local Hotties | Buy The ShockSpot Pleasure System | Boone Brothers Brawlin Broads DVDs | Interactive Porn | Shop the Fleshlight Store | Free Desktop Strippers | Live Girls on Webcam | Meet Sexy Cheating Housewives Now | Married Women Wanting Casual Sex | Live Cam Girls | Largest Collection of Adult Movies on Demand | Hookup w/Sexy MILFs Now | Hot VR Porn Parody Videos | Hot 18yo Babes in VR

2/4/2019 ALL COSMIC KITTENS | Alien Cathouse

HOME ALL COSMIC KITTENS PORNSTARS MESSAGE BOARD BLOG LIVE STREAMS DIRECTIONS

PRIVACY POLICY

CATHOUSE

# ALL COSMIC KITTENS

**Cosmic Kitten of the Month**

Madam Lena Haze

**Featured Cosmic Kitten**

Charlotte Sartre

https://www.aliencathouse.com/all-cosmic-kittens/ 1/3

0021

2/4/2019 ALL COSMIC KITTENS | Alien Cathouse

HOME ALL COSMIC KITTENS PORNSTARS MESSAGE BOARD BLOG LIVE STREAMS DIRECTIONS

PRIVACY POLICY

Rubi Valentine

Alex Harper

Lydia Black

Brooklyn Moore

Kali Ryder

Kourtney Chase

Holly

Ophelia Rain

Brooke Michelle

Athena Rayne

Lisa Grace

Dream

Evelyn West

Molly Blythe

Candy Kiss

Cashelle Chahandra

ADVERTISEMENTS

120 Free Credits For Live Cam Girls: Chat Now | Fuck Local Hotties | Buy The ShockSpot Pleasure System | Boone Brothers Brawlin Broads DVDs | Interactive Porn | Shop the Fleshlight Store | Free Desktop Strippers | Live Girls on Webcam | Meet Sexy Cheating Housewives Now | Married Women Wanting Casual Sex | Live Cam Girls | Largest Collection of Adult Movies on Demand | Hookup w/Sexy MILFs Now | Hot VR Porn Parody Videos | Hot 18yo Babes in VR

https://www.aliencathouse.com/all-cosmic-kittens/ 2/3

0022



HOME    ALL COSMIC KITTENS    PORNSTARS    MESSAGE BOARD    BLOG    LIVE STREAMS

DIRECTIONS    PRIVACY POLICY

# DIRECTIONS

## Alien Cathouse

2703 US-95, Amargosa Valley,

NV 89020, USA

+1 (775) 372-5678

