2/4/2019                                                        Privacy Policy | Alien Cathouse

HOME    ALL COSMIC KITTENS    PORNSTARS    MESSAGE BOARD    BLOG    LIVE STREAMS    DIRECTIONS

PRIVACY POLICY



# PRIVACY POLICY

**This website is owned by ACH**

## Acceptance of Privacy Policy

Each time you access, use, post, submit a post or reply, or browse the Site, you signify your acceptance of the then-current Privacy Policy. If you do not accept this Privacy Policy, you are not authorized to use the Site and must discontinue use of the Site immediately.

This policy explains what kind of information we may gather from any user and/or members on our sites. This site is an adult site and its purposes should only be used by persons that are 18 or older. All persons under that age are not allowed to view the content of this site and should leave immediately.

## The Information We Collect

This notice applies to all information collected or submitted on AlienCathouse.com's website. On some pages, you can order products/subscriptions, make requests or register to receive materials and on some other pages, we will automatically gather and collect some information from the subscriber. The types of personal information collected at these pages could be, but are not limited to, name, email address, IP address etc.

## Email Marketing

The subscriber's e-mail address may be used by the site to communicate special offers and other relevant information such as new services, subscription information, etc. In addition, there may be occasions when a subscriber will be presented with special offers either from the operators of the site or from third-party service or content providers, which may include consent to receive e-mail solicitations, communications, newsletters, commercial advertising, or other promotional or special event materials. The subscriber may opt-out of a mailing list by clicking on the remove link located at the bottom of the email promotions, or by visiting the site.

## The Way We Use Information

The user has to note that some personal information, such as but not limited to credit card number, may be collected by a third-party web service provider from whom ACH purchases services or that has an advertising

0024

2/4/2019                                    Privacy Policy | Alien Cathouse

HOME      ALL COSMIC KITTENS      PORNSTARS      MESSAGE BOARD      BLOG      LIVE STREAMS      DIRECTIONS

PRIVACY POLICY

has been provided or collected by the website about the subscriber for any purpose, including without limitation age verification, administration, customer administration, marketing, promotional and advertising use by the website or third parties authorized to use the information by the site. The user hereby agrees that the website may, in its sole discretion, sell, share, rent, or license any of the personal information about users that was provided or that was collected with affiliated or unaffiliated third parties.

## Our Commitment To Data Security

To prevent unauthorized access, maintain data accuracy, and ensure the correct use of information, we have put in place reasonable and appropriate physical, electronic, and managerial procedures to safeguard and secure the information we collect online.

## How To Contact Us

Should you have other questions or concerns about these privacy policies, please send us an email at **info@AlienCathouse.com**.



First Name

Last Name

Email

Message

I'm not a robot — reCAPTCHA Privacy - Terms

SUBMIT

ADVERTISEMENTS

^

0025

2/4/2019                                              PORN STARS | Alien Cathouse

HOME     ALL COSMIC KITTENS     PORNSTARS     MESSAGE BOARD     BLOG     LIVE STREAMS     DIRECTIONS

PRIVACY POLICY



# PORN STARS

Alien Cathouse presents – Our Porn Star Section!!!

The interplanetary paramours renowned for their heavenly beauty and stellar sensuality.  You can contact them here to set an appointment or visit us at the Alien Cathouse any time! We're always available to answer any questions — just give our friendly staff a call at +1 (775) 372-5678. These 100% legal and licensed working girls offer an array of intimate services, including the Girlfriend Experience, Oral Sex, Fetishes & BDSM, Erotic Massages, Threesomes, Orgies, Private Sex Tapes, and just about anything and everything you could possibly desire! So don't be shy — hook up with your Cosmic Kitten now and discover the best sex in the galaxy!

*Note: Although it is possible that our porn stars may be available for walk-ins or short notice appointments, please keep in mind that the best way to arrange some time with them is to book an appointment at least a week in advance. This allows for the ability to make sure that their filming schedules don't conflict with the date and time that you would like to come in.



Charlotte Sartre



Alex Harper



Lydia Black



Ophelia Rain

0026

2/4/2019      PORN STARS | Alien Cathouse



HOME    ALL COSMIC KITTENS    PORNSTARS    MESSAGE BOARD    BLOG    LIVE STREAMS    DIRECTIONS

PRIVACY POLICY

Athena Rayne

ADVERTISEMENTS

120 Free Credits For Live Cam Girls: Chat Now | Fuck Local Hotties | Buy The ShockSpot Pleasure System | Boone Brothers Brawlin Broads DVDs | Interactive Porn | Shop the Fleshlight Store | Free Desktop Strippers | Live Girls on Webcam | Meet Sexy Cheating Housewives Now | Married Women Wanting Casual Sex | Live Cam Girls | Largest Collection of Adult Movies on Demand | Hookup w/Sexy MILFs Now | Hot VR Porn Parody Videos | Hot 18yo Babes in VR

 

Contact Us to Advertise
© Copyright 2018, Alien Cathouse

Content presented on this site, including pictures, videos, and other media are sexual in nature. You must be 18 (21 in some jurisdictions) to enter this site and liable in compliance with your local laws.
Be A Cosmic Kitten

  

2/4/2019                    Alien Cathouse (@aliencathousebrothel) • Instagram photos and videos



| Search | | Log In | Sign Up |

### aliencathousebrothel  Follow

20 posts     442 followers     5 following

**Alien Cathouse**
**aliencathouse.com**

POSTS          TAGGED

48      0

 

  

  

**Log In to Instagram**
Log in to see photos and videos from friends and discover other accounts you'll love.

Log In

Sign Up

0028

2/4/2019                 Alien Cathouse (@aliencathousebrothel) • Instagram photos and videos

Search                                           Log In   **Sign Up**

  

  

  

 

**ABOUT US   SUPPORT   PRESS   API   JOBS**

**Log In to Instagram**                                          Log In
Log in to see photos and videos from friends and discover other accounts you'll love.

**Sign Up**

0029

2/4/2019                              Alien Cathouse (@aliencathouseLV) | Twitter

🐦 Home   ⚡ Moments                   Search Twitter  🔍    Have an account? Log in ▾



Tweets      Following    Followers    Likes     Lists
588         1,702        4,487        1,443     1                       ( Follow )

**Alien Cathouse**
@aliencathouseLV

A legal brothel near Las Vegas offering
legalized prostitution with Las Vegas
Escorts. Legalized prostitution is the safe
alternative to Las Vegas prostitution.

🔗 aliencathouse.com
📅 Joined November 2016

📷 141 Photos and videos

  

 

Tweets     **Tweets & replies**     Media

🔁 Alien Cathouse Retweeted

ChazzyAmateursXXX37.1K @chazzyamateurs · Jan 30          ⌄

Top priority shoot during the Chazzy Vegas tour later in 2019. @K_Chase_VIP !



💬 1      🔁 4              20

🔁 Alien Cathouse Retweeted

Poolman(405) @poolman405 · Jan 28                          ⌄
Replying to @IamJayMannProd @K_Chase_VIP and 2 others
WOW Jay, you really fuck all my favorites. Kourtney's one of the 🔥HOTTEST🔥
on the planet, I'm a big fan of her. She has such a gorgeous pussy.



https://twitter.com/aliencathouselv?lang=en                                                              1/7

0030

🐦 Home    ⚡ Moments                 Search Twitter 🔍    Have an account? **Log in ▾**



ASSassinate ❤️ ThatASS

💬 1    🔁 4         6

🔁 Alien Cathouse Retweeted

. @beautpresley · Jan 20
Missing Vegas. I will be at Aliencathouse around Jan 30 until February 5th. dm or
email and I will give you info. Or you can call the house (775)372-5678 to set an
appt with deposit. Remember to call me DREAM 🧝‍♀️ 🌿

💬 3    🔁 3         24

Alien Cathouse @aliencathouseLV · Jan 16
Peruse the ladies who are waiting to make your acquaintance at The Alien
Cathouse #legalbrothel #lasvegas ...aliencathouse.com/forum/index.ph...

💬 1    🔁 6         8

🔁 Alien Cathouse Retweeted

Alien Cathouse @aliencathouseLV · Jan 16
Congrats to all of our ladies! Book your appointments with them today by calling
775-372-5678 #legalbrothel #lasvegas #nevada

> **Rubi Valentine** @RubiValentine
> Big Celebration @aliencathouseLV Top Booker of the year Is our Madam
> @LenaHaze_ 🌟🎆😜 Go show her lots of love you guys!!!...Following right
> behind is @GothCharlotte In 2nd & YOUR's Truly ME @RubiValentine in 3rd
> place! I've Only been back in the house for 3months & placed 3rd 💁

💬    🔁 1         3

Alien Cathouse @aliencathouseLV · Jan 16
New plcs!

🐦 **Home**     ⚡ **Moments**                    Search Twitter    🔍    Have an account? **Log in ▾**



Caption suit at @aliencathouseLV

💬     ⟲ 2          5

⟲ Alien Cathouse Retweeted

**Rubi Valentine** @RubiValentine · Jan 15          ⌄
right here, right now @aliencathouseLV C🍸M On In 💃, 💃, 💃, #AVNawards #RubiValentine #Gfe #Pse #SexInNevada #screwitletsdoit 👩

💬     ⟲ 1          3

⟲ Alien Cathouse Retweeted

**Lena Haze** @LenaHaze_ · Jan 11          ⌄
Afternoon showers are my favorite @aliencathouseLV however a lot of the ladies here love taking showers at night!

What time is your favorite time to shower?

2/4/2019                              Alien Cathouse (@aliencathouseLV) | Twitter

🐦 **Home**    ⚡ **Moments**          Search Twitter    🔍    Have an account? **Log in** ▾



💬 11    🔁 6              78

🔁 Alien Cathouse Retweeted

🌸•ᴗ♡  **Lisa Grace**  ♡.•ᵕ @lisagraceac · Jan 11    ▾
Back at @aliencathouseLV call to make your appointment(775) 372-5678 and
have a driver come and pick you up while in town for #CES #CES2019

💬 2    🔁 10    41

🔁 Alien Cathouse Retweeted

**Kourtney Chase** @K_Chase_VIP · Jan 12    ▾
Today's Outfit @aliencathouseLV 😍😘 If your in Vegas stop by today !
#LasVegasEscort #PSE #GFE #DateLasVegas #LegalBrothel #LegalCourtesan
#Courtesan #Companion #AVN #AVNAwards #Escort #LasVegas #LasVegasGFE
#LasVegasPSE #AlienCathouse #SexLasVegas #HookUpLasVegas

| This media may contain sensitive material. Learn more | View |
|---|---|

💬 2    🔁 2              25

🔁 Alien Cathouse Retweeted

**Kourtney Chase** @K_Chase_VIP · Jan 10    ▾
This is what I'm wearing if you come see me @aliencathouseLV today😘 you can
show up, ring the bell twice & ask for me (& hope I'm available) or You can call
(775)-372-5678 to book an Appointment to guarantee I'm available for you. Email
me at kourtneychase@aliencathouse.com

| This media may contain sensitive material. Learn more | View |
|---|---|

💬    🔁 5              19

🔁 Alien Cathouse @aliencathouseLV · Jan 10    ▾
Call 775-372-5678 to book an appointment or just stop by if you're in the area!
(Area 51, that is... 🐦)#legalbrothel #lasvegas #nevada

**Molly Blythe** @MollyBlythe2
Come pop my brothel cherry today :)

0033

2/4/2019                                    Alien Cathouse (@aliencathouseLV) | Twitter



0034

2/4/2019                              Alien Cathouse (@aliencathouseLV) | Twitter

🐦 **Home**       ⚡ **Moments**              Search Twitter       🔍        Have an account? **Log in ▾**



Alien Cathouse Retweeted

**Lena Haze** @LenaHaze_ · Jan 9                                          ⌄
I love having fresh flowers in our parlor @aliencathouseLV

💬 2        ♻ 5              28

↻ Alien Cathouse Retweeted

**καιι яυδεя** @KaliRyderXXX · Jan 6                                       ⌄
My new email is KaliRyder(@)AlienCathouse.com contact me for any booking
information. Yes! I am now a #CosmicKitten for your pleasure (@)aliencathouseLV
so let's make some fantasies come true! Meeeeeoooow!

💬        ♻ 4              4

**Alien Cathouse** @aliencathouseLV · Jan 9                               ⌄
Call 775-372-5678 today & arrange your erotic rendezvous with our newest
cosmic kitten! #legalbrothel #lasvegas #nevada

> **Molly Blythe** @MollyBlythe2
> Book your appointment to join me:
> mollyblythe@aliencathouse.com

💬 3        ♻ 6              26

**New to Twitter?**
Sign up now to get your
own personalized
timeline!

0035









2/4/2019                                    The Desert Rose (@elkosbestclub) | Twitter

🐦 **Home**     ⚡ **Moments**                    Search Twitter    🔍      Have an account? **Log in** ▾



| Tweets | Following | Followers | Likes |
|--------|-----------|-----------|-------|
| **1,303** | **1,705** | **992** | **109** |

◯ Follow

### The Desert Rose
@elkosbestclub

The Desert Rose is Elko Nevada's favorite gentlemen's Club and Legal Brothel, Open from 4 PM to 4 PM, 7 days a week!

📍 Elko, NV
🔗 desertroseclub.com
📅 Joined July 2015
🖼 746 Photos and videos

  
  

**Tweets**    **Tweets & replies**    **Media**

🔁 The Desert Rose Retweeted
**Jessie LeMew** @JessieLemew · 27 Aug 2016    ▾



💬 1      🔁 5          44

**The Desert Rose** @elkosbestclub · 17 Apr 2017    ▾
Come have an amazing time with our classy lady's 🌹
twitter.com/jasmine_d_r/st...

> This Tweet is unavailable.

💬      🔁          1

**The Desert Rose** @elkosbestclub · 13 Apr 2017    ▾
Come misbehave at Desert Rose Legal Brothel 🌹
#elko #nevada #nevadabrothel #desertrosebrothel #legalcourtesans

0040