Home    Moments            Search Twitter      Have an account? Log in ▼



♡   ↻   1

**The Desert Rose** @elkosbestclub · 8 Nov 2015
Elko, Nevada's favorite #nightclub is female friendly and open 4 pm to 4 am, 7 days a week!



♡   ↻ 2   3

**The Desert Rose** @elkosbestclub · 7 Nov 2015
The Desert Rose is Elko, Nevada's most colorful #nightclub, open late every night. Home of the After Party!



♡   ↻   2

**The Desert Rose** @elkosbestclub · 7 Nov 2015
Visit northern Nevada's classiest #nightclub! Other bars close, we stay open late! official home of the #AfterParty!







**The Desert Rose** @elkosbestclub · 7 Nov 2015
Enjoy the sights in Elko, Nevada at The Desert Rose #nightclub, home of the After Party!



  2

**The Desert Rose** @elkosbestclub · 6 Nov 2015
Be sure to check out our classy Vegas style lounge and laid back #nightclub atmosphere. Open every day 4 pm to 4 am!



 1   1

**The Desert Rose** @elkosbestclub · 6 Nov 2015
Drinks aren't the only thing on the bar at The Desert Rose #nightclub! Elko's home of the After Party!



🗨   ⟲ 1        2

**The Desert Rose** @elkosbestclub · 6 Nov 2015
We are northern Nevada's favorite #nightclub, and official home of the after party, 7 days a week from 4 pm to 4 am!

🗨   ⟲ 1        5

**The Desert Rose** @elkosbestclub · 6 Nov 2015
Elko is the heart of Nevada, and The Desert Rose #nightclub is the place you will leave your heart when you visit!

🗨   ⟲        1

2/4/2019                                    The Desert Rose (@elkosbestclub) | Twitter

Home    Moments                      Search Twitter                   Have an account? Log in

The hottest girls, the hottest bartenders, THE hottest club in town! #nightclub #AfterParty #elko



**The Desert Rose** @elkosbestclub · 3 Nov 2015
There's no #nightclub quite like this one! Northern Nevada's official home of the After Party.

**The Desert Rose** @elkosbestclub · 3 Nov 2015
Elko is the heart of Nevada, and The Desert Rose #nightclub is the place you will leave your heart when you visit!



Be sure to check out our classy Vegas style lounge and laid back #nightclub atmosphere. Open every day 4 pm to 4 am!



 1

**The Desert Rose** @elkosbestclub · 2 Nov 2015
We are northern Nevada's favorite #nightclub, and official home of the after party, 7 days a week from 4 pm to 4 am!





**The Desert Rose** @elkosbestclub · 2 Nov 2015
Enjoy the sights in Elko, Nevada at The Desert Rose #nightclub, home of the After Party!



402 Highway 278 Carlin, Nevada 89822

775-754-6900



WELCOME TO THE DOVETAIL RANCH

# WELCOME TO THE DOVETAIL RANCH WEBSITE

## Ladies



Click on a lady to learn more about her, and see more of her pics.

BROWSE LADIES

## Employment



Click here for more information about becoming a Dovetail Lady!

2/4/2019                                   WELCOME | The Dovetail Ranch

## APPLY NOW

## Trucker Info



Click here for more information about our very spacious parking for big rigs.

### TRUCKER INFO

## Photo Gallery



Click here to see Candid pics, House photos and more!

### VIEW PHOTOS

## Contact us



Click here to see our contact info.

CONTACT US

FAQs



You have questions, We have answers. Read our most frequently asked questions, and answers.

FREQUENTLY ASKED QUESTIONS

___



Copyright © 2017 Dovetail Ranch - All Rights Reserved.

Powered by GoDaddy GoCentral **Website Builder**

0048

Search    Log In    Sign Up



**thedovetailranch**  Follow

456 posts    753 followers    2,454 following

**Dovetail Ranch**
Dovetail Ranch is a legal licensed brothel Located 15mins W. of Elko We're located one mile off the I-80 Exit#279 402 Highway 278 Carlin, Nv. 89822
thedovetailranch.com

POSTS    TAGGED









Search  Log In  Sign Up

Search                                                    Log In    Sign Up



ABOUT US    SUPPORT    PRESS    API    JOBS
PRIVACY    TERMS    DIRECTORY    PROFILES
HASHTAGS    LANGUAGE
© 2019 INSTAGRAM



   

Visit us!
Inezs D&D
232 South 3rd Street
Elko, NV 89801

Walk-in welcome 10AM - 4AM
24/7 By Appointment
✉ Inezsgfe@gmail.com
☎ 775-753-5398

HOME | THE GIRLS + | REVIEWS | SERVICES + | SPECIALS + | LODGING | VISITOR INFO | **JOIN OUR TEAM**

**GIRLS JOB**

## MAKE AN APPOINTMENT

We are open 24/7, Including Holidays

Inez's D&D

232 South 3rd Street

Elko, NV 89801

☎ Call Us!: 775-753-5398

## OUR LOCATION



## JOIN OUR TEAM

Name

Email

Telephone

Date of Birth

Age

Height

Weight

Ethnicity

Current Location

How did you hear about us?

Photo 1
[Choose File] No file chosen

Photo 2
[Choose File] No file chosen

ANTI-SPAM

☐ I'm not a robot    reCAPTCHA
                     Privacy - Terms

Please answer this question, it helps us to cut down the number of spam submissions we receive. Thank you.

SUBMIT

Note: If your application doesn't submit just email pics to Inezsgfe@gmail.com









# INEZ'S D&D

Visit us!
Inezs D&D
232 South 3rd Street
Elko, NV 89801

  

Walk-in welcome 10AM-4AM
24/7 By Appointment
Inezsgfe@gmail.com
775-753-5398

HOME | THE GIRLS + | REVIEWS | SERVICES + | SPECIALS + | LODGING | VISITOR INFO | JOIN OUR TEAM

## SERVICES

- TABLE SHOWER
- MASSAGE
- NURU
- TWO GIRL PARTY
- COUPLES PARTY
- BACHELOR PARTIES

### TWO GIRL PARTY



Because life is to short for one orgasm at a time. Indulge in two of our ladies to fulfill your ultimate fantasies. You'll feel like a kid in a candy store while selecting from our lineup. Pick two similar or two opposite and let the royal pampering begin. A two girl party is truly, ultimate satisfaction.

## CONTACT US TO BOOK A PARTY

Address    Inez's D&D 232 South 3rd Street Elko, NV 89801
Telephone                             775-753-5398
Email                          Inezsgfe@gmail.com



  © 2016 PRIVACY POLICY

     



## THE GIRLS







Home   Moments                    Search Twitter                    Have an account? Log in





**Inez's D&D**
@inezsdd

Joined September 2015

7,343 Photos and videos

| Tweets | Following | Followers | Likes |
|---|---|---|---|
| 7,512 | 869 | 428 | 43 |

Follow

**Tweets**   Tweets & replies   Media

📌 Pinned Tweet

Inez's D&D @inezsdd · Jan 5
inez's and mona's January 2019 Line up...

brothellife.com/ranch-advertis...

Inez's D&D @inezsdd · Feb 3
sex-in-nevada.net/smforum/index....

                     1        2

Inez's D&D @inezsdd · Feb 3
elkogfe.com/bb/showthread....

February Lineup

                              1

Inez's D&D @inezsdd · Feb 3
INEZ'S D&D ( bit.ly/2L5YnOa ) MONA'S RANCH ( bit.ly/2rLekR0 ) ....Spinner-City ( bit.ly/2rK0VbG )...

