2/4/2019 — Inez's D&D (@inezsdd) | Twitter



**Inez's D&D** @inezsdd · Feb 2
...INEZ'S D&D ( bit.ly/2L5YnOa ) MONA'S RANCH ( bit.ly/2rLekR0 ) ....Spinner-City ( bit.ly/2rK0VbG )...

**Inez's D&D** @inezsdd · Feb 1
INEZ'S D&D ( bit.ly/2L5YnOa ) MONA'S RANCH ( bit.ly/2rLekR0 ) ....Spinner-City ( bit.ly/2rK0VbG )

**Inez's D&D** @inezsdd · Jan 30
...INEZ'S D&D ( bit.ly/2L5YnOa ) MONA'S RANCH ( bit.ly/2rLekR0 ) ....Spinner-City ( bit.ly/2rK0VbG )...



Case 3:19-cv-00107-MMD-WGC  Document 2-5  Filed 02/25/19  Page 3 of 18

2/4/2019                                  Inez's D&D (@inezsdd) | Twitter

🐦 Home    ⚡ Moments                              Search Twitter 🔍           Have an account? Log in ▾


Starting 1/28, meet our latest addition to our Mona's Lineup, NIKI.

She stands 5'7 and 115 lbs with an hourglass figure, long legs, beautiful face and curvy buttock! (lol)

She has amazing massage skills and much more that will leave wanting to come back for more again and again

🗨   🔁          2


Inez's D&D @inezsdd · Jan 28
Look who's back... Candi !!!!

INEZ'S D&D ( bit.ly/2L5YnOa ) MONA'S RANCH ( bit.ly/2rLekR0 ) Spinner-City ( bit.ly/2rK0VbG )...



🗨   🔁          1


Inez's D&D @inezsdd · Jan 28
INEZ'S D&D ( bit.ly/2L5YnOa   ) MONA'S RANCH ( bit.ly/2rLekR0   ) ....Spinner-City ( bit.ly/2rK0VbG   )



2/4/2019 — KitKat Ranch legal prostitution in Nevada and Reno Escorts

Call Us Today! +1 (775) 246-9975



HOME  ALL KITTYS  TODAY'S LINEUP  FORUM  BLOG  LIVE STREAM  STORE  NEWSLETTER  DIRECTIONS  FAQ  Fleshlight Toys



Kitty of the Month & Year — Dolly Hart

TOP KITTYS

Featured Kitty — Cumisha Amado

## Featured Kittys

   

Aja Mercury  Kiki Lover  Mickee Bee  Aria Quinn

   

Hannah Fetish  Alexis Luv  Stacy Pretty  Ophelia Bee

   

Ruby Johnson　　　Sophia Sun　　　Jennifer Lynn　　　Kayla Storm

VIEW ALL KITTYS




LIVE

from Nevada's

*Red Light District*

WATCH NOW!










LIVE

from Nevada's

Red Light District

WATCH NOW!

Welcome To



Located in the heart of America's Red Light District, Dennis Hof's KitKat Guest Ranch is one of the most celebrated sex tourism destinations on Earth! The KitKat Ranch is an adult entertainment establishment offering 100% legal prostitution in Nevada to guests age 18 and up. All of the drop dead gorgeous Kitties working at the ranch are tested weekly for sexually transmitted diseases, making the KitKat one of the safest places in the world to have a romantic or rapturously raunchy encounter with a sexy woman. The Kitties offer the finest in sensual services, including the Girlfriend Experience, threesomes, orgies, and a wide range of fantasy and fetish options. There is virtually no limit to the intimacies you can experience at the KitKat — and it's all absolutely, safe, healthy, discreet, and legal.

Purchased in 2012 by highly respected brothel mogul Dennis Hof, the KitKat Ranch underwent a full remodeling prior to its reopening in 2016. The beautifully renovated brothel has numerous accommodations, including luxurious VIP suites and even a full two-bedroom apartment adjacent to the ranch — perfect for sex tourists looking for erotic vacations and extended amorous encounters. The KitKat never closes! So you can visit anytime, 24 hours a day, 365 days a year! If you have any questions about the KitKat brothel or legal prostitution in Nevada, don't hesitate to contact our Kitties via the contact form or email address on their profile, or you can reach out to our friendly staff any time at 775.246.9975. Visit us at the KitKat Ranch and treat yourself to an unforgettable sexual adventure today!

 



Case 3:19-cv-00107-MMD-WGC   Document 2-5   Filed 02/25/19   Page 8 of 18

# The New Mona's Ranch | Elko, NV

**Visit us!**
103 S. 3rd Street Elko, NV 89801
☎ 775-777-7469

Open Noon-4 AM Daily 24/7
By Appointment
✉ monaselko@gmail.com

| HOME | ABOUT | THE GIRLS + | REVIEWS | SERVICES + | SPECIALS + | LODGING | VISITOR INFO | APPLY NOW |








## ABOUT

Welcome to the historical Mona's Ranch. Legal brothel and bar featuring a striptease room, a sensual massage room and a VIP suite. Was so much history all around, Monas is the number one brothel destination in Elko Nevada. Play at the bar in comfort.

Enjoy the ultimate 2 million song music selection from the jukebox and play some classy music. Lucky winners get to enjoy a cold brew on the house. The bar features everything you could imagine from Pale Ale and Budweiser to Modelo Negro and Corona. The liquor section is just as vast, only fitting for our ladies. With so much history all around The New Mona's Ranch is the number one brothel destination in Elko Nevada. Enjoy a friendly atmosphere with Elko finest grade a selection. The lineup includes Cali blonde bombshell, petite Vietnamese/Asian spinner, Devils delight redhead and ebony Barbie doll. After all, diversity is the spark of life.



0065



# The New Mona's Ranch | Elko, NV

Visit us!
103 S. 3rd Street Elko, NV 89801
☎ 775-777-7469

Open Noon-4 AM Daily 24/7
By Appointment
✉ monaselko@gmail.com

**HOME** | **ABOUT** | **THE GIRLS +** | **REVIEWS** | **SERVICES +** | **SPECIALS +** | **LODGING** | **VISITOR INFO** | **APPLY NOW**

## LODGING



Search                              Log In    Sign Up



**monaselko**  Follow

**275** posts    **170** followers    **9** following

**Mona's Ranch**
Mona's Ranch is a bar in Elko, Nevada
**www.monasranchelko.com**

POSTS                           TAGGED



Search  Log In  Sign Up











Search        Log In   Sign Up





ABOUT US   SUPPORT   PRESS   API   JOBS
PRIVACY   TERMS   DIRECTORY   PROFILES
HASHTAGS   LANGUAGE

© 2019 INSTAGRAM

Home    Moments                    Search Twitter              Have an account? Log in



## Mona's Ranch
@monaselko

Girls, Girls,Girls!!! elkogfe.com

◎ Elko, NV

🔗 monasranchelko.com

📅 Joined July 2015

🖼 10.1K Photos and videos

 
  

Tweets | 12K   Following | 1,805   Followers | 1,078   Likes | 472            Follow

**Tweets**    Tweets & replies    Media

📌 Pinned Tweet

Mona's Ranch @monaselko · Jan 5                        1,078 Followers
....inez's and mona's January 2019 Line up...

brothellife.com/ranch-advertis...



Mona's Ranch @monaselko · Feb 3
inezsdd: sex-in-nevada.net/smforum/index....

Mona's Ranch @monaselko · Feb 3
inezsdd: elkogfe.com/bb/showthread....

February Lineup
                                1

Mona's Ranch @monaselko · Feb 3
elkogfe.com/bb/showthread....

February Lineup

Mona's Ranch @monaselko · Feb 3
inezsdd: INEZ'S D&D ( bit.ly/2L5YnOa ) MONA'S RANCH ( bit.ly/2rLekR0 )
....Spinner-City ( bit.ly/2rK0VbG )...

HOME   LINEUP   LADIES   ABOUT US   PLEASURE MENU

MUSTANGRANCHCLIPS   BOOK NOW   FORUM   STORE

EMPLOYMENT   CONTACT US



Welcome to the World Famous Mustang Ranch Resort & Spa, a part of Nevada's rich and colorful history since 1971. Our beautiful and elegant ladies pride themselves on making you feel as comfortable and welcome as possible. Please feel free to browse through the many pleasurable fantasies that await you knowing that fulfilling your desires is our ultimate goal.

Before your erotic journey begins, relax and enjoy yourself in our beautifully appointed lounge and parlor areas perhaps with an exquisite meal from our award-winning chef, a glass of premium wine, a fine cigar, or a cold beverage from our fully stocked bar.

You are never rushed, and you are never pressured. Once you pass through our doors, we simply want you to view this as your island oasis away from the stresses and problems of everyday life.

Once you have chosen a lady (or two, or whatever your desire), you can share your fantasies with them and discuss your specialized visit created solely for you. Then stay as long as you wish, perhaps even for the night in one of our private bungalows.

The World Famous Mustang Ranch prides itself on operating well above the standards and guidelines as governed by state and local authorities to ensure that your experience is a safe, fun, and memorable one.

**PLEASURE MENU**

*SPECIAL SHOWS*

Lingerie Show ~ For your eyes only, a private parade of nightgowns, garters, panties, teddies, and more.

Vibrator Show ~ Watch her titillate herself, or you take your turn doing it for her.

Shower Show, ~ Good clean fun as our ladies, lather themselves up for a wet and wild experience.

Two (or more) Girl Show ~ Sit back and watch your ladies frolic, play, and pleasure one another right before your very eyes.

Drag Party ~ With your ladies' wardrobe available at your disposal, this time it's you who gets to put on the show.

Sexy Cinema ~ Sit with a lady (or two) of your choice and enjoy the best in adult pornographic features or short films.

**FOREPLAY**

Nude Massage ~ No need for clothing for either of you. Relieve the day's tensions with a soothing and relaxing full body massage from a gorgeous lady of your choice all the way to your ultimate climax and release. Need four hands all over your body? Enjoy twice the pleasure with two ladies.

Breast Massage ~ It's not what you think. Imagine the feel of two soft, supple breasts gliding their way across your body in sensual motion. It's unlike anything you can imagine.

French Tease ~ Imagine a gorgeous lady gently and sensually kissing, nibbling, and licking all over your neck, ears, shoulders, nipples, and torso.

Fire & Ice ~ Experience the soothing warmth or the exhilarating chill of a woman's mouth as she teases you with different temperature liquids in an oral sex experience you won't soon forget.

Wild Horse Chair Party ~ Bet you can't sit still. Pull up a chair and watch your lady go down on you and then reverse the roles as you pleasure her.

Berries & Cream ~ Feast on ripe, fresh berries and sweet whipped cream right off the soft nude body of one of our beautiful ladies.

Shower Party ~ Shower with your lady…which you can enjoy before or after your sexual journey. Warning. The water is warm, and the suds are oh so slippery. (wink)

Cuddly Softness ~ Need just to feel pampered and adored? Sometimes you're just not in the mood for a full-blown sexual encounter, but you still want to feel the nurturing closeness of that special someone. Lie down in sheer bliss as your lady lays next to you with a soothing touch and the warm softness of her skin next to yours.

Bubble Bath ~ If you're feeling a little "dirty," you can always indulge yourself in an aroma-filled bubble bath with a lady (or two) of your choice. Complete with champagne.

**FULL PLEASURE**

Straight Lay ~ Conventional Missionary style sex…when keeping it simple is still the best.

Wild Horse Round-Up ~ To hell with "conventional". Mix it up in whatever position you wish. Try our sex swing or any one of our carefully selected and specifically "engineered" sex furnishings.

Half & Half ~ How you start and how you finish is up to you. Oral and straight sex.

Ménage à Trois ~ (house recommendation) The classic two on one sexual encounter that's sure to please "everyone". Bondage & Domination ~ Take charge of your sweet lady or let her dominate you into submission. Furry handcuffs, light bondage restraints, and other pleasure implements are available to please even the most discriminate B&D palate.

### SPECIALTIES

Bungalow Party ~ Choose from a wide variety of themed suites to party in, The Italian Suite, Asian Suite, Hawaiian Suite, Safari Suite, just to name a few. See and "experience" the world's largest bed, sleeps twelve for an incredible party.

In Ranch and Off Ranch Dates ~ You can book a lady (or ladies) for as long as you like on or off the ranch property. Overnight stays with your lady in her private room are always welcome.

Jacuzzi Parties ~ Indoor or outdoor group events for wet and wild erotic fun.

Bachelor Parties ~ Catering to the groom to be and all his merry men.

VIP Party Room ~ Create your themed party in our private VIP Room, complete with mirrors, stage, music, movies, lavish furnishings and more.

*Remember, everything is negotiable. We will do our best to make you more than satisfied.*

Mustang Ranch Resort & Spa

1011 Wild Horse Canyon Dr. McCarran, NV

(775) 343-1224

www.mustangranchbrothel.com

Just 10 minutes from Reno, at Exit 28 off Interstate 80

This site includes media that is sexual in nature. You must be 18 to enter this site and liable in compliance with your local laws.
© Copyright 2018-2019, MustangRanchBrothel.com

 *http://www.rtalabel.org/*



| | | | | |
|---|---|---|---|---|
| Tweets | Following | Followers | Likes | |
| 2,174 | 893 | 5,268 | 895 | Follow |

**Mustang Ranch Resort**
@TheMustangRanch

Welcome to the Mustang Ranch. Nevada's legal Brothel & escorts Located 15 minutes from the Reno/Tahoe Airport. Ladies, restaurants, full bar, all nude cabaret.

⊙ 1011 Wild Horse Canyon Dr, Sparks, NV 89434, USA

🔗 mustangranchbrothel.com

📅 Joined July 2009

**Tweets**   Tweets & replies   Media

⇄ Mustang Ranch Resort Retweeted
**Kitti Minx** @Kitti_Minx · 9h
2/27 - 3/7 this #redhairdontcare #beauty will be ready to #party at @TheMustangRanch ! #appointmentsavailable ! 💋 See this #alternative girl and #Cosplay #cutie in person! 💕 #model #cosplayergirl #geek

This media may contain sensitive material. Learn more    View

💬    ⇄ 4    12

⇄ Mustang Ranch Resort Retweeted
**Mustang Ranch Resort** @TheMustangRanch · 17h
Have you met #Elise? She'd love to give you a tour of ##mustangranchbrothel #reno #sparks #nevada #hotness #gorgeouswoman #NeverEnough

This media may contain sensitive material. Learn more    View

💬 2    ⇄ 5    15

⇄ Mustang Ranch Resort Retweeted
**Olivia Lush @ Mustang 2/22 to 3/4** @TheOliviaLush · 23h
" I can't imagine there is a sexier, more loving, caring, or nicer woman anywhere. Before, during, and after - Olivia makes you feel like you're the only guy on earth." The word is out...Check out my latest @TheMustangRanch review mustangranchbrothel.com/olivia-lush.ht… #Ask4Olivia



Olivia Lush @ Mustang 2/22 to 3/4 and Mustang Ranch Resort

💬 1    ⇄ 2    9

⇄ Mustang Ranch Resort Retweeted
**Jack$even** @JackS3V3N · 22h
Replying to @TheOliviaLush @TheMustangRanch