**🐦 Home    ⚡ Moments**    Search Twitter 🔍    Have an account? Log in ▾

🗨    ↻ 1    ❤️

↻ Mustang Ranch Resort Retweeted

**Origlegman** @origlegman · Feb 3
Replying to @TheMustangRanch @MsSarahVandella
😍😘Terrific video Sarah and I will be looking forward to meeting you soon.😍
😘😘

🗨    ↻ 1    ❤️ 2

↻ Mustang Ranch Resort Retweeted

**Timothy Patric** @TimothyPatric · Feb 3
Replying to @TheOliviaLush @TheMustangRanch
have a fun vacation

🗨    ↻ 1    ❤️ 2

↻ Mustang Ranch Resort Retweeted

**SixT9er** @Six_T9er · Feb 3
Replying to @TheMustangRanch @Santodonato06 @STRIPLVMAG
Very Beautiful Lady

🗨    ↻ 2    ❤️ 2

↻ Mustang Ranch Resort Retweeted

**Origlegman** @origlegman · Feb 3
Replying to @TheMustangRanch @Santodonato06
😍😍😘Stunning is an understatement, WOW!😍😍😘😘

🗨    ↻ 1    ❤️ 2

↻ Mustang Ranch Resort Retweeted

**STRIPLV MAGAZINE** @STRIPLVMAG · Feb 3
Fucking things up with #Beau @TheMustangRanch by @Santodonato06

> This media may contain sensitive material. Learn more    **View**

🗨    ↻ 4    ❤️ 19

↻ Mustang Ranch Resort Retweeted

**Olivia Lush @ Mustang 2/22 to 3/4** @TheOliviaLush · Feb 3
Who wants to be my belated #valentine?
I won't be at the @TheMustangRanch for #valentinesday but would love a
romantic late celebration from February 22 and March 4th.
Be my valentine...



2/8/2019    Mustang Ranch Resort (@TheMustangRanch) | Twitter

🐦 Home    ⚡ Moments    Search Twitter 🔍    Have an account? **Log in** ⌄

💬 3    ↻ 7    23

↻ Mustang Ranch Resort Retweeted

**Captain Japaco**    @CaptainJapaco · Feb 4    ⌄
Replying to @TheOliviaLush @TheMustangRanch
Olivia A beautiful Shakespeare quote for a beautiful lady ❤️💕
"A heart to love, and in that heart, Courage, to make's love known" ❤️💏💕🍷

💬 1    ↻ 1    2

↻ Mustang Ranch Resort Retweeted

**Olivia Lush @ Mustang 2/22 to 3/4** @TheOliviaLush · Feb 4    ⌄
Replying to @CaptainJapaco @TheMustangRanch
I've majored in Theater so you definitely got my attention by quoting Shakespeare 💐

💬 1    ↻ 1    2

↻ Mustang Ranch Resort Retweeted

**Captain Japaco**    @CaptainJapaco · Feb 4    ⌄
Replying to @TheOliviaLush @TheMustangRanch
I am very impressed Olivia! You cannot ask for more than a lover of Shakespeare! I am so glad I caught your attention 💐❤️💏💕🍷



💬    ↻ 1    2

↻ Mustang Ranch Resort Retweeted

**Bri Sands** @BriLV · Feb 4    ⌄
Replying to @TheOliviaLush @TheMustangRanch @STRIPLVMAG
That is one HOT 🔥🔥🔥🔥 pic ladies!!!

💬    ↻ 1    2

↻ Mustang Ranch Resort Retweeted

**SH** @GTO525 · Feb 5    ⌄
Replying to @TheOliviaLush @TheMustangRanch @STRIPLVMAG
Two Beautiful Ladies!!

💬    ↻ 1    2

↻ Mustang Ranch Resort Retweeted

**Captain Japaco**    @CaptainJapaco · Feb 5    ⌄
Replying to @TheOliviaLush @TheMustangRanch
"A heart to love, and in that heart, Courage, to make's love known" You truly are a goddess of sensual erotic desire Olivia ❤️💏💕🍷

💬    ↻ 1    2

**Mustang Ranch Resort** @TheMustangRanch · Feb 3    ⌄
Beau is stunning in these photos by @santodonato06 #MustangRanch #Reno #boudoir #beauty #legalcortesan #legalbrothel #brothel #sparksnv #Nevada @STRIPLVMAG

This media may contain sensitive material. Learn more

2/8/2019

Mustang Ranch Resort (@TheMustangRanch) | Twitter

Home    Moments

Search Twitter    Have an account? **Log in**

Mustang Ranch Resort Retweeted

**Olivia Lush @ Mustang 2/22 to 3/4** @TheOliviaLush · Jan 29
I am on vacation but can't stop thinking about your mouth all over my body...
See you soon, lovers



Olivia Lush @ Mustang 2/22 to 3/4 and Mustang Ranch Resort

💬 4    🔁 6    34

Mustang Ranch Resort Retweeted

**Kitti Minx** @Kitti_Minx · Feb 1
#Superman onesie and sweet #makeup look for #Livestream and #podcast
tonight! ❤️💋 #model #selfie #fridaynight

This media may contain sensitive material. Learn more    **View**

💬    🔁 4    22

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## You may also like ·
Refresh


李 奥軒
@AoXuan_Lee

owen
@OwenJLuft


Mohamme...
@Crazy__mh

https://twitter.com/themustangranch?lang=en

4/5

0078

2/4/2019                                    TODAY'S LINEUP | Sagebrush Ranch

Call Us Today! +1 (775) 246-5683

   



HOME    ALL STARLETS    TODAY'S LINEUP    FORUM    BLOG    LIVE STREAM    STORE    NEWSLETTER

DIRECTIONS    Fleshlight Toys

# TODAY'S LINEUP

Here they are! The Sagebrush Starlets renowned for their heavenly beauty and western sensuality. These ladies are available at Dennis Hof's Sagebrush Ranch 24 hours a day, 365 days a year. You can visit the Sagebrush Ranch any time and choose a lady from our lineup, or you can connect with one of these ladies via her profile and book your party in advance!

We are always available to answer any questions just give our friendly staff a call at: (775) 246-5683 These 100% legal and licensed working girls offer an array of intimate services, including the Girlfriend Experience, Oral Sex, Fetishes & BDSM, Erotic Massages, Threesomes, Orgies, Private Sex Tapes, and just about anything and everything you could possibly desire! So don't be shy hook up with your Starlet now and discover the best sex in the Wild West!!

0079

2/4/2019                                    TODAY'S LINEUP | Sagebrush Ranch



Natasha Star



Ellie Moore



Desert Rose



Roxy Gold



Lily Poole



Bailey Paige



Kirsten Skye



Piper Rae

0080

2/4/2019                                          TODAY'S LINEUP | Sagebrush Ranch



Layloni Stroxxx



Jessica Riley



Violet Vixen



Jade Jasper



Draven Star



Tegan Hart

Live the good life...



BE A STARLET!

First Name

Last Name

Email

Message

I'm not a robot — reCAPTCHA
Privacy - Terms

SUBMIT

0081



# Sharon's Bar and Brothel
## Things Don't Get any Better

Home     About Us     News & Events     Driving Directions     Employment

### Welcome

Sharon's Bar and Brothel is a discrete, friendly environment for customers and ladies alike. We look forward to your visit...please contact us at 775-754-6427 to answer any questions you may have.

Home | About Us | News & Events | Driving Directions | Employment

Copyright 2006 Sharon's Bar & Brothel. All Rights Reserved.

Website powered by Network Solutions®



# Sharon's Bar and Brothel
## Things Don't Get any Better

Home    About Us    News & Events    Driving Directions    Employment

## Employment

We are always looking for quality ladies and treat them in a lady-like manner. We have a casual, relaxed, family-like, caring environment and have ladies continually return to our home. Please contact us at 775-754-6427.

Home | About Us | News & Events | Driving Directions | Employment

Copyright 2006 Sharon's Bar & Brothel. All Rights Reserved.

Website powered by Network Solutions®



2/4/2019                          Sue's Fantasy Club (@SuesFantasy) | Twitter



🐦 **Home**   ⚡ **Moments**              Search Twitter   🔍      Have an account? **Log in** ⌄

Tweets **1,008**   Following **30**   Followers **259**   Likes **187**      ◯ **Follow**

## Sue's Fantasy Club
@SuesFantasy

Brothel

📍 Elko, NV

🔗 sues668899.com

📅 Joined May 2015

🖼 989 Photos and videos



**Tweets**   **Tweets & replies**   **Media**

Sue's Fantasy Club @SuesFantasy · 11m          ⌄
Which envelope is Lucky, or come get Lucky!



💬          🔁

Sue's Fantasy Club @SuesFantasy · 15m          ⌄
The year of the dog is over.  Happy Lunar New Year!!!  It is the year of the Pig!

https://twitter.com/suesfantasy?lang=en                                              1/10

2/4/2019                                    Sue's Fantasy Club (@SuesFantasy) | Twitter



0086

2/4/2019                               Sue's Fantasy Club (@SuesFantasy) | Twitter

▼ **Home**    🎭 **Moments**              Search Twitter          🔍    Have an account? **Log in ▾**



💬      🔁          1

**Sue's Fantasy Club** @SuesFantasy · Feb 1                      ⌄
Sue's Fantasy Club wants to welcome all the visitors for the Cowboy Poetry
Gathering!!!



💬      🔁          1

**Sue's Fantasy Club** @SuesFantasy · Jan 30                     ⌄
It is going to be a New Year Next Week!



💬      🔁          1

**Sue's Fantasy Club** @SuesFantasy · Jan 28                     ⌄
Warm and cuddly with nothing to do!



0087



2/4/2019                                  Sue's Fantasy Club (@SuesFantasy) | Twitter

🐦 **Home**   ⚡ **Moments**              Search Twitter 🔍    Have an account? **Log in** ⌄



💬        ↻                    1

**Sue's Fantasy Club** @SuesFantasy · Jan 23                    ⌄
Cold again today, Memories of swimming with friends last year! It is always more fun with friends!



💬        ↻

**Sue's Fantasy Club** @SuesFantasy · Jan 21                    ⌄
We forgot about the holiday! We hope everyone had a good Holiday!

2/4/2019                                Sue's Fantasy Club (@SuesFantasy) | Twitter

🐦 **Home**      ⚡ **Moments**          Search Twitter          🔍      Have an account? **Log in ∨**



1

**Sue's Fantasy Club** @SuesFantasy · Jan 20                              ∨
We had a nice relaxing evening last night! But, come by and enjoy our services!

💬          ⟲          1

**Sue's Fantasy Club** @SuesFantasy · Jan 19                              ∨
It was warm today and the sun came out! Wow!

0090

2/4/2019                                        Sue's Fantasy Club (@SuesFantasy) | Twitter

🐦 **Home**     ⚡ **Moments**                    Search Twitter     🔍        Have an account? **Log in** ⌄



**Sue's Fantasy Club** @SuesFantasy · Jan 18
It doesn't have to get dark to get into bed!

**Sue's Fantasy Club** @SuesFantasy · Jan 16
We hope our regular customers will welcome our new friend, Tina!

0091



