**Daily Total Spent: $374.34 (including $32 room and board)**

**Daily Total Earned: $0**

**Day Three**

6:45 a.m. — I'm awake bright and early as it's a work day! I start my day with a big cup of coffee, and a round of morning exercise. Stretching, Pilates, and strength-building exercises to keep my body in tip-top shape. Breakfast is my workday usual: egg whites, chicken breasts, and a protein shake, which I pack and take with me to work.

ADVERTISEMENT

7:47 a.m. — Shower post-workout, then taking care of the animals and getting ready for work. I usually put my makeup on before I head to work since my shift begins promptly at 9 a.m. Today, I'm paying for a pet sitter. **$15**

8:45 a.m. — Out the door and on the way to the Ranch.

9 a.m. — My work shift begins. I check my emails while eating breakfast.

10:17 a.m. — The bell rings. Company! We all run out of our rooms and down the hallways to the front parlor, where we stand in a line and introduce ourselves to the gentleman that has just walked in. This is called a lineup. The gentleman walks up to the lady of his choice, takes her by the hand, and they then "go on tour." Since I am the one chosen, I take him around the back of the property and show off some of our bungalows and suites. The ranch is much larger than it looks from the front, so people are often surprised by the size of the facility! We wrap up the tour and head back to my suite to negotiate.

10:36 a.m. — We settle on $1,000 for our encounter, and head to the office to book the party. Here at the ranch, rather than "having sex," we say we are "having a party." It's a term that's unique to the industry, but one I'm rather fond of. When we book a party at the ranch, I take the guest to the "Hooker Booker" office where the transaction takes place. The cashier handles the financial information — rather than the ladies — to protect our guests' information. **Amount Booked:** $1,000. **Amount Earned:** $500

ADVERTISEMENT

12:05 p.m. — After the party, I settle down in front of my computer to continue working on emails. There are several more bells during this time, but I'm not picked.

1 p.m. — The doctor has arrived. By law, all legal sex workers must visit the doctor each week for STD/STI testing. If she comes back positive for anything, the girl is unable to work. The doctor cost is $75/week, and once per month we have to do blood work, which brings the cost up to $110. This is a normal exam week for me. This expense must be paid by the working ladies, and isn't covered by insurance. **$75**

0222

3:05 p.m. — Lineup, and once again I am picked. We go on tour, and negotiate a simple massage party. I'm a trained massage therapist, so this is a frequent request. **Amount Booked:** $500. **Amount Earned:** $250.

4:10 p.m. — I break for lunch. Part of our room and board cost includes food and use of the kitchen. We get a hot meal daily, plus access to fruits, veggies, eggs, and leftovers, 24/7. I'll tell you something — sex workers sure can eat. We certainly aren't starving ourselves here! We have hot dogs, hamburgers, ribs, pulled pork, steamed veggies, and cake for dessert. I happily indulge.

9 p.m. — My shift is over, and I pack up and head home for the day.

9:35 p.m. — It's late and I'm already tired. I drink another protein shake for dinner, tend to my animals, and tuck in.

ADVERTISEMENT

**Daily Total Spent: $90**

**Daily Total Earned: $750**

**Day Four**

6:45 a.m. — Notice a trend? I wake up early! Rather than working out this morning, I take my two dogs for a morning walk. This takes a bit longer, so I grab breakfast from Starbucks on my way to work.

8:47 a.m. — Starbucks stop for coffee and egg-white bites. **$7.89**

9 a.m. — The workday begins.

11:47 a.m. — Second lineup of the day, and I'm picked. This is a couple from out of town that came by to tour the place. They don't seem interested in sex, so I focus on giving them a great tour of the property. We get visitors throughout the week who come by to see the place and are more interested in what we do here. They tip me $20 for my time. **Amount Booked:** $20. **Amount Earned:** $10.

2:45 p.m. — Fifteen minutes until Tea Party! Each week, the ladies of the Bunny Ranch have a meeting with the staff to go over that week's performance, upcoming events, notes of interests, and more. I leave my room and take a seat in the parlor.

3 p.m. — Tea Party is supposed to start. We're operating on S.S.T (Sex-worker Standard Time) so Tea Party actually begins a bit later at 3:10. This week, I am "Bunny of the Week" and receive a box of soap and bath accessories as my reward.

4:05 p.m. — Tea Party ends, and it's back to the computer. I just got my photos back from the photographer and spend time sorting through the images and posting them on social media.

ADVERTISEMENT

5:55 p.m. — Company! I'm right in the middle of eating my lunch, too. I abandon my coffee and salad and head to lineup. I'm picked, and excuse myself for a moment to move my food to the fridge before heading back for a tour. We negotiate and settle on $2,200 for a romantic GFE encounter. GFE, or the Girlfriend Experience is my specialty. During a GFE party, there is an element of romance and connection with the other person. Lots of kissing and cuddling — think of honeymoon sex. Very lovey dovey, just the way I like it. **Amount Booked:** $2,200. **Amount Earned:** $1,100

8:09 p.m. — I spend the last hour of my shift showing one of the new girls how to set up her Twitter account. Social media is very important for us, as we can't advertise in the traditional way. That online exposure can make or break your business.

9 p.m. — I head home from my shift. I needed a pet sitter today, so it was another $15. **$15**

9:35 p.m. — I arrive home and begin the nightly ritual of dinner, animal care, etc. I head to bed around 11 p.m.

**Daily Total Spent: $22.89**

**Daily Total Earned: $1,110**

**Day Five**

6:17 a.m. — I'm up extra early today, as I want to get to work early and spend time with my pony, Merlin. He lives at the Bunny Ranch along with Dennis' mare, Cheyenne. (Fun Fact: the Bunny Ranch doesn't have rabbits, it has horses.) The ranch has graciously cared for him alongside Cheyenne, which is a great work perk and a real money saver.

ADVERTISEMENT

7:45 a.m. — I grab my pre-prepped egg whites and chicken breast and head to work.

9 a.m. — I finish up with Merlin and get ready for my shift. I have an appointment at 2 p.m. today and a natural makeup look was requested, so I keep that in mind while getting ready. I go through emails, message board postings, and social media until my guest arrives.

2 p.m. — My client arrives with a bouquet of lilies (my favorite), and Starbucks (also my favorite). This guy's earning some serious brownie points for his awesome Deadpool t-shirt. A common misconception is that the ranch is very formal — quite the opposite is true! You dress however you feel most comfortable, from jeans and a t-shirt to a suit. I'm wearing a simple fall dress, since we discussed potentially going out together as part of our date. We negotiate, and he decides to join me, not just for dinner and a date, but also for the night! On average, I do one to two overnights each month. **Amount Booked:** $15,000. **Amount Earned:** $7,500

2:15 p.m. — While booking the party, I send a text message to my pet sitter and let her know that I'll need overnight and morning care in addition to the normal daily walk. **$50**

2:35 p.m. — The date begins. We go for a walk in nearby Virginia City, then back to the ranch for intimate time together before dinner at Duke's. On an outdate, the client typically covers any activities that we do, so he pays this time. I'll sometimes treat my regulars to a meal or buy us surprise show tickets, etc. This isn't standard for all the sex workers, but it's something that I choose to do to show my appreciation. Afterwards, we head to a local coffee shop to relax, chat, and people watch. We head back to his hotel room for the night.

ADVERTISEMENT

**Daily Total Spent: $50**

**Daily Total Earned: $7,500**

**Day Six**

12 p.m. — Our date ends after breakfast and we part ways. I've already sent a text to management requesting today off. My request was approved, so I head home rather than stay at work.

12:45 p.m. — I get home, give my pets a big hug, and take an afternoon nap. We didn't sleep much last night. (Imagine that!)

3:15 p.m. — I wake up hungry and head out to Basil, a local Thai restaurant, for soup and duck salad. I tip $5 tip. **$25.15**

4:45: p.m. — I do a little bit of shopping in downtown and buy a new massage oil for my room at work. **$12.26**

7:05 p.m. — Roxanne calls. She's home early from work and wants to know if I'd like to have dinner. She comes over to my place and we watch bad '80s zombie movies, drink wine, and enjoy a home-cooked meal.

11:45 p.m. — Roxanne heads home and I head to sleep.

**Daily Total Spent: $69.41 (including $32 room and board)**

**Daily Total Earned: $0**

**Day Seven**

7:05 a.m. — Wake up, work out, animal care, breakfast. It's an average Sunday morning for me!

9 a.m. — The workday begins.

1:17 p.m. — Lineup, and I'm picked. We negotiate a basic sex party for $900. **Amount Booked:** $900. **Amount Earned:** $450

2:10 p.m. — Something's up; my stomach doesn't feel 100%. I take a Tums, and the discomfort persists. I opt to head home early and rest up, as I have several big appointments next week.

ADVERTISEMENT

3:45 p.m. — My stomach still is hurting. I try ginger ale, toast, nothing. Still hurting.

7 p.m. — Dennis texts and invites me out to family dinner. Each week, Dennis takes some of the ladies out to Chinese food on Sundays. We relax, hang out, and just enjoy each other's company. I think about it but decide to pass this week. My stomach is hurting even more.

9:05 p.m. — At this point, I'm now vomiting from the pain. That's not good. Roxanne drives me to the ER and waits with me.

11:10 p.m. — I'm admitted to the hospital overnight for appendicitis. I text Dennis and Suzette to keep them in the loop, and contact my dog sitter to let her know I'll need overnight care. **$50**

11:30 p.m. — I eventually fall asleep thanks to the painkillers that are finally kicking in. I'm woken up throughout the night for vital checks, antibiotics, and more pain medicine. Roxanne left at some point after I fell asleep; she's an amazing friend.

**Daily Total Spent: $82 (including $32 room and board)**

**Daily Total Earned: $225**

**Post-Diary Update**

Guess who had to get their appendix removed? This chick. The surgeon recommended that I not work for three to four weeks, so there go my big appointments. While I'm recovering from surgery, we arrange for another lady use my room at the Ranch, so I won't pay the room and board fees.

At this point, I'm almost fully recovered from surgery, and can function well on my own. I'm catching up on emails and rescheduling appointments that I'll miss due to my appendicitis. I also receive the first of many medical bills from my hospital stay; one from radiology for the pre-surgery scan of my appendix is $3,567.45.

ADVERTISEMENT

As an independent contractor, I do not have an insurance plan through my job. Instead, I would have had to obtain insurance at the beginning of the year. Unfortunately, these policies do not cover multiple states, and I was still living part-time in the Midwest at the beginning of the year. (The reason why I opted out of insurance.)

Before being discharged, I spoke with a woman from accounting who estimated that my out-of-pocket burden will range from $16,000 to $35,000. I am also losing three or four more weeks of income, which is typically about $20,000 to $30,000. I'll have to live off my savings for a while and arrange a payment plan with the hospital.

I had two clients coming in from out of state, so I also have to purchase plane tickets for those rescheduled appointments. The medical emergency was on my side and the previous flight reservations weren't refundable, so I went ahead and covered the cost of their tickets. Financially, the impact of this surgery is huge.

*Alice Little is a legal sex worker, currently at Bunny Ranch in Carson City, Nevada. Her diary has been edited and condensed for clarity.*

*Money Diaries are meant to reflect individual women's experiences and do not necessarily reflect Refinery29's point of view. Refinery29 in no way encourages illegal activity or harmful behavior.*

Nevada Prostitutes Courting Robert Kraft, It's Legal Here!

SPONSORED BY:


# ROBERT KRAFT
# COURTED BY NEVADA PROSTITUTES
# ... It's Legal Here!!!

 **3.3K**     133    *2/23/2019 12:40 AM PST*



If **Robert Kraft** would have paid for sex acts in Nevada instead of Florida (allegedly), he wouldn't be facing criminal charges ... and now one of the biggest legal brothels in the country is inviting him over.

The women at Sheri's Ranch Brothel in Pahrump, Nevada are offering to work with Kraft -- because they don't think prostitution is a bad thing ... when it's done legally.

The brothel says ... because the sex industry is regulated in Nevada, human trafficking isn't an issue with the working girls -- unlike in Florida.

By the way, the Ranch spokesperson is **Jeremy Lemur** -- a former NFL Films staffer who was a previous member of the NFL's Diversity Council.

A rep for Sheri's also says, "Legal prostitutes are tested weekly for sexually transmitted diseases. No customer of Sheri's Ranch has ever contracted an STD or HIV as a result of an encounter."

And, with officials in Florida saying they have **surveillance footage** of Kraft inside the illegal parlor -- Sheri's says there's no risk of being captured on police video at their place because "none of our patrons are committing a crime."

## *THE CASE AGAINST KRAFT*                                    WPTV

Sheri's is also offering prostitution consultation services to NFL owners and players -- essentially educating them on how to legally pay for sex.

And, with an NFL team getting ready to **move to Vegas** in the near future, it seems like NFL teams should listen.

0227B

**EXHIBIT 13**

**Lyon County Sheriff's Office,**
*Internal Audit Report on Brothel Compliance Requirements* **(2018)**

**EXHIBIT 13**

# Lyon County Sheriff's Office

# Internal Audit Report

### On

# Brothel Compliance Requirements



LCSO Internal Audit Report on Brothel Compliance Requirements

# 1. Executive Summary

**The Lyon County's Sheriff's Office must evaluate its internal support services, functions, and processes to identify weaknesses and gaps in connection to Brothel code compliance requirements mandated by law to develop opportunities to streamline, share services, reorganize, consolidate, and/or improve collaboration to ensure consistency and efficiency to detect and deter human trafficking and sexual exploitation into Lyon County.**

My vision for the Lyon County Sheriff's Office as it relates to Lyon County Code, Title 5 Chapter 3 Prostitution, is implementing the findings of this report into our operations within fiscal constraints.

Strategies:

- We will *establish* clearly defined roles, functions, and missions for subordinate elements to improve efficiency and effectiveness of delivery of services.

- We will *enhance* informational technologies, training, and available equipment resources to improve efficiencies in order to readily detect indicators of human trafficking.

- We will strive to *improve* Lyon County Code, working with our District Attorney's Office and brothel industry leaders.

- We will *implement* Best Practices strategies to provide supportive services to human trafficked survivors identified in Lyon County.

- We will *visually promote* a comprehensive program message to foreign and domestic criminal enterprises that human trafficking has zero tolerance in Lyon County and into its legal brothel system.

# 2. History and Present Status

Lyon County Code (LCC) was adopted in the 1970s to regulate the operation of a "house of prostitution." Since its initial adoption, there have been revisions. In 1990, the code was amended mandating the Sheriff to issue work cards to working prostitutes.

In addition to work card requirements, the Sheriff's Office has implied responsibilities to conduct regular and periodic compliance checks of all licensed brothels. Due to agency staffing levels, this function has not been accomplished in decades.

0230

LCSO Internal Audit Report on Brothel Compliance Requirements

LCC 5.03.14 (A.2.b) mandates medical advisors be appointed to the Sheriff by a committee comprised of the Sheriff, District Attorney, and the Chair of the County Commissioners. Subparagraph (e.3.d) mandates a Designated Medical Facility to report to the sheriff the results of all medical tests of prostitutes on a quarterly basis. Again, neither of these requirements pursuant to LCC has been fulfilled.

On December 06, 2017, the first of eight public requests for information came into the Sheriff's Office, asking for prostitute work card applicants for the past ten years and other public records requests associated with the brothels and licensee records. This began a preliminary analysis of LCSO operations and procedures related to compliance with the LCC.

The in-depth internal audit began approximately four months ago with a review of all applications received during calendar year 2017 with the intent to identify what is wrong with our processes, find the root cause, and gather recommendations and suggestions to correct gaps and weaknesses. This audit generated in excess of 75 labor hours with the involvement of command staff and detectives. This report and its findings are intended to improve our processes.

# 3. 2017 Employee Work Card Audit

In 2017, the LCSO issued a total of 79 employee work cards. These work cards are for support workers in the brothels (i.e., bartenders, cashiers, housekeeping, etc.). LCC 5.03.14 (B.1) requires that "each employee present at or employed by a licensed operation shall register with and be issued an employment card by the sheriff."

| | |
|---|---|
| 35 | of these cards were issued to individuals that live in Lyon County. |
| 42 | of these cards were issued to individuals that live in Northern Nevada (i.e., Carson City, Reno, Sparks). |
| 2 | of these cards were issued to individuals who provided an out-of-state-address on the application document. |

Demographic Analysis

| | |
|---|---|
| 2.51 years | is the average length of employment. |
| 19 years | was the longest length of employment. |
| 29 | workers had less than one year of employment. |
| 14 | workers had more than three years of employment and are Lyon County residents. |

Crime Issues

| | |
|---|---|
| 2 | employees have active criminal cases: -Warrant |

LCSO Internal Audit Report on Brothel Compliance Requirements

-Possession of a controlled substance

Findings

1. A recent brothel statement claims it employs "134 non-sex worker support staff." The LCSO can only document 79; however, at least two individuals are known to be brothel employees that have never applied for a work card pursuant to LCC.
2. The majority of these employees who are Lyon County residents reside in Silver Springs or Stagecoach.
3. There are no significant public safety concerns with these employees as it relates to criminal cases.

# 4. 2017 Prostitute Work Card Audit

In 2017, the LCSO issued a total of 342 prostitute work cards to 241 specific individuals. Of these individuals, 101 had multiple cards issued for a prostitute changing brothel location, leaving the business and returning the same year, or other various reasons.

| | |
|---|---|
| 13 | of these cards were issued to individuals that live in Lyon County. |
| 42 | of these cards were issued to individuals that live in Northern Nevada (i.e., Carson City, Reno, Sparks etc.). |
| 168 | of these cards were issued to individuals that reside in another state. |
| 18 | of these cards were issued to individuals that provided a southern Nevada address. |

Demographic Analysis

| | |
|---|---|
| 1.88 years | is the average length of employment. |
| 7 years | was the longest length of employment. |
| 147 | workers had less than one year of employment. |
| 72 years | was the oldest applicant. |
| 18 y/15 days | was the youngest applicant. |
| 30.78 years | was the average prostitute age. |
| 9 | workers have more than three years of employment and are Lyon County residents. |
| 22 | self-disclosed being foreign born and/or non-us citizens. A quick search of 2018 records identified an additional 17 approved prostitutes. 39 total names were cross check through federal data bases with the assistance of federal law enforcement agencies. |

Crime Issues

| | |
|---|---|
| 13 | prostitutes made self-disclosure of active criminal cases:<br>-Warrants of arrest for traffic offenses. |

0232

LCSO Internal Audit Report on Brothel Compliance Requirements

-Possession of controlled substances (Lyon County & Las Vegas).
-Obstructing a Peace Officer (Reno).
-Battery on a Peace Officer (Carson City).
-Fraud (CA).
-Theft (CA).

1    Currently serving a 14-week sentence in the Lyon County jail.

Human Trafficking Indicators

19    self-disclosed prior prostitution convictions. Indicator is that they could still be controlled by a pimp. Convictions from CA, FL, NY, WA, CT, MO, Las Vegas, Reno.

4    self-disclosed active prostitution arrest without case closure from Las Vegas, Reno, CA, and WI. Indicator is that they are highly likely being controlled by an out-of-region/state pimp.

25    had dual prostitute licenses with other counties (Nye & Elko).Indicator is movement from one brothel to the next.[1]

2    provided documents during application process that showed almost immediate entry into the US and prostitute application.

1    provided documents during application process showing an out-of-state marriage upon entry into the US. A law enforcement systems check showed possible identity theft.

1    self-disclosed an out-of-state human trafficking arrest.

Federal Law Violations

1    Is subject to arrest/deportation when located.
1    Self-disclosed immigration deportation proceedings.
14    Currently under federal review for immigration violations, including unlawful entry, fraud and identity theft. They will continue to be allowed working privileges until/when any federal notification comes into this Office denying work authorization.
1    Department of Defense military member moonlighting as a prostitute.

Findings

1. Current part-time administrative clerk in Dayton does not have required knowledge and skills to scrutinize applications in order to detect possible indicators of human trafficking.
2. Staff was issuing temporary work cards prior to completing background check, which requires review of criminal history that is delayed between 1-3 weeks. LCC does not allow for such practice.
3. No substation is equipped with out-of-state and passport verification equipment for validation of documents to establish identity.

---

[1] https://www.unodc.org/pdf/HT_indicators_E_LOWRES.pdf

0233

LCSO Internal Audit Report on Brothel Compliance Requirements

4. Large majority of prostitutes report instability of residences and extensive criminal records that include property and other quality of life type crimes. Again, these are indicators for human trafficking and sexual exploitation.
5. During this period, the LCSO received information related to labor and civil disputes between prostitutes and brothels.
6. LCSO's records management system (RMS) allows for viewing Nye and Elko County Sheriff Offices prostitute records because we share the same RMS. However, we cannot view prostitute applications from the Storey County Sheriff's Office and the Elko Police Department who also issue prostitute cards.
7. At a minimum, 83 prostitutes generated positive indicators of human trafficking that should have required additional investigation.

# 5. Human Trafficking Indicators

The United Nations Office on Drugs and Crime has released its document on Human Trafficking Indicators[2] that lists thirty-six general indicators and twelve sexual exploitation indicators. Many of these indicators were observed during this audit. And although the presence or absence of any indicators neither proves nor disproves that human trafficking is taking place, their presence during the application process must lead to an investigation.

The Nevada Attorney General's Office recently released its human trafficking screening list[3] that must be used as a basis for all detective-directed background investigations to detect human trafficking into legal brothels.

While not clearly defined by LCC, prostitute registration should serve two (2) legitimate law enforcement functions:

- Record and document individual identifiers such as tattoos, facial and body features, and fingerprints to be used if a missing person's report has been generated.

- Serve as an ability to conduct comprehensive background investigations to deter and detect victims of human trafficking, and to connect them with supportive services when required.

# 6. Lyon County Code Concerns

A. Change code to allow the prostitute work card to be issued to the individual, rather to a specific brothel. This will reduce LCSO staff requirements and reduce individual prostitute costs.

---

[2] https://www.unodc.org/pdf/HT_indicators_E_LOWRES.pdf
[3] http://ag.nv.gov/uploadedFiles/agnvgov/Content/Human_Trafficking/AG_HT_Screening_Tool_Final2.pdf

LCSO Internal Audit Report on Brothel Compliance Requirements

B.  Minimum age for prostitute and customer should be increased to 21 years of age to align with state law on licensed liquor establishments, casinos, and purchases of marijuana and alcohol products. Each brothel currently has a valid county liquor license.

C.  Review Medical Advisor to the Sheriff and designated quarterly medical facility reports. Revise and/or amend as necessary.

D.  Review code against human trafficking indicators. Revise and/or amend as necessary.

E.  Revise and/or amend LCC as necessary to:
   i.   Allow for temporary work cards.
   ii.  Mandate posting of Prostitute Rights and reporting mechanism in certain brothel work and common areas.
   iii. Mandate brothel staff training requirements on human trafficking awareness. This would be consistent with LCC mandated alcohol server training and mandated human trafficking awareness training is currently being done in Reno areas.
   iv.  Ability to conduct periodic licensee review.
   v.   Determine if employee work cards are necessary.
   vi.  Add NRS 125B Child Support requirements.
   vii. Mandate that prostitutes carry valid work cards in their possession at all times when in the brothel.
   viii. Mandate that each brothel produce health certification for each prostitute in the brothel they are working.
   ix.  Clarify who is responsible for misdemeanor violations pertaining to compliance violations of the LCC.

# 7. Corrective Actions & Summary

Administrative Bureau

A.  Develop and implement an application process that identifies vulnerable applicants who will require a thorough Investigation Bureau background investigation.

B.  Develop and implement a human trafficking simple self-disclosure screen to be included in the application process. All positive screens will be forwarded to the Investigation Bureau for a thorough background investigation.

C.  Develop a Sex Worker (Prostitute) Rights form as part of the application process; to include types of criminal and prohibited acts and methods to report.

D.  Obtain equipment and establish procedures necessary to validate documents to establish identity and ensure federal law compliance.

E.  Submit a budget request for the Dayton administrative clerk position to meet the requirements of this audit.

0235

LCSO Internal Audit Report on Brothel Compliance Requirements

### Investigation Bureau

A.  All positive questionnaire screens for possible human trafficking will be interviewed by a qualified detective, using the Attorney General's Law Enforcement Screening Tool for Victims of Human Trafficking.[4] Completed questionnaires will be attached to the applicants file.

B.  Submit a budget request to increase detective staffing to meet the requirements of this audit.

C.  Develop inter-local agreements with regional law enforcement agencies to collectively combat human trafficking.

---

[4] http://ag.nv.gov/uploadedFiles/agnvgov/Content/Human_Trafficking/AG_HT_Screening_Tool_Final2.pdf

1

**EXHIBIT 14**

2

3

4

5

6

7

8

9

10

11

12

13

14      **UNITED NATIONS OFFICE ON DRUGS AND CRIME,**

15      **HUMAN TRAFFICKING INDICATORS**

16

17

18

19

20

21

22

23

24

25

26

27

28                          **EXHIBIT 14**



**UNITED NATIONS**
*Office on Drugs and Crime*

# HUMAN TRAFFICKING INDICATORS



**HUMAN TRAFFICKING INDICATORS**

For additional information about Trafficking in Persons and the United Nations Office on Drugs and Crime, including our publications, please visit our website: **www.unodc.org**

Photo front: Howard G. Buffett

Not all the indicators listed below are present in all situations involving trafficking in humans. Although the presence or absence of any of the indicators neither proves nor disproves that human trafficking is taking place, their presence should lead to investigation.

Victims of trafficking in humans can be found in a variety of situations. You can play a role in identifying such victims.

## GENERAL INDICATORS

People who have been trafficked may:
- Believe that they must work against their will
- Be unable to leave their work environment
- Show signs that their movements are being controlled
- Feel that they cannot leave
- Show fear or anxiety
- Be subjected to violence or threats of violence against themselves or against their family members and loved ones
- Suffer injuries that appear to be the result of an assault
- Suffer injuries or impairments typical of certain jobs or control measures
- Suffer injuries that appear to be the result of the application of control measures
- Be distrustful of the authorities
- Be threatened with being handed over to the authorities
- Be afraid of revealing their immigration status
- Not be in possession of their passports or other travel or identity documents, as those documents are being held by someone else
- Have false identity or travel documents
- Be found in or connected to a type of location likely to be used for exploiting people
- Be unfamiliar with the local language
- Not know their home or work address
- Allow others to speak for them when addressed directly
- Act as if they were instructed by someone else
- Be forced to work under certain conditions
- Be disciplined through punishment
- Be unable to negotiate working conditions
- Receive little or no payment
- Have no access to their earnings
- Work excessively long hours over long periods
- Not have any days off
- Live in poor or substandard accommodations
- Have no access to medical care
- Have limited or no social interaction
- Have limited contact with their families or with people outside of their immediate environment
- Be unable to communicate freely with others
- Be under the perception that they are bonded by debt
- Be in a situation of dependence
- Come from a place known to be a source of human trafficking
- Have had the fees for their transport to the country of destination paid for by facilitators, whom they must payback by working or providing services in the destination
- Have acted on the basis of false promises

## CHILDREN

Children who have been trafficked may:
- Have no access to their parents or guardians
- Look intimidated and behave in a way that does not correspond with behaviour typical of children their age
- Have no friends of their own age outside of work
- Have no access to education
- Have no time for playing
- Live apart from other children and in substandard accommodations
- Eat apart from other members of the "family"
- Be given only leftovers to eat
- Be engaged in work that is not suitable for children
- Travel unaccompanied by adults
- Travel in groups with persons who are not relatives

The following might also indicate that children have been trafficked:
- The presence of child-sized clothing typically worn for doing manual or sex work
- The presence of toys, beds and children's clothing in inappropriate places such as brothels and factories
- The claim made by an adult that he or she has "found" an unaccompanied child
- The finding of unaccompanied children carrying telephone numbers for calling taxis
- The discovery of cases involving illegal adoption

## DOMESTIC SERVITUDE

People who have been trafficked for the purpose of domestic servitude may:
- Live with a family
- Not eat with the rest of the family
- Have no private space
- Sleep in a shared or inappropriate space
- Be reported missing by their employer even though they are still living in their employer's house
- Never or rarely leave the house for social reasons
- Never leave the house without their employer
- Be given only leftovers to eat
- Be subjected to insults, abuse, threats or violence

0238

# HUMAN TRAFFICKING INDICATORS



For additional information about the Global Initiative to Fight Human Trafficking please visit www.ungift.org

UN.GIFT
Global Initiative to Fight Human Trafficking

HUMAN TRAFFICKING
A CRIME THAT SHAMES US ALL

## SEXUAL EXPLOITATION

People who have been trafficked for the purpose of sexual exploitation may:

- Be of any age, although the age may vary according to the location and the market
- Move from one brothel to the next or work in various locations
- Be escorted whenever they go to and return from work and other outside activities
- Have tattoos or other marks indicating "ownership" by their exploiters
- Work long hours or have few if any days off
- Sleep where they work
- Live or travel in a group, sometimes with other women who do not speak the same language
- Have very few items of clothing
- Have clothes that are mostly the kind typically worn for doing sex work
- Only know how to say sex-related words in the local language or in the language of the client group
- Have no cash of their own
- Be unable to show an identity document

The following might also indicate that children have been trafficked:

- There is evidence that suspected victims have had unprotected and/or violent sex.
- There is evidence that suspected victims cannot refuse unprotected and/or violent sex.
- There is evidence that a person has been bought and sold.
- There is evidence that groups of women are under the control of others.
- Advertisements are placed for brothels or similar places offering the services of women of a particular ethnicity or nationality.
- It is reported that sex workers provide services to a clientele of a particular ethnicity or nationality.
- It is reported by clients that sex workers do not smile.

## LABOUR EXPLOITATION

People who have been trafficked for the purpose of labour exploitation are typically made to work in sectors such as the following: agriculture, construction, entertainment, service industry and manufacturing (in sweatshops).

People who have been trafficked for labour exploitation may:

- Live in groups in the same place where they work and leave those premises infrequently, if at all
- Live in degraded, unsuitable places, such as in agricultural or industrial buildings
- Not be dressed adequately for the work they do: for example, they may lack protective equipment or warm clothing
- Be given only leftovers to eat
- Have no access to their earnings
- Have no labour contract
- Work excessively long hours
- Depend on their employer for a number of services, including work, transportation and accommodation

- Have no choice of accommodation
- Never leave the work premises without their employer
- Be unable to move freely
- Be subject to security measures designed to keep them on the work premises
- Be disciplined through fines
- Be subjected to insults, abuse, threats or violence
- Lack basic training and professional licences

The following might also indicate that people have been trafficked for labour exploitation:

- Notices have been posted in languages other than the local language.
- There are no health and safety notices.
- The employer or manager is unable to show the documents required for employing workers from other countries.
- The employer or manager is unable to show records of wages paid to workers.
- The health and safety equipment is of poor quality or is missing.
- Equipment is designed or has been modified so that it can be operated by children.
- There is evidence that labour laws are being breached.
- There is evidence that workers must pay for tools, food or accommodation or that those costs are being deducted from their wages.

## BEGGING AND PETTY CRIME

People who have been trafficked for the purpose of begging or committing petty crimes may:

- Be children, elderly persons or disabled migrants who tend to beg in public places and on public transport
- Be children carrying and/or selling illicit drugs
- Have physical impairments that appear to be the result of mutilation
- Be children of the same nationality or ethnicity who move in large groups with only a few adults
- Be unaccompanied minors who have been "found" by an adult of the same nationality or ethnicity
- Move in groups while travelling on public transport: for example, they may walk up and down the length of trains
- Participate in the activities of organized criminal gangs
- Be part of large groups of children who have the same adult guardian
- Be punished if they do not collect or steal enough
- Live with members of their gang
- Travel with members of their gang to the country of destination
- Live, as gang members, with adults who are not their parents
- Move daily in large groups and over considerable distances

The following might also indicate that people have been trafficked for begging or for committing petty crimes:

- New forms of gang-related crime appear.
- There is evidence that the group of suspected victims has moved, over a period of time, through a number of countries.
- There is evidence that suspected victims have been involved in begging or in committing petty crimes in another country.

# EXHIBIT 15

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## U.S. DEPARTMENT OF STATE, THE LINK BETWEEN PROSTITUTION AND SEX TRAFFICKING
### (November 24, 2004)

# EXHIBIT 15