AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| REBEKAH CHARLESTON <br><br> *Plaintiff(s)* <br> v. <br> STATE OF NEVADA; STEVE SISOLAK, in his capacity as Governor of the State of Nevada, and the LEGISLATURE OF THE STATE OF NEVADA <br><br> *Defendant(s)* | ))))))))))))) | Civil Action No. 3:19-cv-00107-MMD-WGC |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Legislature of the State of Nevada c/o
The Nevada Attorney General
100 North Carson Street
Carson City, NV 89701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jason D. Guinasso, Esq.
Hutchison & Steffen, PLLC
500 Damonte Ranch Parkway, Suite 980
Reno, NV 89521

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI
**CLERK**

*(signature)*

(By) DEPUTY CLERK

February 26, 2019
DATE

UNITED STATES DISTRICT COURT

**Rebekah Charleston,**
        Plaintiff(s),
VS.                                                                            CASE NO:   **3:19-cv-00107**
**State of Nevada, et al,**
        Defendant(s),

### DECLARATION OF SERVICE

STATE OF NEVADA
COUNTY OF WASHOE      ss.:

**PETE G LAZETICH LIC #322**, being duly sworn says: That at all times herein Affiant was and is a citizen of the United States, over 18 years of age, and not a party to nor interested in the proceedings in which this Affidavit is made.

That Affiant received copy(ies) of the **CIVIL COVER SHEET; SUMMONS & COMPLAINT; Appendix to Complaint;** On 2/26/2019 and served the same on 2/26/2019 at 4:30 PM by delivery and leaving a copy with:

**Michelle Fournies**, of the office of the Attorney General who stated he/she is authorized to accept service on behalf of Legislature of the State of Nevada

**100 North Carson Street, Carson City, NV 89701**

Pursuant to NRS 239B.030 this document does not contain the social security number of any person.

Affiant does hereby affirm under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.
Executed on: 2/28/2019
by PETE G LAZETICH LIC #322
Registration: 322

No notary is required per NRS 53.045

X  
PETE G LAZETICH LIC #322
Registration: 322
Reno Carson Messenger Service, Inc #322
185 Martin St.
Reno, NV 89509
(775) 322-2424
www.renocarson.com



Order#: R64235C NVPRF411