AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| REBEKAH CHARLESTON <br><br> *Plaintiff(s)* <br> v. <br> STATE OF NEVADA; STEVE SISOLAK, in his capacity as Governor of the State of Nevada, and the LEGISLATURE OF THE STATE OF NEVADA <br><br> *Defendant(s)* | ))))))))))))) | Civil Action No. 3:19-cv-00107-MMD-WGC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Steve Sisolak, in his capacity as Governor of the State of Nevada
State Capitol Building
101 N. Carson Street
Carson City, NV 89701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jason D. Guinasso, Esq.
Hutchison & Steffen, PLLC
500 Damonte Ranch Parkway, Suite 980
Reno, NV 89521

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI
CLERK

*(signature)*

(By) DEPUTY CLERK

February 26, 2019
DATE

# UNITED STATES DISTRICT COURT

**Rebekah Charleston,**
    Plaintiff(s),
VS.
**State of Nevada, et al,**
    Defendant(s),

CASE NO:   3:19-cv-00107

## DECLARATION OF SERVICE

STATE OF NEVADA
COUNTY OF WASHOE    ss.:

**PETE G LAZETICH LIC #322**, being duly sworn says: That at all times herein Affiant was and is a citizen of the United States, over 18 years of age, and not a party to nor interested in the proceedings in which this Affidavit is made.

That Affiant received copy(ies) of the **CIVIL COVER SHEET; SUMMONS & COMPLAINT; Appendix to Complaint;** On 2/26/2019 and served the same on 2/26/2019 at 2:38 PM by delivery and leaving a copy with:

By then and there personally delivering a true and correct copy of the documents into the hands of and leaving with **Meredith Taylor** whose title is **Administrative Assistant**.

Served on behalf of **Steve Sisolak, in his capacity as Governor of the State of Nevada**

Service Address: **State Capitol Building - 101 N. Carson Street , Carson City, NV 89701**

Pursuant to NRS 239B.030 this document does not contain the social security number of any person.

Affiant does hereby affirm under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.
Executed on: 2/28/2019
by PETE G LAZETICH LIC #322
Registration: 322

No notary is required per NRS 53.045

X _____
PETE G LAZETICH LIC #322
Registration: 322
Reno Carson Messenger Service, Inc #322
185 Martin St.
Reno, NV 89509
(775) 322-2424
www.renocarson.com




Order#: R64235A NVPRF411