JASON D. GUINASSO, ESQ. (SBN# 8478)
HUTCHISON & STEFFEN, PLLC
500 Damonte Ranch Parkway, Suite 980
Reno, NV 89521
Telephone: (775) 853-8746
Facsimile: (775) 201-9611
jguinasso@hutchlegal.com
*Attorney for Rebekah Charleston*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| REBEKAH CHARLESTON,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF NEVADA; STEVE SISOLAK, in his capacity as Governor of the State of Nevada, and the LEGISLATURE OF THE STATE OF NEVADA;<br><br>    Defendant. | Case Number: 3:19-cv-00107-MMD-WGC<br><br>**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES PURSUANT TO L.R. 7.1-1** |

The undersigned, counsel of record for Rebekah Charleston, certifies that there are no known interested parties other than those participating in the case.

Dated this 7th day of March, 2019.      HUTCHISON & STEFFEN, PLLC

By: /s/ *Jason D. Guinasso, Esq.*
JASON D. GUINASSO, ESQ.(#8478)
*Attorney for Plaintiff*