JASON D. GUINASSO, ESQ. (SBN# 8478)
HUTCHISON & STEFFEN, PLLC
500 Damonte Ranch Parkway, Suite 980
Reno, NV 89521
Telephone: (775) 853-8746
Facsimile: (775) 201-9611
jguinasso@hutchlegal.com
*Attorney for Plaintiffs*
*Rebekah Charleston; Angela Delgado-Williams;
and Leah Albright-Byrd*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| REBEKAH CHARLESTON; ANGELA DELGADO-WILLIAMS; and LEAH ALBRIGHT-BYRD;<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF NEVADA; STEVE SISOLAK, in his capacity as Governor of the State of Nevada, and the LEGISLATURE OF THE STATE OF NEVADA;<br><br>Defendants. | Case No.: 3:19-cv-00107-MMD-WGC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE RESPONSIVE PLEADING TO PROPOSED DEFENDANTS-INTERVENERS CASH PROCESSING SERVICES, INC. AND LANCE GILMAN'S MOTION TO INTERVENE AS DEFENDANTS (ECF NO. 11)**<br><br>**(First Request)** |

**COMES NOW**, Plaintiffs Rebekah Charleston, Angela Delgado-Williams, and Leah Ablright-Byrd (collectively "Plaintiffs") and Proposed Defendants-Interveners, Cash Processing Services, Inc. and Lance Gilman ("Proposed Defendants-Interveners"), by and through their undersigned attorneys of record, and hereby stipulate and agree that Plaintiffs shall have up to and including March 28, 2019 in which to file their responsive pleading to Proposed Defendants-Interveners Cash Processing Services, Inc. and Lance Gilman's Motion to Intervene as Defendants (ECF No. 11).

1 Proposed Defendants-Intervenors filed and served their Motion to Intervene as Defendants on March 11, 2019.

Plaintiffs are requesting an additional seven (7) days in which to file a responsive pleading to the same.

Accordingly, it is hereby stipulated and agreed by and between the parties that Plaintiffs shall file a responsive pleading to Proposed Defendants-Interveners Cash Processing Services, Inc. and Lance Gilmans's Motion to Intervene as Defendants on or before March 28, 2019.

| DATED this 20th day of March, 2019.<br>HUTCHISON & STEFFEN, PLLC<br>By: */s / Jason Guinasso*<br>Jason Guinasso, Esq.<br>State Bar No. 8478<br>500 Damonte Ranch Parkway, Suite 980<br>Reno, Nevada 89521<br>T: 775-853-8746<br>F: 775-201-9611<br>jguinasso@hutchlegal.com<br>*Attorney for Plaintiffs* | DATED this 20th day of March, 2019.<br>FLANGAS DALACAS LAW GROUP<br>By: */s / Jessica K. Peterson*<br>Gus W. Flangas, Esq.<br>State Bar No. 004989<br>Jessica K. Peterson, Esq.<br>State Bar No. 10670<br>3275 South Jones Blvd, Suite 105<br>T: (702) 307-9500<br>F: (702) 382-9452<br>gwf@fdlawlv.com<br>jkp@fdlawlv.com<br>*Attorneys for Proposed Defendants-Interveners Cash Processing Services, Inc. and Lance Gilman* |

**ORDER**

IT IS SO ORDERED.

DATED: _____, 2019.

_____
UNITED STATES MAGISTRATE JUDGE