## UNITED STATES DISTRICT COURT

Rebekah Charleston, Angela Delgado-Williams; and
Leah Albright-Byrd,
    Plaintiff(s),

VS.

State of Nevada, et al,
    Defendant(s),

CASE NO:    3:19-cv-00107

## DECLARATION OF SERVICE

STATE OF NEVADA
COUNTY OF WASHOE     ss.:

**ROBERT JAMES CLARK**, being duly sworn says: That at all times herein Affiant was and is a citizen of the United States, over 18 years of age, and not a party to nor interested in the proceedings in which this Affidavit is made.

That Affiant received copy(ies) of the **First Amended COMPLAINT;** On 3/19/2019 and served the same on 3/20/2019 at 4:37 PM by delivery and leaving a copy with:

**Diana Herrera**, of the office of the Attorney General who stated he/she is authorized to accept service on behalf of State of Nevada

**100 North Carson Street, Carson City, NV 89701**

A description of Diana Herrera is as follows

| Gender | Color of Skin/Race | Hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Latino | Black | 18 - 25 | 5'1 - 5'6 | 181-200 Lbs |

Pursuant to NRS 239B.030 this document does not contain the social security number of any person.

Affiant does hereby affirm under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.
Executed on: 3/22/2019
by ROBERT JAMES CLARK
Registration: R -060170

No notary is required per NRS 53.045



X _____
ROBERT JAMES CLARK
Registration: R -060170
Reno Carson Messenger Service, Inc #322
185 Martin St.
Reno, NV 89509
(775) 322-2424
www.renocarson.com



Order#: R66596E NVPRF411