UNITED STATES DISTRICT COURT

**Rebekah Charleston, Angela Delgado-Williams; and Leah Albright-Byrd,**
    Plaintiff(s),
VS.
**State of Nevada, et al,**
    Defendant(s),

CASE NO:   **3:19-cv-00107**

DECLARATION OF SERVICE

STATE OF NEVADA
COUNTY OF WASHOE          ss.:

**JENLEE KNIGHT PARKER**, being duly sworn says: That at all times herein Affiant was and is a citizen of the United States, over 18 years of age, and not a party to nor interested in the proceedings in which this Affidavit is made.

That Affiant received copy(ies) of the **First Amended COMPLAINT;** On 3/19/2019 and served the same on 3/20/2019 at 4:37 PM by delivery and leaving a copy with:

By then and there personally delivering a true and correct copy of the documents into the hands of and leaving with **Martin Roberto** whose title is **Sergeant/Capitol Police.**

Served on behalf of **Steve Sisolak, in his capacity as Governor of the State of Nevada**

Service Address: **State Capitol Building - 101 N. Carson Street , Carson City, NV 89701**

A description of Martin Roberto is as follows

| Gender | Color of Skin/Race | Hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Latino | | 56-60 | 5'7 - 6'0 | 181-200 Lbs |

Other Features: Black/gray hair and moustach

Server Report: Sergeant Roberto, stationed on lobby and in uniform, explained that he is to be served as the package containing service must be x rayed, and this is the usual procedure.

Pursuant to NRS 239B.030 this document does not contain the social security number of any person.

Affiant does hereby affirm under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.
Executed on: 3/20/2019
by JENLEE KNIGHT PARKER
Registration: R-2018-000296

No notary is required per NRS 53.045

X _____
JENLEE KNIGHT PARKER
Registration: R-2018-000296
Reno Carson Messenger Service, Inc #322
185 Martin St.
Reno, NV 89509
(775) 322-2424
www.renocarson.com

Order#: R66596D NVPRF411