FLANGAS DALACAS LAW GROUP
Gus W. Flangas, Esq.
State Bar No. 004989
Jessica K. Peterson, Esq.
State Bar No. 10670
3275 South Jones Blvd, Suite 105
T: (702) 307-9500
F: (702) 382-9452
gwf@fdlawlv.com
jkp@fdlawlv.com
*Attorneys for Proposed Defendant Intervenors*
*Cash Processing Services, Inc. and Lance Gilman*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REBEKAH CHARLESTON; ANGELA DELGADO-WILLIAMS; and LEAH ALBRIGHT-BYRD;<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF NEVADA; STEVE SISOLAK, in his capacity as Governor of the State of Nevada, and the LEGISLATURE OF THE STATE OF NEVADA;<br><br>Defendants. | Case No.: 3:19-cv-00107-MMD-WGC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PROPOSED DEFENDANTS-INTERVENERS CASH PROCESSING SERVICES, INC. AND LANCE GILMAN TO FILE A REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO INTERVENE (ECF NO. 14)**<br><br>**(First Request)** |

**COMES NOW**, Plaintiffs Rebekah Charleston, Angela Delgado-Williams, and Leah Ablright-Byrd (collectively "Plaintiffs") and Proposed Defendants-Interveners, Cash Processing Services, Inc. and Lance Gilman ("Proposed Defendants-Interveners"), by and through their undersigned attorneys of record, and hereby stipulate and agree that Proposed Defendants- Interveners shall have up to and including April 9, 2019 in which to file their

1  Reply to Plaintiffs Opposition to Proposed Defendants-Interveners Cash Processing
2  Services, Inc. and Lance Gilman's Motion to Intervene as Defendants (ECF No. 14).

3      Proposed Defendants-Intervenors filed and served their Motion to Intervene as
4  Defendants on March 11, 2019 (ECF No. 11).

5      Plaintiffs obtained an extension of time in which to file their Opposition and filed
6  their Opposition on March 28, 2019 (ECF No.13).

7      Proposed Defendant-Interveners Response is due April 4, 2019.

8      Accordingly, it is hereby stipulated and agreed by and between the parties that
9  Plaintiffs shall file a Reply to Plaintiffs' Opposition to Defendants-Interveners Cash
10 Processing Services, Inc. and Lance Gilmans's Motion to Intervene as Defendants on or
11 before April 9, 2019.

| | |
|---|---|
| DATED this 4th day of April, 2019.<br>HUTCHISON & STEFFEN, PLLC<br>By: /s/ Jason Guinasso<br>Jason Guinasso, Esq.<br>State Bar No. 8478<br>500 Damonte Ranch Parkway, Suite 980<br>Reno, Nevada 89521<br>T: 775-853-8746<br>F: 775-201-9611<br>jguinasso@hutchlegal.com<br>*Attorney for Plaintiffs* | DATED this 4th day of April, 2019.<br>FLANGAS DALACAS LAW GROUP<br>By: /s/ Jessica K. Peterson<br>Gus W. Flangas, Esq.<br>State Bar No. 004989<br>Jessica K. Peterson, Esq.<br>State Bar No. 10670<br>3275 South Jones Blvd, Suite 105<br>T: (702) 307-9500<br>F: (702) 382-9452<br>gwf@fdlawlv.com<br>jkp@fdlawlv.com<br>*Attorneys for Proposed Defendants-Interveners Cash Processing Services, Inc. and Lance Gilman* |

**ORDER**

IT IS SO ORDERED.

DATED: _____, 2019.

_____
UNITED STATES MAGISTRATE JUDGE