```
 1  FLANGAS DALACAS LAW GROUP
    Gus W. Flangas, Esq.
 2  State Bar No. 004989
    Jessica K. Peterson, Esq.
 3  State Bar No. 10670
    3275 South Jones Blvd, Suite 105
 4  T: (702) 307-9500
    F: (702) 382-9452
 5  gwf@fdlawlv.com
    jkp@fdlawlv.com
 6  Attorneys for Proposed Defendant Intervenors
    Cash Processing Services, Inc. and Lance Gilman
 7
                    UNITED STATES DISTRICT COURT
 8
                         DISTRICT OF NEVADA
 9
10  REBEKAH CHARLESTON; ANGELA         Case No.: 3:19-cv-00107-MMD-WGC
    DELGADO-WILLIAMS; and LEAH
11  ALBRIGHT-BYRD;
                                       STIPULATION AND ORDER FOR
12          Plaintiffs,                    EXTENSION OF TIME
                                             FOR PROPOSED
13      vs.                            DEFENDANTS-INTERVENERS
                                       CASH PROCESSING SERVICES, INC.
14  STATE OF NEVADA; STEVE SISOLAK,    AND LANCE GILMAN TO FILE A
    in his capacity as Governor of the State of  REPLY TO PLAINTIFFS'
15  Nevada, and the                    OPPOSITION TO MOTION TO
    LEGISLATURE OF THE STATE OF        INTERVENE (ECF NO. 14)
16  NEVADA;
                                           (First Request)
17          Defendants.

18
```

**COMES NOW**, Plaintiffs Rebekah Charleston, Angela Delgado-Williams, and Leah Ablright-Byrd (collectively "Plaintiffs") and Proposed Defendants-Interveners, Cash Processing Services, Inc. and Lance Gilman ("Proposed Defendants-Interveners"), by and through their undersigned attorneys of record, and hereby stipulate and agree that Proposed Defendants- Interveners shall have up to and including April 9, 2019 in which to file their

Reply to Plaintiffs Opposition to Proposed Defendants-Interveners Cash Processing Services, Inc. and Lance Gilman's Motion to Intervene as Defendants (ECF No. 14).

Proposed Defendants-Intervenors filed and served their Motion to Intervene as Defendants on March 11, 2019 (ECF No. 11).

Plaintiffs obtained an extension of time in which to file their Opposition and filed their Opposition on March 28, 2019 (ECF No.13).

Proposed Defendant-Interveners Response is due April 4, 2019.

Accordingly, it is hereby stipulated and agreed by and between the parties that Plaintiffs shall file a Reply to Plaintiffs' Opposition to Defendants-Interveners Cash Processing Services, Inc. and Lance Gilmans's Motion to Intervene as Defendants on or before April 9, 2019.

DATED this 4th day of April, 2019.
HUTCHISON & STEFFEN, PLLC
By: /s/ Jason Guinasso
Jason Guinasso, Esq.
State Bar No. 8478
500 Damonte Ranch Parkway, Suite 980
Reno, Nevada 89521
T: 775-853-8746
F: 775-201-9611
jguinasso@hutchlegal.com
*Attorney for Plaintiffs*

DATED this 4th day of April, 2019.
FLANGAS DALACAS LAW GROUP
By: /s/ Jessica K. Peterson
Gus W. Flangas, Esq.
State Bar No. 004989
Jessica K. Peterson, Esq.
State Bar No. 10670
3275 South Jones Blvd, Suite 105
T: (702) 307-9500
F: (702) 382-9452
gwf@fdlawlv.com
jkp@fdlawlv.com
*Attorneys for Proposed Defendants-Interveners Cash Processing Services, Inc. and Lance Gilman*

## ORDER

IT IS SO ORDERED.

DATED: April 10, 2019.

UNITED STATES ~~MAGISTRATE~~ JUDGE