JASON D. GUINASSO, ESQ. (SBN# 8478)
HUTCHISON & STEFFEN, PLLC
500 Damonte Ranch Parkway, Suite 980
Reno, NV 89521
Telephone: (775) 853-8746
Facsimile: (775) 201-9611
jguinasso@hutchlegal.com
*Attorney for Plaintiffs*
*Rebekah Charleston; Angela Delgado-Williams;*
*and Leah Albright-Byrd*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REBEKAH CHARLESTON; ANGELA DELGADO-WILLIAMS; and LEAH ALBRIGHT-BYRD;<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF NEVADA; STEVE SISOLAK, in his capacity as Governor of the State of Nevada, and the LEGISLATURE OF THE STATE OF NEVADA;<br><br>Defendants. | Case No.: 3:19-cv-00107-MMD-WGC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE RESPONSIVE PLEADING TO DEFENDANTS STATE OF NEVADA AND GOVERNOR STEVE SISOLAK'S MOTION TO DISMISS (ECF NO. 22)**<br><br>**(First Request)** |

**COMES NOW**, Plaintiffs Rebekah Charleston, Angela Delgado-Williams, and Leah Ablright-Byrd (collectively "Plaintiffs") and Defendants State of Nevada and Governor Steve Sisolak by and through their undersigned attorneys of record, and hereby stipulate and agree that Plaintiffs shall have up to and including **May 3, 2019** in which to file their responsive pleading to Defendants State of Nevada and Governor Steve Sisolak's Motion to Dismiss (ECF No. 22).

Defendants State of Nevada and Governor Steve Sisolak filed and served their Motion to Dismiss on April 3, 2019 (ECF No. 22).

Plaintiffs are requesting an additional sixteen (16) days in which to file a responsive pleading to the same.

Accordingly, it is hereby stipulated and agreed by and between the parties that Plaintiffs shall file their responsive pleading to Defendants State of Nevada and Governor Steve Sisolak's Motion to Dismiss (ECF No. 22) on or before May 3, 2019.

| | |
|---|---|
| DATED this 15th day of April, 2019.<br>HUTCHISON & STEFFEN, PLLC<br>By: */s/ Jason Guinasso*<br>Jason Guinasso, Esq.<br>State Bar No. 8478<br>500 Damonte Ranch Parkway, Suite 980<br>Reno, Nevada 89521<br>T: 775-853-8746<br>F: 775-201-9611<br>jguinasso@hutchlegal.com<br>*Attorney for Plaintiffs* | DATED this 15th day of April, 2019.<br>AAROD D. FORD<br>ATTORNEY GENERAL<br>By: */s/ Gregory L. Zunino*<br>GREGORY L. ZUNINO, Esq.<br>Deputy Solicitor General, (Bar No. 4805)<br>100 N. Carson Street<br>Carson City, Nevada 89701<br>(775) 684-1237<br>GZunino@ag.nv.gov<br>*Attorneys for Defendant*<br>*State of Nevada, Steve Sisolak* |

**ORDER**

IT IS SO ORDERED.

DATED: _____, 2019.

_____
UNITED STATES JUDGE