JASON D. GUINASSO, ESQ. (SBN# 8478)
HUTCHISON & STEFFEN, PLLC
500 Damonte Ranch Parkway, Suite 980
Reno, NV 89521
Telephone: (775) 853-8746
Facsimile: (775) 201-9611
jguinasso@hutchlegal.com
*Attorney for Plaintiffs*
*Rebekah Charleston; Angela Delgado-Williams;*
*and Leah Albright-Byrd*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REBEKAH CHARLESTON; ANGELA DELGADO-WILLIAMS; and LEAH ALBRIGHT-BYRD;<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF NEVADA; STEVE SISOLAK, in his capacity as Governor of the State of Nevada, and the LEGISLATURE OF THE STATE OF NEVADA;<br><br>Defendants. | Case No.: 3:19-cv-00107-MMD-WGC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE RESPONSIVE PLEADING TO DEFENDANTS STATE OF NEVADA AND GOVERNOR STEVE SISOLAK'S MOTION TO DISMISS (ECF NO. 22)**<br><br>**(Second Request)** |

**COMES NOW**, Plaintiffs Rebekah Charleston, Angela Delgado-Williams, and Leah Ablright-Byrd (collectively "Plaintiffs") and Defendants State of Nevada and Governor Steve Sisolak by and through their undersigned attorneys of record, and hereby stipulate and agree that Plaintiffs shall have up to and including **May 14, 2019** in which to file their responsive pleading to Defendants State of Nevada and Governor Steve Sisolak's Motion to Dismiss (ECF No. 22). This is the second stipulation for extension of time Plaintiffs have requested to respond to ECF (No. 22). Defendants State of Nevada and Governor Steve Sisolak filed and

1 served their Motion to Dismiss on April 3, 2019 (ECF No. 22). On April 17, 2019 the Court granted Stipulation and Order For Extension of Time for Plaintiffs to File Responsive Pleading to Defendants State of Nevada and Governor Steve Sisolak's Motion to Dismiss (ECF No. 30) on or **before May 3, 2019.**

Mr. Guinasso, attorney for Plaintiffs has recently had a family emergency and has been dealing with some health issues. Additionally, Defendant Legislature of the State of Nevada filed its Motion to Dismiss (ECF No. 31) on April 30, 2019. Plaintiffs response is due to ECF No. 31 on or before May 14, 2019. In an effort to ensure judicial economy and efficiency Plaintiffs are therefore requesting an additional sixteen (9) days in which to file a responsive pleading to the same (ECF No. 22).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, it is hereby stipulated and agreed by and between the parties that Plaintiffs shall file their responsive pleading to Defendants State of Nevada and Governor Steve Sisolak's Motion to Dismiss (ECF No. 22) on or **before May 14, 2019.**

| | |
|---|---|
| DATED this 1st day of May, 2019.<br>HUTCHISON & STEFFEN, PLLC<br>By: /s/ *Jason Guinasso*<br>Jason Guinasso, Esq.<br>State Bar No. 8478<br>500 Damonte Ranch Parkway, Suite 980<br>Reno, Nevada 89521<br>T: 775-853-8746<br>F: 775-201-9611<br>jguinasso@hutchlegal.com<br>*Attorney for Plaintiffs* | DATED this 1st day of May, 2019.<br>AARON D. FORD<br>ATTORNEY GENERAL<br>By: /s/ *Gregory L. Zunino*<br>GREGORY L. ZUNINO, Esq.<br>Deputy Solicitor General, (Bar No. 4805)<br>100 N. Carson Street<br>Carson City, Nevada 89701<br>(775) 684-1237<br>GZunino@ag.nv.gov<br>*Attorneys for Defendant<br>State of Nevada, Steve Sisolak* |

**ORDER**

IT IS SO ORDERED.

DATED: 5/2/2019.

_____
MIRANDA M. DU
UNITED STATES DISTRCT JUDGE