JASON D. GUINASSO, ESQ. (SBN# 8478)
HUTCHISON & STEFFEN, PLLC
500 Damonte Ranch Parkway, Suite 980
Reno, NV 89521
Telephone: (775) 853-8746
Facsimile: (775) 201-9611
jguinasso@hutchlegal.com
*Attorney for Plaintiffs*
*Rebekah Charleston; Angela Delgado-Williams;*
*and Leah Albright-Byrd*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| REBEKAH CHARLESTON; ANGELA DELGADO-WILLIAMS; and LEAH ALBRIGHT-BYRD; <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF NEVADA; STEVE SISOLAK, in his capacity as Governor of the State of Nevada, and the LEGISLATURE OF THE STATE OF NEVADA; <br><br> Defendants. | Case No.: 3:19-cv-00107-MMD-WGC <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE RESPONSIVE PLEADING TO DEFENDANT LEGISLATURE OF THE STATE OF NEVADA'S MOTION TO DISMISS FIRST AMENDED COMPLAINT** <br> **(ECF No. 31)** <br> **(First Request)** |

**COMES NOW**, Plaintiffs Rebekah Charleston, Angela Delgado-Williams, and Leah Ablright-Byrd (collectively "Plaintiffs") and Defendant Legislature of the State of Nevada by and through their undersigned attorneys of record, and hereby stipulate and agree that Plaintiffs shall have up to and including **May 21, 2019** in which to file their responsive pleading to Defendant Legislature of the State of Nevada's Motion to Dismiss (ECF No. 31). This is the first stipulation for extension of time Plaintiffs have requested to respond to ECF (No. 31). Defendant Legislature of the State of Nevada filed and served its Motion to Dismiss on April 30, 2019 (ECF No. 31).

Mr. Guinasso, attorney for Plaintiffs has continued to deal with some health issues and an abnormally large workload. Plaintiffs are therefore requesting an additional seven (7) days in which to file a responsive pleading (ECF No. 31).

Accordingly, it is hereby stipulated and agreed by and between the parties that Plaintiffs shall file their responsive pleading to Legislature of the State of Nevada's Motion to Dismiss (ECF No. 31) on or **before May 21, 2019.**

| | |
|---|---|
| DATED this 13th day of May, 2019.<br>HUTCHISON & STEFFEN, PLLC<br>By: */s/ Jason Guinasso*<br>Jason Guinasso, Esq.<br>State Bar No. 8478<br>500 Damonte Ranch Parkway, Suite 980<br>Reno, Nevada 89521<br>T: 775-853-8746<br>F: 775-201-9611<br>jguinasso@hutchlegal.com<br>*Attorney for Plaintiffs* | DATED this 13th day of May, 2019.<br>NEVADA LEGISLATIVE COUNSEL<br>BUREAU, LEGAL DIVISION<br>By: */s/ Kevin Powers*<br>BRENDA ERDOES, Legislative Counsel<br>State Bar No. 3644<br>KEVIN C. POWERS, Chief Litigation Counsel<br>State Bar No. 6781<br>kpowers@lcb.state.nv.us<br>*Attorneys for Defendant*<br>*Legislature of the State of Nevada* |

**ORDER**

IT IS SO ORDERED.

DATED: _____, 2019.

_____
UNITED STATES JUDGE