JASON D. GUINASSO, ESQ. (SBN# 8478)
HUTCHISON & STEFFEN, PLLC
500 Damonte Ranch Parkway, Suite 980
Reno, NV 89521
Telephone: (775) 853-8746
Facsimile: (775) 201-9611
jguinasso@hutchlegal.com
*Attorney for Plaintiffs*
*Rebekah Charleston; Angela Delgado-Williams;*
*and Leah Albright-Byrd*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| REBEKAH CHARLESTON; ANGELA DELGADO-WILLIAMS; and LEAH ALBRIGHT-BYRD;<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF NEVADA; STEVE SISOLAK, in his capacity as Governor of the State of Nevada, and the LEGISLATURE OF THE STATE OF NEVADA;<br><br>Defendants. | Case No.: 3:19-cv-00107-MMD-WGC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE RESPONSIVE PLEADING TO DEFENDANTS STATE OF NEVADA AND GOVERNOR STEVE SISOLAK'S MOTION TO DISMISS (ECF NO. 22)**<br><br>**(Third Request)** |

**COMES NOW**, Plaintiffs Rebekah Charleston, Angela Delgado-Williams, and Leah Ablright-Byrd (collectively "Plaintiffs") and Defendants State of Nevada and Governor Steve Sisolak by and through their undersigned attorneys of record, and hereby stipulate and agree that Plaintiffs shall have up to and including **May 21, 2019** in which to file their responsive pleading to Defendants State of Nevada and Governor Steve Sisolak's Motion to Dismiss (ECF No. 22). This is the third stipulation for extension of time Plaintiffs have requested to respond to ECF (No. 22). Defendants State of Nevada and Governor Steve Sisolak filed and served their Motion to Dismiss on April 3, 2019 (ECF No. 22). On April 17, 2019 this Court

granted Stipulation and Order For Extension of Time for Plaintiffs to File Responsive Pleading to Defendants State of Nevada and Governor Steve Sisolak's Motion to Dismiss (ECF No. 30) on or **before May 3, 2019.** On May 2, 2019, this Court granted Stipulation and Order For Extension of Time for Plaintiffs to File Responsive Pleading to Defendants State of Nevada and Governor Steve Sisolak's Motion to Dismiss (ECF No. 33) on or before **May 14, 2019.**

      Mr. Guinasso, attorney for Plaintiffs has continued to deal with some health issues and an abnormally large workload. Plaintiffs are therefore requesting an additional seven (7) days in which to file a responsive pleading (ECF No. 22).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, it is hereby stipulated and agreed by and between the parties that Plaintiffs shall file their responsive pleading to Defendants State of Nevada and Governor Steve Sisolak's Motion to Dismiss (ECF No. 22) on or **before May 21, 2019.**

| | |
|---|---|
| DATED this 13th day of May, 2019.<br>HUTCHISON & STEFFEN, PLLC<br>By: */s / Jason Guinasso*<br>Jason Guinasso, Esq.<br>State Bar No. 8478<br>500 Damonte Ranch Parkway, Suite 980<br>Reno, Nevada 89521<br>T: 775-853-8746<br>F: 775-201-9611<br>jguinasso@hutchlegal.com<br>*Attorney for Plaintiffs* | DATED this 13th day of May, 2019.<br>AARON D. FORD<br>ATTORNEY GENERAL<br>By: */s / Gregory L. Zunino*<br>GREGORY L. ZUNINO, Esq.<br>Deputy Solicitor General, (Bar No. 4805)<br>100 N. Carson Street<br>Carson City, Nevada 89701<br>(775) 684-1237<br>GZunino@ag.nv.gov<br>*Attorneys for Defendant*<br>*State of Nevada, Steve Sisolak* |

**ORDER**

IT IS SO ORDERED.

DATED: _____, 2019.

_____
UNITED STATES JUDGE