JASON D. GUINASSO, ESQ. (SBN# 8478)
HUTCHISON & STEFFEN, PLLC
500 Damonte Ranch Parkway, Suite 980
Reno, NV 89521
Telephone: (775) 853-8746
Facsimile: (775) 201-9611
jguinasso@hutchlegal.com
*Attorney for Plaintiffs Rebekah Charleston*
*Angela Delgado-Williams; and*
*Leah Albright-Byrd*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REBEKAH CHARLESTON; ANGELA DELGADO-WILLIAMS; and LEAH ALBRIGHT-BYRD;<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA; STEVE SISOLAK, in his capacity as Governor of the State of Nevada, and the LEGISLATURE OF THE STATE OF NEVADA;<br><br>Defendants. | Case No.: 3:19-cv-00107-MMD-WGC<br><br><br>**APPENDIX TO PLAINTIFFS' OPPOSITION TO DEFENDANTS STATE OF NEVADA AND GOVERNOR STEVE SISOLAK'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br>**(ECF No. 22)**<br><br>[Vol. II of III] |

Plaintiffs Rebekah Charleston, Angela Delgado-Williams, and Leah Albright-Byrd (hereinafter collectively referred to as "Plaintiffs"), by and through their undersigned counsel of record, files this Appendix [Volume II of III] of Exhibits to Plaintiffs' Opposition to Defendants State of Nevada and Governor Steve Sisolak's Motion to Dismiss First Amended Complaint (ECF No. 22).

DATED this 21st day of May, 2019.          HUTCHISON & STEFFEN, PLLC

By:    */s/ Jason D. Guinasso, Esq.*
JASON D. GUINASSO, ESQ. (SBN# 8478)
*Attorney for Plaintiffs*

| Description | Volume Number | Bates Range |
|---|---|---|
| EXHIBIT 1- RONALD B. FLOWERS, PROSTITUTION IN THE DIGITAL AGE: SELLING SEX FROM THE SUITE TO THE STREET? at pg. 42-46 (Praeger 2011) | I | 0001-0006 |
| Exhibit 2- Crysta N. Price, Terry D. Clark, & Julie Faller, Nevada's Online Commercial Sex Market, HUMAN TRAFFICKING INITIATIVE, CREIGHTON UNIVERSITY (2017), https://awakenreno.org/wp-content/uploads/2018/05/FINAL_Nevada_March2018.pdf | I | 0007-0029 |
| Exhibit 3- Seo-Young Cho, Axel Dreher, & Eric Neumeyer, Does Legalized Prostitution Increase Human Trafficking?, WORLD DEVELOPMENT, at pg. 41, 67-82 (2012), https://eprints.lse.ac.uk/45198/1/Neumayer_Legalized_Prostitution_Increase_2012.pdf | I | 0030-0078 |
| Exhibit 4- Melissa Farley, Trafficking for Prostitution: Making the Connections, AMERICAN PSYCHOLOGICAL ASSOCIATION (2007) | I | 0079-0086 |
| Exhibit 5- Shapiro & Hughes, Decriminalized Prostitution: Impunity for Violence and Exploitation, UNIVERSITY OF RHODE ISLAND (2017) | I | 0087-0116 |
| Exhibit 6- Research Report, Who Buys Sex? Understanding and Disrupting Illicit Market Demand, Demand Abolition (Nov., 2018) | I | 0117-0169 |
| Exhibit 7- U.S. DEPARTMENT OF STATE, TRAFFICKING IN PERSONS REPORT at pg. 27 (2007) | I | 0170-0171 |
| Exhibit 8- Examples Of Advertising And Marketing Of Brothels | II | 0172-0279 |
| Exhibit 9- Lyon County Annual Budget | II | 0280-0282 |
| Exhibit 10- Nye County Annual Budget | II | 0283-0285 |
| Exhibit 11- Articles on Branding and Marketing Efforts of Las Vegas for "Sin City" | II | 0286-0309 |
| Exhibit 12- Kateri M. Grillot, WHAT HAPPENED IN VEGAS?: THE USE OF DESTINATION BRANDING TO INFLUENCE PLACE ATTACHMENTS (2007) | III | 0310-0476 |
| Exhibit 13- Sin City Chamber of Commerce references | III | 0477-0478 |
| Exhibit 14- Nevada Day 2018 Website | III | 0479-0480 |
| Exhibit 15- Minutes from Assembly Committee on Government Affairs, May, 12, 2017 at page 12; Exhibit E PowerPoint presentation by Senator Segerblom | III | 0481-0493 |
| Exhibit 16- Campaign Contribution Reports from Brothels and Brothel Owners to State Officials | III | 0494-0498 |

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of Hutchison & Steffen, PLLC, over the age of 21 years, and not a party to nor interested in the within action. I certify that on this date, the foregoing was electronically filed with the United States District Court. Electronic service of the foregoing document shall be made in accordance with the Master Service List as follows:

Gregory Louis Zunino  GZunino@ag.nv.gov, sgeyer@ag.nv.gov
Kevin C. Powers      kpowers@lcb.state.nv.us
Gus W Flangas      gwf@fdlawlv.com, cjm@fdlawlv.com, lmr@fdlawlv.com
Jessica K Peterson    jkp@fdlawlv.com, fi@fdlawlv.com

Dated this May 21, 2019.

/s/ A. Otutaha
Employee of Hutchison & Steffen, PLLC

# EXHIBIT 8

## Examples of Advertising and Marketing

## (0172-0279)

# EXHIBIT 8







