



📞 +1 (775) 246-9901

HOME ▾ | TODAY'S LINEUP | PORN STARS | SEX MENU | FORUM ▾ | STORE | SEX CAMS | CONTACT | 🔍

Click here to see which girls are *LIVE ON WEBCAM* right now at MyFreeCams.com!  (It is 100% Free!)

Featured Bunny



Bobbi Besos

Bunny of the Year 2018
Bunny of the Month



Alice Little

Featured Bunny



Mercedes

**TOP BUNNY BABES**

**Air Force Amy**
*Bunny Babes of the Year*



*Contact Me!*

America's #1 Legal Brothel!
*As seen on HBO's*
**CATHOUSE**
69 Moonlite Rd. Carson City, NV 89706
Hours: Open Today • Open 24 hours
Phone: (775) 246-9901x0

*Complimentary*
**Luxury Car Service**
from anywhere in the
Reno, Carson City, Lake Tahoe area
(775) 246-9901



**Tiara Tae**
*Featured Bunny*



*Contact Me!*

0179

## Moonlite Bunny Ranch:
### America's #1 Sex Destination

Dennis Hof's World Famous Moonlite Bunny Ranch is the most popular and most respected sex destination on Earth. At the Bunny Ranch, beautiful women offer unparalleled sexual adventure in a legal, safe, and nonjudgmental environment where men, women, and couples can thoroughly explore their deepest sensual fantasies.

Located near Reno and Lake Tahoe in beautiful Carson City, Nevada, The Bunny Ranch is celebrated internationally for being Nevada's finest legal brothel and the very best place to engage in pay-to-play intimacy in all the world. With dozens of gorgeous women available 24 hours a day, the Bunny Ranch is a one-of-a-kind pleasure palace with a full-service bar, luxurious rooms, numerous VIP suites, and lush sex bungalows.

Since entrepreneur Dennis Hof purchased the Bunny Ranch in 1992, the brothel's popularity has grown at an astounding rate. Hof has single-handedly changed the perception of prostitution in America, proving that legalized, regulated sex-for-money tremendously benefits the customers, sex workers, business owners, and community by providing a safe and healthy way for people to partake in the world's oldest profession. The subject of the long-running HBO series Cathouse, the Bunny Ranch is now a household name and a top Nevada vacation spot for sex tourists and curious travelers alike.

The working girls of the Bunny Ranch are unequalled in their beauty, empathy, professionalism, and sexual prowess. Coveted by men and women, these courtesans are the most sought after sexual partners on the planet, offering literally every sexual activity imaginable, from the addictive 'Girlfriend Experience' to every conceivable sexual fetish. If a sexual desire exists, there's a courtesan at the Bunny Ranch that caters to it.





Visit Our Blog — CLICK HERE



## Legal Prostitution in Nevada

Prostitution has been practiced in Nevada since the mining boom of the 1850's, where brothels sprung up to service the sexual needs of the droves of miners seeking their fortune in the Silver State. While these sex dens were tolerated by local governments, they were far from the legal businesses they are today. Legalization of prostitution didn't actually occur until the early 1970's, when ordinances were passed providing for the licensing of houses of prostitution and sex workers.

As a result of Nevada's groundbreaking legislation, participating in a sexual encounter at the Bunny Ranch is the safest way to have exceedingly satisfying sex with a stranger. All of the breathtaking courtesans working at the brothel are required by law to be tested weekly for sexually transmitted diseases, and they all practice safe sex. There has never been a case of a customer contracting an STD of any kind as a result of an encounter with a Nevada brothel sex worker.

Moreover, a Bunny Ranch encounter is entirely discreet, taking place in a private environment where the deepest, most intimate secrets of clientele remain confidential. There is no chance of getting caught in a police raid and suffering reputation damage or criminal charges, as prostitution at the Bunny Ranch is entirely legal and sanctioned by the County and State of Nevada.

There is no place like the Moonlite Bunny Ranch, America's sexual retreat, where people from all walks of life can give in to their desires and let the planet's most captivating women show them the time of their lives. In the words of Dennis Hof, "it's not just sex, it's an adventure!"



0180

2/4/2019 — Bunny Ranch (@bunnyranch) | Twitter

Home    Moments    Search Twitter    Have an account? Log in



**Tweets** 8,190    Following 745    Followers 28.8K    Likes 4,003    Follow

### Bunny Ranch
@bunnyranch

Dennis Hof's world famous legal Nevada brothel and the world's #1 sex destination! Subject of HBO's smash hit series 'Cathouse.'

📍 Carson City, Nevada USA
🔗 bunnyranch.com
📅 Joined January 2013

**Tweets**   Tweets & replies   Media

📌 Pinned Tweet
**Bunny Ranch** @bunnyranch · 30 Oct 2018

**The Bunny Ranch Network**
Welcome to The Bunny Ranch Network! This is the main channel for all our Live Broadcasts and Videos. Make sure you tune in Wednesday to Saturday 6pm to 7pm P...
livestream.com

💬 2    🔁 4    ❤ 17

🔁 Bunny Ranch Retweeted
**BunnyRanch Network** @BunnyRanchNetwk · 18m
Its a #snowday here at the @bunnyranch so come play in the snow with us! @EnticeLove is all ready along with all the other ladies, but will you join in?

@MadamSuzette @sagebrushranch @KitKatBrothel @LoveRanchNorth @HBOCathouse



0:11   157 views

💬    🔁 8    ❤ 15

**Bunny Ranch** @bunnyranch · 2h
😀 Check it!

@MadamSuzette @BunnyRanchNetwk @TheAliceLittle @sagebrushranch @KitKatBrothel @LoveRanchNorth @HBOCathouse @FeedtheWooley @James_Xtreme

This media may contain sensitive material. Learn more    View

💬    🔁 12    ❤ 14



2/4/2019 — Bunny Ranch (@bunnyranch) | Twitter

Home  Moments          Search Twitter         Have an account? Log in

**Bunny Ranch Retweeted**


**Jackie Evans @ Moonlite BunnyRanch** @JackieE32252925 · Feb 1
Kisses from Minnesota. <3 Can't wait to return to the @bunnyranch in March! XOXOXOXOXO



💬 3   🔁 2   25

**Bunny Ranch Retweeted**


**Jackie Evans @ Moonlite BunnyRanch** @JackieE32252925 · Feb 1
I wish I had someone to warm me up right now. I guess a cute sweater is the next best thing. <3 #GreetingsFromMinnesota @bunnyranch




💬 10   🔁 3   26

**Bunny Ranch Retweeted**

**Lauren Lively** @thelaurenlively · Feb 2
Happy birthday @tiara_tae we're gonna have some fun tonight !!! @bunnyranch



Home    Moments                        Search Twitter                   Have an account? Log in

○ 3      ⟲ 3              31

⟲ Bunny Ranch Retweeted

**Audrey    Noelle** @BunnyAudreyXO · Feb 2
🍉 Revised 2019 @bunnyranch tour dates 🍉

🍍 3/7-3/18
🍍 4/11-4/21
🍍 6/6-6/17
💌 audreynoelle@bunnyranch.com



○ 2      ⟲ 4              36

⟲ Bunny Ranch Retweeted

**Remy Martin**    @MyRemyMartin · Feb 2
Super Bowl LIII buff.ly/2CSn9z7 Outdate! Don't fumble this opportunity - email RemyMartin@BunnyRanch.com 2 book me for Feb 3rd & play rear guard with me! @bunnyranch @LoveRanchNorth @sagebrushranch @KitKatBrothel @MadamSuzette @DennisHof @BunnyRanchNetwk @RedLightCabaret

This media may contain sensitive material. Learn more          View

○ 1      ⟲ 4              6

⟲ Bunny Ranch Retweeted

**★Harley Lane★** @HarleyLane_Tx · Feb 2
Happy Birthday to one of my favorite ladies, Miss Tiara! She has an amazing heart & breathtaking smile ♡

Send this Model Bunny an email to create an amazing memory ♡
Tiaratae@bunnyranch.com
@tiara_tae

@bunnyranch
@BunnyRanchMedia @HBOCathouse @BunnyRanchNetwk @MadamSuzette –
at Moonlite Bunny Ranch

Home  Moments   Search Twitter   Have an account? Log in



BunnyRanch Network, Bunny Ranch, ★Harley Lane★ and 6 others

💬 7   🔁 7   53

🔁 Bunny Ranch Retweeted

**Entice Love** @EnticeLove · Feb 2
THE EROTIC EBONY ENTICEMENT PARTY… bunnyranch.com/forum/index.ph… @bunnyranch

💬   🔁 2   1

🔁 Bunny Ranch Retweeted

**BunnyRanch Kiteh℠** @bunnyranchkiteh · Feb 2
What do you like about me? Eyes? Ears? Neck? Or everything??

kitehkawasaki@bunnyranch.com

@bunnyranch @BunnyRanchNetwk
#TheOneAndOnly #Licensed #Kawaii #RealJapanese #SafeGFE #Escort #Overnights #Outdates #RenoTahoe #LasVegas

This media may contain sensitive material. Learn more    View

💬 23   🔁 11   58

🔁 Bunny Ranch Retweeted

**Remy Martin** @MyRemyMartin · Feb 2
Will you be my ring leader On February 2nd? @Kristopher_A is celebrating a circus-themed birthday, Email me at RemyMartin@BunnyRanch.com for appts @bunnyranch with deposit @sagebrushranch @KitKatBrothel @MadamSuzette @BunnyRanchNetwk @BunnyRanchMedia @DennisHof @RedLightCabaret

This media may contain sensitive material. Learn more    View

💬   🔁 2   5

🔁 Bunny Ranch Retweeted

**Audrey Noelle** @BunnyAudreyXO · Feb 2
💋 My 2019 @bunnyranch tour dates 💋





🔁 **Bunny Ranch Retweeted**

**Angelina Monre Official Backup account** @AngelinamonroeE · Feb 3
Help me to stay longer 4 the next few months .. Looking for some Fun and Quality time ,romance ? Let's get together we are one email away PM @AngelinamonroeE @bunnyranch or Pm on my Twitter Angelinamonroe@bunnyranch.com
Book me I'm Available until February 11 Th xo 😘

🔁 **Bunny Ranch Retweeted**

**Tiara Tae** @tiara_tae · Feb 3
. @bunnyranch tiaratae@bunnyranch.com

This media may contain sensitive material. Learn more    View

🔁 **Bunny Ranch Retweeted**

**Audrey Noelle** @BunnyAudreyXO · Feb 3
💐 Do you like the black & white version of this photo better than the original?
🤔 I think I do 😎

@bunnyranch
🎋 3/7-3/18
🎋 4/11-4/21
🎋 6/6-6/17
💌 audreynoelle@bunnyranch.com

#laketahoe #reno #lasvegas #asian #GFE





HOME   ALL COSMIC KITTENS   PORNSTARS   MESSAGE BOARD   BLOG   LIVE STREAMS   DIRECTIONS   PRIVACY POLICY

Cosmic Kitten of the Month                                    Featured Cosmic Kitten




Madam Lena Haze                                              Charlotte Sartre



## Featured Cosmic Kittens

   

Rubi Valentine          Alex Harper            Lydia Black           Brooklyn Moore

   

Holly                   Kourtney Chase         Ophelia Rain          Lisa Grace

2/4/2019  Alien Cathouse A legal brothel near Las Vegas with Las Vegas Escorts






Molly Blythe   Candy Kiss   Cashelle Chahandra   Athena Rayne

VIEW ALL COSMIC KITTENS





LIVE

from Nevada's

*Red Light District*

WATCH NOW!




LIVE

from Nevada's

*Red Light District*

WATCH NOW!

# Welcome To

2/4/2019                                   Alien Cathouse A legal brothel near Las Vegas with Las Vegas Escorts



On an interstellar mission to bring erotic pleasure to the entire universe, the Cosmic Kittens from the planet Venus 69 set out on a fantastic voyage across deep space — but a freak mishap caused their starship to crash land on planet Earth just outside Nevada's mysterious Area 51 Air Force facility. Now, stranded on a strange planet populated by so many repressed men and women fraught with a galaxy's worth of lust, the Cosmic Kittens have vowed to use their extraterrestrial sexual prowess to help horny Earthlings satisfy their insatiable carnal desires. Teaming up with brothel mogul Dennis Hof, the Kittens opened the world famous Alien Cathouse legal bordello — and there's nothing quite like it in the entire Milky Way!

The Alien Cathouse is a Sci-Fi themed legal brothel near Las Vegas in Amargosa Valley near Area 51 in Nye County, where legalized prostitution near Las Vegas is 100% safe and legal.

The Alien Cathouse has a full service cantina and is adjacent to Daddy D's Rocket Diner, a 50's-style restaurant that serves an array of All-American cuisine. Part of "Area 51 Alien Center," which includes the brothel, a gas station, gift shop, and restaurant, Alien Cathouse is one of the most scandalously outrageous tourist attractions in Nevada.

The best kept secret near Las Vegas won't be found in Area 51, but you can find it nearby. It's Dennis Hof's Alien Cathouse — the final frontier of sexual adventure!

The Cathouse is open 24 hours a day, 7 days a week, 365 days a year — and anyone age 21 and over is welcome to visit this one-of-a-kind sex palace.

All of the gorgeous working girls at Alien Cathouse are tested weekly for sexually transmitted diseases and they cater to all types of erotic engagements, from the romantic Girlfriend Experience to all styles of fetishes and sexual deviances, including BDSM.



Just connect with one of the ladies showcased on this website, or call us 24 hours a day at (775) 372-5678, and we'll be happy to set up your discreet and heavenly close encounter...

## LIVE THE GOOD LIFE
## COSMIC KITTEN

| First Name |
| Last Name |
| Email |
| Message |

I'm not a robot  reCAPTCHA                                    SUBMIT

### ADVERTISEMENTS

120 Free Credits For Live Cam Girls: Chat Now | Fuck Local Hotties | Buy The ShockSpot Pleasure System | Boone Brothers Brawlin Broads DVDs | Interactive Porn | Shop the Fleshlight Store | Free Desktop Strippers | Live Girls on Webcam | Meet Sexy Cheating Housewives Now | Married Women Wanting Casual Sex | Live Cam Girls | Largest Collection of Adult Movies on Demand | Hookup w/Sexy MILFs Now | Hot VR Porn Parody Videos | Hot 18yo Babes in VR

HOME    ALL COSMIC KITTENS    PORNSTARS    MESSAGE BOARD    BLOG    LIVE STREAMS    DIRECTIONS

PRIVACY POLICY



# ALL COSMIC KITTENS

### Cosmic Kitten of the Month



Madam Lena Haze

### Featured Cosmic Kitten



Charlotte Sartre

| HOME | ALL COSMIC KITTENS | PORNSTARS | MESSAGE BOARD | BLOG | LIVE STREAMS | DIRECTIONS |

PRIVACY POLICY


Rubi Valentine


Alex Harper


Lydia Black


Brooklyn Moore


Kali Ryder


Kourtney Chase


Holly


Ophelia Rain


Brooke Michelle


Athena Rayne


Lisa Grace


Dream


Evelyn West


Molly Blythe


Candy Kiss


Cashelle Chahandra

## ADVERTISEMENTS

120 Free Credits For Live Cam Girls: Chat Now | Fuck Local Hotties | Buy The ShockSpot Pleasure System | Boone Brothers Brawlin Broads DVDs | Interactive Porn | Shop the Fleshlight Store | Free Desktop Strippers | Live Girls on Webcam | Meet Sexy Cheating Housewives Now | Married Women Wanting Casual Sex | Live Cam Girls | Largest Collection of Adult Movies on Demand | Hookup w/Sexy MILFs Now | Hot VR Porn Parody Videos | Hot 18yo Babes in VR