2/4/2019                                DIRECTIONS | Alien Cathouse



HOME      ALL COSMIC KITTENS      PORNSTARS      MESSAGE BOARD      BLOG      LIVE STREAMS

DIRECTIONS      PRIVACY POLICY

# DIRECTIONS

## *Alien Cathouse*

2703 US-95, Amargosa Valley,

NV 89020, USA

+1 (775) 372-5678



0194

2/4/2019                                           Privacy Policy | Alien Cathouse

HOME    ALL COSMIC KITTENS    PORNSTARS    MESSAGE BOARD    BLOG    LIVE STREAMS    DIRECTIONS

PRIVACY POLICY



# PRIVACY POLICY

*This website is owned by ACH*

## Acceptance of Privacy Policy

Each time you access, use, post, submit a post or reply, or browse the Site, you signify your acceptance of the then-current Privacy Policy. If you do not accept this Privacy Policy, you are not authorized to use the Site and must discontinue use of the Site immediately.

This policy explains what kind of information we may gather from any user and/or members on our sites. This site is an adult site and its purposes should only be used by persons that are 18 or older. All persons under that age are not allowed to view the content of this site and should leave immediately.

## The Information We Collect

This notice applies to all information collected or submitted on AlienCathouse.com's website. On some pages, you can order products/subscriptions, make requests or register to receive materials and on some other pages, we will automatically gather and collect some information from the subscriber. The types of personal information collected at these pages could be, but are not limited to, name, email address, IP address etc.

## Email Marketing

The subscriber's e-mail address may be used by the site to communicate special offers and other relevant information such as new services, subscription information, etc. In addition, there may be occasions when a subscriber will be presented with special offers either from the operators of the site or from third-party service or content providers, which may include consent to receive e-mail solicitations, communications, newsletters, commercial advertising, or other promotional or special event materials. The subscriber may opt-out of a mailing list by clicking on the remove link located at the bottom of the email promotions, or by visiting the site.

## The Way We Use Information

The user has to note that some personal information, such as but not limited to credit card number, may be collected by a third-party web service provider from whom ACH purchases services or that has an advertising

0195

HOME    ALL COSMIC KITTENS    PORNSTARS    MESSAGE BOARD    BLOG    LIVE STREAMS    DIRECTIONS

PRIVACY POLICY

has been provided or collected by the website about the subscriber for any purpose, including without limitation age verification, administration, customer administration, marketing, promotional and advertising use by the website or third parties authorized to use the information by the site. The user hereby agrees that the website may, in its sole discretion, sell, share, rent, or license any of the personal information about users that was provided or that was collected with affiliated or unaffiliated third parties.

## Our Commitment To Data Security

To prevent unauthorized access, maintain data accuracy, and ensure the correct use of information, we have put in place reasonable and appropriate physical, electronic, and managerial procedures to safeguard and secure the information we collect online.

## How To Contact Us

Should you have other questions or concerns about these privacy policies, please send us an email at **info@AlienCathouse.com**.



First Name

Last Name

Email

Message

I'm not a robot — reCAPTCHA Privacy - Terms

SUBMIT

ADVERTISEMENTS

0196

2/4/2019          PORN STARS | Alien Cathouse

HOME     ALL COSMIC KITTENS     PORNSTARS     MESSAGE BOARD     BLOG     LIVE STREAMS     DIRECTIONS

PRIVACY POLICY



# PORN STARS

Alien Cathouse presents – Our Porn Star Section!!!

The interplanetary paramours renowned for their heavenly beauty and stellar sensuality.  You can contact them here to set an appointment or visit us at the Alien Cathouse any time! We're always available to answer any questions — just give our friendly staff a call at +1 (775) 372-5678. These 100% legal and licensed working girls offer an array of intimate services, including the Girlfriend Experience, Oral Sex, Fetishes & BDSM, Erotic Massages, Threesomes, Orgies, Private Sex Tapes, and just about anything and everything you could possibly desire! So don't be shy — hook up with your Cosmic Kitten now and discover the best sex in the galaxy!

*Note: Although it is possible that our porn stars may be available for walk-ins or short notice appointments, please keep in mind that the best way to arrange some time with them is to book an appointment at least a week in advance. This allows for the ability to make sure that their filming schedules don't conflict with the date and time that you would like to come in.



Charlotte Sartre



Alex Harper



Lydia Black



Ophelia Rain

0197

2/4/2019                                    PORN STARS | Alien Cathouse

HOME    ALL COSMIC KITTENS    PORNSTARS    MESSAGE BOARD    BLOG    LIVE STREAMS    DIRECTIONS

PRIVACY POLICY



Athena Rayne

## ADVERTISEMENTS

120 Free Credits For Live Cam Girls: Chat Now | Fuck Local Hotties | Buy The ShockSpot Pleasure System | Boone Brothers Brawlin Broads DVDs | Interactive Porn | Shop the Fleshlight Store | Free Desktop Strippers | Live Girls on Webcam | Meet Sexy Cheating Housewives Now | Married Women Wanting Casual Sex | Live Cam Girls | Largest Collection of Adult Movies on Demand | Hookup w/Sexy MILFs Now | Hot VR Porn Parody Videos | Hot 18yo Babes in VR

Contact Us to Advertise
© Copyright 2018, Alien Cathouse

 

Content presented on this site, including pictures, videos, and other media are sexual in nature. You must be 18 (21 in some jurisdictions) to enter this site and liable in compliance with your local laws.
Be A Cosmic Kitten

  

0198

2/4/2019                    Alien Cathouse (@aliencathousebrothel) • Instagram photos and videos

| Search | | Log In | Sign Up |



### aliencathousebrothel  Follow

20 posts        442 followers        5 following

**Alien Cathouse**
**aliencathouse.com**

_____

**POSTS**        **TAGGED**

48        0












**Log In to Instagram**
Log in to see photos and videos from friends and discover other accounts you'll love.

| Log In |
Sign Up

0199

2/4/2019                    Alien Cathouse (@aliencathousebrothel) • Instagram photos and videos

Search                                          Log In    **Sign Up**

  

  

  

 

**ABOUT US   SUPPORT   PRESS   API   JOBS**

Log In to Instagram                                          Log In
Log in to see photos and videos from friends and discover other accounts you'll love.
                                                             **Sign Up**

0200

2/4/2019                                    Alien Cathouse (@aliencathouseLV) | Twitter

🐦 **Home**    ⚡ **Moments**                 Search Twitter        🔍     Have an account? **Log in**▾



| Tweets | Following | Followers | Likes | Lists |
|--------|-----------|-----------|-------|-------|
| **588** | **1,702** | **4,487** | **1,443** | **1** |

( Follow )

**Alien Cathouse**
@aliencathouseLV

A legal brothel near Las Vegas offering legalized prostitution with Las Vegas Escorts. Legalized prostitution is the safe alternative to Las Vegas prostitution.

🔗 aliencathouse.com
📅 Joined November 2016

📷 **141 Photos and videos**

  
 

**Tweets**    **Tweets & replies**    **Media**



⇄ Alien Cathouse Retweeted

**ChazzyAmateursXXX37.1K** @chazzyamateurs · Jan 30                    ⌄
Top priority shoot during the Chazzy Vegas tour later in 2019. @K_Chase_VIP |



💬 1        ⇄ 4              20

⇄ Alien Cathouse Retweeted

**Poolman(405)** @poolman405 · Jan 28                    ⌄
Replying to @IamJayMannProd @K_Chase_VIP and 2 others
WOW Jay, you really fuck all my favorites. Kourtney's one of the 🔥HOTTEST🔥 on the planet, I'm a big fan of her. She has such a gorgeous pussy.



https://twitter.com/aliencathouselv?lang=en                                    1/7

0201

2/4/2019                                    Alien Cathouse (@aliencathouseLV) | Twitter

Home    Moments                    Search Twitter              Have an account? Log in▾



ASSassinate ♥ ThatASS

💬 1    ↻ 4         6

↻ Alien Cathouse Retweeted

. @beautpresley · Jan 20
Missing Vegas. I will be at Aliencathouse around Jan 30 until February 5th. dm or
email and I will give you info. Or you can call the house (775)372-5678 to set an
appt with deposit. Remember to call me DREAM 💃 🌿

💬 3    ↻ 3        24

Alien Cathouse @aliencathouseLV · Jan 16
Peruse the ladies who are waiting to make your acquaintance at The Alien
Cathouse #legalbrothel #lasvegas ...aliencathouse.com/forum/index.ph...

💬 1    ↻ 6         8

↻ Alien Cathouse Retweeted

Alien Cathouse @aliencathouseLV · Jan 16
Congrats to all of our ladies! Book your appointments with them today by calling
775-372-5678 #legalbrothel #lasvegas #nevada

Rubi Valentine @RubiValentine
Big Celebration @aliencathouseLV Top Booker of the year Is our Madam
@LenaHaze_ 🎇🎆😜 Go show her lots of love you guys!!!...Following right
behind is @GothCharlotte In 2nd & YOUR's Truly ME @RubiValentine in 3rd
place! I've Only been back in the house for 3months & placed 3rd 🙆

💬    ↻ 1         3

Alien Cathouse @aliencathouseLV · Jan 16
New pics!

0202

2/4/2019                          Alien Cathouse (@aliencathouseLV) | Twitter

🐦 **Home**    ⚡ **Moments**              Search Twitter    🔍    Have an account? **Log in**▾

Caption suit at @aliencathouseLV

💬    ♻ 2         5

♻ Alien Cathouse Retweeted

**Rubi Valentine** @RubiValentine · Jan 15    ⌄
right here, right now @aliencathouseLV C🌶M On In 💃 💃 💃 #AVNawards
#RubiValentine #Gfe #Pse #SexInNevada #screwitletsdoit 🙆



💬    ♻ 1         3

♻ Alien Cathouse Retweeted

**Lena Haze** @LenaHaze_ · Jan 11    ⌄
Afternoon showers are my favorite @aliencathouseLV however a lot of the ladies
here love taking showers at night!

What time is your favorite time to shower?

0203

2/4/2019                                    Alien Cathouse (@aliencathouseLV) | Twitter

🐦 **Home**    ⚡ **Moments**              Search Twitter    🔍    Have an account? **Log in⌄**



💬 11    ⟳ 6    78

⟳ Alien Cathouse Retweeted

🔵 **Lisa Grace** ☙.•*♡ @lisagraceac · Jan 11                              ⌄
Back at @aliencathouseLV call to make your appointment(775) 372-5678 and
have a driver come and pick you up while in town for #CES #CES2019

💬 2    ⟳ 10    41

⟳ Alien Cathouse Retweeted

🔵 **Kourtney Chase** @K_Chase_VIP · Jan 12                              ⌄
Today's Outfit @aliencathouseLV 😍😘 If your in Vegas stop by today !
#LasVegasEscort #PSE #GFE #DateLasVegas #LegalBrothel #LegalCourtesan
#Courtesan #Companion #AVN #AVNAwards #Escort #LasVegas #LasVegasGFE
#LasVegasPSE #AlienCathouse #SexLasVegas #HookUpLasVegas

┌──────────────────────────────────────────┐
│ This media may contain sensitive material. Learn more   **View** │
└──────────────────────────────────────────┘

💬 2    ⟳ 2    25

⟳ Alien Cathouse Retweeted

🔵 **Kourtney Chase** @K_Chase_VIP · Jan 10                              ⌄
This is what I'm wearing if you come see me @aliencathouseLV today😘 you can
show up, ring the bell twice & ask for me (& hope I'm available) or You can call
(775)-372-5678 to book an Appointment to guarantee I'm available for you. Email
me at kourtneychase@aliencathouse.com

┌──────────────────────────────────────────┐
│ This media may contain sensitive material. Learn more   **View** │
└──────────────────────────────────────────┘

💬    ⟳ 5    19

🔵 **Alien Cathouse** @aliencathouseLV · Jan 10                          ⌄
Call 775-372-5678 to book an appointment or just stop by if you're in the area!
(Area 51, that is... 🐦)#legalbrothel #lasvegas #nevada

         **Molly Blythe** @MollyBlythe2
         Come pop my brothel cherry today :)

🐦 **Home**      ⚡ **Moments**          Search Twitter          🔍          Have an account? **Log in ▾**

⟲ Alien Cathouse Retweeted

*Kourtney Chase* @K_Chase_VIP · Jan 10          ⌄
I'm back in Buisness boys ! I've got my work card for this quarter and available @aliencathouseLV  as soon as tonight 😘

> This media may contain sensitive material. Learn more          **View**

💬 7          ⟲ 7          ♡ 38

⟲ Alien Cathouse Retweeted

**Molly Blythe** @MollyBlythe2 · Jan 9          ⌄
Shhh... ;)



💬 6          ⟲ 4          ♡ 61

⟲ Alien Cathouse Retweeted

**Molly Blythe** @MollyBlythe2 · Jan 9          ⌄

💬 3          ⟲ 6          ♡ 35

⟲ Alien Cathouse Retweeted

*Kourtney Chase* @K_Chase_VIP · Jan 9          ⌄
Book An Appointment with a $300 deposit towards the final cost of our time together  @aliencathouseLV and get 20% off or extra time added to our party. I always treat appointments with exclusive treats!

> This media may contain sensitive material. Learn more          **View**

0205

2/4/2019                         Alien Cathouse (@aliencathouseLV) | Twitter

🐦 Home    ⚡ Moments                    Search Twitter    🔍    Have an account? Log in▾



**Lena Haze** @LenaHaze_ · Jan 9
I love having fresh flowers in our parlor @aliencathouseLV

💬 2    🔁 5        28

**καⲗɪ яѵðεя** @KaliRyderXXX · Jan 6
My new email is KaliRyder(@)AlienCathouse.com contact me for any booking
information. Yes! I am now a #CosmicKitten for your pleasure (@)aliencathouseLV
so let's make some fantasies come true! Meeeeeooooow!

💬    🔁 4        4

**Alien Cathouse** @aliencathouseLV · Jan 9
Call 775-372-5678 today & arrange your erotic rendezvous with our newest
cosmic kitten! #legalbrothel #lasvegas #nevada

**Molly Blythe** @MollyBlythe2
Book your appointment to join me:
mollyblythe@aliencathouse.com

💬 3    🔁 6        26

**New to Twitter?**
Sign up now to get your
own personalized
timeline!

0206

Legal Brothel

menu

# Hiring Quality Entertainers

## Employment Application

Tell us a little about yourself

**Name**

**Age**

**Body type**

**Phone Number**
### - ### - ####

**Email**

**I will be available to start?**
DD / MM / YYYY

**I will be available to work until?**
DD / MM / YYYY

**I typically charge ? By the hour**
$ Dollars . Cents

**Check All That Apply**
☐ I have worked in the adult industry
☐ I am willing to submit pictures for use on the desert rose website and internet promotion
☐ I have been convicted of a felony within the last 5 years

**Ethnicity**
White

**Upload a recent photo (required)** *

