



🏠 Home    ⚡ Moments                    Search Twitter 🔍                Have an account? Log in ▾



**Tweets** 1,303    Following 1,705    Followers 992    Likes 109        **Follow**

### The Desert Rose
@elkosbestclub

The Desert Rose is Elko Nevada's favorite gentlemen's Club and Legal Brothel, Open from 4 PM to 4 PM, 7 days a week!

📍 Elko, NV
🔗 desertroseclub.com
📅 Joined July 2015

🖼 **746 Photos and videos**

  
  

**Tweets**    **Tweets & replies**    **Media**

🔁 The Desert Rose Retweeted
**Jessie LeMew** @JessieLemew · 27 Aug 2016



💬 1    🔁 5    ♡ 44

**The Desert Rose** @elkosbestclub · 17 Apr 2017
Come have an amazing time with our classy lady's 🌹
twitter.com/jasmine_d_r/st…

> This Tweet is unavailable.

💬    🔁    ♡ 1

**The Desert Rose** @elkosbestclub · 13 Apr 2017
Come misbehave at Desert Rose Legal Brothel 🌹
#elko #nevada #nevadabrothel #desertrosebrothel #legalcourtesans

Case 3:19-cv-00107-MMD-WGC  Document 28-2  Filed 05/21/19  Page 4 of 15
Case 3:19-cv-00107-MMD-WGC  Document 2-4  Filed 02/25/19  Page 4 of 17

2/4/2019                                The Desert Rose (@elkosbestclub) | Twitter

 Home   Moments    Search Twitter    Have an account? Log in 





**The Desert Rose** @elkosbestclub · 8 Nov 2015
Elko, Nevada's favorite #nightclub is female friendly and open 4 pm to 4 am, 7 days a week!





**The Desert Rose** @elkosbestclub · 7 Nov 2015
The Desert Rose is Elko, Nevada's most colorful #nightclub, open late every night. Home of the After Party!





**The Desert Rose** @elkosbestclub · 7 Nov 2015
Visit northern Nevada's classiest #nightclub! Other bars close, we stay open late! official home of the #AfterParty!



Case 3:19-cv-00107-MMD-WGC Document 38-8 Filed 05/21/19 Page 5 of 15
Case 3:19-cv-00107-MMD-WGC Document 2-4 Filed 02/25/19 Page 2 of 17
2/4/2019             The Desert Rose (@elkosbestclub) | Twitter

Case 3:19-cv-00107-MMD-WGC Document 38-8 Filed 05/21/19 Page 5 of 15
Case 3:19-cv-00107-MMD-WGC Document 2-4 Filed 02/25/19 Page 2 of 17

2/4/2019     The Desert Rose (@elkosbestclub) | Twitter



Home    Moments     Search Twitter     Have an account? Log in



**The Desert Rose** @elkosbestclub · 7 Nov 2015

Enjoy the sights in Elko, Nevada at The Desert Rose #nightclub, home of the After Party!



    2

**The Desert Rose** @elkosbestclub · 6 Nov 2015

Be sure to check out our classy Vegas style lounge and laid back #nightclub atmosphere. Open every day 4 pm to 4 am!



1    1

**The Desert Rose** @elkosbestclub · 6 Nov 2015

Drinks aren't the only thing on the bar at The Desert Rose #nightclub! Elko's home of the After Party!

Case 3:19-cv-00107-MMD-WGC Document 28-8 Filed 05/21/19 Page 6 of 15
Case 3:19-cv-00107-MMD-WGC Document 2-4 Filed 02/25/19 Page 5 of 17

2/4/2019 The Desert Rose (@elkosbestclub) | Twitter

 Home    Moments        Search Twitter        Have an account? Log in



🗨  ⟲ 1   2

**The Desert Rose** @elkosbestclub · 6 Nov 2015
We are northern Nevada's favorite #nightclub, and official home of the after party, 7 days a week from 4 pm to 4 am!



🗨  ⟲ 1   5

**The Desert Rose** @elkosbestclub · 6 Nov 2015
Elko is the heart of Nevada, and The Desert Rose #nightclub is the place you will leave your heart when you visit!



🗨  ⟲   1

 Home     Moments                    Search Twitter                 Have an account? Log in

The hottest girls, the hottest bartenders, THE hottest club in town! #nightclub #AfterParty #elko



♡     ⇄     1

**The Desert Rose** @elkosbestclub · 3 Nov 2015
There's no #nightclub quite like this one! Northern Nevada's official home of the After Party.



♡     ⇄

**The Desert Rose** @elkosbestclub · 3 Nov 2015
Elko is the heart of Nevada, and The Desert Rose #nightclub is the place you will leave your heart when you visit!



 

Be sure to check out our classy Vegas style lounge and laid back #nightclub atmosphere. Open every day 4 pm to 4 am!



♡   ⇄   1

  **The Desert Rose** @elkosbestclub · 2 Nov 2015
We are northern Nevada's favorite #nightclub, and official home of the after party, 7 days a week from 4 pm to 4 am!



♡   ⇄

**The Desert Rose** @elkosbestclub · 2 Nov 2015
Enjoy the sights in Elko, Nevada at The Desert Rose #nightclub, home of the After Party!



402 Highway 278 Carlin, Nevada 89822

775-754-6900



WELCOME TO THE DOVETAIL RANCH

# WELCOME TO THE DOVETAIL RANCH WEBSITE

## Ladies



Click on a lady to learn more about her, and see more of her pics.

BROWSE LADIES

## Employment



Click here for more information about becoming a Dovetail Lady!

APPLY NOW

## Trucker Info



Click here for more information about our very spacious parking for big rigs.

TRUCKER INFO

## Photo Gallery



Click here to see Candid pics, House photos and more!

VIEW PHOTOS

## Contact us



Click here to see our contact info.

## CONTACT US

## FAQs



You have questions, We have answers. Read our most frequently asked questions, and answers.

## FREQUENTLY ASKED QUESTIONS

---



Copyright © 2017 Dovetail Ranch - All Rights Reserved.

Powered by GoDaddy GoCentral **Website Builder**

0219

Search    Log In    Sign Up



**thedovetailranch**  Follow

456 posts    753 followers    2,454 following

**Dovetail Ranch**
Dovetail Ranch is a legal licensed brothel Located 15mins W. of Elko We're located one mile off the I-80 Exit#279 402 Highway 278 Carlin, Nv. 89822
thedovetailranch.com

POSTS      TAGGED










Search                                              Log In    Sign Up

If you know YOU KNOW!

I just wanna ride your dick and help you be a better you

Her: "So if I kiss u, you'll turn into a prince?"
Him: "No, that's my cousin."
"You gotta suck my dick."

@DankSavageMemes

COMPARE AND SAVE
Trojan Condoms
$3.25
Huggies Diapers
$22.00
WORLDLATINSTAR.COM

2/4/2019　　　　　　　　　　Dovetail Ranch (@thedovetailranch) • Instagram photos and videos

Search　　　　　　　　　　　　　　　　Log In　Sign Up





ABOUT US  SUPPORT  PRESS  API  JOBS
PRIVACY  TERMS  DIRECTORY  PROFILES
HASHTAGS  LANGUAGE
© 2019 INSTAGRAM

