

# INEZ'S D&D

Visit us!
Inezs D&D
232 South 3rd Street
Elko, NV 89801

Walk-in welcome 10AM - 4AM
24/7 By Appointment
Inezsgfe@gmail.com
775-753-5398

| HOME | THE GIRLS + | REVIEWS | SERVICES + | SPECIALS + | LODGING | VISITOR INFO | JOIN OUR TEAM |

### GIRLS JOB

## MAKE AN APPOINTMENT

We are open 24/7, Including Holidays

Inez's D&D

232 South 3rd Street

Elko, NV 89801

☎ Call Us!: 775-753-5398

## OUR LOCATION



Inez's D&D
View larger map

Map data ©2019 Google Terms of Use    Report a map error

## JOIN OUR TEAM

Name

Email

Telephone

Date of Birth

Age

Height

Weight

Ethnicity

Current Location

How did you hear about us?

Photo 1

Choose File | No file chosen

Photo 2

Choose File | No file chosen

ANTI-SPAM

I'm not a robot — reCAPTCHA Privacy · Terms

*Please answer this question, it helps us to cut down the number of spam submissions we receive. Thank you.*

SUBMIT

Note: If your application doesn't submit just email pics to Inezsgfe@gmail.com

0224



# INEZ'S D&D

Visit us!
Inezs D&D
232 South 3rd Street
Elko, NV 89801

Walk-in welcome 10AM - 4AM
24/7 By Appointment
✉ Inezsgfe@gmail.com
☎ 775-753-5398

AMERICAN EXPRESS  MasterCard
VISA ATM

HOME    THE GIRLS +    REVIEWS    SERVICES +    SPECIALS +    LODGING    VISITOR INFO

## LODGING

**Inez's D&D**

232 S 3rd St, Elko, NV 89801 **(775) 753-5398**

**Mona's Ranch**

103 S. 3rd Street Elko, NV 89801  **(775) 777-7469**

**Elko Taxi Service Inc**

1104 W Main St, Elko, NV 89801-7814
**(775) 738-1400**

## CONTACT US TO BOOK A PARTY

| | |
|---|---|
| Address | Inez's D&D 232 South 3rd Street Elko, NV 89801 |
| Telephone | 775-753-5398 |
| Email | Inezsgfe@gmail.com |

ELKO




© 2016 PRIVACY POLICY

    

0225

# INEZ'S D&D

Visit us!
Inezs D&D
232 South 3rd Street
Elko, NV 89801





Walk-in welcome 10AM-4AM
24/7 By Appointment
✉ Inezsgfe@gmail.com
☎ 775-753-5398

| HOME | THE GIRLS + | REVIEWS | SERVICES + | SPECIALS + | LODGING | VISITOR INFO | JOIN OUR TEAM |

## SERVICES

- TABLE SHOWER
- MASSAGE
- NURU
- TWO GIRL PARTY
- COUPLES PARTY
- BACHELOR PARTIES

### TWO GIRL PARTY



Because life is to short for one orgasm at a time. Indulge in two of our ladies to fulfill your ultimate fantasies. You'll feel like a kid in a candy store while selecting from our lineup. Pick two similar or two opposite and let the royal pampering begin. A two girl party is truly, ultimate satisfaction.

## CONTACT US TO BOOK A PARTY

| Address | Inez's D&D 232 South 3rd Street Elko, NV 89801 |
| Telephone | 775-753-5398 |
| Email | Inezsgfe@gmail.com |







© 2016 PRIVACY POLICY








00550226



## THE GIRLS



## CONTACT US TO BOOK A PARTY

Address      Inez's D&D 232 South 3rd Street Elko, NV 89801

Telephone                    775-753-5398

Email                Inezsgfe@gmail.com



2/4/2019                                                Inez's D&D (@inezsdd) | Twitter

🐦 **Home**    ⚡ **Moments**          Search Twitter    🔍        Have an account? **Log in** ▾





| Tweets | Following | Followers | Likes | |
|---|---|---|---|---|
| **7,512** | **869** | **428** | **43** | ( **Follow** ) |

## Inez's D&D
@inezsdd

📅 Joined September 2015

🖼 **7,343 Photos and videos**

**Tweets**    **Tweets & replies**    **Media**

📌 Pinned Tweet

**Inez's D&D** @inezsdd · Jan 5
inez's and mona's January 2019 Line up...

brothellife.com/ranch-advertis...



💬          ↻

**Inez's D&D** @inezsdd · Feb 3
sex-in-nevada.net/smforum/index....

💬          ↻ 1          2

**Inez's D&D** @inezsdd · Feb 3
elkogfe.com/bb/showthread....

February Lineup

💬          ↻          1

**Inez's D&D** @inezsdd · Feb 3
INEZ'S D&D ( bit.ly/2L5YnOa ) MONA'S RANCH ( bit.ly/2rLekR0 ) ....Spinner-City
( bit.ly/2rK0VbG )...

2/4/2019                                         Inez's D&D (@inezsdd) | Twitter

🐦 **Home**    ⚡ **Moments**              Search Twitter    🔍    Have an account? **Log in** ▾

**Inez's D&D** @inezsdd · Feb 2                                                  ⌄
...INEZ'S D&D ( bit.ly/2L5YnOa ) MONA'S RANCH ( bit.ly/2rLekR0 ) ....Spinner-
City ( bit.ly/2rK0VbG )...



💬            ⟲

**Inez's D&D** @inezsdd · Feb 1                                                  ⌄
INEZ'S D&D ( bit.ly/2L5YnOa ) MONA'S RANCH ( bit.ly/2rLekR0 ) ....Spinner-City
( bit.ly/2rK0VbG )

💬            ⟲              1

**Inez's D&D** @inezsdd · Jan 30                                                 ⌄
...INEZ'S D&D ( bit.ly/2L5YnOa  ) MONA'S RANCH ( bit.ly/2rLekR0  ) ....Spinner-
City ( bit.ly/2rK0VbG  )...

0229

🐦 Home    ⚡ Moments                    Search Twitter    🔍    Have an account? Log in▾



Q          ⟲ 1                    1

**Inez's D&D** @inezsdd · Jan 29                                    ⌄
INEZ'S D&D ( bit.ly/2L5YnOa  ) MONA'S RANCH ( bit.ly/2rLekR0  )  Spinner-
City ( bit.ly/2rK0VbG  )...

Q          ⟲                      1

**Inez's D&D** @inezsdd · Jan 28                                    ⌄
new niki

Q          ⟲                      5

**Inez's D&D** @inezsdd · Jan 28                                    ⌄
monasranchelko.com/niki/

0230

2/4/2019                                          Inez's D&D (@inezsdd) | Twitter

 Home    ⚡ Moments                    Search Twitter          🔍        Have an account? Log in ▾

 Starting 1/28, meet our latest addition to our Mona's Lineup, NIKI.

She stands 5'7 and 115 lbs with an hourglass figure, long legs, beautiful face and curvy buttock! (lol)

She has amazing massage skills and much more that will leave wanting to come back for more again and again

💬          ↻                    2

**Inez's D&D** @inezsdd · Jan 28                                          ⌄
Look who's back... Candi !!!!

INEZ'S D&D ( bit.ly/2L5YnOa ) MONA'S RANCH ( bit.ly/2rLekR0 ) Spinner-City ( bit.ly/2rK0VbG )...



💬          ↻                    1

**Inez's D&D** @inezsdd · Jan 28                                          ⌄
INEZ'S D&D ( bit.ly/2L5YnOa   ) MONA'S RANCH ( bit.ly/2rLekR0   ) ....Spinner-City ( bit.ly/2rK0VbG   )



0231

2/4/2019    KitKat Ranch legal prostitution in Nevada and Reno Escorts

Call Us Today! +1 (775) 246-9975







Kitty of the Month & Year — Dolly Hart

Featured Kitty — Cumisha Amado

HOME   ALL KITTYS   TODAY'S LINEUP   FORUM   BLOG   LIVE STREAM   STORE   NEWSLETTER   DIRECTIONS   FAQ   Fleshlight Toys

▼

## Featured Kittys


Aja Mercury


Kiki Lover


Mickee Bee


Aria Quinn


Hannah Fetish


Alexis Luv


Stacy Pretty


Ophelia Bee






0232

2/4/2019                                    KitKat Ranch legal prostitution in Nevada and Reno Escorts

Ruby Johnson          Sophia Sun          Jennifer Lynn          Kayla Storm

VIEW ALL KITTYS





# LIVE

from Nevada's

*Red Light District*

WATCH NOW!





0233





LIVE

from Nevada's

Red Light
District

WATCH NOW!

# Welcome To



Located in the heart of America's Red Light District, Dennis Hof's KitKat Guest Ranch is one of the most celebrated sex tourism destinations on Earth! The KitKat Ranch is an adult entertainment establishment offering 100% legal prostitution in Nevada to guests age 18 and up. All of the drop dead gorgeous Kitties working at the ranch are tested weekly for sexually transmitted diseases, making the KitKat one of the safest places in the world to have a romantic or rapturously raunchy encounter with a sexy woman. The Kitties offer the finest in sensual services, including the Girlfriend Experience, threesomes, orgies, and a wide range of fantasy and fetish options. There is virtually no limit to the intimacies you can experience at the KitKat — and it's all absolutely, safe, healthy, discreet, and legal.

Purchased in 2012 by highly respected brothel mogul Dennis Hof, the KitKat Ranch underwent a full remodeling prior to its reopening in 2016. The beautifully renovated brothel has numerous accommodations, including luxurious VIP suites and even a full two-bedroom apartment adjacent to the ranch — perfect for sex tourists looking for erotic vacations and extended amorous encounters. The KitKat never closes! So you can visit anytime, 24 hours a day, 365 days a year! If you have any questions about the KitKat brothel or legal prostitution in Nevada, don't hesitate to contact our Kitties via the contact form or email address on their profile, or you can reach out to our friendly staff any time at 775.246.9975. Visit us at the KitKat Ranch and treat yourself to an unforgettable sexual adventure today!




0234





# The New Mona's Ranch | Elko, NV

Visit us!
103 S. 3rd Street Elko, NV 89801
☎ 775-777-7469

Open Noon-4 AM Daily 24/7
By Appointment
✉ monaselko@gmail.com

HOME    ABOUT    THE GIRLS +    REVIEWS    SERVICES +    SPECIALS +    LODGING    VISITOR INFO    **APPLY NOW**






## ABOUT

Welcome to the historical Mona's Ranch. Legal brothel and bar featuring a striptease room, a sensual massage room and a VIP suite. Was so much history all around, Monas is the number one brothel destination in Elko Nevada. Play at the bar in comfort.

Enjoy the ultimate 2 million song music selection from the jukebox and play some classy music. Lucky winners get to enjoy a cold brew on the house. The bar features everything you could imagine from Pale Ale and Budweiser to Modelo Negro and Corona. The liquor section is just as vast, only fitting for our ladies. With so much history all around The New Mona's Ranch is the number one brothel destination in Elko Nevada. Enjoy a friendly atmosphere with Elko finest grade a selection. The lineup includes Cali blonde bombshell, petite Vietnamese/Asian spinner, Devils delight redhead and ebony Barbie doll. After all, diversity is the spark of life.



0236