

# The New Mona's Ranch | Elko, NV

**Visit Us!**
103 S. 3rd Street Elko, NV 89801
☎ 775-777-7469

Open Noon-4 AM Daily 24/7
By Appointment
✉ monaselko@gmail.com

**HOME** | **ABOUT** | **THE GIRLS +** | **REVIEWS** | **SERVICES +** | **SPECIALS +** | **LODGING** | **VISITOR INFO** | **APPLY NOW**

## LODGING



0238

| Search | | Log In | Sign Up |



**monaselko**   Follow

**275** posts   **170** followers   **9** following

**Mona's Ranch**
Mona's Ranch is a bar in Elko, Nevada
**www.monasranchelko.com**

POSTS                                   TAGGED



Search     Log In     Sign Up











Search     Log In   Sign Up





ABOUT US   SUPPORT   PRESS   API   JOBS
PRIVACY   TERMS   DIRECTORY   PROFILES
HASHTAGS   LANGUAGE

© 2019 INSTAGRAM

Home    Moments                    Search Twitter              Have an account? Log in



## Mona's Ranch

@monaselko

Girls, Girls,Girls!!! elkogfe.com

📍 Elko, NV

🔗 monasranchelko.com

📅 Joined July 2015

🖼 10.1K Photos and videos

 
  

| Tweets | Following | Followers | Likes |
|---|---|---|---|
| 12K | 1,805 | 1,078 | 472 |

Follow

**Tweets**    Tweets & replies    Media

📌 Pinned Tweet

**Mona's Ranch** @monaselko · Jan 5
....inez's and mona's January 2019 Line up...

1,078 Followers

brothellife.com/ranch-advertis…



**Mona's Ranch** @monaselko · Feb 3
inezsdd: sex-in-nevada.net/smforum/index.…

**Mona's Ranch** @monaselko · Feb 3
inezsdd: elkogfe.com/bb/showthread.…

February Lineup

                                                    1

**Mona's Ranch** @monaselko · Feb 3
elkogfe.com/bb/showthread.…

February Lineup

**Mona's Ranch** @monaselko · Feb 3
inezsdd: INEZ'S D&D ( bit.ly/2L5YnOa ) MONA'S RANCH ( bit.ly/2rLekR0 ) ....Spinner-City ( bit.ly/2rK0VbG )...

HOME   LINEUP   LADIES   ABOUT US   PLEASURE MENU

MUSTANGRANCHCLIPS   BOOK NOW   FORUM   STORE

EMPLOYMENT   CONTACT US



Welcome to the World Famous Mustang Ranch Resort & Spa, a part of Nevada's rich and colorful history since 1971. Our beautiful and elegant ladies pride themselves on making you feel as comfortable and welcome as possible. Please feel free to browse through the many pleasurable fantasies that await you knowing that fulfilling your desires is our ultimate goal.

Before your erotic journey begins, relax and enjoy yourself in our beautifully appointed lounge and parlor areas perhaps with an exquisite meal from our award-winning chef, a glass of premium wine, a fine cigar, or a cold beverage from our fully stocked bar.

You are never rushed, and you are never pressured. Once you pass through our doors, we simply want you to view this as your island oasis away from the stresses and problems of everyday life.

Once you have chosen a lady (or two, or whatever your desire), you can share your fantasies with them and discuss your specialized visit created solely for you. Then stay as long as you wish, perhaps even for the night in one of our private bungalows.

The World Famous Mustang Ranch prides itself on operating well above the standards and guidelines as governed by state and local authorities to ensure that your experience is a safe, fun, and memorable one.

**PLEASURE MENU**

***SPECIAL SHOWS***

Lingerie Show ~ For your eyes only, a private parade of nightgowns, garters, panties, teddies, and more.

Vibrator Show ~ Watch her titillate herself, or you take your turn doing it for her.

Shower Show, ~ Good clean fun as our ladies, lather themselves up for a wet and wild experience.

Two (or more) Girl Show ~ Sit back and watch your ladies frolic, play, and pleasure one another right before your very eyes.

Drag Party ~ With your ladies' wardrobe available at your disposal, this time it's you who gets to put on the show.

Sexy Cinema ~ Sit with a lady (or two) of your choice and enjoy the best in adult pornographic features or short films.

### FOREPLAY

Nude Massage ~ No need for clothing for either of you. Relieve the day's tensions with a soothing and relaxing full body massage from a gorgeous lady of your choice all the way to your ultimate climax and release. Need four hands all over your body? Enjoy twice the pleasure with two ladies.

Breast Massage ~ It's not what you think. Imagine the feel of two soft, supple breasts gliding their way across your body in sensual motion. It's unlike anything you can imagine.

French Tease ~ Imagine a gorgeous lady gently and sensually kissing, nibbling, and licking all over your neck, ears, shoulders, nipples, and torso.

Fire & Ice ~ Experience the soothing warmth or the exhilarating chill of a woman's mouth as she teases you with different temperature liquids in an oral sex experience you won't soon forget.

Wild Horse Chair Party ~ Bet you can't sit still. Pull up a chair and watch your lady go down on you and then reverse the roles as you pleasure her.

Berries & Cream ~ Feast on ripe, fresh berries and sweet whipped cream right off the soft nude body of one of our beautiful ladies.

Shower Party ~ Shower with your lady…which you can enjoy before or after your sexual journey. Warning. The water is warm, and the suds are oh so slippery. (wink)

Cuddly Softness ~ Need just to feel pampered and adored? Sometimes you're just not in the mood for a full-blown sexual encounter, but you still want to feel the nurturing closeness of that special someone. Lie down in sheer bliss as your lady lays next to you with a soothing touch and the warm softness of her skin next to yours.

Bubble Bath ~ If you're feeling a little "dirty," you can always indulge yourself in an aroma-filled bubble bath with a lady (or two) of your choice. Complete with champagne.

### FULL PLEASURE

Straight Lay ~ Conventional Missionary style sex…when keeping it simple is still the best.

Wild Horse Round-Up ~ To hell with "conventional". Mix it up in whatever position you wish. Try our sex swing or any one of our carefully selected and specifically "engineered" sex furnishings.

Half & Half ~ How you start and how you finish is up to you. Oral and straight sex.

Ménage à Trois ~ (house recommendation) The classic two on one sexual encounter that's sure to please "everyone". Bondage & Domination ~ Take charge of your sweet lady or let her dominate you into submission. Furry handcuffs, light bondage restraints, and other pleasure implements are available to please even the most discriminate B&D palate.

### SPECIALTIES

Bungalow Party ~ Choose from a wide variety of themed suites to party in, The Italian Suite, Asian Suite, Hawaiian Suite, Safari Suite, just to name a few. See and "experience" the world's largest bed, sleeps twelve for an incredible party.

In Ranch and Off Ranch Dates ~ You can book a lady (or ladies) for as long as you like on or off the ranch property. Overnight stays with your lady in her private room are always welcome.

Jacuzzi Parties ~ Indoor or outdoor group events for wet and wild erotic fun.

Bachelor Parties ~ Catering to the groom to be and all his merry men.

VIP Party Room ~ Create your themed party in our private VIP Room, complete with mirrors, stage, music, movies, lavish furnishings and more.

*Remember, everything is negotiable. We will do our best to make you more than satisfied.*

Mustang Ranch Resort & Spa

1011 Wild Horse Canyon Dr. McCarran, NV

(775) 343-1224

www.mustangranchbrothel.com

Just 10 minutes from Reno, at Exit 28 off Interstate 80

This site includes media that is sexual in nature. You must be 18 to enter this site and liable in compliance with your local laws.
© Copyright 2018-2019, MustangRanchBrothel.com

RTA® http://www.rtalabel.org/



**Mustang Ranch Resort**
@TheMustangRanch

Welcome to the Mustang Ranch. Nevada's legal Brothel & escorts Located 15 minutes from the Reno/Tahoe Airport. Ladies, restaurants, full bar, all nude cabaret.

⊙ 1011 Wild Horse Canyon Dr, Sparks, NV 89434, USA

🔗 mustangranchbrothel.com

📅 Joined July 2009

Tweets 2,174 | Following 893 | Followers 5,268 | Likes 895

**Tweets**  Tweets & replies  Media

🔁 Mustang Ranch Resort Retweeted
**Kitti Minx** @Kitti_Minx · 9h
2/27 - 3/7 this #redhairdontcare #beauty will be ready to #party at @TheMustangRanch ! #appointmentsavailable ! 💋 See this #alternative girl and #Cosplay #cutie in person! 💕 #model #cosplayergirl #geek

This media may contain sensitive material. Learn more    View

💬   🔁 4    ♡ 12

🔁 Mustang Ranch Resort Retweeted
**Mustang Ranch Resort** @TheMustangRanch · 17h
Have you met #Elise? She'd love to give you a tour of ##mustangranchbrothel #reno #sparks #nevada #hotness #gorgeouswoman #NeverEnough

This media may contain sensitive material. Learn more    View

💬 2   🔁 5   ♡ 15

🔁 Mustang Ranch Resort Retweeted
**Olivia Lush @ Mustang 2/22 to 3/4** @TheOliviaLush · 23h
" I can't imagine there is a sexier, more loving, caring, or nicer woman anywhere. Before, during, and after - Olivia makes you feel like you're the only guy on earth." The word is out...Check out my latest @TheMustangRanch review mustangranchbrothel.com/olivia-lush.ht… #Ask4Olivia



Olivia Lush @ Mustang 2/22 to 3/4 and Mustang Ranch Resort

💬 1   🔁 2   ♡ 9

🔁 Mustang Ranch Resort Retweeted
**Jack$even** @JackS3V3N · 22h
Replying to @TheOliviaLush @TheMustangRanch

Home    Moments                               Search Twitter              Have an account? Log in

1    1

⇅ Mustang Ranch Resort Retweeted
**Origlegman** @origlegman · Feb 3
Replying to @TheMustangRanch @MsSarahVandella
😍😘Terrific video Sarah and I will be looking forward to meeting you soon.😍
😘😘

1    2

⇅ Mustang Ranch Resort Retweeted
**Timothy Patrick** @TimothyPatric · Feb 3
Replying to @TheOliviaLush @TheMustangRanch
have a fun vacation

1    2

⇅ Mustang Ranch Resort Retweeted
**SixT9er** @Six_T9er · Feb 3
Replying to @TheMustangRanch @Santodonato06 @STRIPLVMAG
Very Beautiful Lady

2    2

⇅ Mustang Ranch Resort Retweeted
**Origlegman** @origlegman · Feb 3
Replying to @TheMustangRanch @Santodonato06
😛😍😘Stunning is an understatement, WOW!😛😍😘😘

1    2

⇅ Mustang Ranch Resort Retweeted
**STRIPLV MAGAZINE** @STRIPLVMAG · Feb 3
Fucking things up with #Beau @TheMustangRanch by @Santodonato06

This media may contain sensitive material. Learn more    View

4    19

⇅ Mustang Ranch Resort Retweeted
**Olivia Lush @ Mustang 2/22 to 3/4** @TheOliviaLush · Feb 3
Who wants to be my belated #valentine?
I won't be at the @TheMustangRanch for #valentinesday but would love a romantic late celebration from February 22 and March 4th.
Be my valentine...



Home   Moments                    Search Twitter              Have an account? Log in

💬 3    🔁 7    23

🔁 Mustang Ranch Resort Retweeted
**Captain Japaco**  @CaptainJapaco · Feb 4
Replying to @TheOliviaLush @TheMustangRanch
Olivia A beautiful Shakespeare quote for a beautiful lady 💕💕
"A heart to love, and in that heart, Courage, to make's love known" ❤️😘🌹💕

💬 1    🔁 1    2

🔁 Mustang Ranch Resort Retweeted
**Olivia Lush @ Mustang 2/22 to 3/4** @TheOliviaLush · Feb 4
Replying to @CaptainJapaco @TheMustangRanch
I've majored in Theater so you definitely got my attention by quoting Shakespeare 🎭

💬 1    🔁 1    2

🔁 Mustang Ranch Resort Retweeted
**Captain Japaco**  @CaptainJapaco · Feb 4
Replying to @TheOliviaLush @TheMustangRanch
I am very impressed Olivia! You cannot ask for more than a lover of Shakespeare! I am so glad I caught your attention 🎭❤️😘💕🌹



💬    🔁 1    2

🔁 Mustang Ranch Resort Retweeted
**Bri Sands** @BriLV · Feb 4
Replying to @TheOliviaLush @TheMustangRanch @STRIPLVMAG
That is one HOT 🔥🔥🔥🔥 pic ladies!!!

💬    🔁 1    2

🔁 Mustang Ranch Resort Retweeted
**SH** @GTO525 · Feb 5
Replying to @TheOliviaLush @TheMustangRanch @STRIPLVMAG
Two Beautiful Ladies!!

💬    🔁 1    2

🔁 Mustang Ranch Resort Retweeted
**Captain Japaco**  @CaptainJapaco · Feb 5
Replying to @TheOliviaLush @TheMustangRanch
"A heart to love, and in that heart, Courage, to make's love known" You truly are a goddess of sensual erotic desire Olivia ❤️😘💕🌹

💬    🔁 1    2

**Mustang Ranch Resort** @TheMustangRanch · Feb 3
Beau is stunning in these photos by @santodonato06 #MustangRanch #Reno #boudoir #beauty #legalcortesan #legalbrothel #brothel #sparksnv #Nevada @STRIPLVMAG



2/4/2019                                                   TODAY'S LINEUP | Sagebrush Ranch

Call Us Today! +1 (775) 246-5683                                                



HOME     ALL STARLETS     TODAY'S LINEUP     FORUM     BLOG     LIVE STREAM     STORE     NEWSLETTER

DIRECTIONS     Fleshlight Toys

# TODAY'S LINEUP

Here they are! The Sagebrush Starlets renowned for their heavenly beauty and western sensuality. These ladies are available at Dennis Hof's Sagebrush Ranch 24 hours a day, 365 days a year. You can visit the Sagebrush Ranch any time and choose a lady from our lineup, or you can connect with one of these ladies via her profile and book your party in advance!

We are always available to answer any questions just give our friendly staff a call at: (775) 246-5683 These 100% legal and licensed working girls offer an array of intimate services, including the Girlfriend Experience, Oral Sex, Fetishes & BDSM, Erotic Massages, Threesomes, Orgies, Private Sex Tapes, and just about anything and everything you could possibly desire! So don't be shy hook up with your Starlet now and discover the best sex in the Wild West!!


Natasha Star


Ellie Moore


Desert Rose


Roxy Gold


Lily Poole


Bailey Paige


Kirsten Skye


Piper Rae


Layloni Stroxxx


Jessica Riley


Violet Vixen


Jade Jasper


Draven Star


Tegan Hart

Live the good life...


BE A STARLET!

First Name

Last Name

Email

Message

I'm not a robot — reCAPTCHA

SUBMIT



# Sharon's Bar and Brothel
## Things Don't Get any Better

Home | About Us | News & Events | Driving Directions | Employment

### Welcome

Sharon's Bar and Brothel is a discrete, friendly environment for customers and ladies alike. We look forward to your visit...please contact us at 775-754-6427 to answer any questions you may have.

Home | About Us | News & Events | Driving Directions | Employment

Copyright 2006 Sharon's Bar & Brothel. All Rights Reserved.

Website powered by Network Solutions®

0253