

# Sharon's Bar and Brothel
## Things Don't Get any Better

Home | About Us | News & Events | Driving Directions | Employment

## Employment

We are always looking for quality ladies and treat them in a lady-like manner. We have a casual, relaxed, family-like, caring environment and have ladies continually return to our home. Please contact us at 775-754-6427.

Home | About Us | News & Events | Driving Directions | Employment

Copyright 2006 Sharon's Bar & Brothel. All Rights Reserved.

Website powered by Network Solutions®



🐦 Home    ⚡ Moments              Search Twitter  🔍           Have an account? **Log in ▾**



|  |  |  |  |
|---|---|---|---|
| **Tweets** | Following | Followers | Likes |
| **1,008** | **30** | **259** | **187** |

Follow

### Sue's Fantasy Club
@SuesFantasy

Brothel

📍 Elko, NV

🔗 sues668899.com

📅 Joined May 2015

🖼 989 Photos and videos



**Tweets**    **Tweets & replies**    **Media**

Sue's Fantasy Club @SuesFantasy · 11m
Which envelope is Lucky, or come get Lucky!



Sue's Fantasy Club @SuesFantasy · 15m
The year of the dog is over.  Happy Lunar New Year!!!  It is the year of the Pig!



**Sue's Fantasy Club** @SuesFantasy · 19h
Weekends should be longer! Only two days of fun! What are you doing during the week?

**Sue's Fantasy Club** @SuesFantasy · Feb 2
What else is there to do on a Saturday afternoon?

**Sue's Fantasy Club** @SuesFantasy · Feb 1
Friday night fun!



**Sue's Fantasy Club** @SuesFantasy · Feb 1
Sue's Fantasy Club wants to welcome all the visitors for the Cowboy Poetry Gathering!!!

**Sue's Fantasy Club** @SuesFantasy · Jan 30
It is going to be a New Year Next Week!

**Sue's Fantasy Club** @SuesFantasy · Jan 28
Warm and cuddly with nothing to do!



Case 3:19-cv-00107-MMD-WGC   Document 38-11   Filed 05/21/19   Page 7 of 14

2/4/2019    Sue's Fantasy Club (@SuesFantasy) | Twitter

Home   Moments                Search Twitter         Have an account? Log in



**Sue's Fantasy Club** @SuesFantasy · Jan 23
Cold again today, Memories of swimming with friends last year! It is always more fun with friends!



**Sue's Fantasy Club** @SuesFantasy · Jan 21
We forgot about the holiday! We hope everyone had a good Holiday!





Sue's Fantasy Club @SuesFantasy · Jan 18
It doesn't have to get dark to get into bed!

Sue's Fantasy Club @SuesFantasy · Jan 16
We hope our regular customers will welcome our new friend, Tina!





2/4/2019    Apply to be a Desert Club Kitten, be a legal Nevada escort or gentlemen can contact The Desert Club, Battle Mountain



# Hot Desert Club Girls
Phone: 775-635-5700 - Email: DesertClub@att.net - 303 N. 2nd St., Battle Mountain, 89820

## HOME  ABOUT US  KITTENS  SERVICES  BAR MENU  CONTACT/APPLY  BLOGS  STORE

If you are a customer or would just like to communicate with The Desert Club, please send an email directly to us at DesertClub@att.net.

Otherwise, if you you are a working girl and would like to apply to The Desert Club, please fill out the form below and supply us with up to six photographs of yourself as well as your general statistics, a short biography and any specialties you are proud of. *Your application will remain completely confidential.*

Becoming a Desert Club Kitten is easy!

For legal reasons, you must be at least 21 to work at the Desert Club.

There are many perks to being a Kitten - including free TV and plenty of storage, free Wifi throughout the whole building, and the ability to gain valuable experience and make money!

Best of all - at the Desert Club, there are No Lineups!

Parlor is immediately accessible from all rooms with the parlor and bar being extremely comfortable to relax and socialize in.

What are you waiting for? Come join the party!

**Kitten Perks:**

- 60/40 split from parties booked (Kittens keep 60%!)
- $100/wk room & board that is lifted if Kitten makes a certain amount that week.
- Private, comfortable room that is lockable with a key (when you are out of the building).
- 3 meals a day included with room & board.
- Social media usage and participation on forums is encouraged but not required.
- 24/7 security protection.
- Relaxed, casual business environment with a less strict dress code.

0265

2/4/2019   Apply to be a Desert Club Kitten, be a legal Nevada escort or gentlemen can contact The Desert Club, Battle Mountain

We are looking forward to your completed application and will be in touch with you ASAP.

Name: [ ]
Stage name: [ ]
Availability: [ ]
E-mail: [ ]
Twitter account @: [ ]
Phone: [ ]
City: [ ]
State: [CHOOSE ▾]
Height: [ ]
Weight range: [ ]
Eye color: [ ]
Hair color: [ ]
Specialties: [ ]
Biography: [ ]

Primary avatar: [Choose File] No file chosen
Photograph 2: [Choose File] No file chosen
Photograph 3: [Choose File] No file chosen
Photograph 4: [Choose File] No file chosen
Photograph 5: [Choose File] No file chosen
Photograph 6: [Choose File] No file chosen

[Send to Desert Club] [Reset]

In the mean time please feel free to visit our Twitter or Facebook account below:



© 2017 The Desert Club - All Rights Reserved

0266



# Hot Desert Club Girls

Phone: 775-635-5700 - Email: DesertClub@att.net - 303 N. 2nd St., Battle Mountain, 89820

The Desert Club brothel is a warm and intimate, hotel like cat house in the middle of the desert of north-central Nevada, Battle Mountain, off I80. The Desert Club brothel is more like a cozy home away from home than a comercial cathouse. Featuring a full bar, smoke free, a large restroom off the parlor with a handicap shower and the friendliest, sexiest, and most intimate courtesans in Nevada.

Open 7am to 3am, 7 days a week

Open 24/7/365 with advanced notice

## FAQ



### HOME  ABOUT US  KITTENS  SERVICES  BAR MENU  CONTACT/APPLY  BLOGS  STORE