2/4/2019

About the Desert Club in Battle Mountain, northern Nevada for sexy hot girls, nevada escorts



Feel free to visit our Twitter or Facebook account below:



SITEMAP XML SITEMAP

© 2017 The Desert Club - All Rights Reserved

Hot Weather Girls

0268

2/4/2019                    @WildCatRanch (@WildCatRanch69) | Twitter



0269

2/4/2019                                @WildCatRanch (@WildCatRanch69) | Twitter

Home    Moments              Search Twitter       Have an account? Log in



Hi,my lovers,email me at imlunamia4&4@gmail.com

💬    🔁 3              7

🔁 @WildCatRanch Retweeted
Luna Mia @imlunamia · 4 Aug 2018
Hi my lovers, Cum!!!&check this curvelishes mexican mamacita 😜 Luna Mia a
legal courtesan at Wildcatbrothel Hwy 95A S Mina NV 💋💋💋💋❤️

💬    🔁 7              21

🔁 @WildCatRanch Retweeted
Royale    Love @Royalelove4 · 17 Aug 2018

0270

2/4/2019    @WildCatRanch (@WildCatRanch69) | Twitter

🐦 **Home**    ⚡ **Moments**    Search Twitter 🔍    Have an account? **Log in**⌄



💬 1    🔁 3    19

↻ @WildCatRanch Retweeted

**Royale Love** @Royalelove4 · 17 Aug 2018    ⌄
What are you waiting 4 come & on zip the rest with your teeth 💋

💬 3    🔁 3    26

↻ @WildCatRanch Retweeted

**Luna Mia** @imlunamia · 11 Aug 2018    ⌄
Hi my lovers check my disco dress cum ,visit &play let's find luna's bellybutton &you get a surprise Wild Cat Hway95A.S Mina email at imlunamia484@gmail.com ❤️❤️❤️💋💋💋

0271

2/4/2019                                          @WildCatRanch (@WildCatRanch69) | Twitter



0272

2/4/2019                                              @WildCatRanch (@WildCatRanch69) | Twitter

🐦 Home        ♪ Moments

Search Twitter        🔍        Have an account? Log in ▾

she'll give you the ride of your life book her now at the Wildcat ranch
775.573.2414 @VanityAffairDC



💬 3        🔁 4                22

@WildCatRanch @WildCatRanch69 · 14 Jun 2018                                        ⌄
come see this sexy wild cat

Royale  Love @Royalelove4
If you want to see more come to the Wildcat ranch book
now 775.573.2414 @WildCatRanch69

💬                🔁 1                8

🔁 @WildCatRanch Retweeted
Royale  Love @Royalelove4 · 6 Jun 2018                                             ⌄
Waiting for Daddy to come play with me at wild cat brothel

0273

# Brothel Owner Upset Over Town's Advertising Policy

*By Associated Press* | Posted: Fri 8:57 PM, May 07, 2004  | Updated: Fri 8:57 PM, May 07, 2004

Moonlight Bunny Ranch owner Dennis Hof is crying foul over what he calls an inconsistent brothel advertising policy in Storey County.

Hof said he wants to know why he wasn't allowed to advertise his brothel at Virginia City's annual Mountain Oyster Fry in March, while the Kat Kat brothel's name was everywhere at the town's Grand Prix motorcycle races late last month.

Both Hof's bordello and the Kit Kat are located in neighboring Lyon County just east of Carson City.

"It's pretty hypocritical," Hof told the Sparks Tribune. "We're just trying to understand it. I've spent a lot of money trying to promote Virginia City and it's just irritating."

Hoff is pressing Storey commissioners to rethink their advertising policy for special events.

Brandi Lee, president of the Virginia City Chamber of Commerce, shared Hof's concerns. Hof has supported the Oyster Fry for four years and the event probably would end without his sponsorship, she said.

"I have no clue why Hof can't advertise, but the Kit Kat can," she said. "Hof is always there when we need him, just like (former Mustang Ranch brothel owner) Joe Conforte used to be."

Storey District Attorney Harold Swafford said the law is clear that brothels cannot advertise anywhere.

"The Kit Kat took the position that the law does not apply to event sponsorships, just to billboards," Swafford said.

Swafford asked Sheriff Pat Whitten why the Kit Kat wasn't cited for violating the law. Whitten said he didn't think the law applied in the case.

Storey Commissioner Greg Hess said the Wild Horse and Old Bridge Ranch brothels also donate thousands of dollars behind the scenes to special events. Both are located in Storey County.

Dave Burgess, owner of Old Bridge Ranch, noted Hof is advertising the Moonlight Bunny Ranch on billboards from Oregon to Vermont.

"I would like to see the law changed to allow limited advertising," Burgess said. "We, as an industry, like to keep a low profile but some advertising would be useful."



Hover for Circular



Hover for Circular



Hover for Circular

Powered by

## LAS VEGAS SUN

# Meet the first married, same-sex couple to work at a Nevada brothel

By **Miranda Willson** (**contact**)

Thursday, May 16, 2019 | 2 a.m.

Violet Vause and Kayden Blake are planning their summer vacation. This past year, the young couple took a trip to Hawaii, their first "real" vacation that wasn't for work or family.

"I want to go everywhere. I love traveling," says Violet, 26.

"You need to pick one place first!" teases Kayden, 25.

Originally hailing from California, the two women have been married for two years and together for eight. They just bought their first home in Las Vegas, where they spend half their time.

The other half is spent at Sheri's Ranch, a legal brothel in Pahrump, where they both work as prostitutes.

They came to Sheri's in August 2017 after working for several years in the sex industry as webcam models, or "cam girls."

As far as they know, they're the first "openly married" prostitutes to work together in one of Nevada's 20 legal brothels, scattered across rural parts of the state. And while this differentiates them from the average married couple, on their off weeks they have plenty of time to do typical, millennial couple things: binge-watch Netflix, play with their cats, cook and plan their next vacation.

Hundreds work in the Silver State's brothels, which are permitted in counties with fewer than 700,000 residents. Nevada is the only state in which the practice remains legal in some form, but prostitution here has long faced its share of critics.

Although threats to the industry were heightened during this Nevada legislative session, legal brothels appear to have emerged relatively unscathed as the session draws to a close. A Senate bill that would have outlawed all brothels died in April.

The state is still grappling with a lawsuit filed by a former prostitute alleging that Nevada's legal brothels facilitate and sanction sex trafficking, but the initial buzz around that suit has quieted down—at least for now.

In the midst of these controversies as well as the perpetual stigma associated with sex work, Kayden and Violet sat down with Las Vegas Weekly to share their personal experiences working at Sheri's, their take on the politics of prostitution in Nevada and the unique details of their relationship.

How did they get here?

Kayden and Violet met when they were in their late teens and still living in California.

0276

"I got dragged to a Super Bowl party," Violet recalled. "It was at Kayden's house, and that's where we met and slowly became friends." Eventually, they started dating.

Prior to entering the sex industry, Kayden worked in billing departments and Violet held various customer service jobs. Both often juggled multiple jobs at once, working 70 to 80 hours a week.

Violet's first stint in the sex industry was as a webcam model, which she quickly realized was her most lucrative gig. Eventually, she quit her other jobs and invited Kayden to start camming with her independently. This allowed them to avoid fees paid to studios and websites and gave them greater autonomy over their work.

About 18 months ago, they moved to Nevada and decided to look into legal prostitution. They researched brothels in the state before settling on Sheri's, which they say has stricter drug and alcohol policies. A recovering alcoholic, Violet was looking for a mostly sober environment, which also helps ensure that both patrons and sex workers can legally consent to sexual activities.

"Sheri's was the only place that met that criteria for us," Kayden said.

The first few weeks at Sheri's were challenging as the two women struggled to get their footing, build up a loyal clientele and navigate negotiations with clients. At Sheri's and at most legal Nevada brothels, each paid transaction, referred to as a "party," is negotiated privately between the sex worker and the potential client. The sex worker keeps half the profits, and the rest goes to the house.

"It took me a couple trips to get the feel of the house and learn how to negotiate for pricing, because I had no idea," Violet said. "My first party, I did not quote them enough. That's one of my biggest regrets here."

A representative of Sheri's declined to reveal any information about prices for services, saying it "misrepresents what the ladies are asking for" and goes against industry practices. But Kayden and Violet say they have earned enough money to buy a home and travel, and they no longer work multiple jobs.

What do they do?

When it comes to the services they provide, Kayden and Violet say clients do request threesomes with them, as some patrons are intrigued by the fact that they are married and have genuine chemistry. But most often, they each work independently and see different clients.

Kayden typically picks up those whom she meets at the bar at Sheri's, though some will contact her prior to visiting to schedule an appointment. Most of Violet's clients, on the other hand, discover her through her website and other marketing materials.

Violet sees mostly men, the most common patrons of Sheri's, as well as some couples. Although Kayden sees plenty of heterosexual men, she also sees LGBT clients and those questioning their sexual orientation or gender identity.

A good portion of the clients they see are also dealing with some sort of mental health issues, often depression or anxiety. They may be looking for companionship, sometimes more than sex. The so-called "girlfriend experience," a package deal that can include kissing, cuddling or having a nice meal with a working woman, is one of the most popular services offered at Sheri's.

"Most of the men I see struggle with emotional issues," Violet said. "They're depressed, but they can't talk about it because men can't cry, or they can't open up to the people around them about whatever diagnosis they have because they don't want to be ostracized."

Interacting with clients who face mental health issues isn't without its challenges. Kayden once partied with a client who was schizophrenic, which she said took some getting used to, but was ultimately a positive experience.

0277

On the whole, both women feel that the opportunity to give people the physical and emotional intimacy they're craving is one of the most rewarding aspects of their job.

"If someone comes to see me and they leave happier or maybe lighter than they came in, that makes me feel like I've done a good thing," Kayden said.

What do they think of prostitution in Nevada?

Compared with other developed countries where the practice is permitted and regulated, Nevada's approach to prostitution is unique. While the state mandates condom use in all brothels and regular STD and HIV tests for all prostitutes, most of the other regulations for brothels are left up to the rural counties.

While they're pleased with their experiences at Sheri's and in Nye County, Kayden and Violet believe that the system in Nevada would benefit from more uniformity, an issue that lawmakers are currently looking into. Some towns and counties, for example, enforce a curfew on prostitutes, while others have rules about specific times and days when prostitutes are permitted to leave the premises without having to get retested for STDs.

One policy enforced at Sheri's and some other brothels is often referred to as "lockdown," whereby prostitutes are required to remain at the brothel during certain days and times, even when they're not on shift. However, Violet and Kayden say that lockdown is an inaccurate way to describe what they believe is a harmless and beneficial policy.

"The idea of lockdown, it sounds really scary, but basically what it means is you have to schedule the days you leave. You can't just leave whenever you want," Kayden explained.

The rule stems from testing requirements for prostitutes in Nye County; if a prostitute leaves the brothel for more than 24 hours, she must be retested before going back to work. Sheri's has handled the rule by encouraging prostitutes to only leave two days a week while they are working and for no more than eight hours. But the house recognizes that emergencies and extenuating circumstances happen.

"Some girls leave for a doctor's appointment or school," Kayden noted.

Another change they would like to see in Nevada would be lower costs for prostitutes.

At Sheri's, prostitutes pay $46 per day for room and board. But they also pay hundreds of dollars a month in mandatory doctor's fees and health tests, and they must cover the costs of obtaining a business license and a work card in the county prior to starting. Not to mention that any materials needed for their job—condoms, lube, lingerie, sex toys and more—are paid out of their own pockets.

"It is unfortunately a privilege for the people that can afford it," Violet said. "If you're new and you've never worked in a brothel before and you're trying to get some money together, it's insanely expensive to start working here."

In addition to making brothels financially accessible, Violet and Kayden would like to see more gender diversity. No men currently work at any of Nevada's brothels, and media reports indicate that the first transgender prostitute worked at the Moonlite Bunny Ranch in Lyon County in 2015 and 2016. Kayden and Violet aren't sure if there are trans sex workers currently.

"I think there should be more opportunities for trans sex workers. ... There's not enough at all," Violet said.

How has sex work affected their lives?

Prior to camming, Kayden and Violet were two 20-somethings trying to make ends meet, a task that felt unattainable no matter how hard they worked. Although camming helped them achieve more financial stability, working as prostitutes has given them additional money and new freedom and skills, such as negotiating and setting clear boundaries with others.

And while they have faced stigma from family and friends for becoming prostitutes, they say they've experienced less harassment at the brothel than in past work environments. In addition, Kayden and Violet have never felt unsafe on the job.

"There is a level of professionalism with everyone that I wasn't expecting," Kayden said, referring to the clientele, the management and the other prostitutes at Sheri's.

Working at Sheri's has also strengthened their relationship with each other and improved their work-life balance. During their off-weeks, they are free to spend time at home in Las Vegas or anywhere else.

"We get to come [to Sheri's], be here, share ourselves and also our marriage, and it's a great thing. But we also get to go home and just be us with each other," Kayden explained.

This newfound freedom has also given them time to think more about their goals. Kayden hopes to get EMT-certified and become a paramedic, while Violet wants to one day start a nonprofit organization for at-risk youth.

Both of them worry about whether they will face discrimination in their future endeavors because of their time in the sex industry.

"I would be absolutely heartbroken if I got to the point where I was ready to start the nonprofit ... and they were like, 'No, you were a prostitute, and you can't offer resources to kids who don't have them,' " Violet said.

It's a shame that sex workers, and particularly prostitutes, face stigma, they added, but it hasn't stopped them from being public and speaking about issues facing prostitutes—many of whom need rights, rather than to be rescued out of the profession.

"I'm not ashamed of the fact that I'm a sex worker," Violet said. "But if someone was like, 'I saw you on Twitter and you're working at a brothel,' I'd be like, 'Yes, that is what I'm doing. Thank you for pointing that out.' "

This story originally appeared in the Las Vegas Weekly.

## You May Like

Sponsored Links by Taboola

### Top Cardiologist: This One Thing Will Properly Flush Out Your Bowels

Gundry MD Supplements

### Man Opens Old Storage Unit Worth $500, But Finds $7.5 Million Inside

NinjaJournalist

### Clint Eastwood's Net Worth Left His Family In Tears

Cash Roadster

### Carson City, Nevada Drivers Are Stunned By This New Rule

EverQuote Insurance Quotes

**EXHIBIT 9**

Lyon County Annual Budget

**(0280-0282)**

**EXHIBIT 9**

| REVENUES | (1)<br>ACTUAL PRIOR<br>YEAR ENDING<br>06/30/2017 | (2)<br>ESTIMATED<br>CURRENT<br>YEAR ENDING<br>06/30/2018 | (3)<br>BUDGET YEAR ENDING 06/30/19<br>TENTATIVE<br>APPROVED | (4)<br>FINAL<br>APPROVED |
|---|---|---|---|---|
| PROPERTY TAXES | | | | |
| AD VALOREM TAXES | 9,397,168 | 9,623,861 | 10,098,389 | 10,098,389 |
| | | | | |
| LICENSES AND PERMITS | | | | |
| BUSINESS LICENSES AND PERMITS | | | | |
| BUSINESS LICENSES | 297,592 | 301,000 | 301,000 | 301,000 |
| LIQUOR LICENSES | 89,544 | 90,000 | 90,000 | 90,000 |
| COUNTY GAMING LICENSES | 169,280 | 170,000 | 170,000 | 170,000 |
| FRANCHISE FEES | 246,148 | 240,000 | 240,000 | 240,000 |
| UTILITY LICENSE FEES | 1,930,024 | 1,404,000 | 1,204,000 | 1,204,000 |
| PROSTITUTION WORK PERMIT | 37,264 | 35,000 | 35,000 | 35,000 |
| NONBUSINESS LICENSES AND PERMITS | | | | |
| ANIMAL LICENSES | 4,660 | 4,800 | 4,800 | 4,800 |
| BUILDING PERMITS | 445,329 | 600,000 | 650,000 | 650,000 |
| ELECTRIC, GAS, SEPTIC PERMITS | 14,011 | 8,000 | 8,000 | 8,000 |
| MOBILE HOME TRIP PERMITS | 17,037 | 30,000 | 30,000 | 30,000 |
| MISCELLANEOUS BUILDING FEES | 105 | 1,200 | 1,200 | 1,200 |
| EXCAVATION PERMITS | 1,608 | 1,000 | 1,000 | 1,000 |
| SUBTOTAL | 3,252,602 | 2,885,000 | 2,735,000 | 2,735,000 |
| | | | | |
| INTERGOVERNMENTAL | | | | |
| FEDERAL GRANTS | | | | |
| FEDERAL GRANTS | 706,709 | 461,624 | 224,000 | 224,000 |
| STATE GRANTS | | | | |
| STATE GRANTS | 107,878 | 128,596 | 1,000 | 1,000 |
| STATE SHARED REVENUE | | | | |
| CONSOLIDATED TAX DISTRIBUTION | 14,778,081 | 15,493,301 | 16,138,420 | 16,138,420 |
| STATE GAMING LICENSES | | | | |
| STATE GAMING TAX | 137,535 | 135,000 | 135,000 | 135,000 |
| OTHER | - | 105,189 | - | - |
| SUBTOTAL | 15,730,203 | 16,323,710 | 16,498,420 | 16,498,420 |
| | | | | |
| CHARGES FOR SERVICES | | | | |
| GENERAL GOVERNMENT | | | | |
| CLERKS FEES | 247,987 | 140,000 | 140,000 | 140,000 |
| CLERK TECHNOLOGY FEE | 545 | 500 | 500 | 500 |
| ASSESSORS COMMISSIONS | 229,300 | 300,000 | 300,000 | 300,000 |
| ASSESSORS TECHNOLOGY FEE | 76,770 | 78,000 | 78,000 | 78,000 |
| GENERAL RECORDER FEES | 268,147 | 330,000 | 330,000 | 330,000 |
| RECORDER TECHNOLOGY FEE | 41,739 | 67,000 | 67,000 | 67,000 |
| FORECLOSURE MEDIATION FEE | 445 | 400 | 400 | 400 |
| SUBDIVISION ENGINEERING FEES | - | 50,000 | 50,000 | 50,000 |
| PLANNING & ZONING FEES | 84,378 | 300,000 | 300,000 | 300,000 |
| SITE PLAN REVIEW FEE | 7,355 | 10,000 | 10,000 | 10,000 |
| IMPROVEMENT DRAWING REVIEW FEE | 1,620 | 5,000 | 25,000 | 25,000 |
| OTHER | 213,012 | 226,446 | 226,265 | 226,265 |

LYON COUNTY
(Local Government)
SCHEDULE B - GENERAL FUND

| RESOURCES | (1) | (2) | (3) | (4) |
|---|---|---|---|---|
| | | | BUDGET YEAR ENDING 06/30/19 | |
| **REVENUES** | ACTUAL PRIOR YEAR ENDING 06/30/2017 | ESTIMATED CURRENT YEAR ENDING 06/30/2018 | TENTATIVE APPROVED | FINAL APPROVED |
| LICENSES AND PERMITS | | | | |
| LICENSE FEES - PROSTITUTION | **356,400** | **356,400** | **356,400** | **356,400** |
| MISCELLANEOUS | | | | |
| INTEREST | **1,811** | **2,500** | **2,500** | **2,500** |
| SUBTOTAL REVENUE | **358,211** | **358,900** | **358,900** | **358,900** |
| | | | | |
| BEGINNING FUND BALANCE | 283,780 | 449,662 | 257,959 | 257,959 |
| | | | | |
| PRIOR PERIOD ADJUSTMENTS | - | - | - | - |
| RESIDUAL EQUITY TRANSFERS | - | - | - | - |
| | | | | |
| TOTAL BEGINNING FUND BALANCE | **283,780** | **449,662** | **257,959** | **257,959** |
| | | | | |
| TOTAL RESOURCES | **641,991** | **808,562** | **616,859** | **616,859** |
| | | | | |
| **EXPENDITURES** | | | | |
| | | | | |
| PUBLIC SAFETY | | | | |
| CAPITAL OUTLAY | **115,885** | **518,126** | **239,200** | **239,200** |
| | | | | |
| JUDICIAL | | | | |
| CAPITAL OUTLAY | **32,222** | **32,477** | **-** | **-** |
| | | | | |
| WELFARE | | | | |
| CAPITAL OUTLAY | **44,222** | **-** | **108,500** | **108,500** |
| | | | | |
| SUBTOTAL EXPENDITURES | **192,329** | **550,603** | **347,700** | **347,700** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL ENDING FUND BALANCE | **449,662** | **257,959** | **269,159** | **269,159** |
| | | | | |
| TOTAL FUND | | | | |
| COMMITMENTS AND FUND BALANCE | **641,991** | **808,562** | **616,859** | **616,859** |

LYON COUNTY

(Local Government)

SCHEDULE B - VEHICLE ACQUISITION FUND

FORM 4404LGF          Last Revised 12/6/2017

0282

# EXHIBIT 10

Nye County Annual Budget

(0283-0285)

# EXHIBIT 10

| **REVENUES** | (1)<br>ACTUAL PRIOR<br>YEAR ENDING<br>YEAR 6/30/2016 | (2)<br>ESTIMATED<br>CURRENT<br>YEAR ENDING<br>YEAR 6/30/2017 | (3)<br>BUDGET YEAR ENDING<br>YEAR 6/30/2018<br>TENTATIVE<br>APPROVED | (4)<br><br><br>FINAL<br>APPROVED |
|---|---|---|---|---|
| **TAXES:** | | | | |
| Property tax | 11,201,699 | 13,200,000 | 13,375,683 | 13,375,683 |
| Property Tax-Net Proceeds of Minerals | 1,135,997 | - | 1,821,283 | 1,821,283 |
| | | | | |
| **SUBTOTAL** | **12,337,696** | **13,200,000** | **15,196,966** | **15,196,966** |
| | | | | |
| **LICENSES AND PERMITS:** | | | | |
| Liquor Licenses | 39,410 | 50,000 | 55,000 | 55,000 |
| Gaming Licenses | 69,815 | 80,000 | 88,000 | 88,000 |
| Brothel Work Cards | 82,895 | 90,000 | 99,000 | 99,000 |
| Concealed Weapons Permits | 164,278 | 180,000 | 198,000 | 198,000 |
| Other | 81,613 | 107,000 | 117,700 | 117,700 |
| | | | | |
| **SUBTOTAL** | **438,011** | **507,000** | **557,700** | **557,700** |
| | | | | |
| **INTERGOVERNMENTAL:** | | | | |
| Federal In Lieu of taxes | 3,350,047 | 3,000,000 | 2,400,000 | 2,400,000 |
| Fish & Game In Lieu of taxes | 2,489 | 2,500 | 2,750 | 2,750 |
| State Gaming License Fee | 138,096 | 195,785 | 215,364 | 215,364 |
| Consolidated Tax | 12,605,245 | 13,000,000 | 13,500,000 | 13,750,000 |
| Federal Land Lease | - | - | | - |
| Grant Revenue | - | 417,500 | 438,375 | 438,375 |
| Other | - | | | |
| | | | | |
| **SUBTOTAL** | **16,095,877** | **16,615,785** | **16,556,489** | **16,806,489** |
| | | | | |
| **CHARGES FOR SERVICES:** | | | | |
| **GENERAL GOVERNMENT:** | | | | |
| Clerk Fees | 114,394 | 96,755 | 106,430 | 106,430 |
| Recorder Fees | 359,312 | 356,953 | 392,649 | 392,649 |
| Assessor Collection Fees | 565,260 | 788,442 | 867,287 | 867,287 |
| Planning and Zoning Fees | 52,414 | 662,177 | 728,395 | 728,395 |
| Administration Fees | 4,345 | 3,388 | 3,727 | 3,727 |
| County Surveyor Fees | 1,000 | 11,279 | 12,407 | 12,407 |
| Assessment Fees | - | | - | - |
| GIS Products | 6,000 | 14,706 | 16,176 | 16,176 |
| Courier Services | 24,235 | 26,730 | 29,403 | 29,403 |
| Returned Check Fee | 2,162 | 2,909 | 3,200 | 3,200 |
| Other | - | 4,926 | 5,419 | 5,419 |
| | | | | |
| **SUBTOTAL** | **1,129,122** | **1,968,266** | **2,165,093** | **2,165,093** |
| | | | | |
| **JUDICIAL:** | | | | |
| Justice Court Fees | 75,906 | 76,143 | 83,757 | 83,757 |
| Drug Court | 940 | | - | - |
| Public Defender and Discovery | 7,103 | 11,004 | 12,105 | 12,105 |
| Restitution | 11,033 | 6,434 | 7,077 | 7,077 |
| Court Security Fees | - | 13,529 | 14,882 | 14,882 |
| Law Library | - | | - | - |
| Other | - | | - | - |
| | | | | - |
| **SUBTOTAL** | **94,982** | **107,110** | **117,821** | **117,821** |

Nye County
(Local Government)
SCHEDULE B - GENERAL FUND

**Local Government:** Nye County / Sheriff's Office
**Contact:** Sharon Wehrly
**E-mail Address:** swehrly@co.nye.nv.us
**Daytime Telephone:** 775-751-7000

Total Number of Existing Contracts: 26

| Line | Vendor | Fund: | Existing Eden Contract: | Effective Date of Contract | Termination Date of Contract | Proposed Expenditure FY 2017-18 | Proposed Expenditure FY 2018-19 | Reason or need for contract: |
|---|---|---|---|---|---|---|---|---|
| 1 | PowerPhone | | | | | $ 18,869 | $ 20,500 | Provide 911 Dispatch Protocols & updates-LEA/EMS |
| 2 | iWrite Company | | | | | $ 80,000 | $ 85,000 | Provide Transcription Services for Reports |
| 3 | Autopsy - CCCO | | | | | $ 123,927 | $ 135,000 | Perform autopsy & ME Exam as required by Statute |
| 4 | Autopsy - Washoe | | | | | $ 25,000 | $ 26,500 | Perform autopsy & ME Exam as required by Statute |
| 5 | Lexis Nexis | | | | | $ 7,000 | $ 7,000 | Legal program &updates -Detention Law Library |
| 6 | Essential Training | | | | | $ 17,000 | $ 17,000 | On line training databank for officers |
| 7 | Q-Tel Evidence Tracking | | | | | $ 1,250 | $ 1,750 | Provides software updates for Evidence Computer |
| 8 | LVMPD Crime Laboratory | | | | | $ 50,000 | $ 55,000 | Provides evidence labwork/analysis for court cases |
| 9 | ePolice Report | | | | | $ 3,500 | $ 4,000 | Allows citizens to file police reports through Internet |
| 10 | TLO | | | | | $ 3,000 | $ 3,500 | On line investigations tool |
| 11 | State of Nevada - Background checks | | | | | $ 60,000 | $ 65,000 | Fingerprint checks for work cards, CCWs etc. |
| 12 | Gosserco, Inc  Voice Logging Recorders | | | | Tonopah | $ 1,900 | $ 2,100 | Logs/stores incoming/outgoing radio traffic and phone |
| 13 | Gosserco, Inc  Voice Logging Recorders | | | | Beatty | $ 1,750 | $ 1,900 | calls. |
| 14 | Gosserco, Inc  Voice Logging Recorders | | | | Pahrump | $ 3,839 | $ 4,175 | |
| 15 | State of Nevada - VINE | | | | | $ 2,750 | $ 3,100 | Provides internet based notification to victims of crimes |
| 16 | Critic - Call | | | | | $ 1,198 | $ 1,198 | Employment testing for dispatch |
| 17 | Spillman Technologies | | | | | $ 27,916 | $ 35,000 | Software maintenance for records management |
| 18 | Identa-drug | | | | | $ 1,122 | $ 1,500 | On line Drug Identification Program |
| 19 | VEA - Wild Blue Internet SV | | | | | $ 2,500 | | Internet Connection for SV Deputies |
| 20 | Watch Systems | | | | | $ 2,500 | $ 3,000 | Sex Offender Program |
| 21 | ECR | | | | | $ 2,500 | $ 2,200 | Maintenance Agreement - Front Ofc ID Card Machine |
| 22 | SCOPE - LVMPD | | | | | $ 1,000 | $ 1,000 | User Agreement w/LVMPD |
| 23 | Morpho Trust | | | | | $ 2,500 | $ 2,750 | Front Ofc Fingerprint Machine & Printer |
| 24 | Detention Food/SYSCO | | | | | $ 325,000 | $ 325,000 | Pahrump Jail Food Services Inmates |
| 25 | Holding Facility | | | | Tonopah Deten | $ 75,000 | $ 50,000 | Tonopah Holding Facility Food Services, Inmates |
| 26 | Electronic Ticket Writers | | | | | $ 16,400 | $ 16,400 | Maintenance/Extended Warranty |
| 27 | | | | | | | | |
| | Total Proposed Expenditures | | | | | $ 857,421 | $ 869,573 | |

Additional Explanations (Reference Line Number and Vendor):

Projection New Contract - Additional band width to support ticket writers, mobile Spillman, communications from
VEA @ $600.00 mo x 12 = $7200.00