# EXHIBIT 11

## Articles on Branding and Marketing Efforts of Las Vegas for "Sin City"

### (0286-0309)

**EXHIBIT 11**

Case 3:19-cv-00107-MMD-WGC   Document 38-13   Filed 05/21/19   Page 2 of 24

## LAS VEGAS SUN

# Playboy Bunnies, brothel plan Nevada Day parade entries

Wednesday, Oct. 27, 2004 | 9:32 a.m.

SUN CAPITAL BUREAU

CARSON CITY -- Retired Playboy Bunnies and a brothel parade entry will spice up the Nevada Day celebration in the state's capital this weekend.

Women who worked in the Playboy Clubs at anytime from the 1960s through the 1980s will take part in the festivities, including either walking in the parade or riding on the float that will have big bunny ears and a giant tail.

In keeping with the theme of the parade, Entertainment Nevada Style, the Moonlite Bunnyranch also has an entry. The "ranch" is actually a bordello in Lyon County, just outside the boundaries of Carson City. This marks the first time that a brothel has had an entry in the parade, officials said.

Last year the celebration of the state's birthday honored military veterans. Ron Bowman, president of Nevada Day Inc., said "we wanted to lighten it up this year."

Nevada, he said, offers a wide variety of entertainment ranging from gambling, hunting, fishing, stage shows, skiing, horseback riding, rodeos and hiking. And houses of prostitution are legal in some rural counties.

There has been some grumbling about allowing a bordello entry in the parade, but Bowman said he checked with two ordained ministers who said they had no objection to it.

Dennis Hof, owner of the Moonlite Bunny Ranch, said he would drive a convertible in the parade with the female employees in the back.

"We're going to keep it low key. We're going to keep it clean. The girls will be dressed properly."

Hof said he wants to be part of the community and if there were any significant objection to the bordello's participation, he would not be part of the parade. He noted that his business is one of his community's biggest fund-raisers for groups such as libraries, firefighters and children's groups.

The parade grand marshals will be Frank Sinatra Jr. and Lt. Gov. Lorraine Hunt. Bowman said the parade committee hopes to lure more people from Las Vegas for the three-day celebration.

Friday is a holiday and the main celebration is on Saturday. It will include a fun-run, the 200-entry parade, the 30th annual World Champion Single-Jack Hard Rock Drilling Contest, a tribute to Elvis Presley by impersonator Rick Alviti and the Mad Hatter Ball.

Thousands are expected to line the streets for the parade, and there will be a variety of parties later. Gov. Kenny Guinn and Treasurer Brian Krolicki will again sponsor their free chili feed at local casino.

Chere Rae, who worked at the Playboy Club in Hollywood, Calif., said she expects many of the former playboy bunnies to gather for the party. They will be decorating their float Thursday and Friday at the parking lot of a local casino, be in the parade and judge the beard-growing contest.

The Nevada Day celebration kicks off Friday with a golf tournament in the morning. A reception will be held that evening for Sinatra Hunt.

A fly-over by F-18 Hornets from the Naval Air Station in Fallon will signal the start of the parade that moves down Carson City's main street. Other entries in the parade besides the former bunnies and the Bunny Ranch are politicians, bands, beauty queens and various floats.

Guinn will hold an open house at the governor's mansion in the afternoon. There will be a reception for sculptor Benjamin Victor, who is putting the finishing touches on the sculpture of Indian crusader Sarah Winnemucca for the U.S. Capitol's Natural Statuary Hall in Washington, D.C.

Other events include an Elvis competition with about 50 people vying for awards and the traditional 1864 Grand Ball to be held in historic Piper's Opera House in Virginia City.

Nevada was admitted to the Union on Oct. 31, 1864. The Nevada Day parade in Carson City dates to 1938.

State Archivist Guy Rocha said there has been a celebration every year except during World War II. Only Nevada, Hawaii and West Virginia have state holidays that include substantial formal celebrations every year, he said.

The 1997 Legislature decided to make the last Friday of the month a holiday with the hope that a three-day celebration would draw more visitors.

archive

## You May Like

Sponsored Links by Taboola

### Top Cardiologist: This One Thing Will Properly Flush Out Your Bowels

Gundry MD Supplements

### Clint Eastwood's Net Worth Left His Family In Tears

Cash Roadster

### 3 Dangerous Foods People Feed Their Dogs (Without Realizing It)

Dr. Marty ProPower Plus Supplement

### The Target Discount Hack People Actually Swear By

Wikibuy

### Eye Surgery Procedures You May Not Believe Exist

Lasik | Sponsored Listings

Brothel owner launches effort to battle illegal prostitution in Las Vegas – Las Vegas Sun Newspaper

## LAS VEGAS SUN

# Brothel owner launches effort to battle illegal prostitution in Las Vegas

**By [Steve Green](#)**

Friday, April 24, 2009 | 12:34 p.m.

Chicken Ranch brothel owner Kenneth Green today detailed plans for his new company, Regulated Management LLC, which he said would expose illegal prostitution in Las Vegas and lead a public effort to demand government deal with the problem.

The company also unveiled a Web site on the effort, [www.regulatedmanagement.com](http://www.regulatedmanagement.com). Green noted he has a financial interest in a crackdown on the illegal sex trade since his legal brothel is 60 miles away in Nye County.

"I have a vested interest and that's why I'm stepping forward,'' he said.

He said it's frustrating that in one sense, Nevada "gets it," as it has a system of legal, regulated brothels in rural counties. Yet in the most populous counties, Clark and Washoe -- home to Las Vegas and Reno -- it's illegal.

But asked if one of the goals of the business is having prostitution legalized in Clark and Washoe counties, Green said: "That's not my job. That's the Legislature's job."

Regulated Management says the illegal sex trade in Las Vegas is a multibillion dollar, untaxed and unregulated industry that is an embarrassment to the community with residents and tourists exposed to the likes of "Hot Babes Direct to Your Room" advertising, smut racks and the aggressive passing out of sex industry business cards to pedestrians on the Las Vegas Strip.

"What is most frustrating is that everyone acknowledges its existence, but all too many turn a 'blind eye' to it and fail to take action," Green said.

Case 3:19-cv-00107-MMD-WGC Document 38-13 Filed 05/21/19

# New effort targets illegal prostitution in LV



3514917

April 25, 2009 - 9:00 pm

 

Don't miss the big stories. Like us on Facebook.    Like 198K

For advocates of legalized prostitution in Las Vegas, it was like a scene out of a dream: a licensed brothel owner and a card-carrying prostitute openly holding court inside a casino on the Strip.

But Chicken Ranch owner Kenneth Green and his employee, a self-described "courtesan" named Alexis, weren't working during Friday's news conference in a Sahara banquet room, not working in the strict sense of the word anyway.

Green and Alexis were there to promote Regulated Management, a mostly Web-based enterprise the longtime brothel owner just launched to generate

community discussion and bring an end to illegal prostitution in Las Vegas.

The company's Web site features poll questions, online petitions and links to send e-mails to state lawmakers. Each month, organizers plan to post a new "white paper" examining the negative effects of the illicit sex trade.

"It's no secret. It's a wide open, rampant criminal enterprise that's been allowed to operate in Las Vegas," Green said.

He hopes to generate enough public outcry to give lawmakers the "political cover" they need to take decisive action, though he would not say what action he recommends.

Instead, Green and company insisted that they are not advocating legalization or any other specific solution in Las Vegas. Much of what they had to say, however, strongly hinted at a push to open the city to legal brothels.

"I would love to see Las Vegas become ... the adult entertainment capital of the world," said Regulated Management board member Loretta Holt, who also works on behalf of many local adult-oriented businesses as executive director of the Sin City Chamber of Commerce.

"Legal prostitution isn't the problem in our society. It's illegal prostitution that's the problem," Green said.

Regulated Management spokesman Bob Fisher said the company and its Web site have been in the works nine months.

The mission is a daunting one. Illegal prostitution is "a multibillion-dollar industry in Las Vegas, and that's with a B, not an M," said Fisher, who has done public relations work for the Chicken Ranch since Green bought it in 1982.

Brothel industry lobbyist George Flint also sits on the new company's board.

Reached by phone at his Reno wedding chapel Friday, Flint said he met with state and local officials last year in hopes of floating a bill that would allow legal brothels in Clark County. The measure never saw the light of day.

Flint acknowledged he is a little fuzzy on the details of what Regulated Management aims to do, but he insists it's not a veiled attempt at publicity for the Chicken Ranch, as some have suggested.

Green freely admits that he is targeting his largest competitor, but he also views illegal prostitution as a threat to the community at large.

"Of course I have a vested interest," he said. "But does that take away from the fact that it's a legitimate issue?"

Contact reporter Henry Brean at hbrean@ reviewjournal.com or 702-383-0350.

# Sin City chamber means business

April 16, 2007 - 9:00 pm

Don't miss the big stories. Like us on Facebook.    Like 198K

When members of the Sin City Chamber of Commerce get together Friday and Saturday for the group's spring golf tournament and barbecue, attendees can expect a networking-heavy atmosphere similar to the milieu at any business function.

Except for the bikini contest.

And the cocktail party at the brothel.

And the strip club sponsor.

And the fundraising drive for the sex workers' charity.

"From the sound of it, people may get the indication that it's like a singles' meeting thing, but it's far from it," said David Sutton, president of adult-movie seller VCX.com, which owns 350 classic titles including "The Devil in Miss Jones" and "Debbie Does Dallas."

VCX.com is also one of the golf tournament's, um, hole sponsors.

"It's basically an opportunity for members to meet other members who can help them out in their business endeavors at some point," Sutton said. "We want to go out there and press the flesh, and let everybody know who we are."

The Spring Golf Classic and Third Annual Spring Barbecue is the biggest event thrown by the Sin City Chamber of Commerce. The chamber, established in July 2004, is a trade group for adult-oriented companies denied membership in more mainstream chambers, said Michael Russell, the organization's executive vice president and partner.

The chamber has about 500 members, 15 percent of whom are involved in adult or alternative industries, Russell said. The rest are a mix of attorneys, real estate agents, caterers, insurance companies, dentists, car dealers, banks, chiropractors and other professionals looking to peddle services to workers in the adult-business sector.

The Sin City Chamber's broad appeal is evident in the names attached to the hole sponsorships and exhibit booths at the upcoming barbecue and golf tournament.

Sure, there are eyebrow raisers such as Deja Vu Gentlemen's Club, but local business mainstays can be found, including Findlay Volkswagen, BMW Motorcycles of Las Vegas and Southern Wine & Spirits of Nevada.

"Networking is the main factor" behind Southern Wine & Spirits' hole sponsorship and barbecue attendance, said Micheal Sussen, a division manager with the liquor distributor. "We're looking for brand exposure, and we want to get our name and our brands out there. I hope it will grow our contacts in the future."

With golfing and grilling (and gripping and grinning), the two-day event will include hot-air balloon rides, a bikini contest, a cocktail party Friday night at the Chicken Ranch, a car show and carnival games.

Some of the proceeds from gift-bag sales, balloon rides and the barbecue will go toward the Desire Alliance, a nonprofit that lobbies for the rights of workers in the sex industry, and The Center, a gay-rights group. The chamber has booked a block of rooms at the Pahrump Nugget hotel and casino.

Organizers are expecting as many as 500 attendees throughout the weekend.

"It really feels just like a county fair except that you won't see any children," Russell said. "It's about fun, it's about networking, and it's about meeting

people."

It's also a chance for adult-themed businesses to track down companies that will perform services for them, Sutton said.

Owners of adult businesses must pay taxes, balance the books and buy insurance like any other enterprise. It can be tough to find business partners: VCX.com lost its liability insurance in early 2007 when its policy provider discovered the nature of the company's line of work and refused to renew coverage, Sutton said.

"The nice thing about the Sin City Chamber of Commerce is that you have access to the infrastructure that any business needs," he said. "You don't have to go through the rigmarole of trying to find a bank to lend you money and, at the end of the game, have them tell you, 'Oh, we didn't realize you were an adult company, and our charter doesn't allow us to do business with you.'"

Through the Sin City Chamber of Commerce, VCX.com has found a new insurer.

Sutton has met attorneys useful to his business, and he credited publicity he has received through the group for boosting his business. An interview that appeared on European television led to a 20 percent jump in sales for about two weeks after the talk aired, he said.

The Sin City Chamber of Commerce doesn't confine its events to brothel barbecues. Like any chamber, it has breakfast meetings, monthly mixers and a holiday party with an accompanying toy drive.

The chamber has held Botox parties, and on May 18, its Sin City Sky Dive for Charity will raise money for the Corps of Compassion, which collects money to feed homeless children.

For sheer frivolity, though, nothing beats the spring barbecue, Sutton said.

"Regular chamber of commerce events might have (bars), but it's a little more fun when prostitutes are serving the drinks," he said.

There's still time to register for the golf tournament and barbecue. Members of the Sin City Chamber of Commerce will pay $115 to play golf and $10 to participate in the barbecue. Nonmembers must pay $150 to enter the golf tournament and $50 to attend the barbecue. The registration deadline is Thursday at noon.

"We just want our members to have fun," Russell said. "If our members are having fun, they're getting business out of the people they're having fun with."

Feedback    Like 15.9M                                    **Monday, May 20th 2019** 10AM **49°F**    1PM **59°F**    5-Day Forecast



| Home | U.K. | News | Sports | U.S. Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | Columnists | DailyMailTV |

Latest Headlines   U.S. Showbiz   U.K. Showbiz   Headlines   Arts   Blogs   Video   TV Listings   Games                    Login

**(PLUS: Read Piers' own hilarious account of his visit to Las Vegas below. . .)**

ADVERTISING



GET INSURED
WITH FARMERS.®

FARMERS INSURANCE    FIND AGENT

By **JAMES MILLBANK**
**UPDATED:** 03:15 EDT, 27 December 2009

**91**
View comments

He may be a happily engaged man, but that didn't stop Piers Morgan eloping to Vegas to 'marry' a blonde 16 years his junior.

And his bride? The socialite hotel heiress Paris Hilton.

In typical Vegas style, Mr Morgan, who announced his engagement to writer Celia Walden only two weeks ago, got 'hitched' under the watchful eyes of an Elvis impersonator, a Marilyn Monroe lookalike and several Rat Pack mimics.



ADVERTISEMENT

Like
Daily Mail Celeb

Follow
@DailyMail

Follow
@DailyMailCeleb

Follow
Daily Mail Celeb

Follow
Daily Mail Celeb

**Follow**
**Daily Mail**

**FEMAIL TODAY**

▸ **'It was the worst day of our lives' Sophie Turner, 23, reveals she and Joe Jonas, 29, secretly SPLIT just before their wedding after 'getting cold feet'**

▸ **Christie Brinkley, 65, sizzles in string bikini as she catches rays during island getaway with her daughters: 'Just soaking it all in!'**



▸ **Kelly Ripa and husband Mark Consuelos step out with their sons in NYC... after Bachelor controversy**
Riverdale star defended his famous wife



+99
NEW ARTICLES                    Top

▸ **Gisele Bundchen and Tom Brady make a rare family outing in New York City with son Benjamin and daughter Vivian as they enjoy a**

Your Baby Is Your Coupon Sale
'Your Baby is Your Coupon' Sale is going on now. Bring in your baby for a free gift with purchase or…
By SERTA

Share



**What will Celia say? Piers Morgan puts a ring on Paris Hilton's finger as they 'wed' in Las Vegas to publicise his new TV show**

Mr Morgan, 44, joked of his 'Sin City' wedding: 'You know what it's like - you have a few drinks, spend too long on the blackjack table, get over-excited and decide to do something silly.

'I have to say, Paris scrubbed up to be a beautiful bride. It was magical.'

However, given The Mail on Sunday columnist's reputation for self-promotion, it will come as little surprise to discover that the wedding was staged for his forthcoming ITV1 show.



**Uncomfortable: Paris and Piers lean in for an unconvincing kiss**

Although the 15-minute service at the Little Church of the West was not official, there were times when the Britain's Got Talent judge feared it may have gone too far.

 

lazy brunch

▶ Duchess Kate is radiant in Erdem frock as she jokes with Queen Elizabeth at the unveiling of her Chelsea Flower Show garden in London



▶ Ditch your heels! The cutest and most comfortable women's white sneakers for every occasion
SPONSORED



▶ 'I'm only on season four': Meghan McCain reveals spoilers from Game of Thrones finale, causing a meltdown on the set of The View
Riled up her co-hosts



▶ The last Instagram post of Slipknot drummer's daughter, 22, before she died: Gabrielle Crahan shared a picture celebrating five months of sobriety



▶ Real Housewives of Orange County celebrate Vicki Gunvalson with cowboy-themed engagement party hosted by Tamra and Shannon



▶ Baby Archie, here we come! Meghan's best friend Jessica Mulroney and her daughter Ivy are spotted boarding a flight to London to meet her newborn son



▶ Ivanka Trump's daughter Arabella hams it up for the cameras at their D.C. home, joking that dad Jared wasn't going to work - then shooing photographers

ADVERTISEMENT

+99
NEW ARTICLES        Top

Share

'Well, I don't think I signed anything, so I'm pretty sure it's not actually legal,' he said.

'Having said that, we did go through all the vows, so I can't be entirely sure.'

Miss Hilton, 28, wore an Enzoani ivory dress for the ceremony, and was given a diamond-encrusted ring by Mr Morgan.


© Jan Knapik/Splash

**The new Mrs Morgan: Piers and Paris celebrate their 'union' with their famous witnesses, including Marilyn Monroe and Elvis Presley**

They met in a hotel room beforehand and chatted on the bed for the ITV show Piers Morgan On...Las Vegas, which airs on Saturday.

Miss Hilton said: 'You can do anything here, it's crazy. What happens in Vegas stays in Vegas!'

In real life, Mr Morgan proposed to Ms Walden, the daughter of former Tory MP George Walden, earlier this month, during a romantic stay in Paris.

But Ms Walden took the Vegas wedding in her stride.

'When I told her the news, she just shrugged her shoulders sadly and said, "How can I ever compete with Paris Hilton?",' Mr Morgan said.

Mr Morgan - who last year divorced Marion Shalloe, his wife of 17 years and mother of his three sons - has been dating Ms Walden for four years, after falling for her when he interviewed her for men's magazine GQ.

Mr Morgan, who has an estimated £15million fortune, recently spent £4million on a five-bedroom house in Kensington, West London – buying it from Ms Walden's father.


Need 2 Speed INDOOR KART RACING
RACE TODAY!


▶ Constance Wu pictured for first time since accusations of diva behavior and Fresh Off the Boat controversy
The 37-year-old strolled in beige platform heels


▶ Game Of Thrones star Emilia Clarke feared 'idol' Beyoncé was 'going to hate her' following her character's surprising arc


▶ Bethenny Frankel, 48, flaunts her slender waistline while plugging Skinnygirl bras... after yelling in court that ex Jason Hoppy has 'tortured' her


▶ Kylie Jenner and Khloe Kardashian 'have been ordered to sit down for a deposition with Blac Chyna' as her Rob & Chyna lawsuit drags on


▶ Fears over Royal couple's 'one-upmanship' as Kate poses with family hours after Harry and Meghan share wedding anniversary snaps


▶ GAME OF THRONES SPOILER ALERT: Legendary HBO show ends after eight years - but fans are left underwhelmed and spot ANOTHER blunder


▶ Larsa Pippen, 44, puts her body on display during Turks and Caicos trip with Khloe and Kourtney Kardashian... as BFF Kim stays home with baby Psalm


+99
NEW ARTICLES    Top

Share

▶ Here come Lady Gabriella's proud parents! Prince and Princess Michael of Kent are seen for the first time since their daughter's wedding

 


▶ **Game of Thrones
Season 8: The future of
Westeros is finally
revealed as a
SHOCKING ruler takes
the Iron Throne**
SPOILER ALERT


▶ **Liev Schreiber cuts a
dapper figure in navy
suit as he mingles with
stunning French model
Cindy Bruna at swanky
Cannes bash**

ADVERTISEMENT

**Real-life lovers: Paris with current boyfriend Doug Reinhardt (left) and Piers with his fiancée
Celia Walde**

Maturity's almost a crime... if you are not irresponsible in Vegas, they'll
sling you in jail

**Now read Piers' own hilarious account of his visit to Las Vegas. . .**

What happens in Vegas stays in Vegas,' wrote advertising slogan writers Jeff Candido
and Jason Hoff in 2002 at the behest of the Las Vegas Convention and Tourism
Authority.

And in just seven words, the allure of the
world's greatest party playground was
simply, yet brilliantly articulated.



The message was clear: this is a place
where you buy yourself a passport to
naughtiness. But then the recession hit
Vegas with all the speed and vengeance
of a tsunami.

It's no exaggeration to say that the credit
crunch has threatened the very
existence of Sin City.

It's become America's version of Dubai, a
desert paradise that collapsed the
moment a lot of rich men lost all their
money in the economic meltdown.

In 2007, gambling revenue was $12billion
a year - now it's down more than 30 per
cent. The value of houses and
apartments has plummeted by more
than 50 per cent, while some desperate
hotel owners have been forced to slash


▶ **Model Ngoc Trinh
causes a stir on the
Cannes Film Festival
red carpet as she bares
almost all in a VERY
revealing dress at A
Hidden Life premiere**


▶ **Princess Charlotte
steals the show as she
screams with delight
and jumps on a rope
swing while exploring
mom Kate's nature
garden**


▶ **Kate's $100 dress is
being sold on eBay for
more than FOUR times
the price - after selling
out just a day after
Duchess wore it to the
Chelsea Flower Show**

+99
NEW
ARTICLES        **Top**

▶ **Third time the charm for
Scarlett Johansson? As
actress gets set to
marry for a third time,**

Share

their rates by even more.

**What really happens in Vegas: Piers Morgan is the ideal man to explore what goes on in the garish and glitzy city**

All this has left the city that was built on sand looking like a city that was built on sand - ready to sink at any moment.

And the casino owners who borrowed billions to erect this fantasy world, and who have spent decades winning, winning and winning again, have found themselves, to their horror, staring defeat in the face.

I spent ten days investigating the reality behind the neon-lit facade of Vegas for ITV1 and found the cliches are true, the surprises are numerous, and the threats to its survival genuine.

I'll be honest, I've never been a massive fan of the place, but then I've only been here to film the bootcamp stage of America's Got Talent for a week each year. And working in 100 degree sunshine while everyone else is playing isn't my idea of fun.

But in the time I spent filming my documentary, I finally got the chance to enjoy many (not all, I hasten to add) of the delights Vegas offers. And I began to see it in a different light.

The bottom line seems to be that if you come here with money you can afford to lose, and spend it like a madman on a long weekend of pure self-indulgence, then you're going to have a fantastically entertaining time.

But come here with money that you can't afford to squander, and it will quickly become how Hunter S. Thompson so brilliantly described it: 'For a loser, Vegas is the meanest town on Earth.'

It's only the 28th most populous metropolis in America, but is by far the most popular. Millions swarm here every year - and it is not for the sand. It's become a hedonistic mecca for party-goers. A place for the overworked, stressed-out and fed-up to escape on a pilgrimage of debauchery and frivolity.

Vegas is where people go to blow their cash, recklessly get married, frequent strip clubs (and worse), watch sport, see the biggest stars, drink too much and feel guilty afterwards. As Oscar Goodman, its splendidly liberal and pugnacious mayor, told me: 'I like Vegas to operate on the cusp of legality.'

Most of the action occurs in a four-mile area known as The Strip, lined with 15 of the world's 20 largest, glitziest hotels which create such a dazzling spectacle that, as seen from space, Vegas is officially the brightest city on Earth.

And you can indulge any fantasy - from sleeping in a lifesize Egyptian pyramid to eating in a replica of the Eiffel Tower and taking a gondola ride. My favourite suite was one at The Palms that housed an almost full-size basketball court. For $25,000 a night, you can shoot hoops to your heart's content.

The only part of the bargain you have to adhere to is spending money - as much of it as the casinos can possibly wrench from your wallet.

Ah, yes, the casinos. They're the heart of Vegas - vast, pumping, noisy, 24-hour, air-conditioned, brightly-lit arcades of slot machines, roulette wheels and crap tables.

For decades, they were run by the Mafia and endorsed by the world's biggest stars, such as Frank Sinatra, Dean Martin and Sammy Davis Jr. Today, they're run by legitimate businessmen but the superstars still come - Elton John, Barbra Streisand, Cher and Celine Dion have all headlined here recently.

https://www.dailymail.co.uk/tvshowbiz/article-1238559/Piers-Morgan-Paris-Hilton-say-I-Las-Vegas-.html




▶ **FEMAIL looks back at her many past romances**



▶ **Reese Witherspoon fights with Ellen DeGeneres over who has the better friendship with Jennifer Aniston**
Pair duked it out over their buddy

▶ **Tiffany Trump hits Cannes! The first daughter dons a little black dress at the Film Festival with her boyfriend**
Enjoying French break


▶ **CBS This Morning unveils its new look as Anthony Mason and Tony Dokoupil join Gayle King and the third-place show takes aim at Today and Good Morning America**


▶ **'I want to leave while I still have all my marbles': Steve Kroft steps down from 60 Minutes after 30 seasons amid CBS News shakeup**



▶ **Petra Nemcova commands attention in ruby satin gown with thigh-high slit as she leads the red carpet glamour at Cannes' La Belle Epoque premiere**



▶ **Cardi B grabs her crotch as she dances in a low-cut tank top and Daisy Duke shorts... after topping the BET nominations**
Took to social media


ADVERTISEMENT

+99
NEW
ARTICLES

Top

ADVERTISEMENT

Share

What's slowly begun to change, however, is the business model. From pure Sin City, offering booze, drugs, gambling and sex, to a more refined Sexy City, offering a less sleazy but just as exciting family-orientated, high-end entertainment resort.

The casinos remain, though, the focal point of activity. And their number one target is the 'whale', that rare monstrous gambling creature who likes to bet millions on the flip of a card.

They're superrich, fearless, and often gamble purely for the thrill of the game --not caring if they win or lose. This makes them dangerous, but irresistible. And the casinos will go to any lengths to catch them.

Every casino employs whalecatchers, people whose only job is to hunt down the biggest players and lure them into their place instead of a rival casino.

They're unscrupulous, cunning, ruthless and highly amusing.

The Hard Rock's Steve Cyr is reputed to be the chief harpoonist in Vegas. He will do whatever it takes to win a new client, offering them free flights, luxury suites, female company, ANYTHING.

'I was kicked out of the billionaire Hustler magazine tycoon Larry Flynt's office ten times,' he laughed, 'but then I finally got to him by sending him a fruit basket every Monday morning for 18 months.

Then I didn't do it one week and he called to ask where his fruit was. I said that instead of fruit, I'd give him £100,000 to walk into my casino. So he did.'



**Morgan spet ten days investigating the reality behind the neon-lit facade of Las Vegas**

And did that strategy work? 'Not really. On his first stay here he won $1.7million and I nearly got fired. But by the end of his 20th trip, I was up $5million on him.'

Steve also kicked Bill Gates out of his best suite because he wasn't spending much money and a highroller had come into town.

'I had to make a business decision. Mr Gates was spending $10,000 a night, but the guy arriving would be spending a million. So Mr Gates had to leave, and fast.'



Sponsored Video
Watch to learn more
By TORO.COM

▶ **Ryan Reynolds spotted on Boston set of his new film Free Guy with Killing Eve star Jodie Comer**
Pair are filming together in Bean Town


▶ **Robert De Niro calls out the President as he gives scathing 'f**k Trump' speech at American Icon Awards**
The speech drew cheers and jeers

▶ **Whitney Houston's estate unveils plans for a hologram tour... seven years after singer's death at age 48**
Her band and backup singers will perform

▶ **Kate gets her hands dirty! Duchess dresses down in culottes as she joins schoolchildren to climb a treehouse and roast marshmallows in flower show garden**

▶ **Model Demi Rose barely contains her modesty in an eye-watering white bikini as she saunters around her regal Tunisian hotel**

▶ **Céad míle fáilte! Charles gets a warm welcome from Ireland's president as he plants a tree to mark the start of his two-day visit with Camilla**

▶ **Rihanna used herself as the ultimate muse and took inspiration from her 'thick and curvy' figure as she unveils peeks of her luxury Fenty fashion line**

▶ **Game Of Thrones star Emilia Clarke says it took her five HOURS to recover after script's 'unexpected' ending made her walk the streets**

+99
NEW ARTICLES    Top

▶ **Georgia May Jagger and beau Louis Levy put on loved-up display as they take a romantic stroll in New York**

Share

Steve admits his dream punter is the 'happy loser'. 'I want a guy to drop $100,000 in a night but have such a good time doing it that he shakes my hand and asks me when the next event is. Some people want to travel the world and some want to risk money gambling.'

But the recession has hit the whales harder than most. Steve says: 'The guys who might have won $40,000 in a night before and happily gambled it away again will cash in their chips now and go home with their winnings. And everyone wants more complimentary stuff - not just a room, but food, drinks, a spa ... We're pretty much buying business at the moment. Everywhere's the same. You can stay on The Strip for $59 a night in a room that would have cost you $259 a night a year ago.'

The really high-rollers don't bother with hotels, however. They head to a secret emporium of luxury called The Mansion, buried in the bowels of the MGM Grand. It's an astonishing, tranquil haven with 29 stupendously lavish villas served by 175 staff.

You can guzzle 1961 Chateau Latour, scoff lobster, entertain stunning models by your private pool or even eat your favourite pizza from back home (they flew a private jet to Chicago once to pick up a client's preferred pepperoni). And it's all free.

The only twist is that you need to have a credit line of at least £500,000 to step through the doors, and be prepared to blow it all in the casino. The guests are therefore multi-millionaires or billionaires. The best-loved ones are repeat customers because their chances of winning are self-evidently smaller than those who come just once.

I met one MGM casino boss, a small, smart, attractive woman called Debbie. She's as far removed from the caricature of the old scar-faced gangster casino boss as you could imagine. But that sweet little smile belied a ruthless mind.

She explained the psychology of the whales. 'We get some of the richest men in the world here. Most whales are male, and they tend to be very competitive and love the challenge of taking on the casino to either win or lose big. I think for many of them it's not really about the money, it's more about that challenge.

'And to keep them coming back, it's in our interests that they win occasionally. If you never win, you'd eventually get so disgusted you'd never come back.'

What about the dangers of gambling addiction?

'It is addictive, definitely. But my view is that if they're addicted but their bank credit roll can withstand it, that's fine,' says Debbie. 'We have had people come in and win or lose up to $10million in one night. But over the year, the odds of the games stay the same, so you have peaks and valleys but the end result is fairly consistent.'

Does anyone ever beat the casino on a regular basis? 'Yes, I know one guy, an American, who is an unbeatable player. It's a mixture of skill and luck but he is really good.'

'Do you dread him coming in?' 'Yes!'

Every gambler is watched through The Bubble, a secret surveillance operation with dozens of cameras linked to a control room monitoring every single hand dealt or wheel spun. As an extra back-up, The Bubble is linked to a Nevada Gaming Control centre, which can beam into any table in Vegas at any time.

**Piers interviewed Paris Hilton on the bed of his suite before their Las Vegas 'wedding'**

The new enemy of the casinos is likely to be a spotty 19-year-old computer nerd with a brilliant ability to count cards.

'We get these well-dressed, well-educated kids who are nothing like the stereotypical card-counter, and they're very smart,' says Debbie.

'We just have to be smarter than them. The computer generation is much smarter and more savvy than previous generations of gamblers, and they are keeping us on our toes.' In the end, though, the casino will always win because it has its own rules to ensure it does. It can ban anyone it wants, at any time. 'If we know we have no chance of winning against someone, then we are allowed to refuse them service,' Debbie admits.

But that's just bad sportsmanship, isn't it?

'Yes, I am a bad sport. Terrible in fact. But that's good business.'

And they need all the help they can get to maintain that 'good business'.

British tycoon Robert Earl, chairman of Planet Hollywood, has seen profits from his Vegas operation severely dented by the recession.

'It's been an unmitigated disaster,' he told me. 'Vegas has been hit harder than anywhere else in the world, way beyond anything we could have predicted. And it

▸ patterned dress as she awards funding to 12 social projects in Madrid

▸ Game Of Thrones bosses delight fans as they release 35 unseen photos from the explosive season eight finale

▸ Iskra Lawrence looks edgy in a leathery co-ord and angular shades as she rearranges her suitcase before jetting out of Cannes

▸ Gwen Stefani and Blake Shelton are the ultimate adrenaline junkies as they enjoy fun-filled family day out at Knott's Berry Farm theme park, California

▸ Sienna Miller keeps things casual in yellow striped culottes while strolling on a solo outing in New York City
Actress, 37, dressed down

▸ Formula One motor racing star Jenson Button's pregnant fiancée Brittny Ward shows off her baby bump in stunning naked photo

▸ James Norton looks effortlessly cool in a black mac coat and indigo jeans as he arrives in Nice alongside a female pal for Cannes Film Festival

▸ Meg Ryan beams with fiance John Mellencamp on romantic weekend in NYC
The pair appeared to be in a great mood in the Big Apple

▸ The Pippa Middleton effect! Duchess Kate sister's royal wedding dress is snapped up in a frenzy (and there's only ONE size left in stock)

+99

NEW ARTICLES

Top

Share

5/20/2019                    Piers Morgan and Paris Hilton say I Las Vegas Nkly. Dulyunf Qnline

Case 3:19-cv-00107-MMD-WGC   Document 38-13   Filed 05/21/19   Page 20 of 24

happened almost overnight. Businesses suddenly cancelled their conferences, holidaymakers cancelled their holiday. America reacted to the downturn very quickly. But the good news for British tourists is that it's never been cheaper to come here.'

And why should they come? 'Because everything is geared to escapism. If you think how screwed up the world is at the moment and the pressure everyone is under trying to pay the mortgage, get a job or whatever, then a quick trip to Vegas is a chance to forget everything for a few days and have some fun - get a little intoxicated, see a few naughty shows, gamble, get into the party spirit. What's so bad with that?'

Vegas is definitely changing tack. Robert explained: 'Ten years ago it was all about free food, rooms, cheap entertainment and gambling. Now it's a third entertainment, a third rooms, and a third gambling. The business model has changed.'

'Should we feel sorry for you in this current crisis?' I asked.

'No!' 'Will you show mercy to the punters when the good times come back?'

'No!' 'How long will it take for those good times to return?'

'I think quite a long time. I am confident Vegas will survive the recession, but if you ask me when it will thrive again, I think that will take years. Real estate has been wiped out - you can buy a $20million home for $4million right now.'



**The high life: Morgan took in the sights of Las Vegas in a helicopter flight over the city**

Jim Murren, boss of the biggest casino chain, the MGM Grand, was equally honest. 'We've had a brutal year, on top of a brutal year last year. We used to make $2.5billion a year - now we're down to $1.3billion. People are coming in smaller numbers, not as often as they did before, and spending less money when they do get here.'

Murren believes it is essential that Vegas cleans up its act to safeguard its financial future. 'This place was founded on sleaze.

People came here for strippers, gambling and drinking - it was the ultimate den of iniquity for many Americans. But as we've expanded our audience to the Europeans and British in particular, it's no longer the best sales pitch because you guys don't like the sleaze to be quite so obvious.

Colin Firth and wife
Livia cut casual figures
as they jet into Nice
Airport for Cannes Film
Festival
King's Speech actor, 58,
and film producer wife

ADVERTISEMENT



**Comfy Chic: How Scandinavian Design Gets It Right**
More than just a neutral color palette and pared down decor, Scandi style has everyone searching for their…
By BUILD.COM

Chrissy Teigen flashes
underboob in cropped
tee on Sunday outing
with John Legend and
daughter Luna, 3
Spotted crossing a city
street in NYC

Comeback king! Laine
Hardy, 18, from
Louisiana wins season
17 of American Idol
after competing last
year but failing to crack
the top 24

Chloë Sevigny nails
classic chic in a crisp
white cropped shirt and
wide-leg denim as she
steps out in Cannes
The actress, 44, looked
every inch the chic star

Julianne Moore is on
trend in navy jumpsuit
for low-key outing with
husband and two
children in NYC
Oscar-winning actress
enjoyed time with family

'The deepest pain':
Slipknot's Shawn
Crahan announces
tragic death of his
daughter Gabrielle at 22
Family has paid tribute to
her

Game Of Thrones fans
are left divided over
dramatic show finale
and the fate of their
favourite characters as
social media explodes
with memes

Bryce Dallas Howard
claims Elton John had a
'very toxic and
damaging relationship
with his deeply unhappy
mother and he wasn't
shown affection'

+99

NEW
ARTICLES          Top

Share

Piers Morgan and Paris Hilton say I, Las Vegas, I Daily Mail Online

'And the fact is that entertainment now brings in three times as much revenue as gambling in Vegas. This city used to be where gamblers went holidaying - now it's where holidaymakers might gamble.'

One of the other, more hidden, threats to the future of Vegas is water, or rather the lack of it. The water line by the great Hoover Dam that feeds 90 per cent of Nevada's water supply has plunged by 120ft in ten years.

One official told me that if the drought continued in the same pattern, the situation would be 'catastrophic within eight years, and Vegas could literally run out of water. Desperate rescue plans are now being drawn up.

'All the casino resorts and property developers here have ignored for decades the obvious fact we live in the desert, it's hot as hell, and the water's declining,' says Murren. 'It's a big problem that we have to deal with.'

Another 'problem' that has to be dealt with is sleaze. There has to be more of it per square foot in Vegas than anywhere else in the world.

One of the most laughable claims in Vegas is that prostitution is illegal. I've been to a lot of sleazy places (purely in the interests of journalistic rigour, you understand) but I've never seen so many hookers in one small place as in Vegas.

On The Strip you'll be besieged by tubby men wearing shirts saying 'Girl in your room in 20 minutes' and handing you business cards showing women in various states of undress. Of course, the one who turns up in your room will almost certainly look considerably less desirable than the one on the card.

Business has been bad for the world's oldest profession. 'We've all had to cut our rates,' said a breezy young prostitute. 'In the good times, I could get a thousand dollars for going out to dinner with a client. Now I'd be lucky to get five hundred.'

'Is Vegas conducive to marriage?' She laughed. 'I think if you're coming here without your wife, that's not a good thing.'

'So what would your advice be to a British wife or girlfriend whose man is planning a trip to Vegas?'

'Don't let them come. I don't care if they say they're coming for a convention or to play golf, they're lying. I've been on the golf course serving them drinks topless while they hit balls. This is a city where 90 per cent of the women are beautiful and there are more strip clubs than anywhere on Earth.'

'How much illicit sex is going on here right now?' I asked, as our limo patrolled The Strip.

'Probably unlimited.' And drugs? 'They're everywhere,' said one party organiser, 'and the Brits are the worst offenders when it comes to wanting narcotics.'

Armed with all this, I went to confront Mayor Goodman. He used to be a top lawyer for the mob, so it was no real surprise to hear him declare: 'I like Las Vegas to operate on the cusp of legality.'

How near to that cusp, exactly? 'Well, on the one hand I recognise there is a moral, religious and feminist aspect to prostitution and a lot of my constituents are therefore very covetous of not having prostitution legalised here.

But on the other hand, I have the casino owners telling me if prostitution was legalised, they would fill their magnificent palaces, it would be a giant brothel and business in Vegas would boom.

https://www.dailymail.co.uk/tvshowbiz/article-1238559/Piers-Morgan-Paris-Hilton-say-I-Las-Vegas-.html


▶ Kim Kardashian says many tears were shed during husband Kanye West's latest Sunday Service: 'The rain forced us inside but it was magical'


▶ Not again! Now Game Of Thrones fans spot a WATER BOTTLE in final episode after the show was humiliated by coffee cup carelessly left in shot


▶ Jonathan Cheban takes his mother Galina to lunch in Beverly Hills... after partying with his British reality TV pal Gemma Collins
Out on Rodeo Drive

ADVERTISEMENT


Sponsored Video
Watch to learn more
By V8 ENERGY


▶ Katharine McPhee, 35, goes bra-less in unbuttoned blouse at Beverly Hills gala with David Foster, 69
They were at the American Icon Awards


▶ George and Charlotte throw stones and get their feet muddy after ditching shoes in Kate's woodland playground as Louis takes first steps on camera


▶ Sophie Turner stuns in a ruffled floral shirt at X-Men: Dark Phoenix photocall in Berlin after bidding an emotional farewell to Game Of Thrones


▶ Coco Rocha puts on leggy display in plunging red blazer-style dress at a photoshoot during Cannes Film Festival
Canadian model wowed


▶ Emilia Clarke FINALLY reveals who is to blame for THAT Game Of Thrones coffee cup blunder as she 'rats out' the culprits and blames it on caterers

+99
NEW ARTICLES          Top

Share

Doutzen Kroes goes braless in a low-cut leather wrap dress as

0306

'I think most people are smart enough to see there are some very pretty women here probably engaging in the world's oldest profession already, and many of these women are already being degraded by pimps manipulating their lives with no concern for their health or safety. As for drugs, they are available everywhere, not just in Vegas.'

I asked the Mayor if British tourists should still see it as Sin City. 'I hope so,' he chuckled. 'I think we've had empirical studies done showing that four per cent of businessmen are deterred from coming here because of the naughty image, but 96 per cent come because they like it.

'If people want to see Mickey Mouse, then they can see as much Mickey as they want 175 miles down the road at Disneyland. But if they want to see Bugsy Siegel under a rock, come here.'

But towards the end of our encounter, Mayor Goodman sold the Vegas concept better than anyone else I met: 'We are the tourist destination of the world - we've got the most beautiful girls, the greatest restaurants, the biggest casinos, the most wonderful boutique retail shopping, and the greatest shows on Earth. Vegas needs people, but people need Vegas.'



**High rollers: Piers and Sylvester Stallone, who went gambling together at Planet Hollywood**

And he's right. They do. My favourite interview of the show came from an old friend, Sylvester Stallone. He flew in from Los Angeles to go gambling with me in Planet Hollywood, a company in which he owns a stake. But he cheerfully admits to being a 'terrible gambler'.

He's so bad that, before Rocky transported him to super-stardom, he came to Vegas, lost 32 hands in a row playing blackjack at the MGM Grand casino, and was so enraged at dropping the princely sum of $62 that he threw his toys out of the pram and accused the dealer of cheating. He was promptly banned for years.

'It was embarrassing,' he admitted. Yet he comes back five or six times a year. 'I love Vegas because it's where you can still be like a big kid when you're here. It's a giant, vulgar, loud, exploitative playground for adults, and you feel like it's almost a duty to party here. Maturity is almost a crime - if you're not shamelessly irresponsible then they'll sling you in jail.

'You can find anything you want here: you want King Kong in your suite, you'll have a 50ft ape by noon, no problem. I once asked for an elephant, and they got me one in


▶ she playfully blows kisses at onlookers for L'Oréal shoot during Cannes Film Festival


▶ 13 Reasons Why star Katherine Langford spotted in new Avengers: Endgame cast celebration clip with Robert Downey Jr. before getting CUT

 
▶ Duchess Meghan's pal Daniel Martin says she is 'as human as the rest of us' despite the 'immeasurable love' people have for her - as he thanks Gayle King


▶ Robert De Niro embraces his close friend Al Pacino as the acting legends are reunited on stage at the American Icon Awards

 
▶ 'I feel their pain, mine took 23 years to build': Rocker Rod Stewart donates $13,000 to model railway enthusiasts after punks trash exhibition

 
▶ Childish Gambino and Zoe Kravitz show off their unique sense of style as they enjoy a night out with friends at SNL 44th season finale after party


▶ Lily James says turning 30 has made her feel 'more assured and brave' in her acting career as she dazzles in high-fashion cover shoot


▶ John Stamos and wife Caitlin McHugh snuggle up to son Billy as they help celebrate Hammer Museum's Kids Art Museum Project fundraiser

+99
NEW ARTICLES    Top

Share

a few hours. In the middle of the desert. But the guy next to me was riding a camel and pulling a chariot so I didn't feel too weird.'

Stallone revealed his perfect Vegas schedule when he was a young, single star. 'I'd be on the Dracula diet, where you sleep all day and stay up all night, and never feel like eating because stopping for dinner killed all the fun. I'd go to a Muhammad Ali fight in my white disco suit with collar open and chains everywhere.

Then I'd jump into a limo with Bruce Willis, Arnold Schwarzenegger, Charlie Sheen and Don Johnson and go to all these raucous places and have fun doing crazy stuff until 5am. Then I'd finally collapse, wake up in the afternoon, look in the mirror and see my grandfather staring back at me!'

As if to confirm his terrible gambling skills, Sly and I played five spins of roulette for the cameras, and he lost every one betting on red. Then his wife Jennifer arrived, stuck a load of chips on red, and won first time.

Yet Sly still thinks it would be dreadful if Vegas ever shut down. 'Oh my God, it would be a tragedy of epic proportions. We're talking about universal mourning here. Everyone would be in tears wondering where the hell they're going to go for fun in future.'

Comedienne Joan Rivers has been performing in Vegas for 40 years. 'Audiences come from all over the world, so if a joke works here then you can be pretty sure it will work everywhere.'



I asked her what the magic of Vegas was. 'The excitement, the glitter, the fun. Where else can you walk through hotels at 9am and see such energy and over-thetop nouveau-riche glamour?

'For performers, it's like coming to one giant cocktail party. In the old days, I'd hang out with Sinatra, Dean Martin, Streisand, Elvis. Now it's Elton, Bette Midler and Cher. We all love it here because everyone loves you if you're a star. You walk through a hotel lobby and they rush up to tell you how much they love you. Everyone's happy - I bet the sex is great in this town.'

**Ashton Kutcher, pictured with wife Demi Moore, has the perfect mental approach to Vegas**

That evening, I met Demi Moore's husband, Ashton Kutcher, on a hotel rooftop, where he was painting a mural of a slot machine with a famous German street artist. Exactly the kind of weird spectacle that goes on all the time in Vegas. I asked him what he thought of the city's slogan.

'It's a myth,' he replied. 'Created by Vegas to promote Vegas.'

'What's the reality?' 'The reality is that someone's always watching you here.'

Kutcher also gave the best summary of the right mental approach to Vegas. 'I've never lost money here,' he said.

'Really? How come?' 'Because if you leave with less money than you came with, then you need to understand that you paid for some entertainment, whether it's through

▶ **Country star Travis Tritt is 'shaken up' after he was involved in fatal accident that left two dead when a 'drunk driver drove wrong way up highway'**


▶ **Ozark star Jason Bateman vows to BOYCOTT Georgia if its abortion ban - that is similar to Alabama's - is passed into law**


▶ **Dancing With the Stars' Cheryl Burke celebrates bachelorette bash with risque cake as she prepares to wed actor Matthew Lawrence**


▶ **Jessica Chastain dons bright yellow dress and rainbow heels as she cozies up to co-star James McAvoy at X-Men: Dark Phoenix photocall in Moscow**


▶ **Kate and William's mini mes! George doubles with dad while Charlotte matches mom's dress - and Louis dons brother's hand-me-downs**


▶ **Katy Perry brings va-va-voom to the American Idol finale as she performs in orange jumpsuit and giant wig with Daddy Yankee**

▶ **Rocketman star Taron Egerton reveals Elton John and David Furnish cried and sweetly squeezed each other's knees as they watched Cannes premiere**

▶ **Game of Thrones series finale draws a wide variety of celebrity reactions on social media**
Fans shared their diverse reactions

+99
NEW ARTICLES
Top

▶ **Perfect in pink! Duchess Kate's sister Pippa changes into a**

Share

0308

gambling or a show or whatever. And then you've had your money's worth, so you don't lose a thing.'

And that, surely, is the only way to view Vegas if you want to come away with a smile on your face.

Either that or do what I did and get 'married' to Paris Hilton in one of the tiny wedding chapels which adorn The Strip, where everyone from Bob Geldof to Britney Spears and Angelina Jolie has fled down the aisle for a few hundred dollars.

'What happens in Vegas stays in Vegas,' sighed Paris as we clutched hands by the altar.

Hmmm, I thought, try telling that to Tiger Woods.

ADVERTISEMENT

**Share or comment on this article: Piers Morgan and Paris Hilton say 'I do' in Las Vegas...**

Remember 'Dog's Wife'? Take A Deep Breath Before You See...
Military Bud

Sponsored Links

33 Hilarious Airport Signs
Topix

She Had No Idea Why The Crowd Was Staring Until It Was Too Late
TieBreaker

Sponsored Links

**PICTURED: Father whose unborn baby was cut from his murdered wife's womb cuddles him in the hospital as he clings to life**

Yovani Lopez is the widower of Marlen Ochoa-Lopez, a 19-year-old who was strangled on April 23 after going to a house in Chicago to pick up free baby clothes.

📷News

Pole Vaulter Allison Stokke Is Finally Talking About The Photo...
Obsev

Sponsored Links

▶ lace dress by royal favorite Erdem for Lady Gabriella Windsor's evening reception

▶ Beach babe Kourtney Kardashian sizzles in skimpy white bikini as she poses with pal Larsa Pippen on her birthday girls' trip to Turks and Caicos

▶ Queens of the quick change! How Lady Gabriella Windsor ditched her demure Italian designer gown for a daring lace dress - and guests followed suit

▶ 'Dayum!': Motley Crue drummer Tommy Lee, 56, shows his appreciation for 'bomb' wife Brittany Furlan, 32, with sexy bikini snap

▶ Killing Eve star Jodie Comer puts her best actress BAFTA on grandmother's grave after heartfelt dedication to 'Nana Frances' who died before show aired

▶ Eva Longoria dazzles in a semi-sheer emerald gown as she is joined by husband José Bastón at Kering's Cannes Film Festival dinner

▶ Khloe Kardashian reveals she's open to marriage again but insists she's 'not even thinking about dating' as she's focusing on 'mind, body and soul'

▶ Game Of Thrones bosses were so scared spoilers would ruin the show ending they flew out stunt doubles and extras to film final scenes

▶ Daniel Craig and Ana De Armas will be 'provided an intimacy coordinator to make sure they're comfortable with sex scenes' in next James Bond film

+99

NEW ARTICLES     Top

Share