# SB 236 At a Glance
## Nevada Question 2

Last year, 55% of Nevadans voted to legalize the use of recreational marijuana.

E-2



Nevada is known for being a state full of vices and pleasures.











# QUESTION 2- Marijuana is Legal in Nevada

## Where will they use it?



E-4

0487



# What Nevada Does Not Need

E-6





# SB236 will allow….









E-7

# Local governments can choose to approve the use of marijuana

- Social Clubs?
- Bars?
- Restaurants?
- Concerts?
- Festivals?
- Hotels?



E-8

E-9

# Help Governor Sandoval raise $100 million





E-10



PASS SB 236!!!

# EXHIBIT 16

Campaign Contribution Reports from
Brothels and Brothel Owners to State
Officials

**(0494-0498)**

**EXHIBIT 16**

| Contributor | Date | Amount | Type | Recipient | Report |
|---|---|---|---|---|---|
| Asset Management Group, LLC | 10/23/08 | 3000.00 | Monetary Contribution | Donna H Kristaponis | 2009 Annual CE Filing |
| Asset Management Group, LLC | 10/24/08 | 3000.00 | Monetary Contribution | Donna H Kristaponis | 2008 CE Report 3 |
| Death Valley Travel Center, LLC | 10/15/12 | 500.00 | Monetary Contribution | Chuck Roberts | 2012 CE Report 4 (Amended) |
| DENNIES HOF | 2/2/18 | 7500.00 | Monetary Contribution | Dennis Hof | 2018 CE Report 1 |
| DENNIS A HOF | 12/10/18 | 1500.00 | Monetary Contribution | Dennis Hof | 2018 CE Report 5 |
| DENNIS A HOF | 12/13/18 | 1325.00 | Monetary Contribution | Dennis Hof | 2018 CE Report 5 |
| DENNIS A HOF | 11/5/18 | 6000.00 | Monetary Contribution | Dennis Hof | 2018 CE Report 5 |
| DENNIS A HOF | 11/13/18 | 725.00 | Monetary Contribution | Dennis Hof | 2018 CE Report 5 |
| DENNIS A HOF | 12/3/18 | 4800.00 | Monetary Contribution | Dennis Hof | 2018 CE Report 5 |
| DENNIS ALLEN HOF | 11/28/17 | 5000.00 | Monetary Contribution | Dennis Hof | 2018 Annual CE Filing |
| DENNIS ALLEN HOF | 6/9/17 | 5000.00 | Monetary Contribution | Dennis Hof | 2018 Annual CE Filing |
| Dennis Hof | 10/15/18 | 5000.00 | Monetary Contribution | Dennis Hof | 2018 CE Report 4 |
| Dennis Hof | 12/30/16 | 9000.00 | Monetary Contribution | Dennis Hof | 2016 CE Report 5 |
| Dennis Hof | 4/28/16 | 10000.00 | Monetary Contribution | Dennis Hof | 2016 CE Report 1 (Amended) |
| Dennis Hof | 10/17/16 | 5000.00 | Monetary Contribution | Dennis Hof | 2016 CE Report 4 |
| Dennis Hof | 10/19/16 | 5000.00 | Monetary Contribution | Dennis Hof | 2016 CE Report 4 |
| Dennis Hof | 10/20/16 | 5000.00 | Monetary Contribution | Dennis Hof | 2016 CE Report 4 |
| Dennis Hof | 9/8/17 | 100.00 | Monetary Contribution | NEVADA REPUBLICAN PARTY CENTRAL COMMITTEE | 2018 Annual CE Filing |
| Dennis Hof | 9/9/16 | 10000.00 | Monetary Contribution | Dennis Hof | 2016 CE Report 3 |
| Dennis Hof | 9/26/16 | 15000.00 | Monetary Contribution | Dennis Hof | 2016 CE Report 3 |
| Dennis Hof | 9/28/16 | 10000.00 | Monetary Contribution | Dennis Hof | 2016 CE Report 3 |
| Dennis Hof | 10/12/16 | 10000.00 | Monetary Contribution | Dennis Hof | 2016 CE Report 3 |
| Dennis Hof | 11/7/16 | 500.00 | Monetary Contribution | Dennis Hof | 2016 CE Report 5 |
| Dennis Hof | 11/7/16 | 5000.00 | Monetary Contribution | Dennis Hof | 2016 CE Report 5 |
| Dennis Hof | 11/16/16 | 3000.00 | Monetary Contribution | Dennis Hof | 2016 CE Report 5 |
| Dennis Hof | 11/22/16 | 1050.00 | Monetary Contribution | Dennis Hof | 2016 CE Report 5 |
| Dennis Hof | 12/8/16 | 1000.00 | Monetary Contribution | Dennis Hof | 2016 CE Report 5 |
| Dennis Hof | 10/21/16 | 10000.00 | Monetary Contribution | Dennis Hof | 2016 CE Report 4 |
| Dennis Hof | 10/27/16 | 6000.00 | Monetary Contribution | Dennis Hof | 2016 CE Report 4 |
| Dennis Hof | 10/31/16 | 20000.00 | Monetary Contribution | Dennis Hof | 2016 CE Report 4 |
| DENNIS HOF | 2/22/18 | 5000.00 | Monetary Contribution | Dennis Hof | 2018 CE Report 1 |
| DENNIS HOF | 3/13/18 | 5000.00 | Monetary Contribution | Dennis Hof | 2018 CE Report 1 |
| DENNIS HOF | 3/14/18 | 1750.00 | Monetary Contribution | Dennis Hof | 2018 CE Report 1 |
| DENNIS HOF | 4/11/18 | 12000.00 | Monetary Contribution | Dennis Hof | 2018 CE Report 1 |
| DENNIS HOF | 4/13/18 | 3000.00 | Monetary Contribution | Dennis Hof | 2018 CE Report 1 |
| DENNIS HOF | 5/3/18 | 2500.00 | Monetary Contribution | Dennis Hof | 2018 CE Report 1 |
| DENNIS HOF | 5/10/18 | 24000.00 | Monetary Contribution | Dennis Hof | 2018 CE Report 1 |
| DENNIS HOF | 5/14/18 | 10000.00 | Monetary Contribution | Dennis Hof | 2018 CE Report 1 |
| DENNIS HOF | 1/5/18 | 11000.00 | Monetary Contribution | Dennis Hof | 2018 CE Report 1 |
| DENNIS HOF | 1/8/18 | 5000.00 | Monetary Contribution | Dennis Hof | 2018 CE Report 1 |
| DENNIS HOF | 1/16/18 | 10000.00 | Monetary Contribution | Dennis Hof | 2018 CE Report 1 |
| DENNIS HOF | 2/15/18 | 2500.00 | Monetary Contribution | Dennis Hof | 2018 CE Report 1 |
| DENNIS HOF | 4/15/18 | 1000.00 | Monetary Contribution | Dennis Hof | 2018 CE Report 1 |
| DENNIS HOF | 5/21/18 | 2500.00 | Monetary Contribution | Dennis Hof | 2018 CE Report 2 (Amended) |
| DENNIS HOF | 5/29/18 | 97700.00 | Monetary Contribution | Dennis Hof | 2018 CE Report 2 (Amended) |
| Golden Dragon, LLC | 10/15/12 | 500.00 | Monetary Contribution | Chuck Roberts | 2012 CE Report 4 (Amended) |
| Home of Freedom | 12/29/17 | 1000.00 | Monetary Contribution | Ron Lee Knecht | 2018 Annual CE Filing |
| Home of Freedom | 1/5/18 | 1000.00 | Monetary Contribution | James Marchant | 2018 CE Report 1 |
| HOME OF FREEDOM | 9/15/18 | 500.00 | Monetary Contribution | NEVADA REPUBLICAN PARTY CENTRAL COMMITTEE | 2018 CE Report 3 (Amended) |
| Home of Freedom PAC | 4/11/18 | 300.00 | Monetary Contribution | Leo B Marchetti | 2018 CE Report 1 |
| Home of Freedom PAC | 4/11/18 | 500.00 | Monetary Contribution | Ron Boskovich | 2018 CE Report 1 (Amended) |
| Home of Freedom PAC | 1/15/19 | 500.00 | Monetary Contribution | Carolyn Goodman | 2019 Municipal CE Report 1 |
| Home of Freedom PAC | 9/19/18 | 375.00 | Monetary Contribution | Ron Lee Knecht | 2018 CE Report 3 |
| Home of Freedom PAC | 9/25/18 | 1000.00 | Monetary Contribution | Bob T Beers | 2018 CE Report 3 (Amended) |
| Rock n' Rodeo | 5/1/18 | 500.00 | In Kind Contribution | Debra Lea Strickland | 2018 CE Report 1 |
| Rock n' Rodeo | 5/11/18 | 600.00 | In Kind Contribution | Tina Trenner | 2018 CE Report 1 |
| Sierra National Corp | 2/5/14 | 500.00 | Monetary Contribution | Kenneth T Furlong | 2014 CE Report 1 |
| THOMAS MOTT | 10/19/12 | 500.00 | Monetary Contribution | Ron Kent | 2012 CE Report 4 |

0495

| Contributor | Date | Amount | Type | Recipient | Report |
|---|---|---|---|---|---|
| CHICKEN RANCH | 4/11/18 | 250.00 Monetary Contribution | | Tina Trenner | 2018 CE Report 1 |
| Kenneth Green | 4/13/18 | 250.00 Monetary Contribution | | Leo Blundo | 2018 CE Report 1 |

| Contributor | Date | Amount | Type | Recipient | Report |
|---|---|---|---|---|---|
| Commercial Real Estate Service Inc. | 6/6/18 | 5000.00 | Monetary Contribution | Chris Giunchigliani | 2018 CE Report 2 |
| L. Lance Gilman Commercial Real Estate Service Inc | 10/5/18 | 5000.00 | Monetary Contribution | Aaron Darnell Ford | 2018 CE Report 3 (Amended) |

| Contributor | Date | Amount | Type | Recipient | Report |
|---|---|---|---|---|---|
| Jennifer Milsap | 3/13/14 | 294.00 | In Kind Contribution | Shawn Mahan | 2014 CE Report 1 |
| Kris Thompson | 3/22/17 | 268.00 | In Kind Contribution | Committee to Recall Gerald Antinoro | 2017 Antinoro Recall CE Report 1 |
| Kris Thompson | 2/8/17 | 824.22 | In Kind Contribution | Committee to Recall Gerald Antinoro | 2017 Antinoro Recall CE Report 1 |
| Kris Thompson | 3/1/17 | 150.00 | In Kind Contribution | Committee to Recall Gerald Antinoro | 2017 Antinoro Recall CE Report 1 |
| Kris Thompson | 3/8/17 | 150.00 | In Kind Contribution | Committee to Recall Gerald Antinoro | 2017 Antinoro Recall CE Report 1 |
| Kris Thompson | 3/15/17 | 150.00 | In Kind Contribution | Committee to Recall Gerald Antinoro | 2017 Antinoro Recall CE Report 1 |
| Kris Thompson | 3/22/17 | 150.00 | In Kind Contribution | Committee to Recall Gerald Antinoro | 2017 Antinoro Recall CE Report 1 |
| Kris Thompson | 3/30/17 | 560.00 | In Kind Contribution | Committee to Recall Gerald Antinoro | 2017 Antinoro Recall CE Report 2 |
| Kris Thompson | 4/5/17 | 660.00 | In Kind Contribution | Committee to Recall Gerald Antinoro | 2017 Antinoro Recall CE Report 2 |
| Kris Thompson | 12/6/16 | 1647.14 | In Kind Contribution | Committee to Recall Gerald Antinoro | 2017 Antinoro Recall CE Report 1 |
| Kris Thompson | 1/17/17 | 1647.14 | In Kind Contribution | Committee to Recall Gerald Antinoro | 2017 Antinoro Recall CE Report 1 |
| Kris Thompson | 1/26/17 | 1647.14 | In Kind Contribution | Committee to Recall Gerald Antinoro | 2017 Antinoro Recall CE Report 1 |
| Kris Thompson | 3/1/17 | 268.00 | In Kind Contribution | Committee to Recall Gerald Antinoro | 2017 Antinoro Recall CE Report 1 |
| Kris Thompson | 3/8/17 | 268.00 | In Kind Contribution | Committee to Recall Gerald Antinoro | 2017 Antinoro Recall CE Report 1 |
| Kris Thompson | 3/15/17 | 268.00 | In Kind Contribution | Committee to Recall Gerald Antinoro | 2017 Antinoro Recall CE Report 1 |
| Kris Thompson | 12/1/16 | 50.00 | In Kind Contribution | Committee to Recall Gerald Antinoro | 2017 Antinoro Recall CE Report 1 |
| Kris Thompson | 1/1/17 | 50.00 | In Kind Contribution | Committee to Recall Gerald Antinoro | 2017 Antinoro Recall CE Report 1 |
| Kris Thompson | 1/15/17 | 50.00 | In Kind Contribution | Committee to Recall Gerald Antinoro | 2017 Antinoro Recall CE Report 1 |
| Kris Thompson | 2/1/17 | 50.00 | In Kind Contribution | Committee to Recall Gerald Antinoro | 2017 Antinoro Recall CE Report 1 |
| L Lance Gilman | 4/15/14 | 250.00 | Monetary Contribution | Bonnie Weber | 2014 CE Report 1 |
| L LANCE GILMAN | 7/24/14 | 250.00 | Monetary Contribution | Bonnie Weber | 2014 CE Report 3 |
| L. Lance Gilman | 11/1/10 | 1000.00 | Monetary Contribution | Gerald Antinoro | 2011 Annual CE Filing |
| L. Lance Gilman | 8/27/13 | 500.00 | Monetary Contribution | Bonnie Weber | 2014 Annual CE Filing |
| L. Lance Gilman | 11/1/10 | 1000.00 | Monetary Contribution | Gerald Antinoro | 2010 CE Report 3 |
| Lance Gilman | 4/2/14 | 1000.00 | Monetary Contribution | Jim Wheeler | 2014 CE Report 1 |
| Lance Gilman | 9/7/18 | 5000.00 | Monetary Contribution | Right Nevada PAC | 2018 CE Report 3 |
| Lance Gilman | 5/29/18 | 5000.00 | Monetary Contribution | Steve Sisolak | 2018 CE Report 2 (Amended) |
| Lance Gilman | 10/14/17 | 500.00 | Monetary Contribution | Daniel M Schwartz | 2018 Annual CE Filing |
| Lance Gilman | 4/1/17 | 5000.00 | In Kind Contribution | Committee to Recall Gerald Antinoro | 2017 Antinoro Recall CE Report 2 |
| Lance Gilman | 4/5/17 | 5000.00 | In Kind Contribution | Committee to Recall Gerald Antinoro | 2017 Antinoro Recall CE Report 2 |
| Lance Gilman | 3/15/17 | 1640.00 | In Kind Contribution | Committee to Recall Gerald Antinoro | 2017 Antinoro Recall CE Report 1 |
| Lance Gilman | 3/23/17 | 5200.00 | In Kind Contribution | Committee to Recall Gerald Antinoro | 2017 Antinoro Recall CE Report 1 |
| Lance LANCE GILMAN | 10/13/18 | 5000.00 | Monetary Contribution | Battle Born Nevadan PAC | 2018 CE Report 4 (Amended) |
| Northern Nevada Excavating, Inc. | 1/7/09 | 500.00 | Monetary Contribution | ABC Sierra Nevada PAC | 2010 Annual CE Filing |
| Willie and Lance Knox and Gilman | 3/13/14 | 450.00 | In Kind Contribution | Shawn Mahan | 2014 CE Report 1 |
| Willie and Lance Knox and Gilman | 10/10/14 | 840.00 | In Kind Contribution | Shawn Mahan | 2014 CE Report 3 (Amended) |

0498