Chapter 4

INTRODUCTION

To address the relationship between culture and branding, beyond what textual analysis offers, a suitable level of analysis is required that examines the discourse precision surrounding the brand. Content analysis of the use of the slogan by the media offers a quantitative method amassing text production and interpretation. This final level of analysis builds on the insights gleaned from contextual and textual treatments in previous chapters in several ways.

First, if indeed the narratives served as a vehicle for changing the way people "talk about place," multiple incidents of the slogan should be found in the media in both print and broadcast. Print and broadcast media may indicate differences in the use of the slogan in creating texts that interpret the city and other events.

Second, the slogan's break from the campaign spots and emergence into the lexicon represents a rare opportunity for destination branding research to study how a destination brand impacts culture. Content analysis provides additional levels of understanding destination branding because not all destination brands result in the type of popularity attained by Las Vegas. In the case of Las Vegas, measures of success have already been taken by the LVCVA, so the research is not concerned with proving effectiveness, rather it can focus on explaining the success.

Third, content analysis provides additional validation for the findings from the rhetorical analysis in chapter three. Content analysis provides additional measures of the slogan that are not dependent on the interpretive skills of the researcher. The media is one form of documented cultural treatments of the slogan available for analysis. Content analysis of national online news indices allows destination branding research to examine the national cultural treatment of the

0130

slogan versus a more isolated treatment when seeking insight into text production and interpretation of the slogan in the lexicon.

Fourth, content analysis of the media discourse produced by the campaign may explain how the rhetorical strategies transferred to the media's treatment of the city in general and the campaign in particular. Of particular interest in this study is whether the traditional connotations of Las Vegas' past and the narratives' de-emphasis of amenities carried over in the media. Content analysis of the past images' treatment indicates how insulating the brand was. Content analysis also provides the means for indicating whether individual amenities were rewarded for being willing to reduce their role in the advertising spots. Overall, content analysis of the media discourse should help in suggesting how a destination brand should be evaluated beyond counting tourists and their spending habits.

## RESULTS

The exact phrase "what happens here, stays here" (minus the comma and quote marks that appear here) was entered as the only search term in the guided search feature of the Lexis-Nexis database in two main categories: newspaper articles and broadcast transcripts. Lexis-Nexis divides US News into four main geographic regions of the United States resulting in four different article samples: Northeast (29 hits), Midwest (20 hits), Southeast (31 hits), & Western (107 hits). After eliminating duplicates and articles that did not contain a word-for-word use or variation of the slogan, 119 articles were deemed appropriate for coding.

Using the same guided search feature instead of US News, broadcast transcripts were searched using the exact same phrase of the slogan, resulting in 411 hits. Again duplicates and transcripts that the database selected that contained close phrasing but not occurrences of the

0131

slogan were eliminated, leaving 114 transcripts to be coded. From the 233 articles/transcripts, 335 uses of the slogan were identified by coders[1] as containing the necessary parallel wording to represent a use of the slogan.

Both news articles and broadcast transcripts were narrowed by the guided search engine to occurring on or after January 1, 2000 until December 31, 2006, to cover the same time frame as when the television spots were aired. Although the slogan was not used until 2003, including the years from 2000-2003 would also indicate if the expression was being used in the media and how prior to the campaign's use of the expression. One incident prior to 2003 was found in a sports story that did not follow the parallel structure of the slogan and was eliminated. The article stated that what happened during the game would stay on the field. Therefore, only the years of 2003-2006 offered any articles or transcripts containing the slogan and will be discussed here.


Inter-coder Reliability

Using percent agreement (Frey et. al 1992 p198) for inter-coder reliability, the author and the two coders, achieved the range of 70%-98% across all variables. Article type was 91.6%. Article focus was 91.6%. Article valence was 70.8%, due to the highly latent nature of this variable in a first time study, this level was deemed acceptable. Historical sin reference was 98.3%. Use of sin was 96.7%. Other sin term was 90%. Sexual reference was 90%. Named amenities reference was 88%. Generic amenities reference was 86.6%. Number of slogan appearances in the article/transcript was 96.1%. The online news index included articles with

---

[1] Initially, a much smaller population of articles was anticipated and two volunteer coders were recruited. One was a community member and had a bachelor's degree in communication. The other coder had a master's degree in communication. Coders were trained not only in the proper coding of articles containing the slogan but also in the identification of the slogan. In the interest of time and not burdening the two coders with the entire population of articles/transcripts, the author coded one-third of the population of articles.

non-slogans that contained the slogan terms, such as "stay tuned to see what happens." So achieving above 95% on this variable indicated high levels of confidence in the coders abilities to properly identify the slogan's use. Total sin references in the article/transcript was 70%, again acceptable for the latent nature of the variable. The total of amenities references in the article/transcript were 81.6%. Manner was 89.7% and function was 81.8% agreement across all three coders. (See Appendix 4 for calculations.)

Due to the highly latent, nominal nature of the data, chi-square statistical measures were run among all variables to isolate any significant relationships. None were found, but in addressing the findings by year identified particular ways in which the campaign was discussed in the media discourse and the ways in which Las Vegas and the slogan were treated. By creating timelines and crosstabulations across measures, this study offers primarily descriptive data of the discourse practice regarding the destination brand communicated via the slogan. The findings will be discussed in the following order: articles/transcripts, the use of the slogan, sin references, amenities references and location's role in the media discourse.


Article/Transcript

135 of the 233, or 57.9%, articles/transcripts identified to contain instances of the slogan were hard news stories. The second most common type to contain the slogan was opinion pieces which accounted for only 8.15% of the total number of articles/transcripts. It should be noted that 12.4% of the articles/transcripts were unable to be classified into a particular category. Many of these articles/transcripts were incomplete transcripts that did not contain enough information to allow the coder to classify the article/transcript.

0133

Of the articles coded, 24.9% were determined by focus to be about a topic other than Las Vegas, the campaign, or the slogan, which is a measure of how far the slogan has emerged into the lexicon. In other words, approximately one out of four uses of the slogan has no relation to Las Vegas. Campaign focused articles/transcripts accounted for 14.6% of the population. The city of Las Vegas accounted for 25.3%. The slogan accounted for 22.7% of the total. R&R, LVCVA and Other made up less than 13% of the population of articles/transcripts. These numbers also indicate that in articles containing the slogan, the slogan's popularity prompted as much media coverage as the city and stories not relating to the city at all. This is an interesting find, since stories containing the slogan not relating to Vegas is second only to articles containing the slogan about the city itself.

FIGURE 4.1

NUMBER OF ARTCLES BY FOCUS



An interesting trend occurred in examining how the number of articles/transcripts functioned over time. By breaking the time line of articles apart by year, 2005 revealed the highest frequency of articles/transcripts. Articles/transcripts per year were 2003- 22 articles/transcripts, 2004- 38 articles/transcripts, 2005-112 articles/transcripts, and 2006-61

0134

articles/transcripts. This is interesting given the campaign was launched in January of 2003 and expectation would suggest references would decline rather than increase. One likely explanation is the increase in media coverage due to two events in 2005. R&R Partners filed trademark infringement lawsuits against an entrepreneur selling apparel saying "What Happens in Vegas, Stays in Vegas." In order to file the lawsuit, R&R asked the LVCVA to sell the slogan back to them to proceed with the lawsuit. Selling the slogan for a dollar prompted media attention and scrutiny from around the country and may explain why 2005 had more articles and transcripts than any other year. Those two events created more coverage, which might indicate that awareness and slogan references actually grow over time, rather than peaking when the branding campaign first emerged.

FIGURE 4.2

NUMBER OF ARTICLES BY YEAR



When articles/transcripts are separated by media type, another interesting trend emerged in the way the slogan was referenced over time in both print and broadcast media. Broadcast media from 2003 to 2004 had a total of seven articles/transcripts. In 2005, broadcast media transcripts increased to 66 or 28.3% (N=233) of the total number of articles/transcripts. In comparison, print coverage over time was more consistent. This reaffirms what many destination

90

branding researchers believe, brand awareness builds over time. Broadcast journalists may have been slower to invoke the slogan, but once they did broadcast articles/transcripts accounted for almost thirty percent of the entire population of both print and broadcast articles/transcripts for the entire four years. Again, the increase is likely due to the two events discussed earlier. In 2006, both broadcast and print media declined. However, broadcast media remained significantly higher than the levels it reached in 2003 and 2004, while print media declined to a level lower than 2004.

The nature of broadcast transcripts may also explain this trend, many transcripts were teasers of news stories that were aired to raise interest in viewing the actual news program. Additionally, several news transcripts involved broadcast banter between anchors, particularly in weather reports. Although such slogan references indicate the slogan's emergence in the spoken lexicon, they are not given the fuller treatment customary to print articles.

Coders were trained to code valence along a continuum from very positive to very negative. Coders were to determine the valence of the article/transcript in its entirety about how positively or negatively the article/transcript treated the city of Las Vegas. If the treatment was identified as positive but not necessarily a strong portrayal of the city, the coder coded the valence as somewhat positive. No trends regarding article valence emerged relating to article focus or type. In articles relating to Las Vegas, coders only identified slightly more negative than positive treatments in the articles and transcripts. Coders reported difficulty in identifying either a positive or negative treatment in most articles/transcripts (29.3% N=167), indicating further refinement of this type of evaluative measure may be necessary in repeat studies and/or evaluating the destination brands of other locations. It should be noted that generational

0136

tolerances for positive and negative depictions of the city of Las Vegas might play a role in determining valence.

FIGURE 4.3

ARTICLE VALENCE IN VEGAS RELATED ARTICLES/TRANSCRIPTS



Consider one travel feature from the Pittsburgh Post-Gazette coded very negative in valence:

> Las Vegas is finally coming clean with what it's really about after abandoning its ad campaign representing it as a family destination in the 1990s. Some people may have not gotten the news, but just look at the theme of the most recent commercials promoting tourism there: 'What happens here, stays here.' Does that sound like a trip to Orlando? Not quite. And that's why families considering a vacation to Las Vegas should contemplate the potential effect it could have on their children. Even though the city remains a fun tourist destination, when youngsters are exposed to this environment, they may bring home something more than just a souvenir from The Strip.

Although few would argue against prudent judgment being exercised when exposing children to gambling, if taking children to Las Vegas spurs such harsh treatment, how should local residents who raise their children there react to the mediated treatments of their hometown. Despite the

0137

pressing need for more refined methods of determining the valence of a destination's mediated discourse, this study highlights the need for destinations to carefully evaluate internal versus external perspectives of the destination as well as the influence of those perspectives on the development of place attachments for both the visitor and the resident.

Slogan

Of the 335 slogans identified, 70.7% of them were found to be word-for-word, relating to Las Vegas and 68.4% were direct campaign references indicating when the slogan appeared, Las Vegas and the campaign were associated with the slogan. To gain insight into the slogan's use in the media, both manner and function were examined over time.

Crosstabulation of slogan function by year indicated the slogan was used most frequently as a campaign reference somewhat consistently over time, emerging as 59.4% of slogan functions in 2003, 62.3% in 2004, peaking at 73.1% in 2005 before declining slightly to 67.9% in 2006. Quotations, however, declined over time. The frequency of slogans as quotations emerged at 16.2% in 2003 before climbing to 21.3% in 2004 before falling to 9.6% in 2005 to only 4.9 % in 2006. One example of a quotation from 2004 in an article related to the city of Las Vegas quoted the president.

> In his remarks at a National Guard Convention here last week, President Bush humorously reminded the boisterous conventioneers of this city's slogan: "What happens here, stays here." That may be true for the high rollers drawn to this city's glittering strip of hotels and casinos, but not so with the presidential election this fall. What happens in Las Vegas and, consequently, in Nevada, could decide who sits in the White House next January.

0138

This article also shows an example of how literary devices, ("What happens in Las Vegas…could decide who sits in the White House") tended to follow quotations or direct references in the articles/transcripts.

2005 contained the most literary device functions of the slogan with fifteen, accounting for only 9.6% of that year's slogan functions, although its percentage climbed the following year to 12.3%. However, literary device functions accounted for the highest percent of functions in 2003 with 16.2%, but it should be noted that reflects only six incidents of an author using the slogan as a literary device. The greatest cluster of literary devices was found in stories not related in any way to Las Vegas.

TABLE 4.1

OVERALL FUNCTION OVER TIME

| Function | 2003 N=37 | 2004 N=61 | 2005 N=156 | 2006 N=81 |
|---|---|---|---|---|
| Campaign | 59.5% | 62.3% | 73.1% | 67.9% |
| Literary Device | 16.2% | 9.8% | 9.6% | 12.3% |
| Quotation | 16.2% | 21.3% | 9.6% | 4.9% |

Crosstabulation of manner by year indicated a strong link between the slogan and city. The slogan was used in a manner associated with Las Vegas in 89.5% of incidents of the slogan. For example, one article from the *Columbus Dispatch* is reflective of most of the word for word Las Vegas related slogan uses: "Riding the crest of its popular "What happens here, stays here" campaign, the Las Vegas Convention and Visitor's Authority on Monday started an $8 million advertising campaign." Of the Vegas related incidents of the slogan, only 21% of the slogan was a variation of the campaign's original wording of the slogan. The slogan was used in a manner to

94

mean a location other than Las Vegas in only 9.5% of slogan occurrences. The majority of non-Vegas related occurrences, 62.5 % were variations on the slogan's original wording. Only 24.7% of the slogan occurrences were found to be slogan variations. Word-for-word, Las Vegas related slogan uses dominated the manner in which the slogan was used in all four years with very little fluctuation, (67.2%-72.4%) overall. Studying the manner of how the slogan is used indicates the strong associative power of the slogan to Las Vegas in the media discourse. This largely confirms what has already been widely accepted regarding the meaning of the expression, "what happens here, stays here." This finding suggests branding was successful in strengthening associations between the slogan and the location.

This measure also serves as an additional measure to the transference of the product (Las Vegas) into the slogan (what happens here, stays here) when the second highest frequency of the slogan's use is a variation on the original slogan that is still used to imply Las Vegas. In many cases, this is implicitly stated as "what happens in Vegas, stays in Vegas" however coders had to interpret the instances of non-implicitly stated Vegas related slogans providing an example of not only text production, but also text interpretation. If coders could infer variations of the slogan where Las Vegas was not stated directly, it stands to reason any one reading an article or hearing a broadcast reference would make similar interpretations.

In addition to examining manner and function over time, slogan and manner were compared directly indicating 61.7% of all slogan occurrences were both direct campaign references and were word-for-word, Las Vegas related treatments. No other combination of manner and function types compared in frequency or percent to this measure. This is expected due to the nature of the campaign reference automatically implying the city of Las Vegas. 40.6% of campaign references were found in hard news articles with the second highest number of

0140

slogan functions found as campaign references in opinion pieces, at 9.5% of all

articles/transcripts.

TABLE 4.2

CROSSTABULATION OF SLOGAN FUNCTION AND MANNER

| | | Slogan Function (N=335) | | | |
|---|---|---|---|---|---|
| | | Campaign Reference | Literary Device | Quotation | Other |
| Slogan Manner | Word-for-word, Vegas Related | 61.7% | 3.5% | 3.8% | 1.4% |
| | Word-for-word, Non-Vegas Related | 0 | 2.9% | 0.5% | 0 |
| | Variation, Vegas Related | 5.3% | 3.2% | 5.3% | 4.7% |
| | Variation, Non-Vegas Related | 1.1% | 1.1% | 1.4% | 2.0% |
| | Unable to Identify Manner | 0 | 0 | 0 | .8% |

Sin References

Although reducing the sinful connotations of Las Vegas was not a goal implicitly stated

by the campaign, the city's previous nickname of Sin City justified an examination of how the

previous identifiers are treated with the introduction of a new destination brand. 109 sin

references in 75 articles/ transcripts (32.1% of total articles/transcripts) were identified. Once

identified, sinful connotations were organized into four areas.

The first area, historical sin references, ties directly into the questionable history and

Hollywood depictions outlined in Chapter 2. Only six historical sin references were found,

accounting for 5.5% of all sin references. The second area of sin references identified the number

of times the word "sin" appeared anywhere in the article/transcript. 29.4% of sin references fell

into this category. In addition to the actual use of the word "sin," coders also looked for other sin

terms which accounted for 25.6% of sin references. The largest area of sin references was sexual references and accounted for 39.4% of all sin references.

In several instances, more than one type of sin reference appeared together. A headline from Passaic County, New Jersey read, "Sin City returns to its evil ways; What happens here, stays here, they say." Note how this one headline included three of the four categories, actual use of the word sin, referencing the city's past and the use of other sin terms, such as "evil." Those references were only in the headline, the article went on to discuss how a pair of sisters could used fake identification to gain admittance to a nightclub and the pair then told the reporter that, "What happens in Vegas, stays in Vegas" further associating the city with illegal behavior, their own, and using the slogan as an explanation rather than a defense.

Based on these sin reference percentiles, the argument could be made that Las Vegas has exchanged sin references about its past image for a sexier image. This may be a sign of an overall cultural shift in the tolerance of sexual references in mainstream society and not regarding Las Vegas in particular. The goal of the campaign was not to avoid sin references, however by examining the type of sin references it has been revealed that sexual references are more likely to be made than historical ones. This may be due to either the city's history or the commercials' use of the sexual paired with the awkward (identified by chapter three) or both. The city's old label of "Sin City" was found quite frequently in the articles and accounts for the higher percentile of the actual use of sin found here suggesting that previous associations must be addressed by the new brand.

FIGURE 4.4

SIN REFERENCE BY TYPE



Amenities References

By examining the treatment of amenities in the media discourse, an additional measure verifying the strategy of reducing the role of amenities identified in chapter 3 through the textual analysis can be obtained. Just over half, 51.5% of the articles/transcripts contained at least one amenities reference. Given the reduced role of amenities in the television spots, one would expect the media discourse to follow suit. For the most part, it did. However a few articles/transcripts contained significantly higher amenities references, one in particular contained as many as 102, resulting in 1006 amenities references identified by coders, which may explain the following finding: in articles/transcripts containing amenities references, only slightly more references were generic (52.1) as compared to named amenities references (47.9%). One article from The Daily News of Los Angeles shows how the slogan's meaning is associated with the amenities of Las Vegas even though the campaign's focus was on the experience. The article read, "In a city whose marketing slogan is unashamedly hedonistic-"What happens here stays here"-it's probably unthinkable that a hotel would try to succeed by

0143

being all business, but the Westin Casuarina has proven that there's room even for that niche amid the glitter of the Strip."

It should be noted, however, that in examining the total number of articles/transcripts containing amenities references with those that did not by article focus, amenities references can be placed into the proper perspective. The greatest number of stories containing amenities references was 19.3% of the entire population of articles and occurred in articles focused on Las Vegas. It appears reducing the role of amenities in commercials does little to prevent amenities references in print and broadcast media treatments of the destination brand. Therefore, amenities hesitant to support the strategy of reducing the role of amenities may be rewarded in other media coverage, if, of course; the destination brand draws media attention. However one study by the MRC, the largest survey research firm in Nevada, "found a dramatic drop in the importance of hotel-room discounts, casino specials or discounted air fares" in 2004" (Smith 2004 p1D). This suggests the role of amenities in destination promotion may be in flux.

Location

Coders, whenever possible, identified the location of origin of the article/transcript to provide an evaluative measure of how wide spread the slogan's treatment is on a national level. The four main geographic regions of the United States were used, after isolating stories originating in Las Vegas (36.1%) from the total number of articles/transcripts. National news organizations and radio transcripts where a location could not be determined were also isolated.

0144

FIGURE 4.5

ARTICLE FREQUENCY BY LOCATION



Interestingly, the South emerged as the region with the highest frequency of media discourse with 17.2% of the remaining articles/transcripts. One article from the *Tampa Tribune* featured a non-Vegas related variation of the slogan as a headline to an article discussing a task force being formed to create a slogan for Tampa. The headline read, "Tampa: What Happens Here, Stays Weird." This finding is surprising given the targeted media buys the campaign made were in markets closer to Las Vegas. Granted, the newspapers carried by the Lexis-Nexis Database may be the sole cause of this finding. The author's city newspaper in the Midwest has used the slogan in articles and as headlines and none of those instances was included in the database. Another possible explanation for the higher frequency of slogan references in Southern articles may be due to the many tourist destination in close proximity to one another creating campaigns that compete for the same short distance travelers. However, the South's numbers

100

0145

were 3 times the numbers of the other three geographic regions. Further refinement of this evaluative measure, particularly over time would be useful for destination branding researchers to establish how different regions are responding to the destination brand. Considering Beirne's initial argument that the campaign was targeting the "Branson crowd," the influence of media treatments by location should not be dismissed.

One interesting element to the discussion of location in evaluating Las Vegas' destination brand is that articles originating in Las Vegas were found to have twice the negative versus positive results in article valence. Again, confirming local treatments of the destination brand reflect a different measure of brand effectiveness in communities outside of the one being branded.


## LIMITATIONS

The slogan, "what happens here, stays here" brings its own limitation to the study. Unlike Wendy's "Where's the beef?" this slogan was not created distinctly for Las Vegas. From military leave to actors on location, people have used this unspoken rule, to assuage guilt or avoid responsibility for behavior (Friess 2004 pA14). Conducting a content-analysis of the three years prior to 2003 provided a means for accounting for this possibility and even going back prior to 2000 may be important in future studies.

Lexis-Nexis limits the study from the outset. If Lexis-Nexis does not have access to the article/transcript then it did not have a fair chance of being examined in this study to assess if there was an occurrence of the slogan. The author is aware of several specific instances of broadcasts that contained the slogan, however only Lexis-Nexis was utilized for this study. Lexis-Nexis also has no way of including talk shows that have been known for using the slogan.

The introduction of those sources could alter the data significantly. Finally, the four words of the slogan, *what*, *happens*, *here* and *stays* are not unique and may be found in numerous articles not necessary for the study. The greatest limit to the study is the reliability of the search engine to provide relevant instances of the slogan. Future studies could include multiple online news indices to contribute to the population of documented incidents of the slogan. However, to include multiple news indices would require careful elimination of duplicates.

Additionally, online databases are frequently updated. Once the search has been conducted, it would take repeat searches to identify additional articles that were not available to the database when the search was conducted. Some articles/transcripts may now be available tomorrow that were not available today. Repeat searches to identify such updates should become a routine part of using this method in evaluating destination brands in media discourse.

Another limitation of the study involves the incomplete transcripts from the database. While manner and function were still able to be determined, sin and amenities references may have been higher than the frequencies reported here due to incomplete transcripts.

The final limitation to the study is that this level of analysis only addresses recorded media discourse and not how casual conversations prompt the phrase. Additional methods could be supplemented to address the lay person's use of the slogan rather than the journalist who unarguably is overrepresented in this study. The lay person may be more likely to use variations rather than the careful word-for-word treatments in the media.

DISCUSSION

Turning to media discourse for evaluative measures of a destination brand has both its advantages and disadvantages. First, the advantages to using media discourse will be addressed.

0147

For the destination researcher, media discourse allows the researcher to evaluate the discourse practice level of a destination brand free from the confines of time and place. Because media discourse is recorded in databases, like the one utilized here, destination branding researchers have access to a greater number of discursive exchanges than those they could document individually in alternative methods of research. Additionally, media discourse allows the researcher to evaluate the effectiveness of the brand over time and place. Recorded media discourse offers both a time and place stamp on the discourse, thus allowing a researcher to study from afar as well as to go back in time. Despite the limitations of a particular database, this is an evaluative measure that should be utilized more than it has to date for what it can bring to the destination brand's evaluation.

For the destination engaged in branding, examining media discourse to evaluate the destination brand offers an outside measure of success. Such measures need to go beyond simple formulas that offer a monetary value to the press coverage. If the media discourse is positive, the destination brand indicates a certain amount of influence that goes beyond free promotion of the destination brand. Additionally, for the destination using branding, even the simple broadcast banter indicates whether the slogan is permeating the way people talk about place that can serve to reinforce the brand.

For example, the *Tampa Tribune* solicited slogans for Tampa and found a clear example of how the slogan is used by people to talk about place as well as the pairing of this slogan with sexual references. A local resident who submitted a slogan suggestion that read, "What happens, when your wife thinks you're at a convention in Orlando, stays in Tampa." Note how the individual constructed their own meaning by inserting a different location (product) into the slogan exemplifying the participation the campaign spots required of the viewer. Interestingly,

0148

the variation's author preempted the variation with a sexual reference saying the slogan "captures the essence of the renowned natural silicon resources of the city." Taken alone the variation has no sexual connotation, however it was constructed with one as admitted to by its author. Regardless of the media's treatment, the print articles and broadcast transcripts are one way of capturing the way a non-journalist talks about place.

In addition to the advantages of content analyzing media discourse to evaluate a destination brand, several disadvantages should be noted. For the researcher, the type of media available for use in a study evaluating a destination brand presents its own restrictions. Portions of transcripts may be incomplete. In this study, some transcripts only allowed the slogan to be printed, not the full dialogue that contextualizes the slogan's use for example. In addition to incomplete transcripts, populations may be incomplete. To include articles the researcher has collected from local news media, not available through an online database raises issues of bias. Finally, the destination branding researcher needs to be careful in focusing on print treatments because such treatments may not be as important or influential in shaping the way people talk about place. Broadcast or online brand treatments may have greater impact.

The destination using branding also should be aware that media discourse evaluations may not be the perfect means to evaluating the brand. Many of the articles used in this study were by the same beat reporter assigned to the key stakeholders of the campaign. Given most beat reporters reside in or near the city they cover, their treatments of the destination brand are influenced by their perspective as an insider versus an outsider. Particularly important is that due to wire services beat reporters, who are more likely to reflect an internal and at times more pessimistic treatment of the brand may be the ones setting the tone for the reception of the brand in outside communities.

CONCLUSIONS

The total number of articles and slogans identified by coders indicate the slogan has permeated the spoken lexicon. Several articles themselves are dedicated to that very premise. So for the destination brand researcher, careful examination of the media discourse provides supplemental sources verifying the effectiveness of the destination brand. Content analysis provided the author with other events important to the brand.

For example, several articles that focused on the slogan were addressing a pharmaceutical company that was seeking to promote an AIDS drug using the slogan, "what happens in Vegas, doesn't always stay in Vegas." Again the stakeholders were resisting such use, however when a slogan or brand that has attained a high level of popularity is connected with larger social issues, a new legal debate is created. The company will have to have permission to use such a variation, however the spoken slogan by those not seeking profit are not confined by the legal trademark regulations.

This raises new questions. At what point does the permeability of a slogan dilute the original product associations through widespread use? Advertising research is built on the premise of crafting the perfect slogan or brand to bring attention to the product. However, in the spoken lexicon, particularly with this campaign, the meaning constructed is highly personal and issues of control may become concerns for branding destinations. Watching the slogan's use over time may be the only way to determine if a destination can maintain control of the meaning of the brand when adopted by the population at large. This study has taken the first steps to begin the process of documenting a popular destination brand and its relationship to the population's culture.

0150

## EVALUATING THE DESTINATION BRAND

This study suggests the key to evaluating the destination brand is the careful construction of evaluative measures beyond counting tourists and tourism dollars. To construct such evaluative measures the individual location needs to be examined in-depth to identify previous perceptions of the location. The goal is not to evaluate how well the destination brand replaced those perceptions but works to resonate with them. For Las Vegas, the seedy history and gangster movie images via enthymeme worked to make the branding campaign mesh with the city's past.

To evaluate the destination brand, the campaign in all of its manifestations needs to be examined to identify the particular rhetorical and advertising strategies at work in the campaign. Such an examination should be conducted outside of the destination branding organization and its stakeholders because it is through the accurate identification of the strategies that the destination brand can be evaluated.

After the previous perceptions of the location and the particular strategies of the campaign are identified, they should then be used to examine the discourse the destination brand created in both the spoken lexicon and media treatments. Other locations do not need to examine sin references, but other associations and perceptions may need addressing. For example, New Orleans would be foolish to consider branding without a careful examination of the media discourse surrounding Hurricane Katrina primarily because the media's discourse regarding the city can impair or promote the brand. Follow up examinations of Las Vegas may require the additional variables of references to the family-friendly approaches in the nineties and references to organized crime.

0151

Some strategies may require different evaluative measures. Consider if the campaign had used a spokesperson, evaluating the media discourse regarding that individual would be a measure of the brand's success. In Las Vegas, the use of narratives de-emphasized the amenities of the location which suggested one criterion for this study. Other locations may not need such an examination in evaluating their brand if the strategy was not implemented on the textual level of the brand's construction.

Finally, once the evaluative measures are constructed, a destination brand should then be deemed effective or ineffective based on its level of resonance. The level of resonance is determined with how well the identifications of previous perceptions and particular strategies resonate with the discourse the campaign creates. In this case, Las Vegas already had a popular slogan that had generated enough discourse to allow an evaluation of spoken discourse from broadcast transcripts and printed discourse from news articles. Destination brands without similar popularity can still evaluate spoken and printed discourse from other types of discourse such as focus groups and online blogs created for the purposes of prompting discourse about the brand. However, destination brand evaluators need to be mindful of whether those responding to the brand have internal or external perspectives of the destination because place attachments differ based on one's status as traveler versus tenant.

Destination branding researchers have been frustrated by the lack of a definitive set of criteria to measure brand success when instead a definitive set of evaluative strategies may hold more promise. Each location has its own identity constructed before the decision to brand it was made. People have pre-existing attachments to those places and communication needs to consider such relationships and mesh into those relationships rather than try to cover up or establish new ones, how well they mesh is a matter of destination brand resonance.

0152

# CHAPTER 5

## INTRODUCTION

This study began with one main aim: to examine Las Vegas's destination brand to find generalizable methods of evaluating and studying destination brands. In this chapter, theoretical implications of the research will be applied to anthropological place attachment theory and classical communication theory before finally discussing the contributions and suggestions for further research to the developing field of destination branding scholarship.

## THEORETICAL IMPLICATIONS

Several theoretical perspectives were utilized in this analysis to highlight, reveal or explain key elements of the Las Vegas destination brand. Given that the theoretical perspectives were drawn across disciplinary lines, it is necessary to return to these theoretical perspectives with a review discussion of how they can be useful in continued destination branding research. Theories from anthropology and communication will be discussed before summarizing how this study has contributed to understanding destination branding.

Place Attachment Theory

In returning to place attachment theory, this study supports the definition of place attachments. The Las Vegas branding efforts support Low's (1992) refined definition of place attachment theory. "Place attachment is the symbolic relationship formed by people giving culturally shared emotional/affective meanings to a particular space or piece of land that provides the basis for the individual's and group's understanding of and relation to the environment" (1992 p165). The central finding in place attachment theory is that people give

0153

space its meaning. This analysis has revealed that the campaign through participation allowed people to attach a culturally shared meaning to the city of Las Vegas. This ability to attach meaning to a place through symbolic relationships provides a basis for understanding the location. In essence, this is how a location's identity is formed. By the careful and strategic use of the campaign spots, the relationship between people and place was "partipulated" by the ad creator and the audience to achieve a more favorable identity.

Chapter one introduced several entailments of place attachment theory important in studying destination brands: multi-dimensionality, favorite places, symbolic linkages and cultural treatments of place attachments. Examining Las Vegas as a successful destination brand revealed how understanding these entailments may be useful to branding other destinations.

Altman and Low claim that place attachments are multi-dimensional, consisting of multiple factors that are related but different from one another. Las Vegas' history influences how the city was depicted in film; they are both separate factors but are inextricably linked. Legislative decisions to expedite the divorce process, marketing decisions to promote the Hoover Dam's construction and atomic weapons testing all combine with modern issues of water shortages and the selling of perhaps the most profitable slogan of the 2000s for a dollar all impact how tourists attach to the city of Las Vegas. Recall how Altman and Low argued that the social, cultural, psychological, economic and political aspects of place attachment do not function independently, but as part of a conceptual whole (Low in Altman & Low 1992 p183). To craft the successful destination brand the brand must not only resonate with each of these five aspects in turn but in their combination with one another. The ambiguity of the spots and the variations in the slogan's emergence into the lexicon suggest the Las Vegas brand was capable of handling the multi-dimensionality of place attachments.

0154

In addition, Korpela et. al, highlighted that favorite places gained their status as a favorite place based on personal inclinations versus the properties of the place (2001). The Las Vegas campaign focused on the experience the city could offer not on the city's amenities. As places for legalized gambling have increased, destinations must find new ways to draw interest. By emphasizing experiences that could take place in Las Vegas, the branding campaign elevates the city to a favorite place. The supplemental slogan in many of the spots said "Only Vegas," meaning other locations may have similar amenities, but only Las Vegas can offer the experience. Being able to position the city as the favorite place for gaming indicates how the entailment of favorite places apply to destination brands.

Initially, the study expected to draw solely from one symbolic linkage of people to places. However, through the course of studying how narrative functioned in the campaign, evidence emerged for inclusion of two of Low's additional symbolic linkages: cosmological and pilgrimage: These three linkages may hold promise for supplemental destination branding research particularly due to the role of myth in narrative construction of place attachments. Holt has argued Mountain Dew's cultural branding success stemmed from the hillbilly and slacker myths. Concomitantly, Vegas' cultural branding success stemmed from the naughty playground myth of Las Vegas.

Myths fall under Low's symbolic linkage of cosmological place attachments. For some cultural groups, "cosmological place attachment takes the form of correspondence between their myths and symbols, their social organization, and the architectonic order" (Low 1992 p171). Although Low focuses on how the cosmological linkages shape the construction of villages and domiciles, Las Vegas' architectural landscape also contributes to the myths surrounding the city.

0155

By reproducing various landmarks from other cities, the Statue of Liberty, the Sphinx, the canals of Venice, the Eiffel tower, etc. with a capitalistic air of grandiosity, the city represents a highly condensed and simplified treatment of the adult world. In the same way, small houses and teepees are constructed in a sanitary way with bright colors for a children's playground, famous landmarks have been reproduced in Las Vegas truly making the location a playground for adults. Because Las Vegas is a real city mimicking other cities, myths are constructed about the city. Some authors argue the resorts have pillaged the original landmarks in a capitalistic quest to acquire and consume. So showing such amenities in a branding campaign might restrain the experience.

However, Las Vegas is using the symbolically created place attachments of other locations to strengthen its own cultural place attachments. In a post 9-11 world, international travel holds new meanings for Americans and Las Vegas can allow a traveler to experience the world without a passport. Although one is aware the resorts are recreations made of concrete and cash, experiencing the myth through the architectural skyline of Las Vegas creates a cosmological connection between tourist and place. All that is required is making a visit.

> At the very least, a pilgrimage involves a change in the rhythm of one's life and the experience of a new environment, thus creating a temporary identification with a place imbued with special meaning. The desire to make pilgrimage also creates attachment in that the person spends time dreaming and planning for the time when the pilgrimage might be finally accomplished. Pilgrimages and celebratory events may be secular as well as religious. In the United States, a pilgrimage to the nation's capital in Washington D.C., is often made by local school children as a lesson in American history and citizenship. (Low 1992 p173)

111

While few think of vacations or short weekend trips as pilgrimages, Low's notion of secular pilgrimages applies to Las Vegas. Similar to children traveling to Washington D.C. to learn a historical concept of freedom, a trip to Las Vegas as adults offers lessons in an adult concept of freedom, the ritual of the bachelor/bachelorette party being one example. "Thus pilgrimage as a type of place attachment can evoke social, moral and cosmological meanings through dreaming of, traveling to, and experiencing of, a place" (Low 1992 p173).

The decision to use narratives was the single most important choice made in the Las Vegas branding campaign because of the ability of narrative to serve multiple functions. The narratives created disarming humor, invited audience participation, established a format for subsequent spots and placed experiences above amenities. What makes the role of narrative in the spots so powerful is because humans communicate with one another primarily through stories (Fisher 1989). Further, narrating "is the process by which attachment occurs" (Low 1992 p167). Humans do not only use narratives to relate to one another but to relate themselves to locations. When participating in a conversation about Las Vegas and the slogan or references to the narratives come up, both theoretical tenets are at work. If the narrative also contains components of the myths regarding the location, the more the conversation can strengthen the attachment.

Cosmological linkages derived from myths, pilgrimages either physical or mental, and narratives are all what Low categorizes as ideological aspects of place attachment. Shaping the ideological aspects through the construction of a destination brand, allows the rhetor to shape the audience's attachment to a particular place. To consider such ideological aspects in the absence of a communication study would be an example of the problems with studying destination brands in a vacuum.

112

The last entailment of place attachment theory involves a cultural treatment of place attachments. Altman and Low claim it is possible for "whole cultures often consensually or collectively share attachments to places" (1992 p6). The mediated depictions discussed in chapter two and the slogan's use in the lexicon in chapter four underscore how the destination identity and the subsequent brand of Las Vegas operate within a broader culture. Even though the spots can be viewed individually and meaning attached individually, in the case of Las Vegas conversations and mediated depictions moved beyond a single individual construction of meaning to the brand and crossed into a culturally shaped and maintained meaning. Although the author can recall her own Las Vegas family vacation, the branding campaign has shaped an individual place attachment into a cultural place attachment. If the narrative of being stranded in Las Vegas outside the Hard Rock Hotel and Casino now includes a slogan reference or more likely a slogan variation, the personal has now become cultural. Such shaping is what Low meant by a "transformation of the experience of a space or piece of land into a culturally meaningful and shared symbol" (1992).

The final theoretical implication for place attachment theory that emerged from this analysis addresses a key question in place attachment theory: "How do people attach to places?" Is attachment solely an individual development process in that place is the context for growth and human development or does culture provide a framework and set of salient symbols for this attachment process?" (Low 1992 p183). The case study of Las Vegas would suggest the latter. Individuals might have a hard time reconciling Las Vegas as a place for human growth and development, but with a cultural climate of tolerance for the type of freedoms the city offers, even the most conservative of individuals seek out the city as a release for normal social pressures. Thus building on Korpela et. al.'s notion that favorite place, afford "escape from

0158

social pressures with concomitant freedom of expression and control" (Korpela et. al 2001 p 576). Culture imposes social pressures, not the individual.

Hufford, another place attachment scholar, notes, "Places, as aspects of reality, are socially constructed, emerging within the world we shape for ourselves, a world we then discover and inhabit (Natanson, 1970). Places do not exist apart from human experience and understandings; they are always *places-for*" (in Altman & Low p232). The rhetor's selection of the brand "freedom" makes Las Vegas the *place-for* freedom. Destination branders should examine this idea of *place for*. The successful "Virginia is for lovers" branding campaign follows this formula even more closely than Las Vegas. In earlier branding efforts, Las Vegas used the term *freedom* prominently in the slogans and themes of the spots. However, the term alone could not communicate the experience. The narrative spots with the slogan that communicated the experience of freedom were much more effective. Las Vegas transitioned from the *place-for* scandal to the *place-for* freedom without changing a single thing about the city, simply by influencing the way place attachments are formed by how people "talk about place."

Communication Theory

Recall one aim of the study was to avoid studying destination branding in a vacuum, which meant drawing from multiple disciplines. Theoretical implications for a communication perspective of destination branding also emerged in the analysis in the communication fields of branding and rhetoric. This study highlights three characteristics of branding important to destinations; brands are differentiating, emotional and relational.

114

Holt (2004) outlined four kinds of branding. The examination of Las Vegas indicates these categories are not exclusive and that in overlapping types of branding may hold promise for destination branding. Mind-share branding's goal is to carve out unique elements of the product. Under this definition, it becomes clear that the Campbell and Jamieson's aim of differentiation is useful in examining mind-share branding efforts by a destination. Differentiation when combined with mind-share branding is concerned with more than characteristics of the product; this combination serves to use unique elements of the destination to strengthen the relationship.

The goal of emotional branding is to create and maintain relationships between consumer and the thing consumed. What makes this relationship emotional is the notion of transcendence. The brand relationship transcends the consumption experience from material satisfaction to emotional fulfillment. A tourist needs food and lodging on their pilgrimage, but dining with Emeril or staying at the Bellagio turns those basic survival needs into an experience of Las Vegas capable of prompting repeat visitors. Note that one of the targeted audiences with the campaign was the repeat visitor. The repeat visitor already has an emotional relationship established with a destination, strengthening those relationships versus starting new ones with first time tourists is a wise strategy for destination brands.

On first glance the Las Vegas branding campaign may not appear like viral branding, the campaign was launched in the mass media across multiple forms of traditional advertising forms, (television, outdoor, print) but the campaign did contain elements of viral branding. The campaign sent Elvis impersonators and showgirls to the streets of New York during Fashion Week to promote the high-end retail stores now home to Vegas. This is one example of the more traditional types of viral branding created by grassroots efforts and buzz. However, as chapter

0160

four indicates buzz was also created by the campaign in the press. Additionally, when the average lay person uses the slogan or its variation, they are creating buzz. The Las Vegas campaign indicates that traditional advertising forms can ignite viral branding.

The final type of branding according to Holt (2004) is cultural branding. Cultural branding draws from the idea that the branded product is consumed so the consumer can experience the story the brand tells. Holt argues the role of the company in cultural branding is that of an author regaling the audience with myths. Holt indicates, "performing a myth that addresses an acute contradiction in society" is required for the successful cultural brand. The myth of Las Vegas, constructed through its history and Hollywood depictions is of a city corrupt with sin on organizational and personal levels. The campaign builds on this myth by offering micro-myths in the narrative vignettes of the spots. The consumer's role is to personalize the brand's myth to fit their individual biography and engage in ritual action to experience the myth when using the product (Holt 2004 p14). In the spots the rhetor has become an author of Las Vegas myths that consumers personalized through incomplete narratives and once in Las Vegas experience the myth when "using the product." The cell phone example discussed earlier indicates how tourists viewed the rhetor's myth and then sought out to experience the myth when they visited the physical location. Holt's treatment of cultural branding coincides with destination branding research that argues tourists want to experience the associated amenities of a location such as Broadway shows in New York and the steaks in Omaha. To deny those myths, is to undermine the destination brand.

In Las Vegas, Holt's four types of branding worked alongside place attachments suggesting a theoretical middle ground between the use of branding and the development of human relationships to places. Multi-dimensional locations being commodified raises ethical

0161

concerns by reducing communities to products; however place attachment theory provides an operating assumption that recognizes connecting with places is a basic element of the human experience and using relationships achieved via branding offers humans a means of establishing new place attachments while maintaining old ones.

From a communication standpoint, neither destination branding or place attachments can occur without "talk" or "discourse." What makes this fact interesting in destination branding research is the tendency for the destination to become and be treated, as it often was here, as the rhetor. Kenneth Burke, the pre-eminent rhetorical theorist of the 20th century, provided two theories useful in understanding the rhetorical components of destination branding, identification theory and dramatistic pentadic theory. Each theory will be reviewed before discussing how the theory applies to Las Vegas' destination brand.

In dramatistic pentadic theory, Burke treats the rhetor, or *actor*, as *agent*, the action that occurs as *act*, *agency* is how the act is done, *purpose* is why, and the place containing the act as *scene*. He claims, "the scene contains the agents" and "the scene is a fit container for the act" (1955 p3). Upon this basis of understanding, he argues that the act must be consistent with the scene (1995 p7).

In applying this understanding to the analysis here, Las Vegas is the *scene* where the *agents*, the LVCVA and R&R partners whose *act* of constructing a destination brand occurred. The *purpose* was to increase tourism revenue and the *agency* was the mass media. This is a primitive analysis and with the incorporation of place attachment theory and branding, a new understanding of the performance from Las Vegas comes into view.

Branding and the strategic use of narrative presented Las Vegas as the agent. Recall the spots where tourists actually received phone calls where Las Vegas called them to visit. Burke

0162

refers to this as "'agentification' of scene" (1955 p128). Thus the argument could be made the act of destination branding is second to the transformation of scene to agent that occurs in the formation of destination brands. Burke's argument for consistency between the scene and act again highlights the importance of resonance argued for earlier.

However, treating Las Vegas as the agent shifts the pentadic understanding of the branding campaign. With Las Vegas as agent, the act becomes the influencing of place attachments. The scene becomes the location within the viewer where the attachments are formed or changed. The agency or means by which attachments were influenced was through participation prompted by narrative. Even the lint roller print ad tells a story the audience must craft. The remarkable thing Las Vegas did with their brand was to make the audience execute the agency.

The purpose changes as well from merely increasing tourism revenue to gaining added status. Since the campaign, Las Vegas has gained more than money and tourists, it has gained recognition on the national and international levels and not only from within the advertising industry. Therefore the newly revealed purpose of the branding campaign was to acquire power over other locations, but when the slogan permeated the lexicon, Las Vegas gained control over people and control over how they talk about place. With this understanding of Burkean Pentadic Theory in mind, Burke's second theory, identification, will now be reviewed and applied to the study of destination branding.

Burke's theory of identification, as outlined in *A Rhetoric of Motives* (1950), operates under the notion that humans in their acts are symbol using and misusing animals. The goal of our symbol use is to allow humans to connect with one another in meaningful ways. When symbols are used effectively, humans grow closer together creating *identification* and when they

0163

are misused, humans are driven apart resulting in *division* or *separation*. Burke explains "a speaker persuades an audience by the use of stylistic *identifications*; his act of persuasion may be for the purposes of causing the audience to *identify* itself with the speaker's interests; and the speaker draws on *identification* of interests to establish rapport" (1950 p46).

Burke argues that *consubstantiality* is one way humans create *identification*. Burke explains consubstantiality in this way, "in acting together, men have common sensations, concepts, images, ideas, attitudes that make them consubstantial" (1950 p21). In this understanding of identification, Burke introduces the terms *order* and *mystery*, *order* refers to the hierarchy or stratification of people and *mystery* arises at that point where different kinds of beings are in communication. Burke goes on to clarify mystery stating, "in mystery, there must be strangeness; but the estranged must also be thought of as in way capable of communion" (1950 p115). Burke argues the conditions for mystery are established by social class distinctions. One who has never had the means to dine in Paris, must overcome mystery by drawing from their personal experiences of eating French food elsewhere, but even those experiences can fail to help the cuisine challenged to identify with the sophisticated gourmet palate of the individual with the means to travel. However, the stronger the gourmet's rhetorical prowess in conveying experiences to the listener that can bridge such matters of *order*, the more likely identification is to occur between them.

*Mystification* thus refers to "one class struggling to posses the soul of another class" (1960 p117). Overcoming the distance between classes (mystification) is requisite to connecting with a speaker (identification). Littlejohn and Foss (2005) call this *identification through mystification* in explaining how humans connect with charismatic rhetors they do not know. In

0164

the process of mystification, tensions can be produced and Burke argues symbol use creates such tensions and uses the term *guilt* to refer to all symbol use tensions (Littlejohn and Foss 2005).

Burke's theory of identification draws from classical argumentation principles first identified by Aristotle, one being enthymeme. Because enthymeme serves as a rhetorical shorthand, the use of enthymemes expedites the process of identification. However, because enthymemes rely on the audience to complete the argument, individuals may complete the argument in different ways and those differences are at the root of what Burke calls *mystification*.

Chapter three detailed the campaign's use of enthymeme as a means of invoking participation in the construction of the spots meaning. Enthymeme serves not only to strengthen the connective fibers between spot and viewer but within Burke's identification theory, enthymeme, as it was used in the branding campaign, strengthened the connective fibers between viewer and viewer. When one viewer engages in communication with another viewer about the spots or Las Vegas, the conversation occurring in either print or spoken lexicon makes them consubstantial. Even if one or both of the viewers has no first hand experience with the city, the charismatic television spots shroud the lack of first hand experience (*identification through mystification*) to facilitate the viewers ability to identify not only with other humans but due to the "agentification of scene" discussed earlier, the viewer can identify with Las Vegas as rhetor.

When the campaign is said to alleviate our *guilt* in indulging in what Vegas has to offer, this takes on a new meaning with our understanding of Burke's treatment of *guilt*. Therefore, the *guilt* assuaged is not the guilt felt when losing money at blackjack, but in reducing our tensions about talking about the trip where the money was lost. This is a complex process achieved by Las Vegas in less than thirty seconds. But given the deafening role of advertising today, one spot

0165

does not accomplish identification. This is where examining the type of communication used by the advertising campaign becomes critical to the study of destination branding.

The use of Campbell and Jamieson's five aims of advertising was very useful in extrapolating the strategies at work in the television spots. The five aims, recognition, differentiation, association, participation and redundancy address the form of the destination branding campaign, thereby assisting in the isolation of advertising elements while revealing branding components. No other destination branding studies up to this point have used this approach and have overlooked how the channel itself is capable of communicating the brand. So although the brand's success may be explained by place attachment theory, branding and Burkean theory, analysis of the brand has to begin by addressing the basic form of advertising and its principle aims.

So through the combining of multiple disciplines, place attachments pentadic theory, identification theory and the five aims of advertising, links between the theories can be seen more clearly.  Burke already associated identification with persuasion, but this analysis suggests the five aims of advertising (recognition, association, differentiation, participation and redundancy) a sub-set of persuasion has natural links to Burke's theory of identification. Thus, it can be seen that symbol use or misuse is a question of recognition. Consubstantiality is a question of associations. Differentiation is a matter of order. Mystification is a matter of participation. Recall from chapter three how Burke noted that the body of identifications that are made convincing through trivial repetition, making the final connection that the complex process of identification is based on redundancy. These links indicate destination branding research can use the five aims of advertising in studying destination branding to expose how brands *identify* with places in power relationships.

0166

CONSTRUCTING THE DESTINATION BRAND

Textual analysis of the campaign spots from 2000 to 2006 revealed several strategies that Las Vegas used that may or may not be useful to other destinations. Such a treatment standing alone offers the same types of suggestions other destination branding research has offered, destination specific strategies. However the wider treatment conducted here reveals key phases to constructing a destination brand regardless of the specific location. It is not the argument that this list is all-inclusive, however the phases offered are requisite to the construction of a successful destination brand.

The first phase involves a thorough process of destination identification. This is more than a list of hotels or attractions. Destination identification involves a thorough treatment of the destination's identity. Las Vegas was influenced by certain factors that left their mark on the location. Factors such as a wide gamut of legislation, mediated depictions and cultural trends also impact the identity of a location. Understanding those factors and more importantly, their legacy influences the identity of a particular location. A clear understanding of this identity is required before determining the most appropriate brand for a location. To be accurate, destination identification may need to be formulated by individuals or organizations with a completely external perspective.

Destination researchers already stress the importance of what is known as the essence of the destination (Morgan, Pritchard & Piggott 2003). Destination researchers argue the importance of understanding the essence of a location to accurately reflect the experiences of a particular location. However, from a communication standpoint, this case study of Las Vegas

122

0167

suggests it is the perspective more than the reality which is critical to forming the destination brand.

For example, Las Vegas decided its brand was going to be freedom. The word appeared in early slogans, it was prominently placed in narratives, in the name of Las Vegas websites and the focus of a politically themed campaign that offered a Las Vegas definition of freedom that contrasted with an American definition of the word. Those campaigns were less successful than the campaigns that began in 2003. The brand was not changed to mean something different, Las Vegas communicated the brand differently and that evoked greater success. The narratives still operate under the same brand, but the communication surrounding the branding initiative indicates the brand need never be spoken just communicated.

How the brand is communicated will vary based on the location which is why the proper and accurate identification of the location's identity is necessary. Some locations will require more informational branding efforts while others like Las Vegas can use more indirect branding efforts because the destination is already well known.

The next key phase in constructing a destination brand is conducting research regarding each possible brand. Las Vegas's research efforts and subsequent success is the best testimony to investing in research before and during the brand construction. Destination researchers have already argued for ongoing research measures but greater emphasis needs to be placed on research in the early phases, particularly in the strategies used to communicate the brand. To support such early research emphasis, the discussion should now return to the basic form of branding.

In chapter three, the television spots were analyzed for incidents of emotional branding which were used, "to carry on a personal dialogue with consumers on the issues which are most

meaningful to them" (Gobe 2001 pxxiii). Spots taking place poolside, in hotel rooms and in taxi cabs relate to those tourist experiences and spots that take place after experiencing Las Vegas relate to tourists' expectations of how they will recall their trip. Research into the recall of those memories may be useful to destination branding.

When constructing a destination brand, a destination needs to be aware not only with the tourist experience but also the myths surrounding their locale and be mindful of the role of cultural branding in developing the destination brand. American history created myths of Las Vegas and disembodying those American myths with the new myth of being family friendly in the nineties indicated a disconnect between the new role and the role Las Vegas had been asked to serve in American society.

The third key phase in constructing the destination brand is the selection of the best rhetorical strategies to communicate the brand. The Las Vegas brand alone did not prompt an increase in tourism or swiftly change the way the nation talked about the city, the rhetorical strategies did. Finding the particular formula for success took several efforts. Unfortunately, as indicated by several articles discovered in the content analysis of the media's use of the slogan were other locations trying to come up with catchy slogans for themselves. Some held contests or organized committees and visitor's authorities to "do what Vegas had done" without examining how to manifest such slogans communicatively. Mimicking without understanding the rhetorical power of a destination brand is what makes this a risky rhetorical strategy capable of wasting vast resources of revenue and still not being able to discern why a brand failed.

Destinations may already spend money on research, but this author would argue they are spending it on the wrong questions. Rather than trying to understand which amenity or photograph draws people to a particular place, research needs to address how people currently

0169

talk about the location, whether the talk is favorable, and if it is not, what methods might induce

a shift in changing the way people talk about place. This case study affirms the need for

destination branding research to move out of solely tourism studies into place attachments

achieved via communication or risk more failed branding efforts.

The greatest conclusion drawn from the Las Vegas television spots is that when

constructing a destination brand, participation is paramount. When visiting a location tourists

participate in the myths surrounding a location, by invoking the tourists' participation in the

television spot, it is a precursor to their experience of the location. In essence, their experience of

the destination begins in the television spot. "Getting the brand right," as Morgan Pritchard and

Piggott argue, means extending the tourist experience outside of the physical location and doing

so before the tourist ever reaches the location. Now a trip to Las Vegas begins with the decision

to visit and includes the way one speaks to others about the upcoming visit. The trip no longer is

relegated to the time spent in the actual location.

Although the campaign is the packaging used by the LVCVA to present their product, the

destination brand for Las Vegas was constructed within the viewer's mindset using the viewer's

participation in the construction of the brand. In constructing a destination brand, locations need

to consider not only the selection of images or slogans but how the tourist plays a role in the

construction of the destination brand. Las Vegas' use of focus groups and testing television spots

provided measures indicating the construction of the destination brand in the mind of the viewers

resonated and not agitated.

The campaign's integration of multiple persuasive strategies offers one viable

explanation for the increased visitor volume as well as the slogan's emergence into the lexicon

verified by chapter four. Branding builds on emotional relationships and place attachments are

0170

relationships that are formed by discourse about myths in narrative form. Invoking participation via humor, enthymeme and redundancy prompted viewers, not just tourists, to construct the meaning of the television spots. One might argue use of multiple persuasive strategies addresses the multi-dimensionality of branding destinations; however there is more to building the successful destination brand than layering strategies.

The use of destination brands has the rhetorical potential to affect the identifications of locations with long term and deep reaching effects. What lies at the core of destination brand construction, as indicated in the case of Las Vegas, is multiple persuasive strategies integrated into one another so seamlessly their relationships between and among one another establish the foundation for subsequent discourse, mediated or spoken regarding the city. Therefore, the study of destination branding may be inherently limited. Each location may have to have its own unique layering of persuasive strategies that research may not be capable of identifying one generalizable strategy for all destinations. Thus, the goal of destination branding is to use the rhetorical strategy better than other locations are using the strategy. Grossberg et. al note, "how precisely advertising works may be more art than science, may be more rules of thumb than clear knowledge" (2003 p312). Thus, this examination of Las Vegas should be viewed as useful in identifying "rules of thumb" regarding destination branding rather than pursuing generalizable knowledge about how to construct destination brands.

## EVALUATING THE DESTINATION BRAND

As chapter four discussed in detail, evaluating a destination brand involves four phases: identifying the previous perceptions of the destination, identifying the communicative and rhetorical strategies of the campaign, and examining the discourse created by the campaign to

0171

finally determine the brand's level of resonance. Suggestions were offered in chapter four for locations whose brands have not prompted the media attention of Las Vegas. However, this idea of resonance will now be afforded a more in-depth discussion.

Destination brands have largely been thought to be the careful selection of an identifying logo or slogan capable of communicating emotional feelings about a location. However, this treatment of Las Vegas reveals the destination brand is more than a careful choice. A destination brand is constructed in two locations: the campaign itself and then again in the mind of potential visitors. Resonance on both levels is crucial to the successful destination brand. Consider a model (Figure 5.1) where the application of a brand serves as a vehicle for changing the way a location is perceived.

FIGURE 5.1

VEHICLE MODEL FOR DESTINATION BRANDING



Destination branding research has focused on how well the brand or the campaign accurately reflects the original identity, often referred to as essence. The insights gleaned here offer two new considerations to this treatment. One new consideration is the function of essence in the destination brand and the other is the acquiring of added status to the destination brand.

First, the essence is not a clearly defined reality rather a perception. Perceptions evolve and transition with events linked to the destination. Destination branding research has treated

0172

essence similar to the mythical pot of gold. Once the true essence is found, destination branding success is contained therein. This study argues the point that what the essence of Las Vegas is a cultural construct crafted over time, constantly being reinforced and updated by the potential tourist. Destination research needs to consider more in-depth examinations of the notion of essence in its case studies to more clearly define this term and its role in the destination brand.

Second, the location once branded is no longer the original identity but one that through the branding relationship has acquired new status. Recall the earlier example of the Louis Vuitton handbag owner. By talking about the product in a new way, the product has gained more status in the eyes of the owner. Once the name has been given to the handbag and referred to on more than one occasion as "Louie" it is unlikely it will be referred to as merely a purse or bag ever again. Once branded the destination's status has been changed creating a new identity with new perception sets and associations that can not be retracted. Consider how the original definition of a brand was to permanently mark an object with a sign of ownership. Destination brands also carry a notion of permanence previously untreated in destination branding research.

Las Vegas, when establishing its new brand had to reconcile the nineties family-friendly push as its previous brand. This makes the argument that even the perceived brand of a location contains some permanence even though the LVCVA was not behind the family-friendly push. Wanted or not, those campaigns altered the original identity, just as "what happens here, stays here" has permanently altered the identity of Las Vegas. Breaking or changing the new perception set would impede the resonance among audiences. Audiences may ask, why the change? And perceive the change in branding as a sign of weakness or cause for concern. Avoiding such unintended perceptions is why destination brand research has argued once a brand

0173

has been selected, the destination must have the fortitude to remain faithful to the brand over long periods of time, decades, rather than merely years.

So for locations that have already selected a destination brand and tried to promote themselves using it, they must remain with it, even if a different brand would have yielded better results indicated by the content analysis of media discourse in chapter four. For destinations considering this strategy, branding should not be implemented on a whim because once begun, its permanence will inhibit future promotional efforts. Thus changing the model to less of a vehicle model to a chain model (Figure 5.2)

FIGURE 5.2

CHAIN MODEL FOR DESTINATION BRANDING



In returning to the notion of resonance, destination brands are more than vehicles used to change outside perceptions with little long-term effects. As Las Vegas has become the "what happens here, stays here" place, its identity is now linked to this slogan as much, if not more than the neon lights, showgirls and roulette wheels it was already linked to. Consider a snowball started at the top of a hill, picking up additional snow and grass on its descent, growing in size as a result of the additional associations. A destination has one chance to get the brand right or risk multiple additional efforts to cover up the previous associations and branding efforts but the

0174

original efforts can never be completely extracted from the destination brand's identity as Las Vegas found with the family-friendly associations.

A destination brand's resonance is a measure of how well the destination brand not only reflects the physical location but the perceived characteristics of the location. This notion of brand resonance is also a measure of how well the brand synthesizes with the original identity to avoid creating dissonance among the audience. Further research needs to identify clear methods of measuring resonance both on campaign and viewer levels, this study has simply taken the first phase in identifying the importance of destination brand resonance.

<u>Critical Probes</u>

Destinations seeking to use this highly complicated and yet seemingly basic form of communication should consider the example Las Vegas has set and rather than imitate, formulate strategies appropriate for their location. Studying Las Vegas has revealed several strategies, presented here as critical probes, meant not to simplify the branding process but to begin the dialogue necessary to create successful destination brands. Through the development of the probes offered here, the author hopes the conversation regarding the use of this rhetorical strategy for a destination will be one considered carefully. Critical probes identified from each of the four phases of constructing a destination brand will be discussed in turn.

At the beginning of any destination embarking on the process of constructing a destination brand is one seminal question trumping all others: Is branding an appropriate strategy for the destination? Although Caldwell and Freire (2004) confirmed destinations could be branded does not mean that all destinations can be successfully branded. The destination's identity may not be clearly delineated, as Las Vegas' was, and thus frustrate the branding process

0175

and waste vast amounts of revenue raising the additional question: Are informative efforts more appropriate at this time?

The second question all destinations considering this strategy should answer is: Does the destination, and its stakeholders, have the revenue necessary to achieve the redundancy requisite to successfully brand the destination? If the destination suffers from an fragmented identity and has only limited resources, proceeding forward with a destination brand could cause more damage to the destination's identity, taking years to recover from a failed attempt.

The first phase of constructing a destination brand, destination identification, has critical probes derived from Campbell and Jamieson's five aims of advertising. *Recognition*: What previous promotions, by the destination, have been conducted and how permeating were their effects? *Redundancy*: Should previous promotions be repeated, if updated, to further redundancy? *Favorable associations*: What associations did the destination used to, or currently, prompt? What associations of the location can be found in film and television portrayals? *Differentiation*: What experiences that are unique to the destination, can the destination claim? *Participation*: What connotative power does the destination's name already hold?

The second phase, conducting research, has critical probes organized into two categories: rhetorical obstacles, influenced by Campbell and Huxman (2003) and rhetorical opportunities influenced by the findings in this study. Inclusion of Campbell and Huxman's treatment of rhetorical obstacles holds promise not only for the destination brand researcher, but the destination seeking to use branding as well. In seeking to construct the perfect, successful destination brand, many locations overlook the basic function of the brand to communicate a persuasive message. Returning to core elements of the act of persuasion, obstacles related to the subject/purpose, rhetor and audience offers insight for the location and builds upon the process

131

of identification that this researcher argues is a critical component in both the construction and evaluation of destination brands. First, rhetorical obstacles must be addressed on four fronts, those relating to the *rhetor*, the *subject*, the *audience* and the *purpose*.

Rhetor related obstacles: How can the branding campaign address the *rhetor* related obstacles stemming from the destination's track record? Appearance? How the rhetor was introduced to the audience? Context? Occasion? For example, New Orleans, post- Hurricane Katrina has new rhetor based obstacles stemming from issues outside of the city's love for Mardi Gras celebrations. Addressing these obstacles is requisite to any promotional efforts.

Subject related obstacles: How can the branding campaign address the *subject* related obstacles stemming from issue complexity? Cultural history? Despite Israel's successful branding efforts, breakdowns in the peace process cloud the issue of visiting for tourists. The cultural history of the destination also raises obstacles for tourist who knows the cycle of unrest plaguing the area.

Audience related obstacles:  How can the branding campaign address audience obstacles related to inattention? Misperceptions based on audience's attitudes, beliefs and decoding issues? Lack of motivation based on the audience's needs and values? Inertia?  These probes should be addressed beyond determining target audience demographics so that they address the rhetorical climate created by the audience.

Purpose related obstacles: How can the branding campaign address purpose obstacles stemming from cost? Control? Las Vegas is a strong testament for working with airlines to create mutually beneficial partnerships and working with, not against mediated treatments from Hollywood.

The second category of the conducting research phase should contain rhetorical opportunity probes that call the destination to consider how to communicate within the context of culture and still resonate with the destination's identity. They raise questions like, What myths/narratives are connected to the location? How can the brand resonate with the identified myths/narratives? What are possible brands for the destination and which one of the possibilities resonates most with the destination identification analysis? What types of communication or grammatical constructions can uniquely be linked to the destination? Which type(s) of branding, mind-share, emotional, viral or cultural (Holt 2004), is (are) the most appropriate for the destination?

Strategy selection, the third phase, still involves research with an overtly communicative focus but these probes are designed to prompt decisions regarding the brand. What strategies are being used by other destinations? What core forms of persuasion/rhetoric are appropriate for the destination brand selected? What strategies are capable of translating obstacles into opportunities as Las Vegas did with its family-friendly associations? Is reducing the role of amenities appropriate for the destination being branded? What social needs can be associated with the destination?

The final phase, obtaining participation, draws from Burke's understanding of consubstantiality. How can audience participation be invoked in the branding campaign? How can ambiguity (mystification) function to increase participation? What experiences unique to the destination focus on the tourist experience?

The previous four phases of constructing destination brands are a pre-cursor to the critical probes of evaluating a destination brand once constructed and implemented. Does the slogan utilized bring the brand to a conceptual close? Is the brand constructed from an external or

internal perspective? How is the brand received in the media? How is the brand received on a local level? If there is local resistance, it may be an indication of success outside the destination, although this possibility is in direct opposition to D'Hautesserre findings (2001). Are the core forms of communication used in the campaign compatible with each other? What does the brand prompted discourse reveal about how the brand resonates with the destination's original identity? Are previous associations being upheld or de-emphasized?

CONCLUSION

The analysis of the Las Vegas branding efforts from 2000-2006 has indicated Las Vegas is indeed a "power brand" (Parente 2000). The campaign's swift successes made branding a destination appear easy when the opposite is true. Las Vegas' destination brand is an example of a sophisticated form of goal-oriented communication that is still reliant on its more basic forms. Destination branding research needs to incorporate methods, theories and frameworks capable of examining the basic forms in the complex formation of a destination brand.

Given the relationship components discussed in branding research and place attachment research, the elevation of location to agent is worthy of continued attention. Morgan, Pritchard & Piggott cite the World Tourism Organization's prophecy that "the next century will mark the emergence of tourism destinations as a fashion accessory. The choice of holiday destination will help define the identity of the traveler" (2003). This notion makes the example of the Louis Vuitton handbag all the more relevant to this analysis. We elevate our brand relationships, give them additional status and then use them to define our identities. As Jeremy Hildreth, brand consultant and co-author of *Brand America*, simply states the WTO's prophecy as "you are

0179

where you go" (2006 p23). Clearly, Burke's treatment of identification as accessed via destination brands is not off the mark.

Destination branding research may be facing challenges and lagging behind the rate at which this rhetorical strategy is being used, however when places are used as status indicators to maintain the status quo research needs to take note. Destination branding trends should continue to be monitored for their associations to societal power and status. Status indicators before required the purchase of an item, now one can talk about place and use talk to usurp others' place attachments. Consider the ramifications of using places as status indicators when the anthropological perspective indicates people form attachments via talking about place. Communicating about place has the potential to become a means of maintaining societal power norms while undermining the basic human need to establish senses of place.

The examination of Las Vegas also indicates the destination branding process is evolutionary and is rooted in the destination's identity, constructed through the branding campaign and permeates society over time revealed by monitoring the frequency of slogan uses by year in chapter four. Las Vegas was able to form its brand under five years because it had a hundred years of well-known history as a canvas to construct the new brand. Weinrich's S-shaped curve of brand birth, growth, maturity, decay and death (in Morgan, Pritchard & Piggott 2004 p24) indicates that the Las Vegas is well on its way to maturity, despite some critics complains that the latest installment is "cute by not particularly memorable. Maybe its time to come up with new ways to condone irresponsible behavior" (Von Hoffman 2006). While some brand champions may argue they are still growing the brand, its wide reception into the spoken lexicon as indicated in chapter four may have expedited the brand's growth. Only time will tell if the expediting of the brand accelerated its decay.

0180

Unfortunately, it seems this analysis also suggests even successful destination brands should expect local resistance. Encountering local backlash to branding efforts was explained in this analysis as being a matter of perspective, internal versus external. For that destination branding challenge, there may be no resolution.

This analysis of Las Vegas also raised several questions such as how a brand impacts a city when the brand falls out of favor? What, then, are the long-term effects on the location? How do those effects impact people's formation of place attachments? Another area of concern not addressed here is what can place attachment theory reveal about other destination brands? Comparing Las Vegas with another location might offer additional answers. The final area of inquiry raised by this analysis is can the evaluative strategies offered here replace the definitive set of brand success criteria Hankinson called for? As well as, what additional evaluative strategies will make the list more complete?

This study's in-depth treatment of destination branding in an American context on a city level confirms that American destinations can be branded effectively. Beyond that, the analysis indicates the brand can permeate the culture and become part of the identity attached to the destination by society. What this study can not offer, however, is any prediction of how long the Las Vegas slogan and brand will remain prominent. The question is not, whether or not what happened in Las Vegas will stay in Las Vegas, but how long will what worked for Las Vegas continue to work for Las Vegas?

0181

BIBLIOGRAPHY

0182

BIBILOGRAPHY

Aaker, D.A. (1991). *Managing Brand Equity*. Free Press.

Airwaves Productions (Producer). (2000). *LVCVA Freedom* [commercials]. Videotape Available from the LVCVA, 3150 Paradise Road, Las Vegas, NV 89109.

Altman, I. & Low, S.M. (1992) *Place Attachment*. Volume 12 of *Human Behavior and Environment* series. New York: Plenum.

AMA (1960). *Marketing definitions: a glossary of marketing terms*. Chicago: American Marketing Association.

Anderson, K. (1994, January 10). Las Vegas, U.S.A.: Booming with three new mega-hotel-casinos, the city now seems mainstream. But that's only because the rest of America has become more like Vegas.  *Time*, 42-51.

Anholt, S. (2002). Nation-brands: the value of 'provenance' in branding in *Destination Branding: creating the unique destination proposition*. Oxford: Butterworth Heinemann. Morgan, N.J., Pritchard, A. & Pride, R. (eds.) (2002) 42-56.

Aristotle. (1954). *Rhetoric and Poetics*. New York: Random House.

Armstrong, K. (1999, August). Nike's Communication with Black Audiences: a sociological analysis of advertising effectiveness via symbolic interactionism. *Journal of Sport & Social Issues*, 23, 3, 266-286.

Avery, J. (2000). *Advertising Campaign Planning*. 3rd ed. Chicago: The Copy Workshop.

Beirne, M. (2001, January15). Vegas or Bust-Las Vegas offers more than just gambling. *Brandweek,* 42, 24-27. Retrieved September 22, 2005, from Infotrac database.

Beirne, M. (2004, October 11). Playing for Keeps. *Brandweek*. R&R Partners website.

Berliner, T. (2001, Summer). The pleasures of disappointment: sequels and The Godfather Part II. *Journal of Film and Video*, 53, 2-3, 107-23.

Briggs, N. (2004, April 8). Slogan's Run. The Las Vegas Mercury Online. Retrieved February 28, 2007. <http://www.lasvegasmercury.com/2004/MERC-Apr-08-Thu-2004/23579319.html>.

Burke, K. (1950). *A Rhetoric of Motives*. Berkeley: University of California Press.

Burke, K. (1955). *A Grammar of Motives*. New York: George Braziller, Inc.

0183

Caldwell, N. & Freire, J.R. (2004). The differences between branding a country, a region and a city: Appling the Brand Box Model. *Brand Management*, 12, 1, 50-61.

Campbell, K.K. & Huxman, S.S. (2003) *The Rhetorical Act.*. 3rd ed. Belmont: Wadsworth Thomson Learning.

Campbell, K.K. & Jamieson, K.H. (2001) *The Interplay of Influence*. 5th ed. Belmont: Wadsworth Thomson Learning.

Cook, G. (2001). *The Discourse of Advertising*. 2nd ed. London: Routledge.

Crowley, M. (2005, December 30). LV brand shiny in '05, poll shows. *The Las Vegas Review-Journal*, 4D.

D'Hauteserre, A.M. (2001, February). Destination Branding in a Hostile Environment. *Journal of Travel Research*, 39, 300-307.

Day, J. Skidmore, S. & Koller, T. (2002, March). Image selection in destination positioning: a new approach. *Journal of Vacation Marketing*, 8, 2, 177-186.

De Chernatony, L., Dall Olmo, F. & Harris, F. (1998) Criteria to assess brand success. *Journal of Marketing Management*. 765-781.

De Chernatony, L., & McDonald, M. (2001). Creating *Powerful Brands in Consumer, Service and Industrial Markets*. Oxford: Butterworth Heinemann.

Denton, S. & Morris, R. (2001). *The Money and the Power: The Making of Las Vegas and its hold on America, 1947-2000*. New York: Alfred A. Knopf.

Frey, L.R., Botan, C.H., Friedman, P.G. & Kreps, G.L., (1992). *Interpreting Communication Research: A Case Study Approach*. Englewood Cliffs: Prentice Hall.

Jhally, S. (2003). Image-Based Culture: advertising and popular culture. In G. Dines & J.M. Humez (eds). *Gender, Race, and Class in Media* (pp. 249-257). Thousand Oaks: Sage.

Ekinci, Y. & Hosany, S. (2006, November). Destination Personality: an application of brand personality to tourism destinations. *Journal of Travel Research*, 45, 127-139.

Erjavec, K. (2004). Beyond advertising and journalism: hybrid promotional news discourse. *Discourse & Society*: 15, 5, 553-578.

Fall, L.T. (2004). The increasing role of public relations as a crisis management function: an empirical examination of communication restrategising efforts among destination organization managers in the wake of 11th September, 2001. *Journal of Vacation Marketing*, 10, 238-252.

0184

Fairclough, N. (1993) Critical Discourse Analysis and the marketization of public discourse: the universities. *Discourse & Society* 4, 2, 133-168.

Figgis, M., Cazès, L., Stewart, A. & Johnson, A. (1996, Summer). Leaving Las Vegas. *Film Quarterly*, 49, 4, 38-40.

Fisher, W. R. (1985, December). The Narrative Paradigm: an elaboration. *Communication Monographs,* 52, 347-367.

Flass, R. (2003, November 12). R&R Gains $320 Mil. Vegas Tourism Extension. *Adweek.com*. Retrieved February 4, 2007 from Lexis-Nexis database.

Flass, R. (2004, February 10). R&R Creates more chapters of Vegas Stories. *Adweek.com*. Retrieved March 22, 2006, from Lexis-Nexis database.

Flowerdew, J. (2004). The discursive construction of a world-class city. *Discourse & Society*: 15, 5, 579-605.

Foley, A. & Fahy, J. (2004, February). Incongruity between expression and experience: the role of imagery in supporting the positioning of a tourism destination brand. *Brand Management*. 11, 3, 209-217.

Friess, S. (2004, March 28). A firm hits jackpot on Las Vegas ads, campaign phrase enters the lexicon. *The Boston Globe*, A14. Retrieved March 20, 2006 from Lexis-Nexis database. Gobe, M. (2001). *Emotional Branding*. New York: Allworth Press.

Greenberg, M. (2003, June). The Limits of Branding: The World Trade Center, Fiscal Crisis and Marketing of Recovery. *International Journal of Urban and Regional Research*: 27.2, 386-416.

Greenblatt, A. (2002, March). Meet Marketing. *Governing Magazine,* p34. Retrieved November 7, 2005, from Lexis-Nexis database.

Gretzel, U., Fesemaier, D.R., Formica, S. & O'Leary, J.T. (2006, November). Searching for the future: Challenges faced by destination marketing organizations. *Journal of Travel Research,* 45, 116-126.

Grossberg, L., Wartella, E. Whitney, D.C., & Wise, J.M. (2006). *Media Making: Mass Media in a Popular Culture.* 2nd ed. Thousand Oaks: Sage.

Hall, D. (2002, April). Brand Development, tourism and national identity: the re-imaging of former Yugoslavia. *Journal of Brand Management*, 9, 323-334.

Hampton, H. (1994, July). Elvis dorado: the true romance of Viva Las Vegas. *Film Comment*, 30, 4, 44-48.

0185

Hankinson, G. (2001, November).Location Branding: a study of the branding practices of 12 English cities. *Brand Management*, 9, 127-142.

Harpaz, B.J. (2005, October 12). What happens in Las Vegas still means fun for families who stay here. *Associated Press State & Local Wire*. Retrieved March 20, 2006 from Lexis-Nexis database.

Hart, R.P. & Daughton, S.M. (2005). *Modern Rhetorical Criticism*. Boston: Pearson Education.

Hildreth, J. (2006, January 26). Match Character with Destination. *Design Week*, 23.

"Historical Las Vegas Visitor Statistics (1970-2006)." *Las Vegas Convention and Visitor's Authority*. <http://www.lvcva.com/press/statistics-facts/index.jsp>.

Holt, D.B. (2004). *How brands become icons*. Boston: Harvard Business School Press.

Jones, C. (2003, September 7). Provocative Ads from Las Vegas Convention Authority Draw Ire. The Las Vegas Review-Journal. Retrieved March 20, 2006, from Lexis-Nexis database.

Kerr, G. (2006, April-June). From destination brand to location brand. *Brand Management*, 13,4/5, 276-283.

King, J. (2002). Destination Marketing Organizations—Connecting the experience rather than promoting the place. *Journal of Vacation Marketing*, 8, 2, 105-108.

King, S. (1970). *What is a brand?* London: J. Walter Thompson.

King S. (1973). *Developing new brands.* London: Pitman.

Knightly, A.M. (2007 February 2). Las Vegas Convention Authority, Vegas.com win Adrian Awards. *The Las Vegas Review-Journal*. Retrieved February 19, 2007 from Lexis-Nexis database.

Konecnik, M. (2004, April). Evaluating Slovenia's image as a tourism destination: a self-analysis process towards building a destination brand. *Brand Management*, 11, 4, 307-316.

Korpela, K.M., Hartig, T., Kaiser, F.G. & Fuhrer, U. (2001, July). Restorative Experience and Self-Regulation in Favorite Places. Environment and Behavior: 33, 4, 572-589.

Kyle, G., Graefe, A. & Manning, R. (2005, March). Testing the Dimensionality of Place Attachment in Recreational Settings. *Environment and Behavior*: 37, 2, 153-177.

Land, B., & Land, M. (1999). *A Short History of Las Vegas*. Reno: University of Nevada Press.

Lannon, J. & Cooper, P. (1983). Humanistic advertising: a holistic cultural perspective. *International Journal of Advertising*. 2, 195-213.

0186

"Las Vegas." *World Book Online Reference Center*. 2005. World Book, Inc. 2 Nov. 2005. http://www.worldbookonline.com/wb/Article?id=ar314060.

"Las Vegas Convention and Visitor's Authority." *Las Vegas Convention and Visitor's Authority*. Retrieved February 4, 2007, from LVCVA website. http://www.lvcva.com.

"Las Vegas Convention and Visitor's Authority." *R&R Partners*. Retrieved November 28, 2005 from R&R Partners website.
<http://www.rrpartners.com/work/case_study_revised.cfm?client=73>.

Littlejohn, S.W. & Foss, K.A. (2005). Theories of Human Communication. 8th ed. Belmont: Thomson Wadsworth.

"LVCVA Names Brock Wilder Leader and Host of Las Vegas Freedom Party." (2000, September 25). *PR Newswire*. Retrieved September 26, 2005 from Lexis-Nexis database.

"London named one of the top three city brands in the world." (2005, September 14). *PRNewswire Europe Including UK Disclose*. Retrieved November 2, 2005 from Proquest Database.

Maslow, A. H. (1943). A Theory of Human Motivation. *Psychological Review*, 50, 370-396.

McCarthy, M. (2005, April 11). Vegas goes back to naughty roots. *USA Today*, 6B.

Mesch, G.S. & Manor, O. (1998, July). Social Ties, Environmental Perception and Local Attachment. Environment and Behavior: 30, 4, 504-519.

Mommas, H. (2003). *City Branding*. Rotterdam: NAI Publishers.

Morgan, N.J., & Pritchard, A. (1999) Building Destination Brands; the cases of Wales and Australia. *Journal of Brand Management*, 7 p 103-118.

Morgan, N.J., Pritchard, A. & Pride, R. (2002). *Destination Branding: creating the unique destination proposition*. Oxford: Butterworth Heinemann.

Morgan, N.J., Pritchard, A. & Piggott, R. (2003, June). Destination branding and the role of the stakeholders: the case of New Zealand. *Journal of Vacation Marketing*. 9, 285+. Retrieved November 2, 2005 from Proquest Database.

Nickerson, N.P., & Moisey, R. N., (1999, March 3). Branding a state from features to positioning: making it simple? *Journal of Vacation Marketing,* 5, 217-226.

Paher, S.W. (1971). *Las Vegas: As it began—as it grew*. Las Vegas: Nevada Publications.

Parente, D. (2000). *Advertising Campaign Strategy: A guide to marketing communication plans*. 2nd ed. Fort Worth: The Dryden Press, Harcourt College Publishers.

0187

Poon, P. (2006). The tragedy of Michael Corleone in The Godfather Part III. Literature/Film Quarterly, 34, 1, 64-70.

Reed, T. (2006, August 27). Tourism officials try to reintroduce Orlando in new ad campaign. *The Associated Press State & Local Wire.* Retrieved February 28, 2007 from Lexis-Nexis database.

Ritchie, J.R. & Ritchies, J.B. (1998). 'The branding of tourism destinations', in *Annual Congress of International Association of Scientific Experts in Tourism,* Morrocco, September.

Ritter, J. (2006, November 13). Las Vegas closing in on full house. *USA Today*, 3A.

Thomaselli, R. (2004, March 8). Las Vegas ad slogan takes on a life of its own; Tagline turns up on Oscars, news shows. *Advertising Age*, 6.

Velotta, R.N. (2001, November 26). Las Vegas tourism rebound aided by new ad campaign. *The Las Vegas Sun*. Retrieved February 2, 2007 from Lexis-Nexis Database.

Voight, J. (2000, June 12). Striptease R&R Partners Sells the Vegas Dream. *Adweek*. Retrieved February 2, 2007 from Lexis-Nexis Database.

Von Hoffman, C. (2006, September 25). Vegas is getting old. *Brandweek*. Retrieved February 28, 2007 from Lexis-Nexis database.

Weiss, G. & Wodak, R. (eds) (2003). *Critical Discourse Analysis: Theory and Interdisciplinarity*. New York: Palgrave Macmillan.

0188

APPENDICES

0189

APPENDIX 1

FURTHER READINGS IN DESTINATION BRANDING

Anholt, S. (2002). Nation-brands: the value of 'provenance' in branding in *Destination Branding: creating the unique destination proposition*. Oxford: Butterworth Heinemann. Morgan, N.J., Pritchard, A. & Pride, R. (eds.) (2002) 42-56.

Caldwell, N. & Freire, J.R. (2004). The differences between branding a country, a region and a city: Appling the Brand Box Model. *Brand Management*, 12, 1, 50-61.

D'Hauteserre, A.M. (2001 February). Destination branding in a hostile environment. *Journal of Travel Research*. 39, 300-307.

Day, J. Skidmore, S. & Koller, T. (March 2002). Image selection in destination positioning: a new approach. *Journal of Vacation Marketing*, 8, 2, 177-186.

Ekinci, Y. & Hosany, S. (November 2006). Destination Personality: an application of brand personality to tourism destinations. *Journal of Travel Research*, 45, 127-139.

Fall, L.T. (2004 June). The increasing role of public relations as a crisis management function: An empirical examination of communication restrategising efforts among destination organization managers in the wake of 11th, September, 2001. *Journal of Vacation Marketing*. 10, 238-252.

Gilmore, F. (2002). Branding for Success in *Destination Branding: creating the unique destination proposition*. Oxford: Butterworth Heinemann. Morgan, N.J., Pritchard, A. & Pride, R. (eds.) (2002) 42-56.

Greenberg, M. (June 2003). The Limits of Branding: The World Trade Center, Fiscal Crisis and Marketing of Recovery. *International Journal of Urban and Regional Research*: 27.2, 386-416.

Hall, D. (2002 April). Brand Development, tourism and national identity: the re-imaging of former Yugoslavia. *Journal of Brand Management*. 9, 323-334.

Hankinson, G. (November 2001).Location Branding: a study of the branding practices of 12 English cities. *Brand Management*, 9, 127-142.

Kerr, G. (April-June 2006). From destination brand to location brand. *Brand Management*, 13, 4/5, 276-283.

King, J. (2002). Destination Marketing Organizations—Connecting the experience rather than promoting the place. *Journal of Vacation Marketing*, 8, 2, 105-108.

Konecnik, M. (April 2004). Evaluating Slovenia's image as a tourism destination: a self-analysis process towards building a destination brand. *Brand Management*, 11, 4, 307-316.

Morgan, N.J., & Pritchard, A. (1999) Building Destination Brands; the cases of Wales and Australia. *Journal of Brand Management*, 7 p 103-118.

Morgan, N.J., Pritchard, A. & Piggott, R. (2003 June). Destination branding and the role of the stakeholders: the case of New Zealand. *Journal of Vacation Marketing*. 9, 285+. Retrieved November 2, 2005 from Proquest Database.

Morgan, N.J., Pritchard, A. & Pride, R. (2002). *Destination Branding: creating the unique destination proposition*. Oxford: Butterworth Heinemann.

Nickerson, N.P., & Moisey, R. N., (3 March 1999). Branding a state from features to positioning: making it simple?" *Journal of Vacation Marketing,* 5, 217-226.

Ritchie, J.R. & Ritchies, J.B. (1998). 'The branding of tourism destinations', in *Annual Congress of International Association of Scientific Experts in Tourism,* Morrocco, September.
Slater, J. (2002). Brand Louisiana: 'Come as you are. Leave Different. ®' in *Destination Branding: creating the unique destination proposition*. Oxford: Butterworth Heinemann. Morgan, N.J., Pritchard, A. & Pride, R. (eds.) (2002) 148-162.

Weinrich, L. (1999). *11 Steps to Brand Heaven: The Ultimate Guide to Buying an Advertising Campaign*. Kogan Page.

0191

APPENDIX 2

LIST OF TELEVISION SPOTS

*(While some names indicated here were the names given by the campaign, many are named by the author. Note \* indicates spot was not included in analysis.)*

Freedom Campaign (2000-December 2002)

>*Mud Flap Girls*
>*Arctic Man*
>*Welcome to Las Vegas sign*\*
>*Red Carpet* (Oscars)
>*Game* (All Star Game)
>*Vegas Calling* (series of spots)\*

Companion Freedom Campaign (Sept. 2000-Jan. 2001)

>*Chair*
>*Fireplace*
>*Flag*
>*Statue*

Post-9-11 Campaign (January 2002-June 2002)

>*Sinatra*
>*"It's Time for You"*

Vegas Stories (2003-2006)

| I | II | III |
|---|---|---|
| *Limo/Mistress* | *Silent Car* | *Boxing* |
| *Conventioneers* | *Grandparents* | *Parents* |
| *Post Card* | *Wake-Up Call* | *Voicemail* |
| *Wedding Chapel* | *Lost Luggage* | *Bachelor Party* |

0192

<u>Vegas Alibi (2005)</u>

>*Shopping*
>*Dining*
>*Shows*

<u>Only Vegas (2006)</u>

>*Name Game*
>*Pool w/cell phone\**
>*Clovergrove Gardner\**

R&R Partners holds all copyrights to television spots listed here and requests to obtain spots should be directed to R&R Partners, 900 South Pavilion Center Drive, Las Vegas, NV 89144

0193

APPENDIX 3

CAMPAIGN IMAGES

Figure 3.1



Limo/Mistress ©R&R Partners

Figure 3.2



Wedding Chapel ©R&R Partners

Figure 3.3



Lint Roller ©R&R Partners

Figure 3.4



Wake Up Call ©R&R Partners

Figure 3.5



Lost Luggage ©R&R Partners

0194

Figure 3.6



Postcard ©R&R Partners

Figure 3.7



Dining ©R&R Partners

Figure 3.8



Wedding Chapel Kiss ©R&R Partners

Figure 3.9



Name Game ©R&R Partners

Campaign images were reprinted with permission. R&R Partners holds all copyrights to the images shown here. Requests for permission to use images should be directed to R&R Partners, 900 South Pavilion Center Drive, Las Vegas, NV, 89144.

150

APPENDIX 4

INTER-CODER RELABILITY CALCULATIONS FOR THREE CODERS

| Variable | Shared Codes | Total Codes Found | Percent Agreement |
|---|---|---|---|
| Article Type | 55 | 60 | 91.6 |
| Article Focus | 55 | 60 | 91.6 |
| Article Valence | 34 | 48 | 70.8 |
| Total Sin References | 42 | 60 | 70.0 |
| Historical Sin References | 59 | 60 | 98.3 |
| Use of "sin" | 58 | 60 | 96.7 |
| Other sin terms | 54 | 60 | 90.0 |
| Sexual references | 54 | 60 | 90.0 |
| Total of Amenities References | 49 | 60 | 81.6 |
| Named Amenities | 53 | 60 | 88.3 |
| Generic Amenities | 52 | 60 | 86.6 |
| Number of Slogans found | 122 | 127 | 96.1 |
| Slogan Manner | 114 | 127 | 89.7 |
| Slogan Function | 104 | 127 | 81.8 |

(shared codes/total codes =%)

151

# APPENDIX 5

## CRITICAL PROBES FOR CONSTRUCTING & EVALUATING DESTINATION BRANDS

To brand or not to brand?

1. Is branding an appropriate strategy for the destination?

2. Are informative efforts more appropriate at this time?

3. Does the destination, and its stakeholders, have the revenue necessary to achieve the redundancy requisite to successfully brand the destination?

Destination Identification

1. Recognition: What previous promotions, by the destination, have been conducted and how permeating were their effects?

2. Redundancy: Should previous promotions be repeated, if updated, to further redundancy?

3. Favorable associations: What associations did the destination used to, or currently, prompt? What associations of the location can be found in film and television portrayals?

4. Differentiation: What experiences that are unique to the destination, can the destination claim?

5. Participation: What connotative power does the destination's name already hold?

Conducting Research

<u>Rhetorical Obstacles</u>

1. Rhetor: How can the branding campaign address the *rhetor* related obstacles stemming from the destination's track record? Appearance? How the rhetor was introduced to the audience? Context? Occasion?

2. Subject: How can the branding campaign address the *subject* related obstacles stemming from issue complexity? Cultural history?

3. Audience:  How can the branding campaign address audience obstacles related to inattention? Misperceptions based on audience's attitudes, beliefs and decoding issues? Lack of motivation based on the audience's needs and values? Inertia?

0197

4. Purpose: How can the branding campaign address purpose obstacles stemming from cost? Control?

Rhetorical Opportunities

1. What myths/narratives are connected to the location?

2. How can the brand resonate with the identified myths/narratives?

3. What are possible brands for the destination and which one of the possibilities resonates most with the destination identification analysis?

4. What types of communication or grammatical constructions can uniquely be linked to the destination?

5. Which type(s) of branding, mind-share, emotional, viral or cultural (Holt 2004), is (are) the most appropriate for the destination?

Strategy Selection

1. What strategies are being used by other destinations?

2. What core forms of persuasion/rhetoric are appropriate for the destination brand selected?

3. What strategies are capable of translating obstacles into opportunities as Las Vegas did with its family-friendly associations?

4. Is reducing the role of amenities appropriate for the destination being branded?

5. What social needs can be associated with the destination?

Invoking Participation

1. How can audience participation be invoked in the branding campaign?

2. How can ambiguity (mystification) function to increase participation?

3. What experiences unique to the destination focus on the tourist experience?

0198

Evaluation

1. Does the slogan utilized bring the brand to a conceptual close?

2. Is the brand constructed from an external or internal perspective?

3. How is the brand received in the media?

4. How is the brand received on a local level?

5. Are the core forms of communication used in the campaign compatible with each other?

6. What does the brand prompted discourse reveal about how the brand resonates with the destination's original identity?

7. Are previous associations being upheld or de-emphasized?

0199

# EXHIBIT 6

Sin City Chamber of Commerce
references

## (0200-0201)

**EXHIBIT 6**

**PR.com**

Post Profile for Your Business     Submit Press Release

Join Now    Sign In

BUSINESSES    ARTICLES    PRESS RELEASES

**Sin City** CHAMBER of COMMERCE
*where business is pleasure*

▶ **Company Overview**      ▶ **Press Releases**      ▶ **Image Gallery**
▶ **Contact Info & Offices**

## Sin City Chamber of Commerce

**COMPANY OVERVIEW**      **Click here for Company History**

| | | | | |
|---|---|---|---|---|
| **Status:** | Private Company | **Founded:** | 2004 | **Annual Revenue (2018):** |
| **Exchange:** | - | **PR.com ID #:** | SI0638 | **Number of Employees:** - |
| **Symbol:** | - | **Website:** | www.sincitychamberofcommerce.com | |
| **Industries:** | Organizations & Institutions, Consumer Services, Retail & Consumer Services | | | |

**Company Description**

A Las Vegas Chamber of Commerce that embraces all businesses, the Sin City Chamber of Commerce offers a true chamber experience for all Las Vegas Businesses. Las Vegas / Sin City is like no other place on earth and the Sin City Chamber of Commerce is like no other Chamber. A fun, exciting and rewarding membership awaits you.

**COMPANY HISTORY**      **Click here for Company Overview**

The Sin City Chamber of Commerce is a member based business organization located in Las Vegas and created to promote with equality, respect and fairness the businesses that provide the products and services that Sin City Las Vegas is noted for worldwide.

The local economy in Las Vegas and the surrounding communities flourishes because of the services provided to a specific segment of the 36 million annual visitors, spending billions of dollars in the pursuit of fun and pleasure. Members of the Sin City Chamber of Commerce are owners and executives who believe their businesses are an essential part of the image and concept of Sin City.

🌄 Promote Your Business      Press Release Pricing      Email this page to a friend ✉

PR.com     Contact Us     About Us     Terms of Use     Help

# EXHIBIT 7

Nevada Day 2018 Website

## (0202-0203)

# EXHIBIT 7



Home    Info ⌄    Things To Do ⌄    Lodging    Dining    Events & Conferences ⌄    Store/Tickets    Contact

« All Events

This event has passed.

## Nevada Day 2018

**October 27, 2018 @ 8:00 am - 4:00 pm** Free



Nevadan's love a parade, but Nevada Day is more than just a parade! It is Nevada's Heritage Celebration, a gathering of community spirit to salute our state's past and look ahead to its future. Nevada Day is a grand celebration commemorating admission to statehood on October 31, 1864. Nevadan's have the distinction of holding the largest statehood celebration in the nation! The highlight is the **Nevada Day Parade**. This year will be our states 154th birthday, and also marks 80 year's since the Nevada Day Celebration moved to our Capitol, and featured a large parade downtown, on main street Carson City. Our Theme for this year's Nevada Day Celebration is **"A State of Economic Diversity" ,** which showcases the extremely diverse economic makeup of our beautiful state "" one of the most diverse in the Union, we feel, but you be the judge. Everything from: Tourism to Technology, Construction to Cuisine, Mining to Manufacturing, Health care to Hospitality, Gaming to Banking, Energy to Renewable Energy, Ranching to Agriculture, Auto Dealers to Service Centers, Real Estate to Warehousing, Arts to Entertainment, and yes, Legal Prostitution and Cannabis. The list just goes on and on! Let's not forget about Sports! The Reno Aces to Las Vegas 51's, along with Reno 1868 Soccer. The Las Vegas Golden Knights to the Las Vegas Raiders (due 2020), NASCAR, UFC, and NFR. True, we did unfortunately lose the Reno Bighorns, but then we did gain the Las Vegas Aces WNBA Team. Is it just me, or is Nevada becoming a Team Sports destination state as well! Please visit The Nevada Day Store located inside the Carson City Culture and Tourism Authority at 716 North Carson, we would love to see you!

+ GOOGLE CALENDAR    + ICAL EXPORT

# EXHIBIT 8

Minutes from Assembly Committee on Government Affairs, May, 12, 2017 at page 12; Exhibit E PowerPoint presentation by Senator Segerblom

## (0204-0216)

# EXHIBIT 8

Assembly Committee on Government Affairs
May 12, 2017
Page 12

There are 40 million people who visit Las Vegas annually and probably 50 million throughout the state. We will be advertising worldwide that marijuana is legal in Nevada. If visitors purchase marijuana here, they will not have a place to use it. They will have to go to their hotel room or walk up and down the Las Vegas Strip which, from my perspective, is not desirable.

Rather than stick our head in the sand [page 1, (Exhibit E)], I think it is important that we allow local governments to experiment based on what they deem appropriate. We are not mandating what they can do. Clark County has a Green Ribbon Advisory Panel that reviews land use and licensing of retail marijuana establishments. They are working with the Las Vegas Strip motels. The hotels have recognized that it would be better to have places for people to use marijuana rather than have them find a place on their own. Fifty-five percent of the voters approved the Nevada Marijuana Legalization Initiative, Question 2 (Q2) in the 2016 general election. To those of you who are worried about Nevada's reputation, Nevada has a history of endorsing exotic activities [page 3, (Exhibit E)]. About five miles over the hill in Mound House are brothels, so the idea that we might think a marijuana social club would be inappropriate for Nevada does not seem realistic.

The bill authorizes local governments to develop ordinances around marijuana. If they do not want to create any ordinances, they do not have to [page 10, (Exhibit E)].

**Assemblyman Kramer:**
I have a liberal streak. Since the citizens of Nevada voted to legalize recreational marijuana use, I am in favor of this bill. It seems like the language changed since the petition was circulated. I do not remember it including the open smoking in commercial establishments. It seems like the petition did not specifically include that language. Is S.B. 236 (R1) a step beyond what was voted on in the actual petition?

**Senator Segerblom:**
I do not believe so. We worked with the Legislative Counsel Bureau (LCB) and were very careful with the language. The Legislative Counsel Bureau has said that once an initiative has passed, there is a waiting period before something can be changed. The fact that this was approved by LCB tells me S.B. 236 (R1) does not contradict Q2. There may be some language concerning home use, but it did not specifically say it was not allowed. From my perspective, everyone anticipated this. The Governor is raising $70 million from the 10 percent excise tax. That means $700 million in marijuana sales in the next two years. I do not think the Governor thought I was going to use that much marijuana, or that this Committee might use that much. However, somebody will use it, and it will most likely be the 40 million tourists. Using marijuana in a hotel room or on the street is illegal. This bill provides local governments the choice of where marijuana can be used.

**Assemblywoman Bilbray-Axelrod:**
I have heard that the Royal Links Golf Course in Las Vegas is allowing people to smoke marijuana on the course. Is that legal? My concern is about a contact high from second-hand marijuana smoke. What if a person is in a place with their 10-year-old child?

Assembly Committee on Government Affairs
May 12, 2017
Page 35

## EXHIBITS

Exhibit A is the Agenda.

Exhibit B is the Attendance Roster.

Exhibit C is a proposed amendment to Senate Bill 183 (1st Reprint) submitted by the Nevada Rural Housing Authority and presented by Lucas M. Foletta, representing Nevada Rural Housing Authority.

Exhibit D is a letter in opposition to Senate Bill 183 (1st Reprint) to members of the Assembly Committee on Government Affairs, authored and submitted by Dora D. LaGrande, Asset Manager, Global Property Management Group, Inc.

Exhibit E is a copy of a PowerPoint presentation titled, "SB 236: Authorizes local governments to issue permits to businesses that allow the public use of marijuana," presented by Senator Tick Segerblom, Senate District No. 3.

Exhibit F is a letter dated May 10, 2017, in opposition to Senate Bill 236 (1st Reprint) to Chairman Flores and members of the Assembly Committee on Government Affairs, authored and submitted by John Packham, President, Nevada Tobacco Prevention Coalition.

Exhibit G is written testimony presented by Senator Yvanna D. Cancela, Senate District No. 10, regarding Senate Bill 429 (1st Reprint).

Exhibit H is the Work Session Document for Senate Bill 176 (1st Reprint), presented by Jered McDonald, Committee Policy Analyst, Research Division, Legislative Counsel Bureau.

Exhibit I is the Work Session Document for Senate Bill 188, presented by Jered McDonald, Committee Policy Analyst, Research Division, Legislative Counsel Bureau.



# SB 236

## Authorizes local governments to issue permits to businesses that allow the public use of marijuana.

Assembly Committee: Government Affairs
Exhibit: E     Page 1 of 10     Date: 05/12/2017
Submitted by: Senator Tick Segerblom





# SB 236 At a Glance
## Nevada Question 2

Last year, 55% of Nevadans voted to legalize the use of recreational marijuana.

E-2



0208

Nevada is known for being a state full of vices and pleasures.











# QUESTION 2- Marijuana is Legal in Nevada

## Where will they use it?

E-4



E-5



# What Nevada Does Not Need





E-6

# SB236 will allow....






E-7

# Local governments can choose to approve the use of marijuana

- ▸ Social Clubs?
- ▸ Bars?
- ▸ Restaurants?
- ▸ Concerts?
- ▸ Festivals?
- ▸ Hotels?



E-8

# Help Governor Sandoval raise $100 million





E-9

E-10



PASS SB 236!!!

# EXHIBIT 9

Campaign Contribution Reports from Brothels and Brothel Owners to State Officials

**(0217-0221)**

**EXHIBIT 9**

| Contributor | Date | Amount | Type | Recipient | Report |
|---|---|---|---|---|---|
| Asset Management Group, LLC | 10/23/08 | 3000.00 | Monetary Contribution | Donna H Kristaponis | 2009 Annual CE Filing |
| Asset Management Group, LLC | 10/24/08 | 3000.00 | Monetary Contribution | Donna H Kristaponis | 2008 CE Report 3 |
| Death Valley Travel Center, LLC | 10/15/12 | 500.00 | Monetary Contribution | Chuck Roberts | 2012 CE Report 4 (Amended) |
| DENNIES HOF | 2/2/18 | 7500.00 | Monetary Contribution | Dennis Hof | 2018 CE Report 1 |
| DENNIS A HOF | 12/10/18 | 1500.00 | Monetary Contribution | Dennis Hof | 2018 CE Report 5 |
| DENNIS A HOF | 12/13/18 | 1325.00 | Monetary Contribution | Dennis Hof | 2018 CE Report 5 |
| DENNIS A HOF | 11/5/18 | 6000.00 | Monetary Contribution | Dennis Hof | 2018 CE Report 5 |
| DENNIS A HOF | 11/13/18 | 725.00 | Monetary Contribution | Dennis Hof | 2018 CE Report 5 |
| DENNIS A HOF | 12/3/18 | 4800.00 | Monetary Contribution | Dennis Hof | 2018 CE Report 5 |
| DENNIS ALLEN HOF | 11/28/17 | 5000.00 | Monetary Contribution | Dennis Hof | 2018 Annual CE Filing |
| DENNIS ALLEN HOF | 6/9/17 | 5000.00 | Monetary Contribution | Dennis Hof | 2018 Annual CE Filing |
| Dennis Hof | 10/15/18 | 5000.00 | Monetary Contribution | Dennis Hof | 2018 CE Report 4 |
| Dennis Hof | 12/30/16 | 9000.00 | Monetary Contribution | Dennis Hof | 2016 CE Report 5 |
| Dennis Hof | 4/28/16 | 10000.00 | Monetary Contribution | Dennis Hof | 2016 CE Report 1 (Amended) |
| Dennis Hof | 10/17/16 | 5000.00 | Monetary Contribution | Dennis Hof | 2016 CE Report 4 |
| Dennis Hof | 10/19/16 | 5000.00 | Monetary Contribution | Dennis Hof | 2016 CE Report 4 |
| Dennis Hof | 10/20/16 | 5000.00 | Monetary Contribution | Dennis Hof | 2016 CE Report 4 |
| Dennis Hof | 9/8/17 | 100.00 | Monetary Contribution | NEVADA REPUBLICAN PARTY CENTRAL COMMITTEE | 2018 Annual CE Filing |
| Dennis Hof | 9/9/16 | 10000.00 | Monetary Contribution | Dennis Hof | 2016 CE Report 3 |
| Dennis Hof | 9/26/16 | 15000.00 | Monetary Contribution | Dennis Hof | 2016 CE Report 3 |
| Dennis Hof | 9/28/16 | 10000.00 | Monetary Contribution | Dennis Hof | 2016 CE Report 3 |
| Dennis Hof | 10/12/16 | 10000.00 | Monetary Contribution | Dennis Hof | 2016 CE Report 3 |
| Dennis Hof | 11/7/16 | 500.00 | Monetary Contribution | Dennis Hof | 2016 CE Report 5 |
| Dennis Hof | 11/7/16 | 5000.00 | Monetary Contribution | Dennis Hof | 2016 CE Report 5 |
| Dennis Hof | 11/16/16 | 3000.00 | Monetary Contribution | Dennis Hof | 2016 CE Report 5 |
| Dennis Hof | 11/22/16 | 1050.00 | Monetary Contribution | Dennis Hof | 2016 CE Report 5 |
| Dennis Hof | 12/8/16 | 1000.00 | Monetary Contribution | Dennis Hof | 2016 CE Report 5 |
| Dennis Hof | 10/21/16 | 10000.00 | Monetary Contribution | Dennis Hof | 2016 CE Report 4 |
| Dennis Hof | 10/27/16 | 6000.00 | Monetary Contribution | Dennis Hof | 2016 CE Report 4 |
| Dennis Hof | 10/31/16 | 20000.00 | Monetary Contribution | Dennis Hof | 2016 CE Report 4 |
| DENNIS HOF | 2/22/18 | 5000.00 | Monetary Contribution | Dennis Hof | 2018 CE Report 1 |
| DENNIS HOF | 3/13/18 | 5000.00 | Monetary Contribution | Dennis Hof | 2018 CE Report 1 |
| DENNIS HOF | 3/14/18 | 1750.00 | Monetary Contribution | Dennis Hof | 2018 CE Report 1 |
| DENNIS HOF | 4/11/18 | 12000.00 | Monetary Contribution | Dennis Hof | 2018 CE Report 1 |
| DENNIS HOF | 4/13/18 | 3000.00 | Monetary Contribution | Dennis Hof | 2018 CE Report 1 |
| DENNIS HOF | 5/3/18 | 2500.00 | Monetary Contribution | Dennis Hof | 2018 CE Report 1 |
| DENNIS HOF | 5/10/18 | 24000.00 | Monetary Contribution | Dennis Hof | 2018 CE Report 1 |
| DENNIS HOF | 5/14/18 | 10000.00 | Monetary Contribution | Dennis Hof | 2018 CE Report 1 |
| DENNIS HOF | 1/5/18 | 11000.00 | Monetary Contribution | Dennis Hof | 2018 CE Report 1 |
| DENNIS HOF | 1/8/18 | 5000.00 | Monetary Contribution | Dennis Hof | 2018 CE Report 1 |
| DENNIS HOF | 1/16/18 | 10000.00 | Monetary Contribution | Dennis Hof | 2018 CE Report 1 |
| DENNIS HOF | 2/15/18 | 2500.00 | Monetary Contribution | Dennis Hof | 2018 CE Report 1 |
| DENNIS HOF | 4/15/18 | 1000.00 | Monetary Contribution | Dennis Hof | 2018 CE Report 1 |
| DENNIS HOF | 5/21/18 | 2500.00 | Monetary Contribution | Dennis Hof | 2018 CE Report 2 (Amended) |
| DENNIS HOF | 5/29/18 | 97700.00 | Monetary Contribution | Dennis Hof | 2018 CE Report 2 (Amended) |
| Golden Dragon, LLC | 10/15/12 | 500.00 | Monetary Contribution | Chuck Roberts | 2012 CE Report 4 (Amended) |
| Home of Freedom | 12/29/17 | 1000.00 | Monetary Contribution | Ron Lee Knecht | 2018 Annual CE Filing |
| Home of Freedom | 1/5/18 | 1000.00 | Monetary Contribution | James Marchant | 2018 CE Report 1 |
| HOME OF FREEDOM | 9/15/18 | 500.00 | Monetary Contribution | NEVADA REPUBLICAN PARTY CENTRAL COMMITTEE | 2018 CE Report 3 (Amended) |
| Home of Freedom PAC | 4/11/18 | 300.00 | Monetary Contribution | Leo B Marchetti | 2018 CE Report 1 |
| Home of Freedom PAC | 4/11/18 | 500.00 | Monetary Contribution | Ron Boskovich | 2018 CE Report 1 (Amended) |
| Home of Freedom PAC | 1/15/19 | 500.00 | Monetary Contribution | Carolyn Goodman | 2019 Municipal CE Report 1 |
| Home of Freedom PAC | 9/19/18 | 375.00 | Monetary Contribution | Ron Lee Knecht | 2018 CE Report 3 |
| Home of Freedom PAC | 9/25/18 | 1000.00 | Monetary Contribution | Bob T Beers | 2018 CE Report 3 (Amended) |
| Rock n' Rodeo | 5/1/18 | 500.00 | In Kind Contribution | Debra Lea Strickland | 2018 CE Report 1 |
| Rock n' Rodeo | 5/11/18 | 600.00 | In Kind Contribution | Tina Trenner | 2018 CE Report 1 |
| Sierra National Corp | 2/5/14 | 500.00 | Monetary Contribution | Kenneth T Furlong | 2014 CE Report 1 |
| THOMAS MOTT | 10/19/12 | 500.00 | Monetary Contribution | Ron Kent | 2012 CE Report 4 |

| Contributor | Date | Amount | Type | Recipient | Report |
|---|---|---|---|---|---|
| CHICKEN RANCH | 4/11/18 | 250.00 Monetary Contribution | | Tina Trenner | 2018 CE Report 1 |
| Kenneth Green | 4/13/18 | 250.00 Monetary Contribution | | Leo Blundo | 2018 CE Report 1 |

| Contributor | Date | Amount | Type | Recipient | Report |
|---|---|---|---|---|---|
| Commercial Real Estate Service Inc. | 6/6/18 | 5000.00 | Monetary Contribution | Chris Giunchigliani | 2018 CE Report 2 |
| L. Lance Gilman Commercial Real Estate Service Inc | 10/5/18 | 5000.00 | Monetary Contribution | Aaron Darnell Ford | 2018 CE Report 3 (Amended) |

0220

| Contributor | Date | Amount | Type | Recipient | Report |
|---|---|---|---|---|---|
| Jennifer Milsap | 3/13/14 | 294.00 | In Kind Contribution | Shawn Mahan | 2014 CE Report 1 |
| Kris Thompson | 3/22/17 | 268.00 | In Kind Contribution | Committee to Recall Gerald Antinoro | 2017 Antinoro Recall CE Report 1 |
| Kris Thompson | 2/8/17 | 824.22 | In Kind Contribution | Committee to Recall Gerald Antinoro | 2017 Antinoro Recall CE Report 1 |
| Kris Thompson | 3/1/17 | 150.00 | In Kind Contribution | Committee to Recall Gerald Antinoro | 2017 Antinoro Recall CE Report 1 |
| Kris Thompson | 3/8/17 | 150.00 | In Kind Contribution | Committee to Recall Gerald Antinoro | 2017 Antinoro Recall CE Report 1 |
| Kris Thompson | 3/15/17 | 150.00 | In Kind Contribution | Committee to Recall Gerald Antinoro | 2017 Antinoro Recall CE Report 1 |
| Kris Thompson | 3/22/17 | 150.00 | In Kind Contribution | Committee to Recall Gerald Antinoro | 2017 Antinoro Recall CE Report 1 |
| Kris Thompson | 3/30/17 | 560.00 | In Kind Contribution | Committee to Recall Gerald Antinoro | 2017 Antinoro Recall CE Report 2 |
| Kris Thompson | 4/5/17 | 660.00 | In Kind Contribution | Committee to Recall Gerald Antinoro | 2017 Antinoro Recall CE Report 2 |
| Kris Thompson | 12/6/16 | 1647.14 | In Kind Contribution | Committee to Recall Gerald Antinoro | 2017 Antinoro Recall CE Report 1 |
| Kris Thompson | 1/17/17 | 1647.14 | In Kind Contribution | Committee to Recall Gerald Antinoro | 2017 Antinoro Recall CE Report 1 |
| Kris Thompson | 1/26/17 | 1647.14 | In Kind Contribution | Committee to Recall Gerald Antinoro | 2017 Antinoro Recall CE Report 1 |
| Kris Thompson | 3/1/17 | 268.00 | In Kind Contribution | Committee to Recall Gerald Antinoro | 2017 Antinoro Recall CE Report 1 |
| Kris Thompson | 3/8/17 | 268.00 | In Kind Contribution | Committee to Recall Gerald Antinoro | 2017 Antinoro Recall CE Report 1 |
| Kris Thompson | 3/15/17 | 268.00 | In Kind Contribution | Committee to Recall Gerald Antinoro | 2017 Antinoro Recall CE Report 1 |
| Kris Thompson | 12/1/16 | 50.00 | In Kind Contribution | Committee to Recall Gerald Antinoro | 2017 Antinoro Recall CE Report 1 |
| Kris Thompson | 1/1/17 | 50.00 | In Kind Contribution | Committee to Recall Gerald Antinoro | 2017 Antinoro Recall CE Report 1 |
| Kris Thompson | 1/15/17 | 50.00 | In Kind Contribution | Committee to Recall Gerald Antinoro | 2017 Antinoro Recall CE Report 1 |
| Kris Thompson | 2/1/17 | 50.00 | In Kind Contribution | Committee to Recall Gerald Antinoro | 2017 Antinoro Recall CE Report 1 |
| L Lance Gilman | 4/15/14 | 250.00 | Monetary Contribution | Bonnie Weber | 2014 CE Report 1 |
| L LANCE GILMAN | 7/24/14 | 250.00 | Monetary Contribution | Bonnie Weber | 2014 CE Report 3 |
| L. Lance Gilman | 11/1/10 | 1000.00 | Monetary Contribution | Gerald Antinoro | 2011 Annual CE Filing |
| L. Lance Gilman | 8/27/13 | 500.00 | Monetary Contribution | Bonnie Weber | 2014 Annual CE Filing |
| L. Lance Gilman | 11/1/10 | 1000.00 | Monetary Contribution | Gerald Antinoro | 2010 CE Report 3 |
| Lance Gillman | 4/2/14 | 1000.00 | Monetary Contribution | Jim Wheeler | 2014 CE Report 1 |
| Lance Gilman | 9/7/18 | 5000.00 | Monetary Contribution | Right Nevada PAC | 2018 CE Report 3 |
| Lance Gilman | 5/29/18 | 5000.00 | Monetary Contribution | Steve Sisolak | 2018 CE Report 2 (Amended) |
| Lance Gilman | 10/14/17 | 500.00 | Monetary Contribution | Daniel M Schwartz | 2018 Annual CE Filing |
| Lance Gilman | 4/1/17 | 5000.00 | In Kind Contribution | Committee to Recall Gerald Antinoro | 2017 Antinoro Recall CE Report 2 |
| Lance Gilman | 4/5/17 | 5000.00 | In Kind Contribution | Committee to Recall Gerald Antinoro | 2017 Antinoro Recall CE Report 2 |
| Lance Gilman | 3/15/17 | 1640.00 | In Kind Contribution | Committee to Recall Gerald Antinoro | 2017 Antinoro Recall CE Report 1 |
| Lance Gilman | 3/23/17 | 5200.00 | In Kind Contribution | Committee to Recall Gerald Antinoro | 2017 Antinoro Recall CE Report 1 |
| Lance LANCE GILMAN | 10/13/18 | 5000.00 | Monetary Contribution | Battle Born Nevadan PAC | 2018 CE Report 4 (Amended) |
| Northern Nevada Excavating, Inc. | 1/7/09 | 500.00 | Monetary Contribution | ABC Sierra Nevada PAC | 2010 Annual CE Filing |
| Willie and Lance Knox and Gilman | 3/13/14 | 450.00 | In Kind Contribution | Shawn Mahan | 2014 CE Report 1 |
| Willie and Lance Knox and Gilman | 10/10/14 | 840.00 | In Kind Contribution | Shawn Mahan | 2014 CE Report 3 (Amended) |