# FedEx® Express

**Extremely Urgent**

**For FedEx Express® Shipments Only**

Contents should be compatible with the container and packed securely. For shipping terms and conditions and our limits of liability, refer to applicable FedEx Express shipping document, the current FedEx Service Guide, or conditions of carriage.

For more information on FedEx Express services, solutions, and shipping locations, go to **fedex.com**, or contact your nearest FedEx location.

© 2018 FedEx 155475/155476 REV 3/18

See how FedEx ... e world in responsible and resourceful environ... Join our efforts by recycling this FedEx

RT 326   6   16:30   8770   A   07.10   FZ

ORIGIN ID:SLCA  (801) 895-3501
RUSSELL GODFREY GREER
669 E VINE ST

SALT LAKE CITY, UT 84107
UNITED STATES US

SHIP DATE: 08JUL19
ACTWGT: 0.50 LB
CAD: 6990525/SSF02002

BILL CREDIT CARD

TO  US COURT CLERK
    DISTRICT OF NEVADA
    400 SOUTH VIRGINIA STREET

    RENO NV 89501
    (775) 686-5800

TRK# 7883 3456 8770

CQ RNOA

THU - 11 JUL 4:30P
EXPRESS SAVER

89501
NV-US   RNO