**LIVE VIDEO:** Trump allies attack Cohen's credibility after explosive allegations against Trump. Click to watch full coverage …



▷ AdChoices

 **ASSOCIATED PRESS**

# Federal lawsuit seeks to ban legal prostitution in Nevada

**By SCOTT SONNER, Associated Press**    18 hrs ago





© iStock   Court gavel

RENO, Nev. — A Texas woman who says she was forced into prostitution at a Nevada brothel has filed a lawsuit seeking to outlaw bordellos in the state under a century old U.S. law prohibiting the transport of women across state lines for prostitution.

She also wants a judge to order the state to deposit $2 million in a fund annually to assist people seeking to exit the sex trade, including providing mental health services, job training and tattoo removal.

Lawyers for Rebekah Charleston cite the Mann Act of 1910 in the suit filed Monday in federal court in Reno.

The law banned interstate or foreign commerce transport "of any woman or girl for prostitution, debauchery or for any other immoral purpose."

Legal brothel operators argue women who work there are safer than those who engage in illegal prostitution on the streets.

© 2019 Microsoft      Privacy & Cookies   Terms of use   ⋯

https://www.msn.com/en-us/news/us/federal-lawsuit-seeks-to-ban-legal-prostitution-in-nevada/ar-BBU7Pfq

BROWSE - TOP - ALL | OBITS - WORLD - POLITICS - SPORTS - BUSINESS - CULTURE - EUROPE - STOCKS - CRIME - MONEY - MIDDLE  | LOGIN



**Choose Your News**



# Federal lawsuit seeks to outlaw brothels in Nevada, the only state with legal prostitution










Tuesday, February 26 - 11:13 PM Ventura County Star - Amy Alonzo

Reno lawyer Jason Guinasso, representing former brothel worker who says she was trafficked, files suit in federal court... [Read More]

More Journal Media Group



Browse - RSS

PLTFS0075

# KKFT NEWS

News from the KKFT Newsroom

Search this website …        SEARCH

## Federal lawsuit targets brothels in NV

By Newsroom

A federal lawsuit seeks to shutter all brothels in Nevada. The Reno Gazette-Journal reports the lawsuit was filed by Rebekah Charleston, who claims brothels violate her constitutional rights. She's seeking an injunction against the brothels in several places including Lyon and Storey counties. Last November, Lyon County voters defeated a measure that would've banned brothels.

Feb. 26, 2019 at 11:59 am

### STORY ARCHIVE

February 2019

January 2019

December 2018

November 2018

October 2018

September 2018

August 2018

July 2018

June 2018

May 2018

April 2018

March 2018

February 2018

January 2018

December 2017

November 2017

October 2017

September 2017

August 2017

July 2017

June 2017

May 2017

April 2017

March 2017

February 2017

January 2017

December 2016

November 2016

October 2016

September 2016

August 2016

July 2016

June 2016

May 2016

April 2016

## Lawsuit seeks to ban legal prostitution in Nevada

**Scott Sonner Associated Press**

February 26, 2019

RENO — A Texas woman who says she was forced into prostitution at a legal Nevada brothel has filed a lawsuit seeking to outlaw all bordellos in the state under a century old U.S. law prohibiting the transport of women across state lines for prostitution.

Rebekah Charleston also wants a federal judge to order the state to deposit $2 million in a contingency fund annually to assist people seeking to leave the sex trade, including providing mental health services, job training, child care, scholarships and tattoo removal.

Her lawyer cites the Mann Act of 1910 in the federal civil suit filed Monday in Reno.

The law criminalized the interstate or foreign commerce transport "of any woman or girl for prostitution, debauchery or for any other immoral purpose."

"The primary intent was to combat prostitution, immorality and human trafficking for the purposes of prostitution in the United States," according to Jason Guinasso, her Reno-based attorney.

Nevada law legalizing houses of prostitution in rural counties outside Las Vegas and Reno is in violation of the U.S. Constitution because "the brothel industry in Nevada openly notoriously persuades, induces, entices and coerces individuals to travel in interstate commerce to commit acts of prostitution," the suit alleges.

It asks a judge to strike down the local brothel ordinances in seven rural counties where a total of 21 bordellos now operate and declare them unconstitutional, null and void as pre-empted by federal law.

"Prostitution is modern day slavery. Like those subjected to slavery, the prostituted are subject to domination and to the arbitrary will of another person," the suit says.

Guinasso served as a lawyer for a Nevada group, "No Little Girl," which launched an unsuccessful campaign to end prostitution in Lyon County through a ballot measure last year.

Legal brothel operators argue the women who work there are safer than those who engage in illegal prostitution on the streets.

"Guinasso's actions will put thousands of women back into the hands of pimps working illegally," said Lance Gilman, a Northern Nevada real estate developer and owner of the Mustang Ranch brothel, which opened east of Reno in 1971 as the first formally sanctioned in the state.

Gilman said all workers there are independent contractors who undergo FBI background checks annually and regular health checkups to guard against sexually transmitted diseases.

Charleston, who now serves as executive director of a group that works to eradicate sexual exploitation based in Colleyville, Texas, claims a boyfriend forced her into prostitution when she was living on the streets as a homeless runaway. She says he traded her to a sex trafficker who eventually forced her to get a job at a brothel in Lyon County.

The suit cites a series of audits conducted by the Lyon County sheriff's office last year that found 168 of the 241 applicants for prostitute work cards there reside in a state other than Nevada and must travel to Nevada to engage in prostitution at the brothel. Thirty-seven of those traveled in foreign commerce to do so in 2017-18, the audit said.

"The women who have been trafficked through Nevada's legal brothel market have been subject to the deprivation of rights, privileges and immunities secured by the Constitution," the suit said.

Gilman said Guinasso would be better off trying to help illegal prostitutes escape from their pimps, working to outlaw the distribution of handbills on the Las Vegas Strip for illegal prostitution services and cracking down on illegal sexual services at massage parlors.

PLTFS0077

| 1. | PENNY STOCKS TO BUY | > | 3. | MEDICARE PART B COST FOR 2019 | > | 5. | FREE LAWYER HELP | > |
|---|---|---|---|---|---|---|---|---|
| 2. | 5% INTEREST SAVINGS ACCOUNTS | > | 4. | OLDER WOMEN TRENDY DRESSES | > | 6. | 2019 MILITARY PAY CHART | > |

# ZENITH ✦ NEWS

🛒   ☰   🔑   🏠   📰

## Lawsuit seeks to close Nevada brothels
Tuesday, February 26 12:29



A woman who says she was trafficked in Nevada brothels filed a federal lawsuit Monday to try to end legal prostitution in the state.

Click To Read Source 🔗

| 1. | PENNY STOCKS TO BUY | > |
|---|---|---|
| 2. | 5% INTEREST SAVINGS ACCOUNTS | > |
| 3. | MEDICARE PART B COST FOR 2019 | > |
| 4. | OLDER WOMEN TRENDY DRESSES | > |
| 5. | FREE LAWYER HELP | > |
| 6. | 2019 MILITARY PAY CHART | > |
| 7. | DRESSES FOR OLDER WOMEN | > |

## Similar News:
Check All News

### Republican candidate found dead in brothel by legendary porn star
Tuesday, October 16 09:45



Dennis Hof was found dead at one of the seven Nevada brothels he owned Tuesday by legendary porn star Ron Jeremy, according to reports.

☐ Read Later

### Sex robots BACKLASH as brothel workers reveal fury over 'dehumanising and dangerous' droids
Tuesday, September 18 13:45



SEX WORKERS have revealed their fury about the rise of sex robots and sex doll brothels, dubbing the industries "unhealthy and dangerous". Legal prostitutes in America say sex-bots R...

☐ Read Later

### WAYNE ALLYN ROOT: A Story of Massive Democrat Voter Fraud
Tuesday, December 11 09:27



By Wayne Allyn Root My adopted home state of Nevada just went all blue. Nevada offers lessons for the entire national GOP for what happens when you allow illegal aliens to vote in your state. There is ...

☐ Read Later

### Nevada Voters Elected a Dead Brothel Owner to State Assembly
Tuesday, November 6 20:57



Nevada Voters Elected a Dead Brothel Owner to State Assembly Deceased Nevada brothel owner Dennis Hof (R) won a seat .11/07/2018 7:56:59AM EST.

☐ Read Later

### 'I GOT A LOT TO SAY': Obama refers to himself 92 times during 38-minute NV speech
Monday, October 22 11:55



Barack Obama was supposed to talk about Nevada Senate candidate Jacky Rosen in Las Vegas on Monday. Appearing under the guise of speaking on behalf of Democrat candidates at a University of Nevada ...

☐ Read Later



≡ ALL SECTIONS

**Watch live**

**Former Trump lawyer Michael Cohen testifies before Congress**

COMMENTARY    **22 HRS AGO**

# Texas anti-sex trafficking activist sues Nevada to end legalized prostitution



*Ryan Sanders, Contributor*

Don't miss a story. Like us on Facebook.

Like 438K

An anti-human trafficking activist in North Texas has filed a federal lawsuit against the state of Nevada in a bid to end legalized prostitution there. The complaint, filed Monday morning in Reno by Rebekah Charleston, contends that Nevada's legal brothels are in violation of federal law preventing interstate commerce in prostitution, and that the market created by those brothels contributes to illegal sex trafficking. It names the state of Nevada, its Legislature and Gov. Steve Sisolak as defendants.

Charleston claims to have been trafficked in one of Nevada's legal brothels. Trafficking is illegal in every state, but prostitution is legal in Nevada only in licensed brothels in counties with fewer than 700,000 residents. There are currently 21 such brothels operating in seven counties. Now, more than a decade after her experience there, Charleston is executive director of Valiant Hearts, a nonprofit organization working to end sexual exploitation. She described her life as a victim of sex trafficking and her escape in a profile in *The Dallas Morning News*.



"Prostitution is inherently violent and no state in America should be a pimp-by-proxy, which is exactly what Nevada is doing by allowing brothels to exist," Charleston said. "It not only violates federal laws, but it also makes women public sexual property."

Charleston's attorney, Jason Guinasso, has been part of political efforts to end legalized prostitution before. He promoted a referendum to rescind prostitution laws in Lyon County, Nev., last year that was defeated.

"We just want to put a stop to this evil that is clearly harming women and clearly in violation of federal law," Guinasso said.

But it won't be easy.

"Going to federal court is no joke," Guinasso said. "Rebekah is symbolic of other women who have been subjected to this mistreatment, but it's hard to get a plaintiff to put their life on the line and withstand all the public scrutiny."

PLTFS0080

awareness of the sex trafficking industry, thanks to more media coverage. And the state of Nevada has just made history by becoming the first state to seat a majority-female Legislature. Plus, Guinasso said, Nevada's governor and attorney general "have been champions for the dignity of women. I believe they'll be sympathetic to the arguments we're making in this case."

[How a regular girl from Keller became a victim of sex trafficking and managed to escape](#)

But others will probably not be sympathetic. Sex is big business in Nevada. According to a 2005 report in the *Nevada Law Journal,* brothels pull in about $25 million per year. The counties, rather than the state, collect licensing fees, property taxes, work-card fees, investigation fees and liquor license fees, totaling about $10 million a year.

Christina Parreira is a doctoral candidate at the University of Nevada, Las Vegas, and a former licensed sex worker. She called Guinasso a predator whose motivation is publicity.

ADVERTISING



"We are already a maligned and stigmatized group," Parreira said of sex workers. "We don't deserve this. We deserve to be left alone, to work, make money, and live our lives like every other American."

Charleston's case seems to hinge on two factors. The first has to do with interstate commerce. Under a federal law called the Mann Act, a person is breaking the law if he, "persuades, induces,

or Possession of the United States, to engage in prostitution." Nevada brothels rely heavily on marketing outside of the state to attract both buyers and workers.

The second hinge is the relationship that exists between legal, voluntary prostitution and illegal trafficking. According to a study published by three German and British economists in 2013, jurisdictions where prostitution is legal experience more instances of sex trafficking. Nevada, the only state with legalized prostitution, has the nation's highest incidence of sex trafficking, according to the complaint, 63 percent higher than second-place New York.

Guinasso said he has had trouble getting records of Charleston's employment at the Lyon County brothel where she claims to have been trafficked. Under Nevada law, brothel workers must apply for a license issued by county commissions. Between December 2017 and December 2018, Guinasso made five formal records requests to Lyon County. Four of those requests were denied. In response to the fifth request, the county provided a list of license numbers and first names with no other identifying information. The lawsuit filed Monday will allow Guinasso to subpoena those documents.

The case will likely have little direct impact on sexually-oriented businesses in Texas, although Guinasso said a victory could restrict the way those businesses advertise. Still, every action that draws attention to the vicious crime of sex trafficking and restricts in any way the ability of sex traffickers and their customers to do business is a step in the right direction.

*Ryan Sanders is a writer and pastor at Irving Bible Church. He wrote this column for The Dallas Morning News.*

PLTFS0082

# Texas woman sues to ban legal prostitution in Nevada



(MGN/file)

*By Associated Press* | Updated: Tue 3:06 PM, Feb 26, 2019

**RENO, Nev. (AP)** A Texas woman who says she was forced into prostitution at a Nevada brothel has filed a lawsuit seeking to outlaw bordellos in the state under a century old U.S. law prohibiting the transport of women across state lines for prostitution.

She also wants a judge to order the state to deposit $2 million in a fund annually to assist people seeking to exit the sex trade, including providing mental health services, job training and tattoo removal.

Lawyers for Rebekah Charleston cite the Mann Act of 1910 in the suit filed Monday in federal court in Reno.

The law banned interstate or foreign commerce transport "of any woman or girl for prostitution, debauchery or for any other immoral purpose."

Legal brothel operators argue women who work there are safer than those who engage in illegal prostitution on the streets.

Get the latest updates from kwtx.com delivered to your browser

**SUBSCRIBE TO PUSH NOTIFICATIONS**

PLTFS0083

FEBRUARY 26, 2019     | Dallas Morning News |

## Texas anti-sex trafficking activist sues Nevada to end legalized prostitution

An anti-human trafficking activist in North Texas has filed a federal lawsuit against the state of Nevada in a bid to end legalized prostitution there. The complaint, filed Monday morning in Reno by Rebekah Charleston, contends that Nevada's legal brothels are in violation of federal law preventing interstate commerce in prostitution, and that the market created by those brothels contributes to illegal sex trafficking. It names the state of Nevada, its Legislature and Gov. Steve Sisolak as defendants.

FEBRUARY 26, 2019     | Metro Voice News |

## Study: Dollar store, Aldi produce same quality as supermarkets

Consumers have been trained that supermarkets with the slick commercials, fancy lighting and beautiful fresh produce displays have better quality. So buying your favorite fruits and vegetables at a discount store means you must be getting lower quality goods, right? Wrong. New research reveals that produce sold at dollar stores are actually quite comparable to that sold at traditional grocery chains, only markedly cheaper.



**FEATURED EXPERT**
### Courtney Coughenour
Assistant Professor, School of Community Health Sciences

FEBRUARY 26, 2019     | iHeart Radio |

## Dollar Store Produce Is Just as Good as the Grocery Store

FEBRUARY 26, 2019     | Y98 Radio |

## Discount Store Produce Versus Grocery Store Produce

Is there any real difference?

PLTFS0084

RADIO    TV    WEATHER    JOBS    MOVIES    LIVE SCORES    CURRENCY CONVERTER



🏠    News    Politics    Sports    Business    Entertainment    African News      🔍 ☐

**PUBLISHED**    13 hours ago

# Lawsuit seeks to shut down US legal brothels

🇫    🐦    G+    🟢    ☐   0





Advertisement



| Office Depot... | Orbit Ava Rol... | Mind Reader... | Realspace M... |
|---|---|---|---|
| **$6.99** | **$34.99** | **$22.99** | **$229.99** |

| Brother DCP... | Realspace Br... | Realspace M... | USPS FOREV... |
|---|---|---|---|
| **$139.99** | **$299.99** | **$199.99** | **$55** |

**A federal lawsuit has been filed in the US in an effort to close legal brothels in the state of Nevada.**

Filed by anti-trafficking activist Rebekah Charleston, the lawsuit takes on the state legislature and Nevada Democratic Governor Steve Sisolak, the Las Vegas Review-Journal reported.

Apart from abolishing legal prostitution in the Silver State, the lawsuit seeks to create a $2 million fund to help women quit sex trade.

According to law, counties with fewer than 700,000 residents are allowed to host legal brothels.

The lawsuit demands that brothels in n Elko, Lander, Lyon, Mineral, Nye, Storey and White Pine counties be announced unconstitutional.



Advertisement     by Impactify

Privacy · Terms

PressTV-US cracks down on sex traffic from south

American authorities arrest a number of sex traffickers operating in over a dozen US cities.

**'Sex work: Just a euphemism'**

Charleston was allegedly sex trafficked herself by two pimps in the 2000s.

"Something needs to be done," Charleston said. "Because of the fact that I was trafficked inside the brothels, I just have to stand up and say, 'No more.' Women are not public, sexual property to be bought and sold."

According to the 28-page lawsuit, she was "not permitted to turn down a sex buyer," and was sent to the brothels as a "form of punishment" by her pimps.

She was later sent to Las Vegas "for greater profits in the illegal sex trade."

"Prostitution is inherently gender-based violence, and there is no way to perform prostitution in a safe way," Charleston said. "The term 'sex work' is a euphemism that makes it sound like something it's not."



PressTV-UK slavery hotline uncovers 5

The anti-slavery service identified pote
sites and other similar places.

Meanwhile, the brothels are moving to

Advertisement     by Impactify

Privacy - Terms

PLTFS0087

"Every single worker at the Mustang Ranch is required to undergo an FBI fingerprint and criminal database background check every single year," brothel owner Lance Gilman told KOLO TV. "In over 4,000 work card applications filed over the last 20 years by working professionals and employees at the Mustang, not one has turned up to be a victim of trafficking."

According to attorney Jason Guinasso, who tried to ban brothels last year, there are prospects for illegalization of the brothels.

"We've got increased public awareness leading to community action," he said. **Source:** presstv.com

## Promoted stories


New Music: Sarkodie drops fresh tune, 'End Time' featuring Kwabena


Menzgold saga: Our culture lead us to the slaughter


Hearts beat Medeama 3-1 in Amankuma festival friendly


Video shows Bhim fans throwing bottles at Sista Afia for singing "Jeje"


If You Can Identify All These Iconic People You Are A Show Biz Genius
Auto Overload


20 Hilarious & Embarrassing Airport Pickup Signs
PostFun


[Gallery] Things Just Aren't The Same Between William And Kate And
Maternity Week


[Photos] Giada Confirms The Rumors
Trend Chaser

Recommended by

## Comments

### Please leave your comment below

Your name

Your comment

Advertisement    by Impactify

Privacy - Terms

PLTFS0088

# Federal lawsuit seeks to ban legal prostitution in Nevada

**By Scott Sonner**
Associated Press

RENO — A Texas woman who says she was forced into prostitution at a legal Nevada brothel has filed a lawsuit seeking to outlaw all bordellos in the state under a century old U.S. law prohibiting the transport of women across state lines for prostitution.

Rebekah Charleston also wants a federal judge to order the state to deposit $2 million in a contingency fund annually to assist people seeking to leave the sex trade, including providing mental health services, job training, child care, scholarships and tattoo removal.

Her lawyer cites the Mann Act of 1910 in the federal civil suit filed Monday in Reno.

The law criminalized the interstate or foreign commerce transport "of any woman or girl for prostitution, debauchery or for any other immoral purpose."

"The primary intent was to combat prostitution, immorality and human trafficking for the purposes of prostitution in the United States," according to Jason Guinasso, her Reno-based attorney.

Nevada law legalizing houses of prostitution in rural counties outside Las Vegas and Reno is in violation of the U.S. Constitution because "the brothel industry in Nevada openly notoriously persuades, induces, entices and coerces individuals to travel in interstate commerce to commit acts of prostitution," the suit alleges.

It asks a judge to strike down the local brothel ordinances in seven rural counties where a total of 21 bordellos now operate and declare them unconstitutional, null and void as pre-empted by federal law.

"Prostitution is modern day slavery. Like those subjected to slavery, the prostituted are subject to domination and to the arbitrary will of another person," the suit says.

Guinasso served as a lawyer for a Nevada group, "No Little Girl," which launched an unsuccessful campaign to end prostitution in Lyon County through a ballot measure last year.

Legal brothel operators argue the women who work there are safer than those who engage in illegal prostitution on the streets.

"Guinasso's actions will put thousands of women back into the hands of pimps working illegally," said Lance Gilman, a Northern Nevada real estate developer and owner of the Mustang Ranch brothel, which opened east of Reno in 1971 as the first formally sanctioned in the state.

Gilman said all workers there are independent contractors who undergo FBI background checks annually and regular health checkups to guard against sexually transmitted diseases.

Charleston, who now serves as executive director of a group that works to eradicate sexual exploitation based in Colleyville, Texas, claims a boyfriend forced her into prostitution when she was living on the streets as a homeless runaway. She says he traded her to a sex trafficker who eventually forced her to get a job at a brothel in Lyon County.

The suit cites a series of audits conducted by the Lyon County sheriff's office last year that found 168 of the 241 applicants for prostitute work cards there reside in a state other than Nevada and must travel to Nevada to engage in prostitution at the brothel. Thirty-seven of those traveled in foreign commerce to do so in 2017-18, the audit said.

"The women who have been trafficked through Nevada's legal brothel market have been subject to the deprivation of rights, privileges and immunities secured by the Constitution," the suit said.

Gilman said Guinasso would be better off trying to help illegal prostitutes escape from their pimps, working to outlaw the distribution of handbills on the Las Vegas Strip for illegal prostitution services and cracking down on illegal sexual services at massage parlors.

"His entire complaint is about illegal prostitution and trafficking, which has no relationship to licensed brothels in Nevada," Gilman said.

# Regulators fine Wynn Resorts $20 million over sex allegations

**By Ken Ritter**
Associated Press

LAS VEGAS — Nevada gambling regulators fined casino mogul Steve Wynn's former company a record $20 million on Tuesday for failing to investigate claims of sexual misconduct made against him before he resigned a year ago.

The penalty against Wynn Resorts Ltd. ends an investigation that began after The Wall Street Journal reported that several women said the company founder harassed or assaulted them.

Wynn Resorts will keep its gambling license under the Nevada Gaming Commission settlement reached last month. The four current commissioners unanimously approved the fine.

"It's not about one man," said Commissioner Philip Pro, a former federal court judge. "It's about a failure of a corporate culture to effectively govern itself as it should."

The previous highest fine in state history was $5.5 million in 2014 against the sports betting and mobile gambling system company now known as CG Technology. It runs sports betting operations at several Las Vegas casinos.

Commissioners John Moran Jr. and Deborah Fuetsch said they considered a higher fine, but did not specify an amount.

Chairman Tony Alamo said the amount "makes it clear to all licensees that this culture cannot be tolerated," while also letting the company "heal."

"It needs to move needles here," he said. "It needs to ring across the entire country."

Steve Wynn himself was not part of the Wynn Resorts settlement, and neither he nor any personal representatives attended the commission hearing.

One of Wynn's attorneys, Colby Williams, said by telephone that he was aware of the fine but declined to comment.

Wynn resigned as board chairman and company CEO in February 2018 following reports that several women said he harassed or assaulted them. Wynn also sold his shares in the company. He has denied all the allegations.

Wynn Resorts acknowledged in the settlement that several former board members and executives knew about but failed to investigate complaints including one that led Wynn to pay $7.5 million in 2005 to a former salon employee who alleged he raped her and that she became pregnant as a result.

"Mr. Wynn ... engaged in intimate and sexual conduct with (company) employees," the settlement document said.

The company also failed to investigate a cocktail server's allegation that from 2005 to 2006 Wynn pressured her into a nonconsensual sexual relationship, the documents said. Wynn paid a $975,000 private settlement to that woman and her parents, the settlement said.

Wynn Resorts neither admitted nor denied Nevada Gaming Control Board allegations that Wynn sexually harassed multiple flight attendants on company aircraft.

"The company's initial response during this period was driven by Mr. Wynn's adamant denial of all allegations," said a Wynn Resorts statement from company spokesman Michael Weaver. It acknowledged a "short-sighted focus on initially defending Mr. Wynn, rather than reassuring employees of the company's commitment to a safe and respectful work environment."

The company points to wholesale changes in the boardroom and executive offices, including hiring a new chief executive, requiring new sexual harassment prevention training for all employees and adding a women's leadership council to promote equality in the workplace.

Wynn's name was removed from the company's Massachusetts project now called Encore Boston Harbor.

"In sum, these 25,000 employees, led by CEO Matt Maddox and a reshaped board of directors, are the company that stands before the commission today, and not Steve Wynn," the company said in its Jan. 25 written agreement to settle the case.

# $250 reward in stolen credit card case

**Nevada Appeal staff report**

Secret Witness is offering a reward of $250 for information leading to the arrest and prosecution of the suspect wanted in connection with the fraudulent use of a stolen credit card in Carson City.

The Carson City Sheriff's Office is investigation a case of fraudulent use of a stolen credit card. The suspect used a stolen credit card to purchase items at Raley's in Carson City near the beginning of February.

The Carson City Sheriff's Office is asking for the public's assistance in identifying the suspect. Anyone having information relating to this crime or the suspect should contact the Carson City Sheriff's Office at 775-283-7853, Secret Witness at 775-322-4900, www.secretwitness.com, or text your tip to 847411 (TIP411) keyword - SW.

All calls to Secret Witness remain anonymous, and Secret Witness pays rewards for information on all crimes.



COURTESY

Information is sought in a credit card fraud case.



**INJURY ATTORNEYS**
CALL US RIGHT AWAY!
**775.882.6112**
**KILPATRICK BULLENTINI**
EXPERIENCED LOCAL INJURY ATTORNEYS
Free Consultation | 412 N. Division St. | kilpatrickbullentini.com



**DUNCAN**
**$25 Green Fees at Dayton Valley and Eagle Valley**
(Valid anytime during the Legislative Session)
www.duncangolfreno.com
EAGLE VALLEY   DAYTON VALLEY GOLF CLUB



| Salad or Soup of the Day & Slice of the Day + Soda | Salad or Soup of the Day & Pasta of the Day + Soda | Salad of the Day & Soup of the Day + Soda |
| $11 | $13 | $10 |

For quick lunch service, dine-in or carry-out, simply phone ahead.
**Mangia Tutto** Pizzeria & Ristorante
200 N. Stewart St. | 775.461.3353 | mangiatuttopizzeria.com

PLTFS0089

TOP ARTICLES    1/5



## Hogs land another Edna Karr CB

READ MORE »

Woman sues to outlaw Nevada brothels

RENO, Nev. -- A Texas woman who says she was forced into prostitution at a legal Nevada brothel has filed a lawsuit seeking to outlaw the state's 21 legal bordellos under a century-old U.S. law prohibiting the transport of women across state lines for prostitution.

Rebekah Charleston also wants a federal judge to order the state to deposit $2 million in a contingency fund annually to assist people seeking to leave the sex trade, including providing mental health services, job training, child care, scholarships and tattoo removal.

Her lawyer, Jason Guinasso, cites the Mann Act of 1910 in the federal civil suit filed Monday in Reno. The law criminalized the interstate or foreign commerce transport "of any woman or girl for prostitution, debauchery or for any other immoral purpose."

The suit claims that "the brothel industry in Nevada openly notoriously persuades, induces, entices and coerces individuals to travel in interstate commerce to commit acts of prostitution."

The state's legal brothel owners criticized the suit.

"Guinasso's actions will put thousands of women back into the hands of pimps working illegally," said Lance Gilman, owner of the Mustang Ranch brothel, which opened east of Reno in 1971.

U.S. territories seek storm-recovery aid

ARTICLE CONTINUES BELOW

## More related headlines

ADVERTISEMENT

PLTFS0090