JASON D. GUINASSO, ESQ. (SBN# 8478)
HUTCHISON & STEFFEN, PLLC
500 Damonte Ranch Parkway, Suite 980
Reno, NV 89521
Telephone: (775) 853-8746
Facsimile: (775) 201-9611
jguinasso@hutchlegal.com
*Attorney for Plaintiffs*
*Rebekah Charleston; Angela Delgado-Williams;*
*and Leah Albright-Byrd*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REBEKAH CHARLESTON; ANGELA DELGADO-WILLIAMS; and LEAH ALBRIGHT-BYRD;<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF NEVADA; STEVE SISOLAK, in his capacity as Governor of the State of Nevada, and the LEGISLATURE OF THE STATE OF NEVADA;<br><br>Defendants. | Case No.: 3:19-cv-00107-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES AND SCHEDULING ORDER**<br><br>**SPECIAL SCHEDULING REVIEW REQUESTED**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1 and 26-4, Plaintiffs Rebekah Charleston, Angela Delgado-Williams, and Leah Ablright-Byrd (collectively "Plaintiffs"), and State of Nevada; Steve Sisolak, in his capacity as Governor of the State of Nevada; and the Legislature of the State of Nevada, (Collectively "Defendants") by and through their respective attorneys of record, hereby stipulate to extend the outstanding discovery deadlines in the Stipulated Discovery Plan and Scheduling Order (Special Scheduling Review Requested) **(ECF No. 43)** for a period of ninety (90) days.  This is the first request for an extension to the discovery plan and scheduling order in this matter. The requested

extension is sought in good faith and not for purposes of undue delay. Further, this request is supported by good cause. The Parties respectfully request the Court's approval to deviate from the default dates of Local Rule 26-I (b) to account for the procedural posture of the case, including the following two pending dispositive motions where jurisdictional issues are raised: State of Nevada and Steve Sisolak's Motion to Dismiss First Amended Complaint (ECF No.22); and The Legislature of the State of Nevada's Motion to Dismiss First Amended Complaint (ECF No. 31). Additionally, there are two pending Motions to Intervene: *Motion to Intervene as Defendants*, filed by Cash Processing Services, Inc. and Lance Gilman (ECF No. 11), and *Intervenor's Notice of Motion and Motion to Intervene as Party Defendant, with Memorandum and Points and Authorities*, filed by Russell Greer (ECF No. 45).

**DISCOVERY COMPLETED TO DATE**

**1.    Fed. R. Civ. P. 26(a) Initial Disclosures:**

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule of Court 26-1(d), on May 24, 2019, Jason Guinasso, Esq. counsel for Plaintiff, Gregory Zunino, counsel for Defendants State of Nevada and Governor Steve Sisolak, and Kevin Powers, counsel for Defendant Legislature of the State of Nevada conducted a meeting to discuss the relevant issues for discovery, possible early resolution of the matter, and other pertinent issues. During this conference the parties stipulated to proposing a special discovery plan and scheduling order by adding 90-days to each deadline. On September 3, 2019, the parties conferred and agreed in order to ensure judicial economy and allow for all parties to participate in discovery, the parties believe the outstanding motions should be decided before discovery commences. Pursuant to these discussions, the parties propose adding an additional 90-days to each discovery deadline.

**DISCOVERY THAT REMAINS TO BE COMPLETED**

The parties have not exchanged initial disclosures, and all other discovery including depositions and written discovery have not commenced, in contemplation of the pending the decisions on the outstanding dispositive motions listed above.

**DISCOVERY THAT REMAINS TO BE COMPLETED**

As previously stated, the parties have not begun discovery in this case. If the merits of the case survive the pending dispositive motions, the parties anticipate depositions will need to be taken of Plaintiff and fact witnesses after written discovery has been completed.

**DISCOVERY THAT REMAINS TO BE COMPLETED**

As previously stated, the parties agree in order to ensure judicial economy and allow for all parties to participate in discovery, the parties believe the outstanding motions should be decided before discovery commences. Pursuant to these discussions, the parties propose adding an additional 90-days to each discovery deadline.

**PROPOSED REVISED DISCOVERY PLAN**:

**1. Initial Disclosures:**

The initial disclosure deadline shall be extended from Thursday, September 5, 2019 to ***Wednesday, December 4, 2019***.

**2. Discovery Cut-Off Date:**

The discovery cut-off deadline shall be extended from Monday, December 30, 2019 to ***Monday, March 30, 2020,[1]***. Discovery will take (362) days from April 3, 2019, which is the date of Defendants State of Nevada and Steve Sisolak's Motion to Dismiss First Amended Complaint.

**3. Amending the Pleadings and Adding Parties:**

The date for filing motions to amend the pleadings or to add parties shall be extended from Tuesday, October 1, 2019 to ***Monday, December 30, 2019***.

**4. Fed. R. Civ. P. 26(a)(2) Disclosures (Experts):**

The expert disclosure deadline shall be extended from Thursday, October 31, 2019 to ***Wednesday, January 29, 2020***, and the deadline for disclosures identifying rebuttal experts shall be extended from Monday, December 2, 2019 to ***Monday, March 2, 2020[2]***.

---

[1] With respect to the discovery cut-off date, the deadline falls on Sunday, March 29, 2020. As a result, the discovery cut-off deadline extends to the next Court day of Monday, March 30, 2020.

[2] With respect to the deadline for disclosures identifying rebuttal experts date, the deadline falls on Sunday, March 1, 2020. As a result, the disclosures identifying rebuttal experts deadline extends to the next Court day of Monday, March 1, 2020.

**5. Dispositive Motions:**

The dispositive motions deadline shall be extended from Wednesday, January 29, 2020 to **Tuesday, April 28, 2020**.

**6. Pretrial Order:**

The Joint Pre-Trial Order deadline shall be extended from Friday, February 28, 2020 to **Thursday, May 28, 2020.**

**7. Fed. R. Civ. P. 26(a)(3) Disclosures:**

The deadline to file the disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto with the Pretrial Order pursuant to LR 26-1(e)(6) in the Joint Pretrial Order shall be extended from Friday, February 28, 2020, to **Thursday, May 28, 2020.**

**8. Interim Status Report:**

The deadline to file the Interim Status Report shall be extended from Thursday, October 31, 2019 to **Wednesday, January 29, 2020**.

Accordingly, the parties stipulate to the following revised schedule.

| Deadline | Current Deadline | Revised Deadline |
|---|---|---|
| **Initial Disclosures** | Thursday, September 5, 2019 | **Wednesday, December 4, 2019** |
| **Discovery Cut-Off** | Monday, December 30, 2019 | **Monday, March 30, 2020** |
| **Motions to Amend the Pleadings or to Add Parties** | Tuesday, October 1, 2019 | **Monday, December 30, 2019** |
| **Expert Disclosures** | Thursday, October 31, 2019 | **Wednesday, January 29, 2020** |
| **Rebuttal Expert Disclosures** | Monday, December 2, 2019 | **Monday, March 2, 2020** |
| **Dispositive Motions** | Wednesday, January 29, 2020 | **Tuesday, April 28, 2020** |
| **Joint Pre-Trial Order** | Friday, February 28, 2020 | **Thursday, May 28, 2020** |
| **Fed. R. Civ. P. 26(a)(3) Disclosures and any Objections thereto with the Pretrial Order** | Friday, February 28, 2020 | **Thursday, May 28, 2020** |
| **Interim Status Report** | Thursday, October 31, 2019 | **Wednesday, January 29, 2020** |

DATED this 5th day of September, 2019.
HUTCHISON & STEFFEN, PLLC
By: */s/ Jason Guinasso*
Jason Guinasso, Esq.
State Bar No. 8478
500 Damonte Ranch Parkway, Suite 980
Reno, Nevada 89521
T: 775-853-8746
F: 775-201-9611
jguinasso@hutchlegal.com
*Attorney for Plaintiffs*

DATED this 5th day of September, 2019.
AARON D. FORD
ATTORNEY GENERAL
By: */s/ Gregory L. Zunino*
GREGORY L. ZUNINO, Esq.
Deputy Solicitor General, (Bar No. 4805)
100 N. Carson Street
Carson City, Nevada 89701
(775) 684-1237
GZunino@ag.nv.gov
*Attorneys for Defendant*
*State of Nevada, Steve Sisolak*

DATED this 5th day of September, 2019.
NEVADA LEGISLATIVE COUNSEL
BUREAU, LEGAL DIVISION
By: */s/ Kevin Powers*
BRENDA ERDOES, Legislative Counsel
State Bar No. 3644
KEVIN C. POWERS, Chief Litigation Counsel
State Bar No. 6781
kpowers@lcb.state.nv.us
*Attorneys for Defendant*
*Legislature of the State of Nevada*

**IT IS SO ORDERED.**

Dated this 6th day of September, 2019.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE

5.