AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

REBEKAH CHARLESTON; ANGELA DELGADO-WILLIAMS; and LEAH ALBRIGHT-BYRD,

           Plaintiffs,

v.

STATE OF NEVADA; STEVE SISOLAK, in his capacity as Governor of the State of Nevada; and the LEGISLATURE OF THE STATE OF NEVADA,

           Defendants.

JUDGMENT IN A CIVIL CASE

Case No. **3:19-cv-00107-MMD-WGC**

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_**   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Defendants' motions to dismiss (ECF No. 22, 31) are granted under Fed. R. Civ. P. 12(b)(1) because Plaintiffs fail to demonstrate that the Court has standing to exercise jurisdiction over this matter. The Court does not address any other grounds upon which Defendants sought dismissal.

Date:  October 30, 2019

                                                         DEBRA K. KEMPI
                                                         Clerk



                                                         /s/  D.R. Morgan
                                                        Deputy Clerk