# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: District Court of Nevada

U.S. District Court case number: 3:19-cv-00107-MMD-WGC

Date case was first filed in U.S. District Court: 02/25/2019

Date of judgment or order you are appealing: 10/30/2019

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

(X) Yes ◯ No ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

REBEKAH CHARLESTON; and
ANGELA DELGADO-WILLIAMS

Is this a cross-appeal? ◯ Yes (X) No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case? ◯ Yes (X) No

If Yes, what is the prior appeal case number?

Your mailing address:

500 Damonte Ranch Parkway, Suite 980

City: Reno State: NV Zip Code: 89521

Prisoner Inmate or A Number (if applicable): N/A

**Signature** [signature] **Date** 12/2/2019

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

**Form 6. Representation Statement**

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

REBEKAH CHARLESTON; and
ANGELA DELGADO-WILLIAMS

Name(s) of counsel (if any):

Jason D. Guinasso, NV Bar No. 8478

Address: 500 Damonte Ranch Parkway, Suite 980, Reno, Nevada 89521

Telephone number(s): Tel: 775.853.8746; Fax: 775.201.9611

Email(s): jguinasso@hutchlegal.com; bfrancis@hutchlegal.com

Is counsel registered for Electronic Filing in the 9th Circuit? ☒ Yes ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

STATE OF NEVADA; and
STEVE SISOLAK, in his capacity as Governor of the State of Nevada

Name(s) of counsel (if any):

Aaron D. Ford, Attorney General, NV State Bar No. 7704
Gregory L. Zunino, Deputy Solicitor General, NV State Bar No. 4805
Office of the Attorney General

Address: 101 N. Carson Street, Carson City, Nevada 89701

Telephone number(s):

Email(s): GZunino@ag.nv.gov, sgeyer@ag.nv.gov

*To list additional parties and/or counsel, use next page.*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit? ○ Yes ○ No

**Appellees**

Name(s) of party/parties:

LEGISLATURE OF THE STATE OF NEVADA

Name(s) of counsel (if any):

Brenda J. Erdoes, Nevada Bar No. 3644
Kevin C. Powers, Nevada Bar No. 6781

Address: 401 South Carson Street, Carson City, Nevada 89701

Telephone number(s): Tel: (775) 684-6830; Fax: (775) 684-6761

Email(s): kpowers@lcb.state.nv.us

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of Hutchison & Steffen, PLLC, over the age of 21 years, and not a party to nor interested in the within action. I certify that on this date, the foregoing was electronically filed with the United States District Court. Electronic service of the foregoing document shall be made in accordance with the Master Service List as follows:

Gregory Louis Zunino GZunino@ag.nv.gov, sgeyer@ag.nv.gov
Kevin C. Powers kpowers@lcb.state.nv.us
Gus W Flangas gwf@fdlawlv.com, cjm@fdlawlv.com, lmr@fdlawlv.com
Jessica K Peterson jkp@fdlawlv.com, fi@fdlawlv.com

Dated December 2, 2019.

/s/ A. Otutaha
Employee of Hutchison & Steffen, PLLC

Pursuant to FRCP 5(b), I certify that I am an employee of Hutchison & Steffen, PLLC, over the age of 21 years, and not a party to nor interested in the within action. I certify that on this date, I caused the foregoing to be served by U.S. Mail on all parties in said action by placing a true and correct copy thereof enclosed in a sealed envelope designated for outgoing mail, addressed as set forth below:

Russell Greer
6337 South Highland Drive, #209
Holladay, Utah 84121

Dated: December 2, 2019.

/s/ A. Otutaha
Employee of Hutchison & Steffen, PLLC

**List of Exhibits**

| Description | Exhibit # |
|---|---|
| Docket No. 53-Judgment dated October 30, 2019 | 1 |

# EXHIBIT 1

# Docket No. 53-Judgment dated October 30, 2019

EXHIBIT 1

AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

REBEKAH CHARLESTON; ANGELA DELGADO-WILLIAMS; and LEAH ALBRIGHT-BYRD,

Plaintiffs,

v.

STATE OF NEVADA; STEVE SISOLAK, in his capacity as Governor of the State of Nevada; and the LEGISLATURE OF THE STATE OF NEVADA,

Defendants.

JUDGMENT IN A CIVIL CASE

Case No. **3:19-cv-00107-MMD-WGC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendants' motions to dismiss (ECF No. 22, 31) are granted under Fed. R. Civ. P. 12(b)(1) because Plaintiffs fail to demonstrate that the Court has standing to exercise jurisdiction over this matter. The Court does not address any other grounds upon which Defendants sought dismissal.

Date: October 30, 2019

DEBRA K. KEMPI
Clerk




/s/ D.R. Morgan
Deputy Clerk