| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 10 2020 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

REBEKAH CHARLESTON; ANGELA DELGADO-WILLIAMS,

        Plaintiffs-Appellants,

 and

LEAH ALBRIGHT-BYRD,

        Plaintiff,

 v.

STATE OF NEVADA; STEVE SISOLAK; LEGISLATURE OF THE STATE OF NEVADA,

        Defendants-Appellees,

 and

LANCE GILMAN; CASH PROCESSING SERVICES, INC.; RUSSELL GREER, Proposed Intervenor Defendants,

        Movants.

No.   19-17423

D.C. No.
3:19-cv-00107-MMD-WGC
District of Nevada,
Reno

ORDER

The court is of the unanimous opinion that the facts and legal argument are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.

Therefore, this matter is ordered submitted on the briefs and record without oral argument on December 9, 2020 in San Francisco, California. Fed. R. App. P. 34(a)(2).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Allison Fung
Deputy Clerk
Ninth Circuit Rule 27-7