# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| REBEKAH CHARLESTON; ANGELA DELGADO-WILLIAMS; and LEAH ALBRIGHT-BYRD,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF NEVADA; STEVE SISOLAK, in his capacity as Governor of the State of Nevada; and the LEGISLATURE OF THE STATE OF NEVADA,<br><br>Defendants. | Case No. 3:19-cv-00107-MMD-WGC<br>Ninth Circuit Court of Appeals No. 19-17423<br><br>ORDER ON MANDATE |

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having, on January 4, 2021, issued its mandate (ECF No. 58) that its judgment entered on December 10, 2020 (ECF No. 57) affirming the Order and Judgment of the District Court (ECF Nos. 52, 53) takes effect this date, and the Court being fully advised in the premises, now, therefore, it is ordered that the mandate be spread upon the records of this Court.

DATED THIS 4th Day of January 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE