1

XRAYED US MARSHALS SERVICE

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
400 SOUTH VIRGINIA ST. ROOM 301
RENO, NEVADA 89501

OFFICIAL BUSINESS

Russell Greer
6337 South Highland Dr.
#209
Holladay, UT 84121

NIXIE      841 7E 1      0101/13/21
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 89501219576          *2389-11061-13-17

Bot closed
RTS

05 JAN 2021   RENO NV
US POSTAGE $000.50°   ZIP 89501   JAN 05 2021

...ATES DISTRICT COURT
...RICT OF NEVADA
* * *

Case No. 3:19-cv-00107-MMD-WGC
Ninth Circuit Court of Appeals No. 19-17423

ORDER ON MANDATE

___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

JAN 19 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

...ng been before the United States Court of Appeals
...of Appeals having, on January 4, 2021, issued its
...ment entered on December 10, 2020 (ECF No. 57)
...the District Court (ECF Nos. 52, 53) takes effect this
...ed in the premises, now, therefore, it is ordered that
...rds of this Court.

...ary 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE